# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 02-00365BMK
CASE NAME:       Kevin Milnes v. USA

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Barry M. Kurren           REPORTER:

DATE:      3/16/2006                 TIME:

COURT ACTION: EO: New dates/deadline given at the request of the parties. Court to prepare an amended scheduling order.

1.   Non-jury trial on October 24, 2006 at 9:00 a.m. before BMK
2.   Final Pretrial Conference on September 12, 2006 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by September 5, 2006
5.   File motions to Join/Add Parties/Amend Pleadings by April 14, 2006
6.   File other Non-Dispositive Motions by July 26, 2006
7.   File Dispositive Motions by May 24, 2006
8a.  File Motions in Limine by October 3, 2006
8b.  File opposition memo to a Motion in Limine by October 10, 2006
11a. Plaintiff's Expert Witness Disclosures by April 24, 2006
11b. Defendant's Expert Witness Disclosures by May 24, 2006
12.  Discovery deadline August 25, 2006
13.  Settlement Conference set for July 31, 2006 at 2:00 p.m. before KSC
14.  Settlement Conference statements by July 24, 2006
20.
21.  File Final witness list by October 3, 2006
24.  Exchange Exhibit and Demonstrative aids by September 26, 2006
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 3, 2006

26. File objections to the Exhibits by October 10, 2006
28a. File Deposition Excerpt Designations by October 3, 2006
28b. File Deposition Counter Designations and Objections by October 10, 2006
29. File Trial Brief by October 10, 2006
30. File Findings of Fact & Conclusions of Law by October 10, 2006

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager

CV 02-00365BMK;
Kevin Milnes v. USA

;
Rule 16 Scheduling Conference Minutes
3/16/2006