EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO DISMISS |
| | ) | OR IN THE ALTERNATIVE, FOR |
| vs. | ) | PARTIAL SUMMARY JUDGMENT RE: |
| | ) | VA CLAIMS; MEMORANDUM IN |
| UNITED STATES OF AMERICA, | ) | SUPPORT OF DEFENDANT'S |
| | ) | MOTION TO DISMISS OR IN THE |
| Defendant. | ) | ALTERNATIVE, FOR PARTIAL |
| | ) | SUMMARY JUDGMENT RE: VA |
| | ) | CLAIMS; CERTIFICATE OF SERVICE |
| _____ | ) | |

DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE,
FOR PARTIAL SUMMARY JUDGMENT RE: VA CLAIMS

Pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure, the United States of America, by and through its attorneys, the United States Attorney for the District of Hawaii and Assistant United States Attorney Edric M. Ching, and hereby moves for the Court to dismiss or in the alternative, for partial summary judgment against Plaintiff regarding all claims made by Plaintiff against the Department of Veterans Affairs as there are

no genuine issues of material facts and Defendant is entitled to a judgment pursuant to the relevant statutes.

    DATED:   March 20, 2006, at Honolulu, Hawaii.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii

                                      /s/ Edric M. Ching

                                      By_____
                                        EDRIC M. CHING
                                        Assistant U.S. Attorney

                                      Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

Kevin J. Milnes
86-300 Alamihi Street
Waianae, HI  96792
Plaintiff

Gary V. Dubin, Esq.
55 Merchant Street, Ste. 3100
Honolulu, HI 96813

Attorney for Plaintiff

DATED:  March 20, 2006, at Honolulu, Hawaii.

/s/ Jan Yoneda

_____