EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING  #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S CONCISE STATEMENT |
| | ) | OF MATERIAL FACTS IN SUPPORT |
| vs. | ) | OF DEFENDANT'S MOTION FOR |
| | ) | PARTIAL SUMMARY JUDGMENT RE: |
| UNITED STATES OF AMERICA, | ) | VA CLAIMS; DECLARATION OF |
| | ) | MILES T. MIYAMOTO; EXHIBITS |
| Defendant. | ) | "A"-"D"; CERTIFICATE OF |
| _____ ) | | SERVICE |
| _____ ) | | |

DEFENDANT'S CONCISE STATEMENT OF MATERIAL
FACTS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

      Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Defendant United States of America, by and through its attorneys, Edward H. Kubo, Jr., United States Attorney for the District of Hawaii, and Assistant United States Attorney Edric M. Ching, and

hereby submits its separate concise statement of material facts in support of its Motion For Partial Summary Judgment Re: VA Claims, which is being filed contemporaneously.

DEFENDANT'S STATEMENT OF FACTS

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1. In a July 27, 1999 correspondence addressed to the Department of Veterans Affairs ("VA"), Plaintiff filed a claim for benefits pursuant to 38 USC 1151 for Tripler's Medical Mistreatment or Medical Malpractice. | Declaration of Miles T. Miyamoto ("Miyamoto Dec.") at ¶4; Exhibit "A". |
| 2. On January 21, 2000, Plaintiff submitted a SF-95 form for damage injury or death to the Assistant Regional Counsel, Department of Veterans Affairs Pacific Island Health Care System, Miles T. Miyamoto ("Miyamoto") which did not reference any negligent actions by VA. | Miyamoto Dec. at ¶5; Exhibit "B". |
| 3. Miyamoto responded in a January 21, 2000 correspondence in which he informed Plaintiff that his failure to allege any negligence of a VA employee did not constitute a "presentation of a claim for damages or injuries to the VA. Miyamoto suggested that Plaintiff should consider whether "your claim should be submitted elsewhere." | Miyamoto Dec. At ¶5; Exhibit "C". |
| 4. On January 26, 2000, the Department of the Army informed Miyamoto that they accepted Plaintiff's administrative claim. | Miyamoto Dec. at ¶6. |
| 5. The Department of the Army and the VA are separate and distinct federal entities. | Miyamoto Dec. At ¶6. |

| | | |
|---|---|---|
| 6. | Plaintiff never received any notification from the VA that it accepted a tort claim filed by Plaintiff. | Miyamoto Dec. at ¶6 |
| 7. | Plaintiff never submitted a proper claim for damage, injury or death against the VA to Miyamoto's office which alleged that any VA employee provided negligent medical treatment to Plaintiff. | Miyamoto Dec. at ¶7. |

DATED: March 20, 2006, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>/s/ Edric M. Ching
>
>By_____
>  EDRIC M. CHING
>  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was duly served upon on the following at their last known address:

Served by First Class Mail:

Kevin J. Milnes
96-300 Alamihi Street
Waianae, HI  96792
Plaintiff

Gary V. Dubin, Esq.
55 Merchant Street, Ste. 3100
Honolulu, HI 96813
Attorney for Plaintiff

DATED:  March 20, 2006, at Honolulu, Hawaii.

/s/ Jan Yoneda

_____