# Exhibit "A"

Department of Veteran Affairs
Medical and Regional Office
Attn: John Montgomery
P.O. Box 50188
Honolulu, HI 96850

From: Kevin Milnes
SSN 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
Phone: 808-695-7184
84-688 Ala Mahiku Dr., Apt. 172A
Waianae, HI 96792

July 27, 1999

To whom it may concern

Dear Sirs/Madams:

RE: KEVIN MILNES'S CASE

Under 38 USC 1151 I would like to file a claim of Medical Mistreatment or Medical Malpractice for Tripler's pouring bleach into my allergic wound known as Dakins Solution Modified 0.5% which caused major burning, itching, and suffering even to present, because no one would give me a cortezone shot motivating it that it would effect my post gall bladder removal healing. Plus my nerves are severed with my lower stomach area seeming permanently numb for life according to Dr. Eddie Soliai at the VA clinic.

The undo pain and suffering and loss should be compensated.

Please find attached
1) two statements of facts submitted to the DVA on July 7 and 20, 1999, with the detailed description of my case; and
2) copies of my Tripler medical records first recognizing (06/27/99; 07/02/99) and then ignoring (07/02/99) my allergy to bleach and chlorine.

Mahalo.

Sincerely,

Kevin Milnes

EXHIBIT "A"