# Exhibit "C"



**DEPARTMENT OF VETERANS AFFAIRS**
San Francisco Regional Counsel
Honolulu Area Office
300 Ala Moana Blvd. - P.O. Box 50188
Honolulu, HI 96850
(808) 433-0136
FAX (808) 433-0386

January 21, 2000

Mr. Kevin J. Milnes
84-688 Ala Mahiku St., #172A
Waianae, HI 96792

Subj: Standard Form 95, "Claim for Damage, Injury or Death

Dear Mr. Milnes,

This letter responds to the Standard Form 95, "Claim for Damage, Injury, or Death," that we received on January 20, 2000.

Upon review of the foregoing, it is necessary to inform you that I do not deem that this forms constitutes presentation of a claim for damages or injury to the VA. First, it does not provide written notification of any negligent or wrongful act or omission of an employee of the VA acting within the scope of his or her employment. Section 14.604(a) of title 38 of the Code of Federal Regulations (CFR). Your claim alleges "incorrect surgery." However, VA employees did not perform surgery on you. You may wish to consider whether your claim should be submitted elsewhere. Second, it does not state a claim for money damages in a sum certain as required by federal law. 38 CFR 14.604(b).

Please call me if you have any questions or wish to discuss the contents of this letter.

Sincerely Yours,

*Miles Miyamoto*

Miles Miyamoto
Senior Attorney

# EXHIBIT "C"