# Exhibit "D"



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, 25TH INFANTRY DIVISION (LIGHT) AND U.S. ARMY, HAWAII
AREA CLAIMS OFFICE, OFFICE OF THE STAFF JUDGE ADVOCATE
SCHOFIELD, BARRACKS, HAWAII 96857-6022

January 26, 2000

SUBJECT: Claims of Kevin Milnes (00-P05-T057)

Mr. Kevin Milnes
84-688 Ala Mahiku, #172A
Waianae, Hawaii 96792

Dear Mr. Milnes:

This is to acknowledge receipt at Tripler Army Medical Center on January 21, 2000 of a Standard Form 95, Claim for Damage, Injury, or Death, listing yourself as the claimant. A copy of the claim with a date stamp reflecting the date of receipt is attached.

The claim will be processed under the Federal Tort Claims Act (28 USC 2671-2680).

Filing of a valid administrative claim under the Act tolls the two year Statute of Limitations relating to tort claims against the United States (28 USC 2401) indefinitely or until the Army takes final administrative action in writing on the claim.

The Act contains a mandatory six-month administrative investigation and settlement period. The Act permits suit six months after the claim was filed, provided the claim has been properly filed and adequately documented (28 USC 2675(a)). However, filing suit is not required, particularly if satisfactory progress is being made in the administrative claims process. If you do not file suit, the Statute of Limitations will be tolled until you are notified in writing by certified mail of the final administrative action by the Army.

No jury trial is allowed under the Act.

A copy of the Attorney General's Regulations, Administrative Claims Under the Federal Tort Claims Act, is attached. You are required by 28 CFR 14.4 to provide the evidence listed in that section to support the claim.

EXHIBIT "D"

-2-

Ms. Laura Waterman, Medical Claims Attorney at Tripler Army Medical Center will be investigating the circumstances upon which the claims are based and will inform you of her findings and recommendation. You may reach her at (808) 433-2469.

Sincerely,

*Donald C. Machado*
Donald C. Machado
Claims Attorney

Enclosures
Copy Furnished with SF95

United States Army Claims Service
ATTN: Tort Claims Division, Mr. Jennings (JACS-TCW)
Building 4411, Llewellyn Avenue
Fort George G. Meade, Maryland 20755-5360

MEDCOM
ATTN: MCHO-CL-Q
2050 North Road
Fort Sam Houston, Texas 78234-6000

Consultation Case Review Branch
Army Health Professional Support Agency
Office of the Surgeon General
United States Army Claims Service
Fort George G. Meade, Maryland 20755-5360

Department of Legal Medicine
Armed Forces Institute of Pathology
Metro Plaza 2, Suite 860, 8403 Colesville Road
Silver Spring, Maryland 20910-9813

Tripler Army Medical Center
ATTN: MCHK-JA
1 Jarrett White Road
Tripler AMC, Hawaii 96859

Office of Regional Counsel
Veterans Affairs
ATTN: Mr. Myles Miyamoto
Post Office Box 50188
Honolulu, Hawaii 96850