# EXHIBIT 1

To: Chief of Staff
Department of Veteran Affairs
Regional Office Center
300 Ala Moana Blvd, Unit 501 88
Honolulu, HI 96850-9938
    cc: Vick Rodie, Tripler Patient Care
        Reada Palafox, VA Patient Care

From: Kevin Milnes
SSN 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
Phone 808-695-7184
84-688 Ala Mahiku Dr., Apt. 172A
Waianae, HI 96792                         July 7, 1999

RE: STATEMENT OF FACTS OF KEVIN MILNES:
     GALL BLADDER SURGERY AND RECOVERY

Dear Sir/Madam:

I have had a major acid reflex problem since US Army, with the main treatment being Rolaids, tagamet, amprazol, and anything at all that the US Army has had available in Omaha, NE, El Paso, TX, Houston, TX, Honolulu, HI, American Samoa, and Gainesville, FL, since 1976.

I have also had several cat scans and scopes of the upper and lower areas due to yellow bio and bleeding bottom. The above tests have revealed nothing until June 1999 when I arrived in Honolulu, HI, after two years of residing in Gainesville, FL. When in Gainesville, I frequently visited the VA hospital; Dr. Janet Brownstein was my primary care doctor there.

I arrived in Honolulu, HI, on June, 13, 1999, and at about 9:00 p.m. I had opakapaka and steak at Sizzler's on Kalakaua. Five hours later, I was sick as a dog, had a terrible pain on the right back side, felt nausea, and vomited a lot.

At 11:00 a.m. next day, I showed up at VA Federal Building Clinic to see my favorite doctor, Dr. Eddie Soliai, who had always taken good care of me over many past years. I really thought it was food poisoning. At the VA Clinic they tried hard for three hours to cure the pain, which did not work. X-rays showed constipation beyond capable, and Dr. Soliai referred me to Tripler US Army hospital.

The same day, Monday, June 14, 1999, at 4:30 p.m., I ended up with lab work, X-rays, cat scan, some guess work, and a lot of pain on my right side which never passed away. It was on Tuesday morning, June 15, 1999, when the sonogram scan revealed the gall bladder failure. In the afternoon, I finally got some pain killer of to or with Dr. Robert

Lum, under Dr. Cirangle, to do laporoscopy or -- the worst possibility -- to cut me open, which they did. At that time they told me my gall bladder was dead, and nothing else. When asked about my allergy reactions, I notified the anastesiologist that I am allergic to bleach. By the way, only later, on July 2, 1999, I learned from the report that it was gangrenous bladder.

On Saturday, June 19, 1999, I was released with staples and drainage tube with orders to return to 2A surgery clinic on Monday, June 21, 1999, to have the drainage tube removed, which they did. They also instructed me to show up again on Wednesday, June 23, 1999, to have the staples removed. On Wednesday, Dr. Cirangle inspected the seisure and had the nurse to remove my staples although I still had a little drainage from the drainage hole. Everything else looked good, though, and my staples were removed. I told Dr. Cirangle that I had been coughing heavily; he said, "Okay".

The same Wednesday night I had a major coughing spasm, and my cut opened up. My wife, Irina, tried to help me stop the bleeding. At 6:00 a.m. on Thursday 24, 1999, I went to Emergency at Tripler where I heard several opinions of to 2A surgery consciences. Everybody present agreed on letting my wound heal inside out. I was supplied with dressings and solution to be changed twice a day.

The same Thursday, at 11:00 p.m., Dr. Robert Lum called me home and asked to come back to Tripler the next day, Friday, June 25, at noon for Dr. Cirangle's inspection. I told him that I had several people to help me move my housing and vehicles away from the docks to my apartment, but I promised to show up around noon.

I showed up at 10:00 a.m. and was told to be admitted by Dr. Work. I told him I had checks to sign at Sea Land and City Wide to arrange the housing and cars delivery to my apartment, and I would be able to come back between 2:00 and 4:00 p.m. to see Dr. Cirangle. At 4:00 p.m. I showed up at Emergency because 2A was closed up. I was told to go to ward 6B1. I was admitted to Tripler at 5:00 p.m. for the second time.

I waited all the evening, night, and the next morning for the doctors to see me. At noon, Saturday, June 26, 1999, I was told that the doctors are having a conference on further supervision as to what and where to do until later afternoon. So I discharged myself to go to Makaha Valley Plantation (where my housing was moved to in my absence on Friday, June 25, 1999) to relocate two Ford trucks. I came back at 4:00 p.m. Saturday afternoon to finally see Dr. Cirangle, and was readmitted to go to OR again, which I did. Dr. Lum restitched me from the inside and cleaned me up. Dr. Cirangle told me that the opening up was my fault for lifting something heavy. I swore to him that no such thing happened -- all the housing was moved in by my wife and three friends during my absence.

I suffered more pain from OR; my pain level stayed at 9 to 10 all the time depending on my activity or mere movement. My doctors were watching my wound on Sunday, Monday, Tuesday, and Wednesday repeating that it was looking good. They were going to close me up on Thursday afternoon, July 1, 1999, in OR again. I.V. procedure took a

lot of time: they could not find any vein, which caused me more pain. I overheard Dr. Cirangle saying I was all messed inside, so they could not close me up in OR to my dismay.

I kept saying to the everybody that my only allergy was bleach. Nevertheless, on Thursday, a bunch of new interns showed up and recommended Dakins solution modified 0.5% to apply to my wound. The solution happened to be nothing else but bleach. I was poring it to my hole Thursday, 07/01/99, through Tuesday, 7/06/99, without knowing its ingredients but rashing, itching and scratching around the wound. Only later, on Tuesday, July 6, 1999, during my appointment with Dr. Cirangle, the latter said it was bleach. I told him again I was very allergic to bleach; he switched to Sodium Chloride. When I asked for a shot of cortizone due to the unbearable itching and pain, he said, "No way".

I am in 10 pain level (actually pain has never disappeared since the OR) with added burning and itching. Now my skin around the wound looks swollen and burned up. I am scared to go to the next appointment at Tripler. Please, help me to go to the second opinion for my recovery to another surgeon like Dr. Bradley Wong at Queens.

I am desperate of my present state with three long weeks of open wound and intolerable pain complicated by the bleach allergy. Please, help me recover.

Thank you very much.

Sincerely,

Kevin Milnes

PS. I do feel Cirangle is a qualified surgeon, but overworked and you guys are understuffed. I am sorry to say it happens to be an unfortunate combination dangerous to my health and the rest of our vets.
K.M.