# EXHIBIT 3

To: Chief of Staff
Department of Veteran Affairs
Regional Office Center
1 Garrett White Road
Honolulu, HI 96819
      cc: Vicki Rogers, Tripler Patient Care
          Reada Palafox, VA Patient Care
          Major General Nancy Adams
From: Kevin Milnes
SSN 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
Phone: 808-695-7184
84-688 Ala Mahiku Dr., Apt. 172A
Waianae, HI 96792                                   July 20, 1999

Dear Sirs/Madams:

## RE: UPDATE ON KEVIN MILNES'S CASE

Everybody knows that veterans' life is a medical chance. For the last 10-15 years this myth has been over-generalized: we have been normally treated well and did not have to complain about it. In the last couple years, however, with the recent budget cut, a vet's life became expendable; excuses were made in regard of inadequately trained personnel as well as lack of care towards other persons.

After five weeks of staying at Tripler, I learned many things trying to find answers to some burning questions: Why have so many vets died recently, and not just of old age? Is it motivated by the desire to give bonus to retain personnel in military? Or is the VA losing to the outside because it needs money to pay for qualified surgeons?

The ones whom VA is definitely losing are vets -- 15,000 man and women a day -- because they are old, because they drink, because they smoke, and because they are lower class personnel who defended the flag for what ends. For those who never served we are just stepping stones, and my case is the same as many other from Korea and Vietnam who are viewed as losers by the society at large and those who prosper. The vet is left to fight or write letters to politicians and bureaucrats who are afraid of job loss as if unemployment were a real issue in this country. What this means is that the vets have to deal with paranoid schizophrenia which ends up the bureaucrats in a bunch of lie to cover their collective asses and preserve their stability in the society. What it all results in is a dangerous system full of pot holes, loop holes, and cracks, which leads to the end of my and many others' belief in unopinionated treatment of the American vets.

My case can be a vivid example of the above. On July 7, 1999, I wrote a letter to the VA Chief of Staff, Vicki Rogers, Tripler Patient Care Rep, and Reada Palafox, VA Patient Care Rep, stating the facts of my treatment at Tripler regarding my gall bladder

removal operation and post-surgery procedures. The letter was caused by my despair to get healed in spite of the doctor's opinionated attitude. Dr. Cirangle not only blamed me for the second readmission to Tripler because of my so-called lifting a 60" TV causing my wound opening, but also threatened me that I would never heal up unless I stop smoking. I found the accusations appalling. First, I never touched the TV -- I hired people to move it, and they did it after I was readmitted to Tripler for the second time. I have four witnesses to it which will leave the doctor's accusations absolutely groundless. Second, I admit smoking has always been my problem. I started smoking when in the Army more than 20 years ago, joined three smoking cessation classes and an anger management class, but in the absence of patches have never been able to quit smoking for good. Giving up smoking is easier said than done -- this is a decease which needs cure as well as any other. I volunteered for the smoking cessation classes at Tripler and was promised to get signed up for them on July 6, 1999, which never happened. These promises remained unrealized. My total despair ended up in the letter of July 7, 1999, in which I asked VA for a second opinion and referral to Dr. Bradley Wong at Queens.

Vicki Rogers, a VA Patient Care Representative at Tripler, helped me to find the answer and filled me with a new hope. The hope was Col Cordts and Col Durrance and a new machine of a Vacuum Bandage to make my endless pain end, my open wound heal, my burning skin soothe, and my smoking cessation class start, patches included. I followed their instructions, got readmitted to Tripler for the third time to be treated further by the same team.

To my great surprise and disappointment very few of the promises were realized. All this time from July 8, 1999, to July 20, 1999, I was kept without antibiotics or any other serious pain killers. I had no support from Dr. Cordts. I saw Dr. Durrance every other day. When I asked for some anastesiologist to assess and help my pain, it took her a week to show up, while I had to stay in continuous pain and experience long sleepless nights. The anastesiologist prescribed some non-narcotic drugs which only made me groggy with the pain level remaining 10 to 9. The above drugs did make me sleep three hours a day. However, taking into account getting no sleep for about a month and extremely noisy conditions of the last week with three other patients in the ward requiring constant care all around the clock, I felt absolutely exhausted from no-sleep and non-stop pain.

The promises to help me quit smoking also remained words. They never signed me up for any smoking cessation classes. For the first five days I had no patches. On July 12, 1999, the patches finally showed up. I quit smoking to one or two cigarettes a day and only smoked without patches because usually a patch would fall off after ten hours. So around midnight, when I could not sleep anyway, I would take 1/2 hour break and go outside to smoke Merit Ultima 100 (0.02 nicotine content). I know smoking with a patch is dangerous and may cause a heart attack which I need least of all in the present situation. I honestly told the doctors that on July 11, 1999, through July 18, 1999, I smoked ten cigarettes -- an amazing amount for someone who have smoked 1 1/2 to 2 packs a day for the last 25 years since US Army introduced me to cigarettes.

When in the hospital, I tried to comply with the doctors instructions to the maximum. They told me to stay in bed 22 hours a day, which I did. On July 12, 1999, Dr. Cirangle suggested Col Durrance keeping me in bed for 23 1/2 hours. I complied again, although I knew that the manufacturer recommended 20 hrs/day. However, unfavorably effected by bleach (see my letter of July 7, 1999), my hole remained itchy and red and pink inside, which was not good. I overheard that lying in bed so many hours a day does not stimulate oxygen circulation. To get a better healing effect, I would have to move. I kept asking to switch the Vacuum machine to batteries for me to take a vertical position to facilitate the oxygen circulation. Finally, on Friday, July 16, 1999, Col Durrance said it was okay to take the machine with me on walks. On Monday, July 19, 1999, when they changed the dressing, everybody was impressed by the good look of my wound with the skin started growing on the sides of it. It was obvious that walking with vacuum created cure quickly. It is a pity this idea did not crossed anybody's educated and experienced mind earlier.

Inspired by the good results, they trained a nurse to change dressings in my wound. It turned to be a disaster! The tube was leaking all the time, it was extremely painful, and little juice came out. I complained. The solution was to plug up with more tape. It still did not work. The machine kept beeping away keeping most people up, beside me. When on July 20, 1999, Dr. Martell came around, I told him that it was worthless because after 24 hours it only drew a tablespoon of juice. It happened because the tube was poorly installed by a trainee with Col Durrance supervision. Why the tube which has four perforated holes with an open end hole essential on two perforated holes which were resealed in the upper part of the wound was not working?

When Col. Durrance finally came by, I pointed it out to her and she replied I should go back to bed and stay there immobile. I complied again. No one bothered to redress the wound, though.

I called Vicki at 1:15 p.m. on July 20, 1999, asking her to help me. I also asked the Major nurse to redress my wound. I was told that it cost $25.00 to replace the dressing. I asked her to do it anyway because the other one was not working. Then, I guess after Vicki called, Dr. Littlefield showed up at 2:00 p.m., July 20, 1999, and said it was time to go home. I said, "What about the wound and changing the dressing and taking some medicine home?" I was replied it was too expensive to keep me there. For the last two weeks when I asked questions about my wound, I received the same answers that it all cost $9,400.00, and I would leave with it to the mainland. All that made me think as if I were a thief.

They insulted my intelligence. Moreover, to cover themselves, they stated in the release paper that I smoked in the bathroom, and that smoking is the blame for all my problems. These "facts" are twisted. First, my smoking inside never happened. I loved to walk outside, enjoy the view and fresh air and have a cigarette during my breaks. Second, when they accused me of not signing out in the book, it is another misinterpretation of the

truth. The truth is that the book was hardly available outside to sign out, but when it was, I did as ordered. I have witnesses to it too. Third, viewing my smoking as the major problem may have some indirect effect on the slow healing of my wound. There are some other factors which they pretend not to notice and which have played a more important role in hindering the healing process. Right now it looks that the US Army trained me to smoke, and now it is my death sentence. What happened to the progress in medical science, as well as professionalism, responsibility, and care for the patients during the last 20 years?

I am so confused now. My wound and gall bladder have to do with my situation of care as a veteran of the US Army. I still ask you to refer me to another doctor like Dr. Bradley Wong at Queens, because after five weeks of staying open, I do not feel optimistic about the treatment, care, and attitude I am getting at Tripler. Presently I feel that my wound is not healed and that antibiotics are a natural prescription of this case open wound on the Hawaiian islands and in this hospital full of bacteria enough to cause my infection. Countless times I heard from Dr. Cirangle that he could not close the wound because I was infected.

I would like to mention one more time my request to be referred to Queens Hospital, Dr. Bradley Wong. I have my serious reasons: three times of failure at Tripler (two times of life threatening experience in one month) sound enough to me and my family. Believe me, retaliation is clear and present in Dr. Cirangle's group of doctors and interns, which some of them did against their own reluctance. I know my life is in jeopardy at this institution and hope that this experience and sharing with you people will be able to correct some errors made in my case for other brother and sister vets. The fact remains that I am still itching and burning up and in pain from this allergic reaction to Dakins solution. My numerous requests for a shot of cortizone to resolve the allergic reaction were ignored. Starting with cortizone and then working on healing my wound with vacuum bandage would be my logical resolve of my present situation. I just hope that with your help I will be able to get the right treatment at some other safer and more humane place.

Mahalo.

Sincerely,

Kevin Milnes