# EXHIBIT 4

Department of Veteran Affairs
Medical and Regional Office
Attn: John Montgomery
P.O. Box 50188
Honolulu, HI 96850

From: Kevin Milnes
SSN 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
Phone: 808-695-7184
84-688 Ala Mahiku Dr., Apt. 172A
Waianae, HI 96792                                          July 27, 1999


To whom it may concern

    Dear Sirs/Madams:

RE: KEVIN MILNES'S CASE

    Under 38 USC 1151 I would like to file a claim of Medical Mistreatment or
Medical Malpractice for Tripler's pouring bleach into my allergic wound known as Dakins
Solution Modified 0.5% which caused major burning, itching, and suffering even to
present, because no one would give me a cortezone shot motivating it that it would effect
my post gall bladder removal healing.  Plus my nerves are severed with my lower stomach
area seeming permanently numb for life according to Dr. Eddie Soliai at the VA clinic.

    The undo pain and suffering and loss should be compensated.


    Please find attached
    1) two statements of facts submitted to the DVA on July 7 and 20, 1999, with the
detailed description of my case; and
    2) copies of my Tripler medical records first recognizing (06/27/99; 07/02/99) and
then ignoring (07/02/99) my allergy to bleach and chlorine.

    Mahalo.

                 Sincerely,

                 Kevin Milnes