# EXHIBIT 7

OMB Approved No. 2900-0075
Respondent Burden: 15 minutes

# STATEMENT IN SUPPORT OF CLAIM

**Department of Veterans Affairs**

PRIVACY ACT INFORMATION: The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-1000 for mailing information on where to send your comments.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN (Type or print) | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| KEVIN MILNES | 506 64 1299 | C/CSS- |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

AT THIS TIME, I WOULD LIKE TO INFORM VA THAT I HAVE A RE-CURRING MEDICAL PROBLEM FROM SURGERY THAT I HAD IN JUNE 1999. (GALL BLADDER)

TODAY IN JUNE 25, 2001 I HAD TO HAVE STITCHES REMOVED DUE TO INFECTIONS; THIS IS ONE OF TWENTY VISITS AT 2ND FLOOR SURGERY, TO HAVE DR CORTS REMOVE THESE STITCHES. I WOULD LIKE THIS TO BE SUBMITTED AS EVIDENCE OF RECORD. QUESTION WHAT HAPPEN IS THIS IN JUN 99?

(CONTINUE ON REVERSE)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| SIGNATURE | DATE SIGNED |
|---|---|
| X [signature] | Jun 25 2001 |

| ADDRESS | TELEPHONE NUMBERS (Include Area Code) |
|---|---|
| 86 300 ALAMIHI ST WAIANAE HI 96792 | DAYTIME: (808) 697-8544  EVENING: |

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

VA FORM 21-4138
JUN 2000

EXISTING STOCKS OF VA FORM 21-4138, APR 1994, WILL BE USED