# EXHIBIT 8

OMB Approved No. 2900-0075
Respondent Burden: 15 minutes

**Department of Veterans Affairs**

# STATEMENT IN SUPPORT OF CLAIM

PRIVACY ACT INFORMATION: The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized by the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Clearance Officer (723), 810 Vermont Ave., NW, Washington, DC 20420, and to the Office of Management and Budget, Paperwork Reduction Project (2900-0075), Washington, DC 20503. PLEASE DO NOT SEND THIS FORM OR APPLICATIONS FOR BENEFITS TO THESE ADDRESSES.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN (Type or print) | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| Kevin John Mihei | 506 64 1299 | C/CSS- |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

Title 38 HSI Filed

in Jun 29 99 I've been bed

ridden since Emergency request

has been 3 yrs, and several

inquiries and no Answer I

need to go to court or what

some emergency help

John Motgomery filed it

there in Jun 29 02.

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| SIGNATURE | DATE SIGNED |
|---|---|
| | Oct 18 02 |

| ADDRESS | DAYTIME TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Box 300 Alamahi St | 697-8594 |
| Anahola HI 96703 | |

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

EXISTING STOCKS OF VA FORM 21-4138,
APR 1992, WILL BE USED.

VA FORM 21-4138
OCT 1993