# EXHIBIT 9

OMB Approved No. 2900-0075
Respondent Burden: 15 minutes

## STATEMENT IN SUPPORT OF CLAIM

**VA Department of Veterans Affairs**

PRIVACY ACT INFORMATION: The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-1000 for mailing information on where to send your comments.

**FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN** (Type or print): Kevin John Milne

**SOCIAL SECURITY NO.**: 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

**VA FILE NO.**: [illegible]

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

JOKE ON Me

I Have asked 3 times for Homebound needs since told nobody goes to Waianae HI wrong Jun 25, 99 first Inquire on request again in Aug 30 99, and Now NOV 7 02.

Also I've Asked 10 times for Assurance Titel 38 1151 Hospital Bound and BedBound and House Bound 3 years and 4 mos ago and still Need Help SOS.

I asked 3 week ago for what happen to 38 CFR 1151, in Oct 21 02, Oct 16 02 on Phone No Reply NH, No Excuse I wrote all congress, senators to withdraw all inquire

(CONTINUE ON REVERSE)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

**SIGNATURE**: [signature] (GHOST)

**DATE SIGNED**: NOV 7 02

**ADDRESS**: 86-300 Ala mihi St, Waianae HI 96792

**TELEPHONE NUMBERS** (Include Area Code)
**DAYTIME**: 697-8594
**EVENING**: 927-1483

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

VA FORM 21-4138
JUN 2000

EXISTING STOCKS OF VA FORM 21-4138, APR 1994, WILL BE USED