# EXHIBIT 11

Kevin Milnes
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
86-300 Alamihi Street
Waianae, HI 96792
808-697-8594

General Inspector
Attn: 04
202-565-7936

December 20, 2001

VIA FACSIMILE

Dear Sir:

RE: SOS!

    Hawaiian veterans need your urgent help! The VA in Honolulu, HI, is terribly understaffed which negatively affects the veterans. Being a disabled Vietnam veteran myself, I am suffering too that is why I am writing this letter of complaint to you.
    The VA in Honolulu lacks personnel at the VA clinics; there are no permanent doctors at the specialized clinics, only contractors for whom you are always a new patient, no matter if it is your chronic condition or not. There are only three primary care physicians for 8,800 patients; no wonder they are overworked. There is no Emergency Care at the VA; in case of emergency we have to go to Tripler Army Medical Center where they can care less about us. Urgent Care appointments at the VA average 6 months to one year; one can easily die waiting for it. The VA pharmacy is appallingly slow and inefficient. All veterans have to spend hours there to fill a prescription; plus they will make you come several times for the same medication irrespective whether you live 50 or 100 miles away, which I do!
    These are the most general concerns every veteran is suffering from. Besides, I have my needs, which have not been met yet and which are as follows.
    1). I have a dermatology problem: infested wart with blood poison, and it took me a year to get an appointment for that.
    2). I still have infected stitches after staying in an infected ward for my gall bladder condition, which took one year to take urgent care of and two years to heal up.
    3). I have a severe pulmonary problem, COPD and emphysema, with 6 months on average of acute condition when prescriptions do not work. My Primary Care doctor refuses to change the medication without consultation, which is impossible to get. The reason is contracted doctors are usually underpaid and subsidized with interns in training. They know nothing about your particular problem, they do not have enough time to read your records, especially if we are talking volumes of records, plus some records are always missing and it takes another six months to gather my records myself hoping to see

the same doctor, which is seldom the case. As a result, the diagnosis of COPD changes with every 6 months appointment. In addition, prescriptions for pulmonary diseases are restricted to budget; I usually get only generics, which do not work. My over-counter costs are not reimbursed, which is killing me too. And there is no therapy whatsoever on staff.

4). I have a GI condition, and there is only one guy who is overworked and has to borrow Tripler Army Medical Center's facility and even his notebook computer is on wheels. Just one, latest, example of my recent GI procedures on December 4, 2001. The device used for colonoscopy and endoscopy is 15 years old and it tore me up during the procedures in question. I was not given any explanation for two hemorrhoids and several holes found during the exam; thus only one part of the exam was completed, I was told tough love. Was it my fault for being in pain? And the device seemed to have no air to inflate my intestines; it just shoved it and even though I was drugged up, I screamed and I pulled out. No biopsy of anything, just more pills for acid reflux. My bleeding still continues. Nothing changed in my condition. What was the point of those procedures at all? The doctor definitely needs new equipment and more personnel. The budget for 2001 had money but they refused to spend it on medical needs, which is a real shame.

5). I had two C&P exams for lower back and lungs in 2001. The exams are all contracted out and the doctors complain and refuse to look at the records because due to 27 years of denials, my records are 8 volumes of medical and 8 volumes of administrative, total of 16 volumes. So $462.00 to do a C&P exam does not allow a complete medical review and ends up in a guess work.

In fact, for my orthopedic C&P exam in July 2001 the doctor, Dr. Clifford Lau, had no records because the clerk had sent the records to another Dr. Lau, an immunologist, even after I called and wrote several letters to warn the C&P clerk, who was busy doing nothing. Even after I called and talked to her, this woman, Grace Rolands, did not fix the situation. She feels she answers to no one! I called Dr. Mc Bride, the head of the clinic; Dr. Bolland called me back and said they have no authority over Grace Roland. I called David Burge, head of the VA; he said he had no authority over her either, and the DRO maybe has something to do with her. Well, nobody has authority over Grace Roland! This is just incredible!

So my orthopedic exam was so screwed up that I had to pay three other doctors to do my exams, review my records, and write their professional medical opinions at the cost of $1,800.00 for Dr. Portner, $500.00 for Dr. Greenly, and $800.00 for Dr. Taylon, grand total of $3,100.00 for which I had to charge my VISA at 21% interest. All because the C&P clerk is above the VA!

Now the DRO Larry Galola retired after spending 100 hours with my file in June 2001; the new DRO John Montgomery refuses to look at the above exams.

C&P in June 2001 for pulmonary was scrapped because Grace forgot to explain to Dr. Tam the exam. I had to go to mental hygiene instead and I am still going because Grace does not care and has no responsibility. Finally in August 2001, Dr. Hallenborg examined me for COPD, asbestos, and tobacco and said I only have 40% of my vital lung capability left and that I am 100% disabled. Service officers refuse to look at COVA Remand, particularly, at my tobacco service connected claim of July 1997, one of the first to apply in Florida, and grandfathered it as the Court explains it to the BVA.

I have been disabled since 1974 with degenerative back, tinnitus, COPD, loss of hearing, skin or Agent Orange disorder, borderline disability, and bipolar or PTSD. Social Security recognizes my military disability but some people at the VA are blocking it every time even after the Court said they were wrong. The C&P exam for COVA remand was completed in August 2001; they refuse to look at it because there are not enough personnel to do it and the DRO, John Montgomery, is still under training. They have the money for two more DROs but they refuse to post the vacancies because the powers are scared to hire somebody outside their clan.

Gary Nakamura, the DAV officer, has told me the politics and cover up in David Burge's office will do nothing to improve even if they have had money in 2001 budget, which they have, to hire three more rating people, two more DROs. So my file will not be looked at because at 150 claims a weeks for raters, and 50 weeks for the DRO trainee my file will not be looked at even after a couple of Congressional inquiries and Senator's inquiries; and VA in Honolulu is above any inquiries anyway, they just feed the problem!

The budget is being wasted away in nepotism for some "study programs" for family matters. Even Allan Kelloge, retired Sgt Major, a service officer in charge of Homeless Vets, and a Congressional Medal of Honor was upset because when Barber Point USN closed, they offered three buildings to help vets in three ways, mental hygiene, a place to stay, and education. The powers, who stay in five-star environment, prefer to do studies for which they employ their relatives and friends while veterans are dying on park benches and starving because the increase of claims ends up in increase of denials! But I bet the powers' family and friends dine out with the VA expenses, just look at their VISA charges—it is amazing, the stuff they buy!

There are thieves at the VA and they answer to no one, and questioning them is dangerous. Do you have a Witness Protection Plan? Because they have been ripping me off so much! They are dictators, and on the average I have drive two to three times a week to the VA pharmacy, 100 miles round trip, because they never have the complete prescription.

In 1999, I had an emergency with my gall bladder and they transferred me to Tripler Army Medical Center. I have not been the same since infection, pain, and trauma went on, and yet the VA blames Tripler and Tripler blames the VA, and yet no infection specialist after my several pleas or requests -- no nothing only more expenses and the VA cuts me off any assistance and I have spent thousands seeking medical assistance. The VA in Hawaii is the worst, although better than a decade ago. But yet management is dictatorship with a lot of cover up and wasted resources. I'll bet the farm if one inspector sat in on Pharmacy for three hours, you would see all kinds of disturbances and complaints, and still it is the vet who is the ultimate loser!

Please help me and other Hawaiian vets get qualified and timely administrative and medical assistance from the VA. Please look into the Honolulu, HI, VA system, audit their budget, check their structures, and make them use the allocated budget for the actual veterans' needs. We need better equipment, more primary care physicians, more and diversified specialists on staff, more humane and compassionate clerks, several efficient DROs, better pharmaceutical service, a VA hospital staffed with professionals. We need it all while we are still alive. It looks the powers are just waiting for us to die not to bother them with our concerns and conditions. I do not think this is what the US veterans deserve even if they are far from the mainland and out of Washington D.C.

sight. Please help us get whatever we are entitled to upon honorable discharge and service connected disabilities acquired for the greatness of our country! With all the service personnel, retired and vets there are almost 600,000 people, who deserve better treatment instead of more excuses. I can prove waste, poor management, nepotism, unqualified employees, and money being misused, and they spend more money on security than medical! This needs to be changed as soon as possible! You are our last hope!

Thank you very much.
Sincerely,

*[signature]*

Kevin Milnes

*Please call me to verify fax recieved any assistance?*