# EXHIBIT 12

Kevin Milnes<br>
#506641299<br>
86-300 Alamihi Street<br>
Waianae, HI 96792<br>
Phone/fax: 808-697-8594

David Burge, VA Director
Fax: 433-0390
cc.:   Gary Nakamura, DAV
       Patsy Mink, Congresswoman
       Daniel Inouye, Senator

May 2, 2002

<u>VIA FACSIMILE (2 pages)</u>

Dear VA people:

RE:   SOS!!!

I am totally exhausted after 28 years of back pain, stress, and some police action in Army. The promised future washed out, my family was lost, all these years I have been striving for air, throwing up every other day, burning, itching, scratching every second, reading lips due to hearing loss, tinnitus, and annoying locusts, praying to take a shit, and a having a troubled mind that cannot focus!

I call the VA for help and I get no response, only refusal to move my file forward back to COVA after two denials for back and lungs. The two issues without a doubt were proven fact of injury in service, but the only thing they say is that they are still working on them. Well, I was told by COVA they will resolve these issues if I re-appeal with them hearing, tinnitus, mental problems, Agent Orange, and 1151 gall bladder issue denied by the Army, and the VA already seems to put me to Civil Court on May 26, 2002?

Then there is this overpayment issue of three years old. I placed a request for hearing on waiver and there has been no word on it. My DAV representative, Gary Nakamura, says he is totally lost to what the VA is doing. So I do not have any knowledge what the VA is up to and there is no statement, no assistance, and no medical help either. And all this is when I have serious medical needs.

I need a corrective surgery in my right abdominal quadrant to remove some of these surgical clips, so my colon can function properly thanks to the US Army gall bladder surgery of 1999. I have a deadly granulomatous disease and I am still fighting infection, every day or moment of my life. Theoretically I could die because of their refusal for me to see an infection specialist, or simply to apply antibiotics because white blood cells were and are not there. The Army introduced me to everything tested in White Sands, Trinity, Alamogordo, McGregor, FT Polk, La swamp, and a little, 2 ½ months, in Southern Asia with no paperwork either because supposedly we were not there. So I am a liar, my doctors are liars too!

I have spent a million in 28 years for my medical care, and the VA only recently offered a little assistance, non compensatory though. But living on $794.00 Social Security per month is hard. My mother, my wife, and I have gone into serious debt facing bankruptcy any moment, and homeless is real again.

Why is a PFC such a threat to Army, VA, and US Government? You have killed my dad with nuclear exposure. You would kill me and my youngest daughter with IQ 75 born with mutant genes on base and this all cost us plenty. I need help and all I get is lies!

Please explain why or what is going on, period, and stop this retaliation, and SOS! - I am being held hostage with file not to be moved back to COVA. At first they said they would; now they changed their mind, so I went home to Omaha, NE, and requested file moved back to Omaha, NE, which they said they could do! Now VA in Honolulu, HI, tells me that they are still

processing my appeals, so they lied to me again! The request to move file back to my home port is being denied again!

So what can I do before I die? It is not fair to my wife and my children because someone did wrong at the VA and is covering up my file, and paperwork is disappearing again. Please just tell me what the VA agenda with this file is and please I need financial assistance, rehab, educational assistance, and medical assistance. I need help to pay medical bills!

I call, I come by to see service officer, I write letters, form 2148, requests, and they say "no can do" and they know nothing. But frankly they even told me to go bury the file forever, or call the President of the USA, and that hell will freeze over before the file will leave the Honolulu office!

Please look into my issue and request some action or statement or status of what is going on, and ask them to stop pointing to the grim reaper! I was drafted, enlisted, had 2 ½ years of regular Army, honorably discharged, re-enlisted in active reserves for four years, was Honorably Discharged twice. And what humiliating and miserable treatment I am getting from the VA!

Please call me, fax me, write to me. It is a SOS situation!

Thank you very much.

Aloha,

*[signature]*

Kevin Milnes,
Dead Man, Born Loser