# EXHIBIT 13



MINORITY WHIP-AT-LARGE

DEMOCRATIC CAUCUS
EDUCATION TASK FORCE
Co-Chair

COMMITTEES
EDUCATION AND THE
WORKFORCE

SUBCOMMITTEES
21st CENTURY COMPETITIVENESS
Ranking Member

WORKFORCE PROTECTION

GOVERNMENT REFORM

SUBCOMMITTEES
ENERGY POLICY, NATURAL RESOURCES
AND REGULATORY AFFAIRS

GOVERNMENT EFFICIENCY, FINANCIAL MANAGEMENT
AND INTERGOVERNMENTAL RELATIONS



# Patsy T. Mink
## Congress of the United States
### 2nd District, Hawaii

WASHINGTON, DC OFFICE
2210 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1102
PHONE (202) 225-4906
FAX (202) 225-4987

http://www.house.gov/patsymink
WEB:http://www.house.gov/mink

HAWAII OFFICE
5104 PRINCE KUHIO FEDERAL BUILDING
HONOLULU, HI 96850-4977
PHONE (808) 541-1986
FAX (808) 538-0233

BIG ISLAND 935-3756
MAUI 242-1818
KAUAI 245-1951

March 13, 2002

H. David Burge, Jr.
Director
US Dept of Veterans Affairs
Medical and Regional Ofc Ctr
459 Patterson Rd.
Honolulu HI 96819-1522

Dear Mr. Burge:

    RE:   KEVIN MILNES, 86-300 Alamihi Street, Waianae, Hawaii 96792

Please advise on the status of Mr. Milnes' request for copies of his military records. A copy of his request is attached.

In December 2001 Mr. Milnes underwent a "failed" colonoscopy at Tripler Army Medical Center and in February 2002, a barium enema was performed. He describes these procedures as incomplete and inconclusive. He is concerned that his condition has worsened since his colonoscopy in 1999 and that his polyps are unchecked and may be cancerous.

Mr. Milnes believes that he is in need of further gastrointestinal (GI) tests to be performed at a veteran's facility outside of Hawaii where he can receive appropriate treatment to relieve his chronic abdominal pain, constipation, diverticulitis, gall bladder infection and colon polyps. Daily living is difficult and painful.

He continues to request second and third opinions, further review and assessment of his medical conditions by independent parties, and immediate treatment.

What steps can be taken to provide for Mr. Milnes' urgent medical needs?

Your consideration of Mr. Milnes' request for assistance is appreciated.

Very truly yours,

PATSY T. MINK
Member of Congress

Enclosure

PRINTED ON RECYCLED PAPER