# EXHIBIT 14

ORIGINAL

Kevin J. Milnes
86-300 Alamih. St
Waianae Hawaii 96792
808-697-8594

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 17 2002
at 2 o'clock and 05 min. P M.
WALTER A. Y. H. CHINN, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES, ) | CIVIL NO. CV02 00365 HG BMK |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TRIPLER ARMY MEDICAL ) | COMPLAINT, summons |
| CENTER, ) | |
| ) | |
| VETERANS ADMINISTRATION ) | |
| ) | |
| Defendants ) | |

### COMPLAINT

1. I, Kevin Milnes, a resident of the City and County of Honolulu, State of Hawaii, am suing Tripler Army Medical Center (TAMC) for damages arising out of substandard care, unusual operative surgery and post-operative care, in accordance with AR 40-21 and JACHO regulations, for my gall bladder condition on and after June 14, 1999, at the amount of $2,000,000.00, and Veterans Administration for lack of offer of

financial and in-home care and refusal to assist by any means at the amount of $2,000,000.00.

2. Being referred by the VA to TAMC on June 14, 1999, I experienced unusual delay in diagnosis for obvious gall bladder failure taking three days to operate, causing infection and gangrenous gallbladder, colon adhesions, and lung cavity infection. Post-operative care in Ward 6B-1 was beyond criticism: the sucking bulb would not hold; the nurses in training would not give me a sponge bath; my wife had to do it instead.

3. I was released prematurely on June 19, 1999, which caused further infection, gall bladder wound dehiscion, and atelectasis to the lungs. Upon returning to the TAMC ER, wide open, I was refused admission, sent home, and had to hold my intestines in my hand from June 22, 1999, to June 24, 1999, when TAMC surgery called me at home at 11:30 p.m. on June 24, 1999, and begged me to come back to TAMC due to some error on the ER part.

4. From June 25, 1999, to June 26, 1999, I waited to go back to surgery to have my fascia closed until I was found too infected to have my outer fascia to be restitched. I was promised an infection specialist to assist me to be infection free to go back to surgery. Neither a surgeon nor an infection specialist showed up in Ward 6B-1; I was scheduled to surgery anyway. I was in the OR for four hours with two anesthesiologists trying to find a vein to prepare me for a surgery and causing me additional pain by sticking a needle a hundred times in each arm. No one looked at the wound until I was placed n the table and Dr. Cirangle, who was in charge of my case since day one, had a panic attack due to my infected wound and left me open.

5. I was released from TAMC on July 2, 1999, with no antibiotics and only Dakin's Solution to treat my open wound at home. It was ordered despite the fact that bleach, the main component of Dakin's solution, is the only allergen of mine, about which I

notified everybody upon my each admission. As a result of its regular applications following the doctor's orders I imploded, the wound abscessed, and I was re-admitted to Tripler for the third time on July 8, 1999, for a 3-week VAC-machine treatment.

6. During my third admission I requested for an infection specialist and a GI physician. I received only overtime trainees, doctors and nurses, who did not get much sleep and who did not know how to change the VAC bandages. I was stuck to the VAC-machine for 23 ½ hours a day and my back got as sore as it was before the lower back surgery of 1997. The whole ward 6B-1 had no air conditioner; all five patients were infected, and one died. During evening hours they were installing a sprinkler system in the adjacent hall with all the dust penetrating our ward and lungs. Everybody was gasping for air; my lungs disabled since the Army were negatively affected too.

7. I was discharged on July 20, 1999, and asked the VA for some in-home care to change dressings wet to dry three times a day. I was refused motivating that I lived too far, in Makaha. My wife had to work a graveyard shift to take care of me at day time and bring home some income working nights. Our medical expenses went up too.

8. My wound was healing up with very little progress. For two and a half years after my discharge of July 1999 Dr. Cordts was pulling out infectious abscessed stitches out of the incision site. The pain beyond description has never stopped. Even at present, I have a shark bite scar, which not only embarrasses me on the beach but which pops up from time to time with a new infected stitch accompanied with the unbearable pain. Dr. Cordts, Dr. Ono, and Dr. Soliai confirm I have to live with these adverse changes from now on for life.

9. The sub-standard surgery has had other complications on my intestines and colon. CT scan showed adhesions and atelectasis from poor surgery practices. There are

also multiple surgical clips creating adhesions and causing some serious problems with my intestines, colon, and bowel movement for the last three years.

10. I was disabled for lower back and lungs before the surgery of 1999, but I still was able to work part time or to help my wife. Now, after the gall bladder surgery at Tripler, I am totally and permanently disabled due to the painful GI problems caused by Tripler substandard care, total bad faith, and cover up practice by the VA. My requests for assistance from the VA and US Army lead to nothing else but to go-to-court reply. I have filed Substandard Care Tort Claim with the Department of the Army and was recommended to raise this issue with the Court system.

11. Your Honor, please allow me to present my case in the District Court so I can resolve the issue of 1) substandard care, bad faith, and cover up practice under 28 USC 2671-2680 with the relief request of $2,000,000.00 from the US Army, and 2) refusal to assist by any means, lack of offering any financial assistance upon request, bad faith, substandard care, and cover up practice under Title 38 CFR 1151 with the relief request of $2,000,000.00 from the VA. I know mine is not a frivolous case; it is real pain, loss, and suffering continuing through today.

Please feel free to contact me any time at the numbers below if you have any questions.

Thank you very much.

Sincerely,

*[signature]*

Kevin Milnes

86-300 Alamihi Street
Waianae, HI 96792
(808) 697-8594
(808) 927-1483