# United States District Court

_____ DISTRICT OF _____

Kevin J. Milnes

v.

Tripler Army Medical Center

Veterans Administration

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of defendant)

ALL NAMED DEFENDANTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Milnes
Pro Se Litigant
86-300 Ala Mihi St
Waianae Hi
96792

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WALTER A.Y.H. CHINN

CLERK

(BY) DEPUTY CLERK

JUN 17 2002

DATE