# EXHIBIT 15



Kevin Milnes
November 1999





Kevin Milnes
August 2001