EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | CIVIL NO. 02—00365 BMK<br><br>DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT; TABLE OF CONTENTS; TABLE OF AUTHORITIES; MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>Trial Date: October 24, 2006 |

DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the United States of America, by and through its attorneys the United States Attorney for the District of Hawaii and Assistant United States Attorney Edric M. Ching, and hereby moves for partial summary judgment as to all claims made by

Plaintiff regarding the health care he received from the Tripler Army Medical Center.

DATED: April 26, 2006, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>/s/ Edric M. Ching
>
>By_____
>  EDRIC M. CHING
>  Assistant U.S. Attorney
>
>Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Gary V. Dubin, Esq.                    April 26, 2006
gdubin@dubinlaw.net

Attorney for Plaintiff

DATED:  April 26, 2006, at Honolulu, Hawaii.

/s/ Jan Yoneda
_____