TABLE OF CONTENTS

                                                                PAGE

I.   PRELIMINARY STATEMENT . . . . . . . . . . . . . . . . . . . 1

II.  STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . 2

     A.   Plaintiff's Hospitalizations . . . . . . . . . . . . . 2

     B.   Plaintiff's First Amended Complaint . . . . . . . . . 5

     C.   Plaintiff's Expert Opinions . . . . . . . . . . . . . 5

     D.   Defendant's Experts . . . . . . . . . . . . . . . . . 8

          1.   Lawrence Eron, M.D., FACP, FIDSA . . . . . . . . 8

          2.   Whitney Limm, M.D., FACS . . . . . . . . . . . . 8

III. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . 9

     A.   Legal Standards . . . . . . . . . . . . . . . . . . . 9

     B.   Rule 26 Precludes Plaintiff From Asserting
          Any Expert Opinions Outside Dr. Halford's
          May 25, 2005 Report . . . . . . . . . . . . . . . . . 11

     C.   Hawaii Malpractice Law Requires Expert
          Testimony To Establish Negligence Claims . . . . . . 13
     D.   Plaintiff Has Failed To Set Forth Sufficient
          Expert Testimony To Sustain His Negligence
          Claims . . . . . . . . . . . . . . . . . . . . . . . 14

          1.   No Evidentiary Basis Exists For
               Plaintiff's Claims That He Was Not
               Administered Antibiotics Prior To
               The GallBladder Procedure . . . . . . . . . . . 14

          2.   The Timing Of the Gallbladder Procedure
               Was Within The Standard Of Care . . . . . . . . 15

          3.   Plaintiff Has Failed To Set Forth Expert
               Testimony Regarding The Incorrect Use Of
               Antibiotics . . . . . . . . . . . . . . . . . . 16

          4.   Dr. Sakaguchi's Care Of Plaintiff Was
               Within The Standard Of Care . . . . . . . . . . 16

       5.    Plaintiff Has Not Established Competent Expert Testimony That The Dakin's Solution Caused Plaintiff's Injuries . . . . . 17

IV.  CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . 18