TABLE OF AUTHORITIES

FEDERAL CASES                                                    PAGE(S)


Anderson v. Liberty Lobby Inc., 477 U.S. 242 (1986) ....... 9, 10

Brinson v. Linda Rose Joint Venture, 53 F.3d 1044
     (9th Cir. 1995) ........................................ 9

Celotex Corp. v. Catrett, 477 U.S. 317 (1986) ............. 9, 11

Matsushita Electric Industrial Co. v. Zenith Radio Corp.,
     475 U.S. 574 (1986) ................................ 9, 10

McBride v. United States, 462 F.2d 72 (9th Cir. 1972) ........ 13

Reed v. Binder, 165 F.R.D. 424 165 F.R.D. 424 (D.N.J. 1996) .. 12

Salgado by Salgado v. General Motors Corp., 150 F.3d 735
     (7th cir. 1998) ....................................... 12

T.W. Electric Serv., Inc. v. Pacific Electric Contractors
     Association, 809 F.2d 626 (9th Cir. 1987) ............. 10

United Steelworkers of America v. Phelps Dodge, 865 F.2d
     1539 (9th Cir. 1989), cert. denied, 493 U.S. 809,
     110 S.Ct. 51 (1989) ................................... 10


STATE CASES

Carr v. Strode, 79 Haw. 475, 904 P.2d 489 (1995) ............. 13

Craft v. Peebles, 78 Haw. 287, 893 P.2d 138 (1995) ........... 13

Figueroa v. State, 61 Haw. 369 (1979) ........................ 13

Knodle v. Waikiki Gateway Hotel, Inc., 69 Haw. 376,
     742 P.2d 377 ......................................... 13

Rodrigues v. State, 52 Haw. 156 (1970) ....................... 13

FEDERAL STATUTES

Fed. R. Civ. P. 26(a) ........................................ 11

Fed. R. Civ. P. 56(c) ........................................ 9