IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02-00365 BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF JUAN J. |
| | ) | SANCHEZ-MARTINEZ; EXHIBIT "A" |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF JUAN J. SANCHEZ-MARTINEZ

I, JUAN J. SANCHEZ-MARTINEZ, hereby declare that:

1.  I am currently enlisted in the United States Army as a Sergeant First Class, E-7 and I have been enlisted with the United States Army since 1987.

2.  In 1994, I graduated from the Fitzsimmons Army Medical Center where I studied nursing.

3.  I have been a licensed practical nurse in the state of Colorado since 1994.

4.  From May 1998 to May 2004, I was stationed at the Tripler Army Medical Center ("TAMC").

5.  In June 1999, I was a Sergeant, E-5, and was assigned to the 6B1 surgical ward ("6B1") at the TAMC.

6.  Kevin Milnes ("Milnes") was transferred to the 6B1 from the TAMC emergency department during the early morning of June 15, 1999.

7. At 9:20 a.m. on June 15, 1999, pursuant to physicians' orders, I hung a bag of Zosyn, connected it to the intravenous line leading into Milnes' body and began the flow of Zosyn into Milnes' existing intravenous line.

8. Attached hereto as Exhibit "A" is a true and correct copy of my entry into the nursing log regarding my administration of Zosyn to Milnes on June 15, 1999.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of FEBRUARY 2006, at 0403 hrs.

_____
JUAN J. SANCHEZ-MARTINEZ

509-113 NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE**

**6/15/99 0200** — NSG Note: Transferred via w/c from ER. A&Ox3, VSS. of T went to BR, voiding in Commode (large amount). Has IV to (R) AC. C/o abd pain at 10. But no Enor. Cr guarding, or facial distress. Feels sleepy while admitting. Relied on wife to get information. Gave NSG call bell to bedrail + explained use to call the nurse. —— Charles Brennan LPN

**15 Jun 99 1250** — NSG — U/sa sound done — Rosyn hung @ 0420 — Lo Prof 1250 — [signature] Marty G@F LPN

**15 Jun 99** — G.I. Staff
Attempt at laparoscopic procedure unsuccessful 2° to gangrenous cholecystitis & profound inflammation. Converted to open procedure. Difficulty in identifying the cystic duct. Multiple attempts at cholangiogram unsuccessful prob 2° to occluded cystic duct. Gallbladder divided at junction of infundibulum & cystic duct. Drain placed. Will continue on Abx. Observe in ICU x 24-48 hrs.
[signature]

(Continue on reverse side)

PATIENT'S IDENTIFICATION  REGISTER NO.  WARD NO. 6B1

00015

PROGRESS NOTES
Medical Record

0406535  20  50664-12-95
MILNES, KEVIN J
VETERANS ADMIN BENEF
TAMC HI 9685  ABAA  UN9
1900  CND  99

EXHIBIT "A"

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1