IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02-00365 BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF LAWRENCE J. |
| | ) | ERON, M.D., FACS, FIDSA; |
| vs. | ) | EXHIBIT "B" |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF LAWRENCE J. ERON, M.D., FACS, FIDSA

I, LAWRENCE J. ERON, M.D., FACS, FIDSA, hereby declare that:

1. Attached hereto as Exhibit "B" is a true and correct copy of my Curriculum Vitae.

2. I reviewed the Tripler Army Medical Center's ("TAMC") clinical and inpatient records of Kevin Milnes ("Milnes"), the transcript of Kevin Milnes' deposition taken on January 13, 2006, Dr. Halford's expert report dated May 25, 2005 and the declaration of Juan J. Sanchez-Martinez.

3. Milnes was admitted to the TAMC emergency room on June 14, 1999 complaining of nausea, vomiting and abdominal pain.

4. Upon his admission to the TAMC, an abdominal ultrasound confirmed the diagnosis of acute cholecystitis (inflammation of the gallbladder).

5. Milnes was transferred from TAMC emergency room to the surgical ward on the morning of June 15, 1999.

6. The operative note of June 15, 1999 indicated pericholecystic inflammation. Zosyn was given at 9:20 a.m., which was prior to surgery, and at 8:00 p.m., which was immediately postoperatively on June 15. Zosyn was also administered at 0200 hrs on June 16 and every 6 hrs thereafter until June 18. The additional postoperative doses in conjunction with the cholecystectomy should have been sufficient to cure the pericholecystic inflammation.

7. Following the cholecystectomy on June 15, the note by Dr. Mazzaferro on June 17 indicated "1-2 cm of erythema around wound." The LPN note on June 18 indicated "some redness around incision."

8. Milnes was discharged from the TAMC on June 19, 1999. During this immediate postoperative period, there was no indication of a wound infection. He was afebrile, and the small amount of wound erythema would be expected as part of a normal recovery from a surgical incision.

9. He was next seen in followup in the surgical clinic on June 23 by Dr. Cirangle, who indicated the "incision clean and dry". However, that very evening, Mr. Milnes allegedly coughed and felt the wound "pop." It should be noted that he was moving his household goods that day, and, although he denied it, there is some indication that he may have lifted heavy objects, such as his TV.

10. He came to the TAMC emergency room on June 24, where he was seen by Dr. Sakaguchi. His note indicated "dehiscence of

2

wound," which was irrigated and packed. He conferred with the surgeon on duty who instructed the patient to report to the Surgical Clinic the next day.

11. He was seen in the clinic on June 25 for his wound dehiscence and was readmitted to TAMC. Dr. Chasen's admission note indicated that the "wound has no signs of infection". Following admission the June 25 nursing note indicated that the "wound is clean with good granulations". On June 26, Dr. Cirangle's note indicated that the "fascial sutures were torn through muscle/fascia". There was no apparent indication of infection of the wound.

12. He was to have an operative inspection and cleanout of his wound, but he left against medical advice for at least several hours to return a truck, which apparently had been used in his move. Following his return to TAMC, he underwent debridement and irrigation of his wound at 1815 hrs on June 26. At surgery, Drs. Chasen and Cirangle noted that "one gram of Ancef antibiotic was given.... Claforan 2 gm of powder into incision." Their note indicated that the Infection Classification was Category I, which meant no infection. Postoperatively, he received cefazolin 1 gm iv q8h x 3 doses, beginning at 2200 hrs, again as part of surgical wound prophylaxis. The antibiotics utilized were prophylactic in nature administered according to sound surgical procedures.

13. Postoperatively, on June 28, the nursing note indicated that the "edges of incision slightly red". On June 29, Dr. Lim's

3

note indicated "wound healing well, excellent granulation tissue". The nursing note on that day indicated "sight (sic) looks good-healing". By June 30, Dr. Lim noted "excellent granulation tissue." On July 1, the nursing note indicated "wound looks clean, small amount of serosanguinous drainage".

14. The nursing note on July 1 indicated that the patient was allergic to chlorox and that Dr. Littlefield was notified. Yet the Dakin's solution was applied to his wound at 2130 hrs on that day and at 0503 hrs and at 0830 hrs on July 2.

15. His wound was to be closed on July 2, but Drs. Lane and Cirangle found that the wound had "some granulation tissue; however, the patient also had obvious fibrinous exudates, particularly under the edges of the wound....Patient's tissue was inadequate for delayed primary closure given the unacceptable risks of infection". One gram of Ancef powder was applied to the wound as standard surgical prophylaxis. Following wound inspection, he was discharged.

16. During this second hospitalization, there was no indication at all of a wound infection, and therefore there was no need for antibiotics other than as surgical prophylaxis.

17. On July 6, he was seen by Dr. Cirangle in the Surgical Clinic, and noted to have a "small amount granulation tissue, fibrinous debris at base, without purulence....If unable to show significant improvement in one week, will place in hospital for vac dressing".

18. While the clinic nursing note on July 6 indicated that

4

the patient had been "doing NS (normal saline) wet to dry dressing changes bid" as an outpatient, the patient and Dr. Cirangle maintained that he had been using the Dakin's solution as prescribed.

19. When Mr. Milnes was seen in clinic on July 6, Dr. Cirangle noted in his subsequent Memorandum for Record that "the skin around the wound (in the exact distribution of the tape he was using to hold the dressing in place) appeared red and irritated. I told him that I felt that this was due to a sensitivity from the adhesive on the tape and not from Dakin's Solution. He however, was insistent that it was due to the Dakin's Solution which was being used only to pack the wound cavity. I therefore changed his wound care solution to Normal Saline."

20. On July 8, Mr. Milnes was readmitted to TAMC. Dr. Dykes noted that he had a skin rash. This was in all probability the same rash noted by Dr. Cirangle two days earlier in clinic. A combination of 1% hydrocortisone cream and Criticaid Skin Paste was applied to the edges of the wound to treat the tape rash. Criticaid Skin Paste contains an antifungal agent, miconazole, On July 9, Dr. Littlefield noted "no change in erythema".

21. On July 8, he was readmitted to TAMC for vac dressing placement.

22. By July 12, L. Milan RN noted "wound bed pink, edges without redness, slight redness of skin under tegaderm dressing".

23. By July 13, his wound had "mild erythema, fibrinous

exudates, good granulation tissue," per Drs. Meurtell and Littlefield. On July 14, his wound was "improved, fibrin exudates sharply debrided" per Dr. Littlefield. On July 15, the wound had "fibrinous exudates" per Drs. Muertell and Littlefield. On July 16, "six sutures remain uncovered by granulation tissue, moderate fibrinous exudates noted throughout wound.... Fascial layers open only at lateral margins. No purulent exudates or foul smelling exudates noted. Skin borders have mild erythema." per Drs. Meurtell and Littlefield.

24. On July 17, fibrinous exudates with granulation tissue were again noted by Drs. Muertell and Littlefield. On July 19, the wound had an "erythematous border" per Drs. Muertell and Littlefield. They also noted "fibrinous exudates with neovascularization, 5 stitches still visible in granulation tissue". On July 20, Drs Muertell and Littlefield noted that the "vac not draining because nursing staff reports patient has been poking holes in vac tubing." Mr. Milnes was then discharged with wet-to-dry dressing changes three times daily. At no time during this admission did he have evidence of a wound infection. Fibrinous exudates do not necessarily indicate a wound infection, and their proper treatment is for sharp debridement and vac dressings.

25. A Memorandum for Record from Dr. Cirangle dated July 21, 1999, indicated that on July 2, 1999, "his wound was superficially colonized by bacteria and was healing poorly. It was again debrided, cleaned and the decision made to allow it to

heal by secondary intention." "Wound colonized by bacteria" refers to bacteria sitting within a wound causing no pathological effect. Wounds colonized by bacteria should not be treated with antibiotics, but are often treated with Dakin's solution to prevent them from becoming infected. At no time during these three admissions was his surgical wound infected. Therefore, there was no need for prolonged antibiotic therapy nor for consultation by an Infectious Diseases physician.

26. Dakin's solution contains sodium hypochlorite and has been used to treat problematic wounds that are either infected or colonized with bacteria. While sodium hypochlorite sensitivity has been demonstrated to cause both delayed and immediate hypersensitivity reactions, this is unusual.[1] Sodium hypochlorite is cytotoxic in vitro and may be irritating to skin and wounds.[2]

27. Studies fail to show any difference in the rate of healing of surgical wounds between sodium hypochlorite and either regular dressings, silastic foam dressings, or calcium alginate dressings.[3]

---

[1] Hostynek JJ, Patrick E, Younger B, et al. "Hypochlorite Sensitivity In Man" Contact Dermatitis 1989; 20: 32-7; Kaufman AY, Keila S. "Hypersensitivity to sodium hypochlorite" J Endod 1989; 15: 224-6.

[2] Bloomfield SF, Sizer TJ. "Eusol BPC and Other Hypochlorite Formulations Used In Hospitals. Pharm J 1985; 235: 153-5.

[3] Cannavo M, Fairbrother G, Owen D, et al. "A Comparison of Dressings in the Management of Surgical Abdominal Wounds." J Wound Care 1998; 7: 57-62; Walker AJ, Shouler PJ, et al. "Comparison Between Eusol and Silastic Foam Dressing in the

28. It is unlikely that a four day course of Dakin's solution applied to Mr. Milnes' wound caused much of a problem. In the rabbit model,[2] hypochlorite causes little irritation during the first two days, but it peaks at day 4-5 following application. If Mr. Milnes was using the Dakin's solution as directed and as he himself maintained that he did, we would have expected a reaction to hypochlorite to peak around July 11.

29. On July 8, Drs. Dykes and Cirangle noted erythema surrounding the wound. By July 12, the erythema surrounding the wound had faded. So, if Mr. Milnes was following the discharge instructions and using Dakin's solution, it would therefore be unlikely that the wound erythema, noted on July 8 and absent by July 12, would have been due to the use of Dakin's solution.

30. Regardless of the possibility that even the use of a few wound treatments with Dakin's solution might impede wound healing, there were many other reasons for Mr. Milnes' delayed healing of his wound, such as his smoking, his poor compliance with wound care including the vac dressing, his failure to follow medical advice about driving and in all probability about lifting heavy objects during his move.

31. Within a reasonable degree of medical probability, I

---

Postoperative Management of Pilonidal Sinus." J Royal College of Surgeons Edinburgh 1991; 36: 105-6; Bennett LL, Rosenblum RS, Perlov C, et al. "An In Vivo Comparison Of Topical Agents On Wound Repair." Plastic Reconstructive Surg 2001; 108: 675-83.

would conclude that the initiation of antibiotic treatment preoperatively on June 15 and its continuation postoperatively prevented wound infection from subsequently developing. There was no evidence of a wound infection during Mr. Milnes' post-operative course, as he was consistently afebrile, and the descriptions of the wound never suggested infection. The fibrinous exudates that were present in the base of the wound were a manifestation of poor wound healing, not of infection.

32. I do not believe that the few treatments of his wound with Dakin's solution delayed wound healing. I believe that the rash that was referred to on July 8 was in all likelihood due to the tape as Dr. Cirangle indicated in his Memorandum.

33. All my opinions are given to a reasonable degree of medical probability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of April, 2006, at Honolulu, Hawaii.

LAWRENCE J. ERON, M.D., FACP, FIDSA

# CURRICULUM VITAE
## MARCH 28, 2005

| | |
|---|---|
| NAME: | Lawrence J. Eron, M.D. |
| DATE & PLACE OF BIRTH: | 06-28-44, Richmond, Virginia |
| MARITAL STATUS: | Married to Donna S. Cheng, 4 children |
| CONTACT INFORMATION: | Address: 3288 Moanalua Rd., Honolulu, HI 96819 |
| | Email: Lawrence.Eron@kp.org |
| | Phone: (808) 432-7848 |
| | Fax: (808) 432-8141 |

ACADEMIC BACKGROUND:

| | |
|---|---|
| 1962 - 66 | AB, Princeton University, graduated summa cum laude in biochemistry |
| 1966 - 67 | Certificate of Research, University of Cambridge, Cambridge, England |
| 1967 - 71 | M.D., Harvard Medical School, graduated magna cum laude in microbiology |
| 1971 - 72 | Internship in Medicine, Massachusetts General Hospital, Boston |
| 1972 - 74 | Research Associate, United States Public Health Service, National Institutes of Health |
| 1974 - 75 | Resident in Medicine, Massachusetts General Hospital |
| 1975 - 76 | Fellow in Infectious Diseases, Massachusetts General Hospital |

EMPLOYMENT:

| | |
|---|---|
| 1976 - 78 | Clinical Assistant Professor of Medicine, George Washington University Medical School |
| 1976 - 78 | Senior Investigator, Bureau of Biologics, Bethesda, Maryland |
| 1978 - 83 | Clinical Assistant Professor of Medicine, Georgetown University Medical School |
| 1978 - 94 | Private Practice of Infectious Diseases, Infectious Diseases Physicians, Inc. Annandale, Virginia |
| 1983 - 94 | Clinical Associate Professor of Medicine, Georgetown University Medical School |
| 1991 - 94 | Associate Director of Research, Fairfax Hospital, Office of Research and Education |
| 1994 - 98 | Consultant in Infectious Diseases, Kauai Medical Group, Lihue, Hawaii |
| 1997 - | Associate Professor of Medicine, John Burns School of Medicine, University of Hawaii |
| 1998 - | Consultant in Infectious Diseases, Kaiser Moanalua Medical Center, Honolulu, Hawaii |

EXHIBIT "B"

2

| | | |
|---|---|---|
| RECOGNITION: | 1966 | Phi Beta Kappa, Princeton University |
| | 1966 | United States Churchill Foundation Scholar, University of Cambridge, Cambridge, England |
| | 1971 | Borden Prize for outstanding research, Harvard Medical School |
| | 1971 | Alpha Omega Alpha, Harvard Medical School |
| | 1975 | Board Certified in Internal Medicine by the American Board of Internal Medicine |
| | 1976 | Board Certified in Infectious Diseases by the American Board of Internal Medicine |
| | 1978 | Fellow, Infectious Diseases Society of America |
| | 1978 | Fellow, American College of Physicians |
| | 1985 | Consultant to *The Medical Letter* |
| | 1998 | Best Doctor, *Honolulu Magazine* |
| | 2001 | Reviewer for *The Archives of Internal Medicine* |
| | 2002 | Reviewer for *Clinical Infectious Diseases* |
| | 2004 | Best Doctor, *Honolulu Magazine* |
| | 2005 | Editorial Board of *Contagion* |
| PROFESSIONAL SOCIETIES: | 1978 - | Infectious Diseases Society of America, Fellow |
| | 1979 - | American College of Physicians, Fellow |
| | 1989 - 92 | Executive Committee, Fairfax County Medical Society |
| | 1990 - 92 | Executive Committee, Outpatient Intravenous Infusion Therapy Association |
| | 1990 - 94 | Virginia Society of Infectious Diseases |
| | 1992 - 93 | President, Virginia Society of Infectious Diseases |

1.  Eron LJ, MacAuslan BR. The nature of poxvirus-induced deoxyribonuclease. Biochem Biophys Res Commun 1966; 22:518-523.

2.  Eron LJ, MacAusland BR. Inhibition of deoxyribonuclease action by actinomycin and ethidium bromide. Biochem Biophys Acta 1966; 114:633-636.

3.  Shapiro J, MacHattie L, Eron L, Ihler G, Ippen K, Beckwith JR. Isolation of pure lac operon DNA. Nature 1969; 224:768-774.

4.  Eron L, Beckwith JR, Jacob F. Deletion of translatinal start signals in the lac operon of E. coli, in The Lactose Operon (ed. by JR Beckwith and D Zipser Cold Spring Harbor Laboratory 1970) pp 353-358.

5.  Arditti R, Eron L, Zubay G, Tocchini-Valentini G, Connaway S, Beckwith J. In vitro transcription of the lac operon genes. Cold Spring Harbor Symp 1970; 35:437-442.

6.  Eron L, Morse D, Reznikoff W, Beckwith J. Fusions of the lac and trp regions of Escherichia coli: covalently fused messenger RNA. J Mol Biol 1971; 60:203-209.

7.  Eron L, Arditti R, Zubay G, Connaway S, Beckwith JR. An adenosine 3' : 5' - cyclic monophosphate-binding protein that acts on the transcription process. Proc Nat Acad Sci USA 1971; 68:215-218.

8.  Eron L, Block R. Mechanism of initiation and repression of in vitro transcription of the lac operon of Escherichia coli. Proc Nat Acad Sci USA 1971; 68:1828-1832.

9.  Eron L, Callahan R, Westphal H. Cell - free synthesis of adenovirus coat proteins. J Biol Chem 1974; 249:6331-6338.

10. Eron L, Westphal H, Callahan R. In vitro synthesis of adenovirus core proteins. J Virol 1974; 14:375-383.

11. Eron L, Westphal H. Cell - free translation of highly purified adenovirus messenger RNA. Proc Nat Acad Sci 1974; 71:3385-3389.

12. Westphal H, Eron L, Ferdinand F, Callahan R, Lai S. Analysis of adenovirus type 2 gene functions by cell - free translation of viral messenger RNA. Cold Spring Harbor Symp 1974; 39:575-579.

13. Eron L, Westphal H, Khoury G. Post-transcriptional restriction of human adenovirus expression in monkey cells. J Virol 1975; 15:1256-1261.

14. Eron L, Westphal H. Cell - free translation products of early RNA from adenovirus type 2-infected KB cells. Les Colloques de l'Institut-National de la Sante et del Recherche Medicale INSERM 1975; 47:299-230.

15. Eron L, Kosinski K, Hirsch M. Hepatitis in an adult caused by Herpes simplex virus type 1. Gastroenterology 1976; 71:500-504.

16. Milstein J, Walker J, Eron L. Correlation of virus polypeptide structure with attenuation of poliovirus type 1. J Virology 1977; 23:811-815.

17. Ramsey JC, Eron L, Sprague J, Bensky P, Jones D, Dunlap R, Albrecht P. Subacute sclerosing panencephalitis: an aberrant infection by a measles-like virus, in Persistent Viruses, ed by J Stevens, G Todaor, CF Fox (Academic Press, New York 1977).

4

18.  Eron L, Sprague J, Albrecht P, Dunlap R, Hicks J, Aulakh G. Subacute sclerosing panencephalitis: an abortive infection by a measle-like virus, in Negative Strand Viruses and the Host Cell, ed by B Mahy, R Barry (Academic Press, London 1978) pp 156-167.

19.  Sprague J, Eron L, Seifried A, Milstein J. Cell - free synthesis of measles virus proteins. J Virology 1979; 32:688-691.

20.  Brown G, Eron L. Fatal pulmonary embolism in an adolescent with chicken pox. S Med J 1979; 72:1489-1490.

21.  Eron L, Brumback B. Diagnosing viral and chlamydial infections by cell culture. Va Med 1980; 107:361-365.

22.  Milkovich G, Eron L. Unusual occurrence of Shigella prostatitis, successfully treated. Va Med 1980; 107:573.

23.  Eron LJ, Clark L. Gelfoam embolization complicated by splenic abscess. Va Med 1980; 107:624-626.

24.  Eron LJ, Huckins C, Park C, Poretz D, Gelman H, Ball M. Mycobacterium chelonei infects the maxillary sinus. Va Med 1981; 108:335-338.

25.  Poretz DM, Eron LJ, Goldenberg RI, et al. Intravenous antibiotic therapy in an outpatient setting. J Am Med Assoc. 1982; 248:336-339.

26.  Eron LJ, Goldenberg RI, Park CH, Poretz DM. Ceftazidime therapy of serious bacterial infections. Antimicrob Agents Chemother 1983; 23:236-241.

27.  Eron LJ, Park CH, Hixon DL, Goldenberg RI, Poretz DM. Ceftriaxone therapy of bone and soft tissue infections in hospital and outpatient settings. Antimicrob Agents Chemother 1983; 12:65-78.

28.  Eron LJ, Park CH, Goldenber RI, Poretz DM. Ceftriaxone therapy of serious bacterial infections. J Antimicrob Chemother 1983: 12:65-78.

29.  Eron LJ, Goldenberg RI, Poretz DM, Park CH. Piperacillin therapy for Pseudomonas infections. So Med J 1983; 18:43-48.

30.  Denny L, Eron LJ, Toy C, Goldenberg RI, Poretz DM. Ceftriaxone therapy of osteomyelitis, in Current Chemotherapy (American Society for Microbiology, Washington, D.C. 1983) pp 18:43-48.

31.  Eron LJ, Hixon DL, Park CH, Goldenberg RI, Poretz DM. A new cephalosporin: Ceftriaxone. Ceftriaxone therapy in an outpatient setting, in Progress in Therapy of Bacterial Infections (Excerpta Medica, Amsterdam, 1983) pp 123-129.

32.  Eron LJ, Park CH, Hixon DL, Goldenberg RI, Poertz DM. Ceftazidime in patients with Pseudomonas infections. J Antimicrob Chemother 1983: 12 (suppl A): 161-170.

33.  Eron L, Hixon DL, Park CH, Goldenberg RI, Poretz DM. Imipenem versus moxalactam in the treatment of serious infections. Antimicrob Agents Chemother 1983; 24:841-846.

34.  Eron LJ, Goldenberg RI, Poretz DM. Combined ceftriaxone and surgical therapy of osteomyelitis in hospital and outpatient settings. Am J Surg 1984; 148 (4A): 1-4.

35.  Goldenberg RI, Poretz DM, Eron LJ, Rising JB, Sparks SB. Intravenous antibiotic therapy in ambulatory pediatric patients. Ped Infect Dis 1984; 3:514-517.

36. Poretz DM, Woolard D, Eron LJ, Goldenberg RI, Rising J, Sparks S. Outpatient use of ceftriaxone: a cost-benefit analysis. Am J Med 1984; 77 (4C): 77-83.

37. Eron LJ. Intravenous antibiotic administration in outpatient settings. Infect Dis 1984; 14 (Vol) : 4-11.

38. Eron LJ, Hixon DL, Goldenberg RI, Poretz DM. Ceftriaxone parenteral therapy in the outpatient clinic, in Serious Infections: Treatment and Prevention (Update Publications, London, 1983) pp 189-192.

39. Eron LJ, Poretz DM, Hixon Dl, Park CH. Therapy of infections by imipenem. Fortschritte Antimikrob Chemother 1985; 266:88-93.

40. Saltzman DH, Eron LJ, Kay HH, Sites JG. Single dose antibiotic prophylaxis in high risk patients undergoing cesarean section. Obstet Gynecol 1985; 65:655-657.

41. Eron LJ. Prevention of infection following orthopedic surgery. Antibiotics Chemother 1985; 33:140-164.

42. Eron LJ. Gastrointestinal infections in the pregnant patient, in Gastrointestinal Complications in Pregnancy (John Wiley & Son, New York 1985) pp 46-68.

43. Eron LJ. Imipenem/Cilastatin therapy of bacteremia. Am J Med 1985; 78 (6A): 95-99.

44. Eron LJ, Toy C, Santomauro D. Interferon therapy of recurrences of genital herpes, in Herpes Viruses and Virus Chemotherapy (Elsevier Science Publishers BV, 1985) pp 277-278.

45. Eron LJ. Intraveous administration of antibiotics to outpatients with serious infections. Ochsner Clinic Reports on Serious Hospital Infections 1985; 1:1-7.

46. Eron LJ. The administration of parenteral antibiotics in outpatient settings. Asepsis 1985; 7:15-18.

47. Eron LJ. Intravenous antibiotic administration in outpatient settings. Infect Dis 1985; 14 (Vol 10) : 4-9.

48. Eron LJ, Harvey L, Hixon DL, Poretz DM. Ciprofloxacin therapy of infections caused by Pseudomonas aeruginosa and other resistant bacteria. Anitimicrob Agents Chemother 1985; 28:308-310.

49. Saltzman DH, Eron LJ, Protomastro LJ, Sites JG. A comparative study of mezlocillin and cefoxitin for the prophalaxis of infection following vaginal hysterectomy, in Perioperative Use of Broad Spectrum Peniccillins (Excerpta Medica, Amsterdam 1985) pp 120-123.

50. Saltzman DH, Eron LJ, Tuomala RE, Protomastro LJ, Sites JG. Short course antibiotic prophylaxis in high risk patients undergoing cesarean section: a comparative trial. Obstet Gynecol 1985; 65:655-657.

51. Eron LJ, Goldenberg RI, Poretz DM. Outpatient cefoperazone therapy, in Recent Advances in Chemother, ed by J Ishigami (University of Tokyo Press, Tokyo 1985) pp 1040-1041.

52. Eron LJ, Harvey L, Poretz DM. Therapy of infections with ciprofloxacin, in Recent Advances in Chemother, ed by J Ishigami (University of Tokyo Press, Tokyo 1985) pp 1664-1665.

53. Eron LJ, Toy C, Wood D, Nadler P. Therapy of recurrences of genital herpes with topical interferon, in Recent Advances in Chemother, ed by J Ishigami (University of Tokyo Press, Tokyo 1985) pp 1967-1968.

54. Eron LJ, Goldenberg RI, Poretz DM. Ceftriaxone therapy of infections in the outpatient clinic, in Economics of Ceftriaxone Use, ed by LJ Eron, C Grassi (F. Hoffmann La Roche & Co., Basle 1985) pp 43-46.

55. Masur et al. Effect of 9 - (1, 3 dihydroxy- 2- propoxymethyl) guanine on serious cytomegalovirus disease in eight immunosuppressed homosexual men. Ann Int Med 1985; 104:41-44.

56. Saltzman DH, Eron LJ, Toy C, Protomastro LJ, Sites JG. Timentin versus cefoxitin in the prophylaxis of infection following cesarean section. Am J Med 1985; 79 (5B) : 172-173.

57. Parish L, Witkowski JA, Snow R, Eron LJ, Mogabgab WJ. A prospective comparison of two dosage regimens of ceftazidime for therapy of skin and skin structure infections. Int J Dermatol 1986; 25 (4):258-265.

58. Eron LJ. The therapy of osteomyelitis in outpatient settings. Cutis 1986; 36 (5A):15-20.

59. Eron LJ, Poretz DM, Goldenberg RI, Rising JB, Sparks S. Treatment of infections in outpatients with cefoperazone, in The Efficacy and Safety of Cefoperazone, ed by W. Kirby (Roerig, New York 1986) pp 28-31.

60. Eron LJ. Treatment of serious infections with intravenous clindamycin phosphate in a home care program: a review of 125 patients. The Upjohn Company, Kalamazoo, 1986.

61. Eron LJ, Harvey L, Toy C, Santomauro D. Interferon in the preventin of genital herpes recurrence. Antimicrob Agents Chemother 1986; 30:608-610.

62. Eron LJ, Judson F, Tucker S, et al. Interferon therapy for condylomata acuminata. N Engl J Med 1986; 3 315:1059-1064.

63. Eron LJ. Therapy of osteomyelitis, in Development and Treatment of Infectious Diseases (Excerpta Medica Asia, Ltd, Hong Kong 1986) pp 42-49.

64. Cooperative Needlestick Surveillance Group. Occupational risk of acquired immunodeficiency syndrome (AIDS) for health care workers. N Engl J Med 1987;

65. Tschachler E, Groh V, Popvic M, Mann D, et al. Epidermal Langerhans cells - a target for HTLV-III/LAV infection. J Investigative Dermatol 1987; 88:233-237.

66. Winston DJ, Eron LJ, Ho M, et al. Recombinant leukocyte alpha interferon for treatment of herpes zoster in immunosuppressed patients with cancer. Am J Med 1987; 85:147-151.

67. Laskin OL, Cederberg DM, Mills J, Eron LJ, et al. Ganciclovir for the treatment and suppression of serious infections caused by cytomegalovirus. Am J Med 1987; 83:201-207.

68. Eron LJ, Toy C, Salsitz B, Scheer RR, Wood DL, Nadler PI. Therapy of genital herpes with topically applied interferon. Antimicrob Agents Chemother 1987; 31:1137-1139.

69. Eron LJ. Ciprofloxacin therapy of skin and skin structure infections. Am J Med 1987; 82 (4A) :224 - 226.

71. Eron LJ. Ceftriaxone therapy of osteomyelitis. Insights into the Treatment of Serious Bacterial Infections 1988; 2:124-126.

72. Eron LJ, Harvey L, Gleason J. Topically applied vidarabine sodium phosphate in genital herpes infection. J Antimicrob Chemother 1988; 6:801-808.

73. Friedman-Kien A, Eron LJ, Conant M, Growdon W, et al. Natural α- interferon for treatment of condylomata acuminata. J Am Med Assoc 1988; 259:533-538.

Case 1:02-cv-00365-BMK    Document 75-4    Filed 04/26/2006    Page 16 of 18

7

74. Ingram C, Eron L, Alder M, et al. Antibiotic therapy of osteomyelitis in outpatients. Medical Clinics of North America 1988; 72:723-738.

75. Mertz G, Eron LJ, et al. Prolonged continuous versus intermittent oral acyclovir treatment in normal adults with frequently recurring genital herpes simplex virus infections. Am J Med 1988; 85 (2A):14-19.

76. Eron LJ, Harvey L, Goldenberg R, Poretz DM. Ciprofloxacin therapy for infections due to Pseudomonas. Rev Inf Dis 1988; 10:S128-129.

77. Eron LJ. IV antibiotic therapy in an outpatient setting: report of a joint venture program. Hosp Formul 1988; 23:440-447.

78. Eron LJ. Update on the prevention and therapy of genital warts. Comprehensive Therapy 1988; 14:7-11.

79. Eron LJ, Alder MB, Taylor E, et al. Treatment of condylomata acuminata with interferon in combination with podophyllin. Proc. 10th Internat'l. Cong. Chemother., June 1989, pp 716. 1-716.2.

80. Levin MJ, Judson FN, Eron L, et al. Comparison of intramuscular recombinant alpha leukocyte interferon (rIFN-2A) with topical acyclovir for the treatment of first episode herpes genitalis and prevention of recurrences. Antimicrob Agents Chemother 1989; 33:649-652.

81. Eron LJ, Gordon SF, Harvey LK, Sites JG. A trial using early preoperative administration of cefonicid for antimicrobial prophylaxis with hysterectomies. Ann Pharmacother 1989; 23:655-658.

82. Eron LJ, Alder MB, Taylor E, Tanner D, Peets E. Treatment of condylomata acuminata with interferon in combination with podophyllin. Recent Advances in Chemotherapy 1989;

83. Eron LJ. Outpatient antimicrobial therapy: a brief history, in Outpatient Antimicrobial Therapy: Recent Advances, ed by G.A. Pankey and G.H. Kalish (Health Care Comm Inc., Clifton, NJ, 1989) pp 1-7.

84. Eron LJ. Choosing an antibiotic regimen for nosocomial infection. Hospital Therapy, Feb 1990, pp 223-240.

85. Eron LJ. The use of fluoroquinolones in the treatment of skin and skin structure infections, in Fluoroquinolones in the Treatment of Infectious Disease (ed by Sanders WE and Sanders CC, Physicians and Scientists Publishing Co., Inc., Glenview, Ill., 1990) pp 61-69.

86. Eron LJ. The changing scene of outpatient intravenous antibiotic therapy in 1990's. P&T, Oct 1990: 1283-1293.

87. Douglas JM, Eron LJ, Judson FN, et al. A randomized trial of combination therapy with intralesional interferon alpha-2b and podophyllin versus podophyllin alone for the therapy of anogenital warts. J Inf Dis 1990; 162:52-59.

88. Benbeniste R, Hill RW, Eron LJ, et al. Characterization of clones of HIV - 1 - infected HUT -78 cells defective in gag gene processing and of SIV clones producing large amounts of envelope glycoprotein. J Med Primatol 1990; 19:351-66.

89. Judson FN, Eron LJ, Lutz FB, et al. Multicenter study of a single 500 mg dose of ceftizoxime for treatment of uncomplicated gonorrhea. Sex Transm Dis 1991; 8:41-3.

90. Eron LJ. Human papilloma virus infection, in Infectious Diseases in Medicine and Surgery, ed by S Gorbach, J Bartlett, and N Blacklow (W.B. Saunders Co., Philadelphia, 1992) pp 852-6.

8

91.  Eron LJ. Parenteral antibiotic therapy in outpatients: quality assurance and other issues in a protohospital. Chemotherapy (Basel) 1991; 37 (Suppl 2) :14-20.

92.  Eron LJ, Gentry LO. Oral ofloxacin for serious infections due to Pseudomonas aeruginosa and other bacteria resistant to traditional oral antibiotics. Diagnostic Microbiol Infectious Diseases 1992; 15:435-9.

93.  Henry DH, Beall GN, Benson CA, Carey J, Cone LA, Eron LJ, et al. Recombinant human erythropoietin in the treatment of the anemia associated with human immunodeficiency virus infection and zidovudine therapy: overview of four clinical trials. Ann Intern Med 1992; 117:739-48.

94.  Lebwohl M, Sacks S, Conant M, Connor J, Douglas J, Eron L, et al. Recombinant alpha-2 interferon gel treatment of recurrent herpes genitalis. Antiviral Research 1992; 17:235-243.

95.  Eron LJ, Interferons alfa and gamma as antimicrobial agents. Biotherapy Report 1992; 2:2-7.

96.  Payne FJ, Sharrett CS, Poretz DM, Eron LJ, et al. Community based case management of HIV disease. Am J Public Health 1992; 82 (6) : 893-4.

97.  Eron LJ, Alder MB, O'Rourke JM, et al. Systemic interferon does not increase the efficacy of cryotherapy of condylomata acuminata. Genitourinary Med 1993; 69:91-3.

98.  Eron LJ. Management of condyloma: eradication of clincally obvious genital warts, in Management of Condyloma acuminatum (World Health Communications, Inc., New York, 1993) pp 19-27.

99.  Goldenberg LH, Kaufman R, Kurtz TO, Conant MA, Eron LJ, et al. Long term suppression of recurrent genital herpes with acyclovir. Arch Dermatol 1993; 129:582-7.

100. Spector SA, Weingeist T., Pollard RB, et al. A randomized, controlled study of intravenous ganciclovir therapy for peripheral retinitis in patients with AIDS. J Inf Dis 1993; 1668:557-63.

101. Nightingale SD, Cameron DW, Gordin, FM, Sullam PM, Cohn DL, Chaisson RE, Eron, LJ, et al. Two controlled trials of rifabutin prophylaxis against Mycobacterium avium complex infection in AIDS. NEJM 1993; 329:828-33.

102. Goldberg LH, Kaufman R, Kurtz TO, Conant MA, Eron LJ, et al. Continuous 5-year treatment of patients with frequently recurring genital herpes simplex virus infection with acyclovir. J. Med Virol 1993; (suppl. L) :45-50.

103. Fife KH, Crumpacker CS, Mertz GJ, et al. Recurrence and resistance patterns of herpes simplex virus infection following cessation of $\geq$ 6 years of chronic suppresion with acyclovir. J Inf Dis 1994; 169:1338-41.

104. Sullam PM, Gordin FM, Wynne BA, et al. Efficacy of rifabutin in the treatment of disseminated infection due to Myocobacterium avium complex. Clin Inf Dis 1994; 19:84-6.

105. Simon DM, Cello JP, Valenzuela J, et al. Multicenter trial of octreotide in patients with refractory AIDS-associated diarrhea. Gastroenterol 1995; 108:1753-60.

106. Eron LJ, Edwards L, Fereczy A, et al. Treatment of genital warts with imiquimod cream. Clin Infect Dis 1995; 21:783.

107. Eron LJ, Papillomavirus, in Current Therapy of Infectious Disease, ed by D. Schlossberg (Mosby Yearbook Publishing Co., Philadelphia 1996), pp 511-12.

108.    Eron LJ, Interferons. Infect Dis OB-Gyn 1996; 3:176-183.

109.    Eron LJ, Human papillomavirus and anogenital disease in Infectious Diseases (second edition), ed by S Gorbach, J Bartlett, and N Blacklow (WB Saunders Co. Philadelphia, 1998) pp 1016-1021.

110.    Edwards L, Ferenczy A, Eron LJ, et al. Self-administered topical 5% imiquimod cream for external anogenital warts when applied topically three times a week. Archives Dermatol 1998; 134:25-30.

111.    Kraus SJ, Eron LJ, Bottenfield GW, et al. Mupirocin cream is as effective as oral cephalexin in the treatment of secondarily infected wounds, J. Family Practice 1998; 47: 429-33.

112.    Eron LJ and Liu FJG, The infectious diseases physician as hospitalist: a new career track. Clin Infect Dis 1999; 29: 969.

113.    Eron LJ, Antimicrobial wound management in the Emergency Department. An educational supplement: Targeting lurking pathogens in acute traumatic and chronic wounds. J Emergency Medicine 1999; 17: 189-95

114.    Eron LJ, Infections of skin and soft tissue: outcomes of a classification scheme. Clin Infect Dis 2000; 31: 287

115.    Eron LJ and Passos S, Early discharge of infected patients through appropriate antibiotic utilization, Arch Intern Med 2001 161: 1-10.

116.    Eron LJ, Sneak attack! in Mo'olelo La'au, ed by RC Botti (Hawaii Medical Association, Honolulu, 2001) p 5.

117.    Eron LJ, Eng J, King P, et al. Early discharge of patients with cellulitis: comparison of ceftriaxone and cefazolin, Clin Infect Dis 2001; 33: 1107.

118.    Eron LJ, Dengue fever: Outbreak in Hawaii, San Francisco Medicine 2002; 75: 12-15.

119.    Eron LJ, The admission, discharge, and oral-switch decision process in patients with skin and soft tissue infection, Curr Treatment Options Infect Dis 2003; 5: 245-50.

120.    Eron LJ, Human papillomavirus and anogenital infection in Infectious Diseases (third edition), ed by S Gorbach, J Bartlett, and N Blacklow (Lippincott Williams & Wilkins, Baltimore, 2003) pp 923-7.

121     Eron LJ, Lipsky BA, Low, DE, et al, Managing skin and soft tissue infections: expert panel recommendations on key decision points, J Antimicrob Chemother 2003; 52 (suppl S1): i3-17.

122     Eron LJ, King P, Marineau M, et al, Treating Acute Infections by Telemedicine in the Home, Clin Infect Dis 2004; 39: 1175-81.

123     Eron LJ, Marineau M, Baclig E, et al, The Virtual Hospital: Treating acute infections in the home by telemedicine, Hawaii Medical Journal, 2004; 63: 291-3.

124     Eron LJ, King P, & Marineau M, Antibiotic selection and hospital discharge of patients with cellulitis, Infect Med 2004; 21: 381-9.

125     Washecka R, Eron LJ, A case of adenovirus cystitis in a renal transplant recipient, Transplantation Proceedings, in press.