IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendants. | CIVIL NO. 02-00365 BMK<br><br>DECLARATION OF WHITNEY M.L.<br>LIMM, M.D., FACS; EXHIBIT "C" |

DECLARATION OF WHITNEY M.L. LIMM, M.D., FACS

I, WHITNEY M.L. LIMM, M.D., FACS, hereby declare that:

1. Attached hereto as Exhibit "C" is a true and correct copy of my Curriculum Vitae.

2. I reviewed the Tripler Army Medical Center's ("TAMC") clinical and inpatient records of Kevin Milnes ("Milnes"), the transcript of Kevin Milnes' deposition taken on January 13, 2006, Dr. Halford's expert report dated May 25, 2005 and the declaration of Juan J. Sanchez-Martinez.

3. Milnes was admitted to the TAMC emergency department on June 14, 1999 complaining of nausea, vomiting and abdominal pain.

4. Upon his admission to the TAMC, an abdominal ultrasound confirmed the diagnosis of acute cholecystitis (inflammation of the gallbladder).

5. During the morning of June 15, 1999, Milnes was given a broad spectrum intravenous antibiotic, Zosyn, and an operative procedure began in the early afternoon of June 15, 1999.

6. The procedure began as a laparoscopic procedure and was properly converted to an open procedure when the markedly

inflamed gallbladder affected the potential exposure. The conversion was done to minimize the risk of bile duct and vascular injuries. Milnes' gallbladder was subsequently removed.

7. Milnes was discharged from the TAMC on June 19, 1999.

8. Milnes returned to the TAMC emergency department on June 24, 1999 and the emergency department physician, Dr. Sakaguchi, noted no signs of evisceration, which is the spillage of his internal contents through the wound. The wound was partially dehisced, or partially open. Dr. Sakaguchi cleaned the wound and ordered Milnes to return to the TAMC surgical clinic the following day. Milnes was admitted into the TAMC on June 25, 1999.

9. During the morning of June 26, 1999, Milnes, against the advice of TAMC personnel due to concerns of infection, left TAMC for several hours.

10. Upon his return to TAMC, the wound was debrided and irrigated. Due to the lack of quality tissue to close the wound, his surgeons wisely elected to close it by secondary intent.

11. Milnes was discharged from the TAMC on July 2, 1999 and once again he was instructed to stop smoking.

12. Milnes was also hospitalized at the TAMC from July 8, 1999 to July 20, 1999. During this hospitalization, Milnes was attached to a Vacuum Assisted Device ("VAC") to aid in the healing of his wound. Milnes also sought to enroll in a smoking cessation program.

13. Despite being advised that he needed to be continuously

connected to the VAC, Milnes disconnected himself on numerous occasions from the VAC. He often disconnected himself to leave the room to smoke.

14. In June 1999, Milnes was 5'11" tall and weighed approximately 249 pounds. Milnes' Body Mass Index was 35. An ideal BMI is in the range of 20 to 25, 25 to 30 is considered overweight and over 30 is considered obese.[1]

15. Mr. Milnes did not cease smoking throughout the course of his hospitalizations. Patients undergoing elective surgery are often asked to stop smoking during the six to eight weeks prior to the procedure because nicotine and carbon monoxide have been shown to compromise the cardiovascular, respiratory and immune systems.[2] Smoking results in the constriction of blood vessels by nicotine and displacement of oxygen by carbon monoxide and affects the delivery of nutrients and cells to the tissues of a healing wound. The urgent nature of Mr. Milnes initial condition made it impossible for him to stop smoking in anticipation of a major procedure. However, he had been advised to stop smoking in the past, and subsequent to the cholecystectomy he continued to smoke.

16. Wound dehiscence, or separation of the reapproximated tissues is most common in patients with lung disease, diabetes,

---

[1] Center For Disease Control and Prevention; http://www.cdc.gov./nccdphp/dnpa/bmi/calc-bmi.htm

[2] Moore S, Mills BB, et al., Perisurgical smoking cessation and reduction of postoperative complications, American Jour. Obstet Gynecol., 192:L 1718-1721.

3

renal failure, cancer in obese patients, smokers and those receiving certain types of medications. The three most important factors predisposing to wound dehiscence are inadequate closure, increased intra-abdominal pressure (which could be caused by strenuous activity and obesity} causing tension on the wound closure, and deficient wound healing.[3] At the time of the cholecystectomy appropriate sutures were used to close the abdominal wound.

17. Following the cholecystectomy procedure, Mr Milnes' continued to smoke despite numerous admonishments by TAMC staff.

18. I believe that TAMC met the standard of care as it administered a broad spectrum intravenous antibiotic, Zosyn prior to the June 15, 1999 cholecystectomy procedure.

19. I also believe that TAMC met the standard of care with regard to the timing of the June 15, 1999 cholecystectomy. The advantages of "early" versus "late" surgery for acute cholecystitis have been debated for many years. In this country the "early" approach is preferred. Early is defined as within 72 hours of admission.[4] In this case, the cholecystectomy procedure

---

[3] Doherty GM, Mulvihill SJ, Pellergrini CA. Current Surgical Diagnosis and Treatment, 11th edition, 2003; Chapter 4; Sorensen LT, Hemmingsen U, Kallehave F, et al. "Risk factors for tissue and wound complications in gastrointestinal surgery", Annals of Surgery. 2005; 241:654-658; Webster C, Neumayer L, et al. "Prognostic Models of Abdominal Wound Dehiscence after Laparotomy", Journal of Surgical Research. 2003;109:130-137; Cliby WA. "Abdominal Wound Breakdown" Clin Obstet Gynecol. 2002; 45:507-517.

[4] Chandler CF, Lane JS, Ferguson PT, et al. "Prospective Evaluation Of Early Versus Delayed Laparoscopic Cholecystectomy

4

was done approximately twenty-six hours after Milnes was admitted into the TAMC emergency department. Thus, the timing of the cholecystectomy was within the standard of care.

20. I also believe that Dr. Sakaguchi's decision on June 24, 1999 to clean and pack the wound, order Milnes to report to the TAMC surgical ward on June 25, 1999 and not immediately admit Milnes was within the standard of care. Wound dehiscence without evisceration or infection can be managed immediately with application of dressings, can be managed by suturing it at a later date (secondary closure) or allowing it to close on its own (secondary intention) in an outpatient settings.[5] In Mr. Milnes' case the deepest layer of his abdominal wall closure was intact. This closure prevented spillage of his intestines.

21. I also believe that Milnes' refusal to stop smoking contributed to the dehiscence and the need for the wound to be healed via secondary intent.

22. I also believe that Mr. Milnes' weight and any strenuous activities that Milnes may have undergone had an adverse impact on his wound healing.

---

For Treatment Of Acute Cholecystitis"; American Surgeon; 2000; 66:896-900. S. Shikata, Y. Noguchi, T. Fukui. Early versus delayed cholecystectomy for acute cholecystitis: A meta-analysis of randomized control trials. Surgery Today 2005; 35:553-560.

[5] Dodson MK; Megann EF; Meeks GR. "A randomized comparison of secondary closure and secondary intention in patients with superficial wound dehiscence." Obstet Gynecol 1992 Sep; 80(3 pt 1): 321-4; Walters MD, Dombroski RA; Davidson SA; et al. "Reclosure of disrupted abdominal incisions"; Obstet Gynecol 1990 Oct; 76(4); 597-602.

23. All my opinions are given to a reasonable degree of medical probability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of April 2006, at Honolulu, Hawaii.

_____
WHITNEY M.L. LIMM, M.D., FACS

6

# CURRICULUM VITAE

## Whitney M.L. Limm, M.D., FACS

| | |
|---|---|
| Addresses: | Surgical Associates, Inc.<br>Queen's Physicians Office Building II<br>1329 Lusitana Street, Suite 709<br>Honolulu, Hawaii 96813<br>(808) 523-5033 |
| | Surgical Associates, Inc.<br>St. Francis Outpatient Building<br>2226 Liliha Street, Suite 402<br>Honolulu, HI 96817<br>(808) 523-0166 |
| Specialty: | General Surgery and Transplantation |
| Date of Birth: | November 15, 1956 |
| Marital Status: | Married |

### EDUCATION

| | | |
|---|---|---|
| Undergraduate | Stanford University<br>Stanford, California<br>Degree: B.S. in Biology | 1976-1980 |
| Medical School | UCLA School of Medicine<br>Los Angeles, California<br>Degree: M.D. | 1980-1984 |

### PROFESSIONAL TRAINING

| | | |
|---|---|---|
| Internship and Residency | University of Hawaii<br>Integrated Surgical Residency<br>Honolulu, Hawaii<br>Specialty: General Surgery | 1984-1985<br>1985-1986<br>1987-1990 |
| Fellowship | Cardiovascular Research Lab<br>Queen's Medical Center<br>Honolulu, Hawaii | 1986-1987 |
| Transplant Fellowship | Clinical Transplantation<br>Fellowship<br>California Pacific Medical Center<br>San Francisco, California | 1990-1991 |

Curriculum Vitae

# EXHIBIT "C"

Whitney M.L. Limm, M.D.
page 2

## FACULTY APPOINTMENTS

| | | |
|---|---|---|
| Associate Professor | Department of Surgery | 1998 – Present |
| Assistant Professor | University of Hawaii | 1991 - 1998 |
| | John A. Burns School of Medicine | |
| | Honolulu, Hawaii | |

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Private Surgical Practice | Surgical Associates, Inc. | 1991 - Present |

\*\*Partners are: Livingston Wong, M.D., Fong-Liang Fan, M.D., Alan Cheung, M.D., Linda L. Wong, M.D., Hiroji Noguchi, M.D., and Theodore Teruya, M.D.

| | | |
|---|---|---|
| Director of Kidney Transplantation | Transplant Institute St. Francis Medical Center Honolulu, Hawaii | August 1, 1994-Present |
| Chief of General Surgery | Queen's Medical Center Honolulu, HI | January 1, 1996-Present |
| Deputy Director Present | Surgical Residency Program University of Hawaii Honolulu, HI | September 2002 – |
| Medical Director | Operating Room & Same-Day Surgery Queen's Medical Center Honolulu, HI | September 1, 2002-Present |
| President | American College of Surgeons Hawaii Chapter Honolulu, HI | 2003 - 2005 |
| Board of Directors | Hawaii Medical Service Association (Blue Cross/Blue Shield ) Honolulu, HI | 2002 - Present |

## LICENSURE

Hawaii State License No. 5517
California State License No. G 69114

Curriculum Vitae

Whitney M.L. Limm, M.D.
page 3

## SPECIALTY BOARD CERTIFICATION

American Board of Surgery -- 1992, 2000 (Re-Certification)

## HOSPITAL AFFILIATIONS

Castle Medical Center
Kapiolani Medical Center
Kapiolani Medical Center at Pali Momi
Kuakini Medical Center
Queen's Medical Center
St. Francis Medical Center

## PROFESSIONAL ORGANIZATIONS

American College of Surgeons, Fellow
American College of Surgeons, Surgical Education and Self Assessment Program No. 11 - Authors
American Medical Association
Hawaii Chapter, American College of Surgeons (Board of Regents)
Hawaii Medical Association
Hawaiian Surgical Association, Board of Regents
Hawaiian Surgical Association, President-Elect
Honolulu County Medical Society
National Kidney Foundation of Hawaii, Board of Directors
Organ Donor Center of Hawaii, Board of Advisors
Pacific Coast Surgical Association, Member

## AWARDS AND HONORS

Third Place, 1988 Residents Essay Contest, American College of Surgeons (Hawaii Chapter)
First Place, 1990 Residents Essay Contest, American College of Surgeons (Hawaii Chapter)
Outstanding Young Surgeon, 1998, American College of Surgeons (Hawaii Chapter)

## PUBLICATIONS

1. Limm W, McNamara JJ: The use of free radical scavengers in rat peritonitis. Circulatory Shock 21:367, Apr 1987 (abstract).

2. Limm W, Mugiishi M, Ishikawa S, Piette L, McNamara JJ: Quantitative assessment of free radical generation during ischemia and reperfusion in the isolated rat heart. Proceedings of the Fourth International Congress on Oxygen Radicals, San Diego, CA, July 1987.

Curriculum Vitae
Whitney M.L. Limm, M.D.
page 4

**PUBLICATIONS (Continued)**

3. Limm WM, Ishikawa SN, Grover T, McNamara JJ, Piette LH: The Use of Oxygen Free Radical Scavengers in the Rat Peritonitis Model. In Oxygen Radicals in Biology and Medicine, Michael G. Simic, et. al. (eds), Plenum Press, NY, 1988, Vol. 49, pp. 721-724.

4. Schwartz SM, Limm WM, Ishikawa S, Piette LH, McNamara JJ: Effects of free radical scavengers on the isolated, perfused rabbit heart. Proceedings of the International Conference on Medical, Biochemical and Chemical Aspects of Free Radicals, Kyoto, Japan, Apr 1988.

5. Schwartz SM, Limm WM, Margulies DR, McNamara JJ: Role of oxygen free radicals in the pathogenesis of bacterial peritonitis. Surg Forum 40:86, Oct 1989.

6. Nakazato P, Concepcion W, Bry W, Limm W, Tokunaga Y, Itasaka H, Feduska N, Esquivel C, Collins G: Total Abdominal Evisceration: An En Bloc Technique for Abdominal Organ Harvesting. Surgery 1992, 111:37-46.

7. Harada R, Limm W, Piette L, McNamara JJ: Failure of Mannitol to Reduce Myocardial Infarct Size in the Baboon. Cardiovascular Research 1992; 26:893-896.

8. Watanabe I, Premaratne S, Limm W, Mugiishi M, McNamara JJ: High- and low-dose superoxide dismutase plus catalase does not reduce myodcardial infarct size in a subhuman primate model. American Heart Journal 1993; 126:840-846.

9. Cheung, AHS, Wheeler MS, Fan FL, Limm WML, Wong LL, Pang RKS, Chinn HYH, Wong LMF: Twenty-Five Years of Kidney Transplantation in Hawaii. Hawaii Medical Journal, 53 (3): 64-68, 1994.

10. Wong LL, Cheung AHS, Limm WML, Tsai NCS: Liver Transplantation in Hawaii. Hawaii Medical Journal, 53 (3):86-89, 1994.

11. Cheung AHS, Limm WML, Wong LL: Pancreas Transplantation for Diabetic Patients in Hawaii. Hawaii Medical Journal, 53 (3):90-93, 1994.

12. Limm WML, Wheeler MS, Ishimoto S, O'Friel M, Cheung AHS: The Need for Organ Donation in Hawaii. Hawaii Medical Journal, 53 (3):94-97, 1994.

13. Wong LL, Limm WML, Cheung AHS, Fan FL, Wong LMF, Hepatic Cryosurgery - Early Experience in Hawaii, *Hawaii Medical Journal*, 54(12): p811-813, 1995.

14. Wong LL, Cheung AC, Limm WM, Tsai N, "Incidental Schistosomiasis found at Liver Transplant", *Surgical Rounds*, 1996;19:321-325.

15. Cheung AHS, Wheeler MS, Limm WML, Wong LL, Fan FL, Wong LMF. "A Salvage Technique for Continuous Ambulatory Peritoneal Dialysis Catheters with Exit-Site Infections". *American Journal of Surgery*, 1995;170:60-61.

16. Wong LL, Limm WM, Cheung AHS, Fan FL, Wong LMF. "Hepatic Cryosurgery: Early Experience in Hawaii". *Hawaii Medical Journal* . 1995; 54:811-813.

page 5

**PUBLICATIONS (continued)**

17. Wong LMF, Fan FL, Limm WM, Cheung AHS, Wong LL, Moreno-Cabral C, "What's New in Hawaiian Medical Care - Transplantation". *Straub Foundation Proceedings* 1998:62:93-94.

18. Wong LL, Cheung AC, Limm WM, Tsai N, Shimoda N, Goad K, "Liver Transplantation in Hawaii; the initial five years", *Hawaii Medical Journal,* 1999:58:90-92.

19. Limm, WML, SESAP #11 (Author), 1999 *(American College of Surgeons, Surgical Education and Self Assessment Program.)*

20. Wong LL, Limm WM, Severino R, Wong LM. "Improved survival with screening for hepatocellular cancer". *Liver Transplantation and Surgery.* 2000;6:320-325.

21. Wong LL, Limm WM, Cheung AHS, Wong LM. "Attitudes on Organ Donation among Hawaii Physicians". *Hawaii Medical Journal.* 2000:59:407-409.

22. Bowles BJ, Machi J, Limm WML, Severino R, Oishi A, Furumoto N, Wong LL, Oishi R. "Safety and Efficacy of Radiofrequency Thermal Ablation of Advanced Liver Tumors". *Archives of Surgery* 2001;136:864-869.

23. Bueno R, Limm W, Cheung A, Wong LL. "Laparoscopic donor nephrectomy in Hawaii". *Hawaii Medical Journal* 2002:61(5);98-100.

24. Wong LL, Lorenzo C, Limm W, Wong LM. "Splenorenal shunt: An ideal procedure in the Pacific" *Archives of Surgery* 2002:37:1125-1129.

25. Wong LL, Tsai N, Limm WL, Wong LM. "Liver transplant for hepatocellular cancer: treatment for the select few". Submitted to *Clinical Transplantation* . (Accepted August 2003)

26. Teruya TH, Abou-Zamzam AM, Limm W, Wong L, Wong L. "Symptomatic subclavian stenosis and occlusion in hemodialysis patients with transvenous pacemakers. *Ann Vasc Surg* 2003:17(5):526-9.

27. Wong LL, Tsai N, Limm WL, Wong LM. "Liver transplant for hepatocellular cancer: treatment for the select few". *Clinical Transplantation* 2004 (18): 205-210.

28. Wong LL, Tsai N, Severino R, Limm W, "Hepatitis B, alcohol, but not ethnicity affect survival in hepatocellular carcinoma patients", *World Journal of Gastroenterology* 2005;11(23):3491-3497

29. Lorenzo C, Limm W, Wong LL, "Factors affecting outcome in liver resections" *HPB* 2004 (6):130. (abstract). Manuscript submitted to *HPB* June 2004.

Curriculum Vitae
Whitney M.L. Limm, M.D.
page 6

## PRESENTATIONS

1. *The Use of free Radical Scavengers in Rat Peritonitis (poster).* Shock Society Meeting, Montreal, Quebec, June 7-11, 1987.

2. *The Impact of the Seat Belt Law on the Morbidity and Mortality of Traffic Accidents on Oahu (abstract).* American College of Surgeons, Hawaii Chapter, June 1987.

3. *The Use of Oxygen Free Radical Scavengers in the Rat Peritonitis Model (abstract).* 4-ICOR (4th International Congress on Oxygen Radicals), San Diego, CA, June 27-July 3, 1987.

4. *Quantification of Free Radical Production During Ischemia and Reperfusion in the Isolated Rabbit Heart (poster).* Molecular Biology of the Cardiovascular System (sponsored by the American Heart Association and the International Society for Heart Research.)

5. *Oxygen Free Radical Scavengers Do Not Reduce Infarct Size (abstract).* American College of Cardiology, Atlanta, GA, March 27-31, 1988.

6. *Oxygen Free Radicals in the Rat Peritonitis Model (abstract).* American College of Surgeons, Hawaii Chapter, Honolulu, HI, June 13, 1988.

7. *Detection of Oxygen Free Radicals in the Reperfused Isolated Rabbit and Monkey Hearts.* 9th Biennial Asian Congress on Thoracic and Cardiovascular Surgery, Taipei, Taiwan, November 18-22, 1989.

8. *Thoracic Aortic Aneurysms in Hawaii.* 9th Biennial Asian Congress on Thoracic and Cardiovascular Surgery, Taipei, Taiwan, November 18-22, 1989.

9. *Impact of the Seat Belt Law on Traffic Injuries in Hawaii.* Western Trauma Association; Crested Butte, CO; February 25-March 4, 1990.

10. *Total Abdominal Evisceration, A New Multiorgan Procurement Method (abstract).* "Fellow's Conference on Transplantation," Chicago, IL, November 13-15, 1991.

11. *The Effect of Abdominal En Bloc Procurement and a High Sodium Preservation Solution in Liver Transplantation (abstract).* XIVth International Congress at the Transplantation Society, Paris, France, August 16-21, 1992.

12. *Grand Rounds on Solid Organ Transplants*, 1992, 1993 (8 presentations) at: Castle Medical Center, St. Francis Medical Center, Queen's Medical Center, Kuakini Medical Center, Kaiser Medical Center, Hilo Medical Center, Maui Memorial Hospital, G.N. Wilcox Memorial Hospital

13. *Fetal Cell Transplants* Hawaii Surgical Association, June 1993.

14. *Liver Cryosurgery* Hawaii Surgical Association, September 1995

Curriculum Vitae
Whitney M.L. Limm, M.D.
page 7

## PRESENTATIONS (Continued)

15. *The Role of TIPS (Transjugular Intrahepatic Portosystemic Shunt) in Liver Patients,* Hawaii Vascular Association, June 1996.

16. *The Science of the Harmonic Scalpel,* Tripler Army Medical Center, June 4, 1996.

17. *Renal Vascular Hypertension in the Transplanted Kidney,* Hawaii Vascular Association, May 24, 1997.

18. *Cryo-Therapy: A Viable Alternative To Hepatic Resection,* Pan-Pacific Surgical Association, January 29, 1998.

19. *Relationship of Pacemakers and Arm Swelling in Hemodialysis Patients,* Second Annual Hawaii Vascular Scientific Symposium, April 11, 1998.

20. *Radiofrequency Thermal Ablation of Unresectable Liver Tumors under Percutaneous, Laparoscopic and Open Intraoperative Ultrasound Guidance,* Scientific Exhibit, American College of Surgeons, San Francisco, October 1999.

21. *Current Concepts in Medicine 2001* Hawaii Medical Association Annual Scientific Program, Honolulu, HI, October 19-21, 2001

## ABSTRACTS

Wong LL, Limm WM, Cheung AHS, "Unexpected Cholangiocarcinoma: The Abnormal Cholangiogram at Cholecystectomy", The American Association for the Study of Liver Disease (Published in *Hepatology* - October 1997), October 1997.

Wong LL, Limm WM, Cheung AHS, "The Role for Screening for Hepatocellular Carcinoma", Pacific Coast Surgical Association, February 1998.

Wong LL, Limm WM, Cheung AHS, "The Role for Screening for Hepatocellular Carcinoma", AASLD Clinical Research Single Topic Symposium on Hepatocellular Carcinoma, March 1998.

Wong LL, Limm WM, Cheung AC, Wong L, "Improved Survival with Screening for Hepato-cellular Cancer", Americas Hepato-Pancreato-Bilary Congress, Fort Lauderdale, Florida, February 17-21, 1999.

Teruya T, Limm WM, Wong LL, Wong LM. "Symptomatic subclavian stenosis in hemodialysis patients with transvenous pacemakers". Poster presentation, Pacific Coast Surgical Association. San Francisco, California, February 18, 2000.

## ABSTRACTS (Continued)

Bowles BJ, Machi J, Limm WML, Wong L. "Safety and efficacy of radiofrequency thermal ablation demonstrated in advanced liver tumors". Pacific Coast Surgical Association, Banff, Canada, February 17, 2001.

Lorenzo C, Limm WM, Wong LL, "Splenorenal shunt in the Pacific". Poster presentation at Pacific Coast Surgical Association, Las Vegas, Nevada. February 17, 2002.

Limm W, Bailey C, Nekoba J, Wong LL, "Use of Telemedicine in Renal Transplantation", United Network for Organ Sharing Transplant Mangement Forum, New Orleans, LA, April 2003

Revised 06/2005