IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF BRADLEY W. |
| | ) | SAKAGUCHI, M.D. |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF BRADLEY W. SAKAGUCHI, M.D.

1.    On June 24, 1999, I was a general medical officer at the Tripler Army Medical Center ("TAMC") in the emergency department.

2.    On June 24, 1999, I examined Kevin Milnes ("Milnes") in the TAMC emergency department.

3.    Milnes informed me that during the previous night, he felt a pop near his abdomen and he later observed his incision open up.

4.    An examination of his incision indicated superficial separation of the skin edges, i.e. the parting of the lips of a wound, of approximately 12 centimeters and the posterior fascia was intact.

5.    During my examination of Milnes, I did not notice esvisceration, or organs protruding through the skin, of the incision or any purulent drainage of the incision.

6.    I irrigated the incision and packed it with sterile gauze.

7.    I contacted the surgical resident on duty that day and after discussing this case, I instructed Milnes to report to the outpatient surgery clinic the next day.

8.    If I had observed evisceration when examining Milnes on June 24, 1999, he would have been immediately admitted into the TAMC.

9.    On June 25, 1999, I saw Milnes at the TAMC emergency department and ordered him to proceed to the outpatient surgery clinic.

10.    Milnes admitted that he proceeded to the TAMC emergency department by mistake.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of _____ April 2006 _____, at Honolulu Hawaii _____.

BRADLEY W. SAKAGUCHI, M.D.