## DECLARATION OF MILES T. MIYAMOTO

Miles T. Miyamoto, the Declarant herein, states the following:

1. Declarant is an Assistant Regional Counsel working at the Department of Veterans Affairs Pacific Islands Health Care System.

2. In my capacity, I am aware of administrative claims for damages, injuries or deaths filed against the Department of Veterans Affairs (VA) in Hawaii and have first hand knowledge as to any administrative tort claim for damage, injury or death filed by Kevin Milnes against the VA in Hawaii.

3. Upon review of Kevin Milnes' "Memorandum in Opposition to Defendant's Motion to Dismiss or, in the Alternative for Partial Summary Judgment Re: VA Claims" in Civil No. CV02 00365 HG BMK in the United States District Court in the District of Hawaii (hereinafter "Memorandum in Opposition"), I attest that, while Mr. Milnes did not submit to my office the Standard Form 95 shown in Exhibit "6" attached to his Memorandum in Opposition, I did receive a copy of that Standard Form 95 along with documents attached to an acknowledgement letter from the Department of the Army, which letter informed Mr. Milnes that the Department of the Army had accepted his administrative tort claim for processing.

4. The acknowledgement letter, the Standard Form 95 and attached documents, noted in paragraph no. 4 above, showed that Mr. Milnes had filed a claim against the Department of the Army and the Department of the Army had accepted the claim.

5. Upon review of the acknowledgment letter, the Standard Form 95 and attached documents I saw no indication or notice of damage, injury or death caused by a Department of Veterans Affairs employee performing within the scope of his or her employment with the VA. While we do not require that claimants specifically identify employees before accepting a claim, we do require that there is at least an allegation that the negligent actions of a VA employee or employees caused a claimant damage, injury or death.

6. I attest that Mr. Milnes did not present to my office an administrative claim for damage, injury or death against the VA that alleged negligent medical treatment by any employee acting within the scope of his/her employment with the VA. Thus the VA did not accept or process an administrative claim for damage, injury or death submitted by Mr. Milnes.

I declare under penalty of perjury, in accordance with 28 U.S.C. 1746, that the foregoing is true and correct.

DATED: _Apr 28 2006_ at Honolulu, Hawaii.

_/s/ Miles T. Miyamoto_
MILES T. MIYAMOTO