## DECLARATION OF CHRISTOPHER B. MARSHALL

Christopher B. Marshall, the Declarant herein, states the following:

1. Declarant is the Acting Veterans Services Center Manager and also serves as a Custodian of Records for the Spark M. Matsunaga VA Regional Office Center, Honolulu, Hawaii.

2. In my capacity, I have reviewed the documents attached as Exhibits "A" and "B" to this Declaration and attest that they are true and correct copies of documents from the Claims Folder of Kevin Milnes.

3. Exhibit "A" is a copy of a Rating Decision, dated February 16, 2006.

4. Exhibit "B" is a copy of a Notice of Disagreement, received by the Spark M. Matsunaga VA Regional Office Center, Honolulu, Hawaii on April 14, 2006.

I declare under penalty of perjury, in accordance with 28 U.S.C. 1746, that the foregoing is true and correct.

DATED: _April 28, 2006_   at Honolulu, Hawaii.


_____
CHRISTOPHER B. MARSHALL