# EXHIBIT "B"

04-12-2006 23:50   D LILLEY   9032911232                                            PAGE1

Attn: VARO
4-14-06

Notice of Disagreement

Kevin Milnes
86-300 Alamihi Street
Waianae, HI 96792
(808) 697-8594

DOC 64-1299

Darla Lilley
P.O. Box 1135
Hughes Springs, TX 75656
(903) 639-7551
(903) 639-7897 (fax)

March 9, 2006

VIA FACSIMILE AND MAIL (17 pages)

Dear Darla,

RE:   VA RATING DECISION FEBRUARY 16, 2006

I have just received VA Rating Decision of February 16, 2006 (please see attached). What a joke! I have also talked to Jack Marshall, an assistant to the local VA Rating Board. He told me he is quitting because of the outright denials to all to be related to Democratic Party, that I was trying to hide and even donated to Republican Party a couple of times. If you are a Shriner, Bone Skull, Masons, or Republican Party member, and especially associated with Senators or Congressmen, you are favored. All the rest get denied!

And what is the denial based on? Ignoring the evidence obtained with difficulty by me with no assistance whatsoever on the VA part and referring to my own incomplete file submitted by me to the VA after the years of homelessness, fires, and changing places because the VA lost their copy!?

They also based their decision on a hasty C&P exam on my back signed by "Lori L. Kelsey, physician" on September 16, 2005, when the "good" doctor refused to look at the findings of Dr. Tayton, the number 3 orthopedic surgeon/professor teaching at Creighton University, according to AMA! Dr. Tayton gave an absolute IME in 1997, when he opened my back and measured the scar tissue to be totally related to the 1974 back injury - a complete and objective study done by a number one VA neurosurgeon too! Yet, it was totally ignored! The same way as Dr. Milton Swartz's testimony of 1999 when he admitted his mistake during his 1976 pulmonary medical discharge – ignored as if never existed!

They managed to ignore even their own C&P specialists, e.g., Dr. Carl Hallenborg, who, on his pulmonary VA IMEs of 08/30/01 and 02/06/02 related my lung damage to Agent Orange, or Dioxin, especially as a result of drinking the contaminated water, bathing in it, and handling it, or spraying it at FT Polk, LA, during the extra duty clean up fence line. Army HazMat and EPA evidence verified the fact of contaminated water in FT Bliss, TX, and FT Biggs, El Paso, TX, where I was attached to, not to mention asbestos, benzene, and lead paint, sleeping in it, cleaning it, painting it on the barracks duty in the WWII buildings. Yet, the VA refuses to recognize the pulmonary IME and this additional evidence!

The gall bladder issue. A most obvious violation not even considered by the Rating Board is the VA refusal to establish additional priorities in managing medical service for my life-threatening gall bladder/GI situation in July-August 1999, in violation of USC Title 38 Sec.1705 (b)(2)(3) caused by the VA hospital personnel negligence towards the veteran, as well as their non-compliance with USC Title 38, Sec. 1151 (a)(1)(A), 1710 (a)(5)(a). Besides, denying my gall bladder condition as non-service related, the VA did not even consider the scientific fact of Agent Orange impact on the gall bladder. According to the biospheric research, 9 out of 10 have died from gall bladder or had a surgery complication due to low immunity, pneumonia, and infections caused by Agent Orange (Dioxin) exposure.

Tobacco, the most outrageous and obvious violation by denial. The U.S. Government promoted and supported tobacco, especially in the U.S. Army, by imposing it in field exercises through c-

NOD - 2/16/06 RD

PWD 17, 4/10/06 a

EXHIBIT "B"

rations that always had a free pack of smokes. Troops would trade and fight for their flavor; usually the white folk liked Marlboro, the black folk liked Kools; both were free and cheap at Commissary too. None worked better as stress relief, according to medics, and officers would emphasize them too, "lighten 'em up, put 'em out". I claimed tobacco dependence on July 8, 1997, being advised by the VA in Gainesville, FL. There appeared so many vets who applied (no wonder, most of us became addicted in the Army!), that Congress had an emergency meeting to reject further tobacco claims after August 21, 1997, grandfathering all those filed before the date to be granted by Act of Congress out of the $700 billion allocated for the compensation. I have seen nothing promised to me by law! Has the rest of money gone to the politicians' re-election campaign? If somebody at the Rating Board looked up the law instead of rejecting it blind-folded! And this is the first response I have received on my claim of 1977! Without any thorough analysis of the issue and evidence (proof my tobacco usage began in service, increased over the years, and led to complications, especially in surgery of 1999)! Just blind denial! It's incredible!

The hearing loss is denied on a lie – it was granted to me in 1994 at 10% loss hearing, 10% tinnitus but I was told by the VA, through Peter Meadows, Esq., that out of the five health issues claimed I needed to pick two, so I picked my back at 100% and lungs at 100% promised and put aside hearing, skin, and Agent Orange problems. All promised went astray – I received 0% service connection on back and nothing for lungs. I immediately re-appealed for the loss of hearing. It took the VA 5 years to deny me again despite the absolute proof by the VA and VA-referred IME – all was ignored.

My heart condition. It is a proven fact that I have been taking Vioxx, Celebrex, dioxophen, beta blocker for over 30 years provided and/or prescribed to me by the VA. Their ruinous effect on one's heart condition has been proven by EPA and pharmacy, yet no IME or VA assistance has been provided to me – just denied for no real reason.

The right knee. It is true, I had already had a scar when I joined the US Army but, irrespective of that, on my physical US Army induction I was rated 1A. There were no knee pads in 1974 to 1976 in the U.S. Army, and that's a fact! My profile target of field exercising or exercising boot, OJT 11D20 (Scout Recon), or Combat Illustrator, on my knees all the time, resulting in blowing out the knee cap in no time, for which I reported to medic and was given Parafon Forte, Valium, and morphine. Since then I reported to medic every other week and occasionally to the ER, especially in Beaumont Hospital, that is in my record; yet again there has been no IME done.

My back. The last time I had IME with Dr. Lori L. Kelsey that lasted 5 minutes(!?). I gave her Dr. Taylor's reports and Dr. Swartz's report and correspondence; the only reply was I smelled of alcohol! I use the cologne "Pierre Cardin" that does smell to some people as alcohol (my wife keeps saying it too!); well, it's made of alcohol! The next 3 minutes of the IME were, stand, touch the toes, bend right, bend left, hammer my knee and go away. She didn't even look at the scar on my back and refused to look at the military records or other IMEs, not one word about anything! Crazy lazy Dr. Kelsey! She didn't ask me any question either! I thought that IME was about other issues, skin, lungs, heart, hearing, medical drugs addiction! What a joke!

Why does the VA refuse to listen to facts or truths? Just call me crazy and deny PTSD or bipolar created in service and especially by the suicidal VA system! I had to research National Archives to prove my combat OJT Scout Recon 11D20, combat illustrator in the 3rd ACR, and attachment to Air Force guard duty of mass exodus from the Vietnam issue in January 1976 to April 1976, all top secret. And no assistance from the VA in searching the missing records or other evidence despite of 30 years of my requests to contact the depository in St Louis, MO! The VA lost all my records! How convenient for them! Just say Illustrator in the 3rd ACR did nothing like limbo is joke! I only wish I could think like that! I was in the field 2 years straight, months in the desert, or swamp, or German forest, and months with no shower in the 80 to 90 mph desert storms at White Sands, NM. I ate a lot of nuclear sands, dioxin too especially by drinking and bathing in this EPA-proved nightmare?

I had to call and write to US Army HazMat, EPA, US Air Force, and National Archives for the declassified top secret information for the last 30 years, pay for copies and microfiche, study at the library to present the VA with thousands of pages proving my military experience and exposure and yet there is not one word on it in the Rating decision! At least 6 volumes of evidence and no IME on any of that! Instead they refer to Title 38 in terms of denial the veteran but they mention nothing about Title 38 granting facts of truth and applying benefit of the doubt in case of missing paperwork. I offered the VA, if they had a problem, I would provide my assistance; yet no phone call or letter in 6 years! Just upside down denial without question or explanation from these VA Forrest Gump people! Yet again no assistance as required by Title 38 to assist! What more is needed besides belonging to GOP, or George W. Bush, definitely ignore Senator Innoye or Senator Akaka or Congressman Ed Case. And I sure miss the late Congresswoman Patsy Mink 's help!

I am twice honorably discharged Vietnam Era vet, a life-time member of DAV, American Legion, VFW, USO, and Maui County Vietnam Vets. And I am broke in debt, unskilled other than heavy physical work like a heavy equipment surveyor and operator for Local Union #3 and almost all employers refuse to put me back to work because of my disabilities (I can't lift more than 20 lbs; other doctor's restrictions include no bending, long-term standing or sitting due to the back, lungs, burning and itching skin, allergies, gout, and hearing loss). I need to be rehabbed or re-educated to some simple light duty work. In January 2006, I lost a dispatch to Kiewit Pacific, who refused to put me to work due to the prescribed medications, prescribed by the VA, even though I don't take them while I am working for safety reasons, only after work.

I am screwed. All my problems started in 1974 when I was transferred to the 3rd ACR as an OJT 11D20, or Combat Illustrator, doing figure 8 in M-60, A1, 113, 114 and 577 communciations tank, my favorite; but, according to Forrest Gump people at the VA, I was kept in an air-conditioned office to practice camouflage illustrations. According to them, I fit really well on my drafting table next to my beer, coffee and tea all two years! Is it so hard for the VA people to remember October 1974, when all draftees were released and there were not too many volunteers to fill the urgent need for combat troops in 1974? 5,000 troops were required to run the 3rd ACR but there were only 2,800 left after November 1974! And those were not volunteers, or highest caliber troops, or the highest educated juveniles with so much free time to go to a nite school in sand dunes! Couldn't the VA remember the brilliance of the old Army with dopes and declassified elements (I was one of the three troops who graduated from high school, completely unprepared to the harsh and criminal Army reality!)? Or are they only knowledgeable of the new Army, a totally drug and alcohol free environment, and excellent physical beings and every one of which being perfectly trained? In the Army of 1974-1976 all training was OJT and combat MOS due to the lack of trained combat personnel and this was the training everybody went through in the 3rd ACR, no exception! Do the VA people really think that the more I wanted out the more the Army assisted me to get out, award me with Honorable Discharge, save my marriage, and raise my daughters? No, they needed every warm body in the field and this is where I was for 2 years!

Instead, the Army liberated me so much of my family, my education, my home, my possessions, everything! The Army allocated me with $105/mo plus base 110/mo, $215 total per month for food and rent. Thank God for those c-rations! The Army really helped me by passing my wife around while I was in the field to keep her warm for me, especially the officers, warrant officers, and NCO were just great playing Jodie!?

On June 5, 1976, Judge Roy Bean III cleared the false report by my wife and granted a divorce with $50 per child x 2 = $100 per month child support, with the promise from the U.S. Army to clear the 5 days lost time on DD214 (obviously the Reserve did but the US Army didn't) and the re-enlistment code, and to award honorable discharge for me to go to college or re-enlist as Army Reserve. The Army not only didn't correct the code on my DD214 but they didn't do the medical discharge as required by Regulations. Instead they had me to debunk at the VA in Omaha, NE, a long way from my primary care records, and made up there own records, and lost them again, again, and again. The VA only response to my records search has been

always "lost"; it's interesting that the only records the VA has or refers to are those the VA wants, and which are most inaccurate ones, to support the VA agenda of denials! It's amazing: why does the VA hate and screw me so much? I didn't kill anybody at the VA or steal anything! I earned two Honorable Discharges. I ate a lot of shit to get this thing and I did what they said to do.

Does anybody in their right mind think that I have been spending all my after-Army life to prove what has never happened to me in the Army? Do they think I have hallucinated my service? If they don't want to assist in locating my paperwork (and the God is my witness, I have been doing all possible and impossible to do it at my end and spent hundreds of dollars on the paperwork chase!). If, as they say, my paperwork has been lost, why don't they accept the truth of the Vietnam war era period, the 3rd ACR history, the Government decision to release the draftees and leave us, 17-18-year olds, to combat training, irrespective of the original assignment that was not corrected by illiterate and negligent clerks? Why don't they apply the benefit of the doubt to my case? And many others who, like me, have been trying to find the truth and get assistance from the VA for all these years?

I am not a liar! The US Army caused all my problems, health, personal, educational. It ruined my life, career, everything! All I am asking is help and assistance to finish my life with some dignity that was stepped on by the Army and is still being smashed by the VA clerks, who know nothing, hear nothing, and don't want to bear any responsibility in making fair decisions or assisting in the paperwork search. They are looking at the incomplete records provided by me and saved by me throughout the years of homelessness, condo fires, and moving to different locations. Where is their copy??? Lost? How convenient! I didn't exist; the case is closed. Next?

They are literally killing me and waiting for my death. If this is so, they are committing a crime and they are criminals! But there must be some justice left in this country of mine, which I defended and put my life for at the young age, and some authority capable to over-ride the cut-and-paste VA unfavorable decision and to honor the Government word and promise to its Vietnam era veterans.

Dear Darla, please advise what else can be done in my situation. I am so upset and infuriated at the last rating decision that I cannot even think straight! Talking of the induced PTSD!...

Some issues have really pissed me off! This request for compensation hearing was filed in October 2000; there has been no reply until now. Next, my exposure to dioxin and other contaminates. I applied in June 2001 with the VA doctor's IME saying multiple exposures took place, including dioxin. Plus I submitted proof from the U.S. Army Hazmat and EPA, and still I was denied, including my skin condition. Not to mention my knee proven in the medic reports of 1974-1976. I appealed it again in June 2002 but the appeal was ignored and other issues were denied without an IME, as requested. My multiple requests for the VA assistance with my claim or medical needs were ignored too!

I am really amazed at this denial because I thought this would be an appeal for the BVA and you to handle. Plus I had plenty to add but I was told not to add any more until the BVA did something. Well, the local office did the denial without any IME or warning. Almost 6 years on some issues and 4 years on others! What a waste of time and my life! I strongly feel like appealing again! Please advise to whom!
Thank you very much.
Sincerely,
Kevin Milnes
disabled veteran
twice honorably discharged
life-time American Legion and DAV member
VVMC member

# facsimile
## TRANSMITTAL

| | |
|---|---|
| **Name:** | Service Center Manager |
| **Organization:** | Honolulu VARO |
| **Fax:** | (808) 433-0390 |
| **From:** | Darla J. Lilley, Esq. |
| **Date:** | April 14, 2006 |
| **Subject:** | Kevin J. Milnes; C 506 64 1299 |
| **Pages:** | 9 |

**Comments:** **ARGUMENT IN SUPPORT OF APPEAL**

As you know, Kevin Milnes disagrees with your February 2006 Rating Decision in all respects. In addition to his Notice of Disagreement filed on this date, Kevin requests the VA to consider the attached evidence in support of secondary service connection for a psychiatric condition. As you can see from the attached evidence, medical research supports that there is a causal relationship between chronic pain and psychiatric conditions. As a result, Kevin requests a C&P examination exploring whether his low back pain causes or aggravates his psychiatric condition(s). In addition, is so, he requests a C&P examination exploring whether his other conditions -- including substance abuse and all residuals, diabetes, and heart problems -- are caused or aggravated by his physical and psychiatric condition.

In addition, Kevin requests a C&P examination exploring whether his current back condition is the natural and probable consequence of his original service-related injury. While the VA previously found that degenerative disc disease did not begin during service, Kevin submits that his original back injury caused or accelerated his degenerative disc disease. In support of his contention, Kevin submits the attached treatise evidence and requests an examination exploring this plausible theory. Thank you

*Darla J. Lilley*

From the desk of...
Darla J. Lilley
Attorney at Law
P.O. Box 1138
Hughes Springs, TX 75656
(903) 639-7561
Fax (903) 639-7569



1: Psychiatr Pol. 1995 Nov-Dec;29(6):809-18.

# [Level of depression in outpatients with low back pain syndromes]

[Article in Polish]

Jodzio K, Nyka W, Tomczak H.

Z Katedry i Zakladu Rehabilitacji AM w Gdansku.

There was significantly higher level of depression in chronic low-back pain patients than revealed in healthy subjects.

PMID: 8835164 [PubMed - indexed for MEDLINE]



# Somatic symptoms for predicting depression: One-year follow-up study in annual health examinations.

Nakao M, Yano E.

Department of Hygiene and Public Health, School of Medicine, Teikyo University, Tokyo, Japan.

It has recently been noted that screening for depression can improve clinical outcomes. The purpose of the present study was to examine whether somatic symptoms reported at health examinations predicted depression in the following year. Subjects were 1066 Japanese workers (732 men, mean age 35 years) attending annual health examinations at an institute in two successive years. A self-administered questionnaire including items of 12 major somatic symptoms was given to all the subjects. Then clinical interviews of the DSM-IV were used to diagnose major depression and minor depression in both years. In addition, the 17-item Hamilton Depression Scale (HDS-17) was measured as one of the outcomes of depression in the following year. The prevalence of major (minor) depression was 3.7 (7.8)% at baseline and 3.4 (5.9)% for the following year, respectively. The

PubMed Central

following year's HDS-17 scores were higher (all $P < 0.05$) in those who had complained of each somatic symptom at baseline than in those who had not. Three somatic symptoms (low back pain, dizziness, and abdominal pain) at baseline were significant risk factors of major depression for the following year. Dizziness at baseline significantly predicted major and minor depression for the following year as well. Somatic symptoms may be good predictors to screen for depression at health examination.

PMID: 16594947 [PubMed - in process]

Display [Abstract]    Show [20]  Sort by        Send to

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

Apr 10 2006 06:29:53

SPINE Volume 29, Number 23, pp 2724–2732
©2004, Lippincott Williams & Wilkins, Inc.

# Mechanical Conditions That Accelerate Intervertebral Disc Degeneration: Overload *Versus* Immobilization

Ian A. F. Stokes, PhD, and James C. Iatridis, PhD

**Study Design.** A review of the literature on macromechanical factors that accelerate disc degeneration with particular focus on distinguishing the roles of immobilization and overloading.

**Objective.** This review examines evidence from the literature in the areas of biomechanics, epidemiology, animal models, and intervertebral disc physiology. The purpose is to examine: 1) what are the degeneration-related alterations in structural, material, and failure properties in the disc; and 2) evidence in the literature for causal relationships between mechanical loading and alterations in those structural and material properties that constitute disc degeneration.

**Summary of Background Data.** It is widely assumed that the mechanical environment of the intervertebral disc at least in part determines its rate of degeneration. However, there are two plausible and contrasting theories as to the mechanical conditions that promote degeneration: 1) mechanical overload; and 2) reduced motion and loading.

**Results.** There are a greater number of studies addressing the "wear and tear" theory than the immobilization theory. Evidence is accumulating to support the notion that there is a "safe window" of tissue mechanical conditions in which the discs remain healthy.

**Conclusions.** It is concluded that probably any abnormal loading conditions (including overload and immobilization) can produce tissue trauma and/or adaptive changes that may result in disc degeneration. Adverse mechanical conditions can be due to external forces, or may result from impaired neuromuscular control of the paraspinal and abdominal muscles. Future studies will need to evaluate additional unquantified interactions between biomechanics and factors such as genetics and behavioral responses to pain and disability.

**Key words:** intervertebral disc, degeneration, biomechanics, immobilization, microfailure. **Spine 2004;29: 2724–2732**

It is thought that the mechanical environment of the intervertebral disc can predispose to disc degeneration and associated painful symptoms. Disc degeneration appears to be an inevitable consequence of aging, with specific and substantial alterations occurring in the structural, material, and failure properties of the disc over time. Despite this, aging and degeneration may involve separate processes, and there is wide variability in the extent to which the degenerative changes become painful and symptomatic. This paper examines the evidence concerning the relationship between mechanical environment and changes in the mechanical properties of the disc and its tissue as they relate to the pathogenesis of disc degeneration. In other words, what aspects of the mechanical environment of the disc accelerate degeneration, and what kind of mechanical environment inhibits degeneration? In particular, what are the relative roles of overloading and immobilization (or hypomobility) on the intervertebral disc?

In the context of this review, the two contrasting mechanical conditions (overload and immobilization) are terms used to imply alterations in both motion and loading. Intervertebral motion produces tissue strains, as does loading. An excessive range of motion will induce large strains of at least some of the spinal tissues. The converse may not necessarily be true, because lesser motion may not be a result of reduced loading. This review also concentrates on the macroscopic scale, although it is not possible to separate spinal behavior at this scale from the events at the cellular level.

## Competing Hypotheses Concerning Which Mechanical Environments Accelerate Disc Degeneration

In the overload, or "wear and tear," hypothesis, it is proposed that a demanding mechanical environment produces localized trauma of the disc that will be slow to heal because of the slow turnover of disc tissue.[1] Thus, the accumulation of tissue injury and "microtrauma" progressively weakens the disc, making it more susceptible to further injury (Figure 1). In this way, mechanical injuries weaken the disc, increasing the risk of further injury, and a vicious cycle of accumulating injury that outstrips the disc's capability for biologic repair develops.[2,3]

In a contrasting hypothesis for the mechanical pathogenesis of disc degeneration, it is suggested that hypomobility of the disc produces adaptive changes that may cause tissue weakness and degeneration, subsequent pain, and further reduced motion, again in a vicious cycle as was proposed for the case of articular cartilage.[4] Within this hypothesis, there are differing explanations for the mechanisms of tissue weakening: hypomobility could produce altered (reduced) stimulus to the metabolic activity of disc cells (as reviewed by Setton in this issue of *Spine*) or altered transport of nutrients and metabolites (as reviewed by Urban in this issue of *Spine*). A

From the Department of Orthopaedics and Rehabilitation and the Department of Mechanical Engineering, University of Vermont, Burlington, Vermont.
Supported by research grants from the NIH (R01 AR 049370 and K01 AR 02078) and by The Whitaker Foundation.
The manuscript submitted does not contain information about medical device(s)/drug(s).
Federal funds were received to support this work. No benefits in any form have been or will be received from a commercial party related directly or indirectly to the subject of this manuscript.
Address correspondence to James C. Iatridis, 233B Votey Building, Department of Mechanical Engineering, University of Vermont, Burlington, VT 05405; E-mail: james.iatridis@uvm.edu

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

# PubMed

A service of the National Library of Medicine and the National Institutes of Health

My NCBI [Sign In] [R...

All Databases | PubMed | Nucleotide | Protein | Genome | Structure | OMIM | PMC | Journals

Search [PubMed] for [        ]  Go  Clear

Limits  Preview/Index  History  Clipboard  Details

Display [Abstract]  Show [20]  Sort by [  ]  Send to [  ]

All: 1   Review: 0

1: J Spinal Disord. 1998 Aug;11(4):312-7.    Related Articles, Links

## Torsional injury resulting in disc degeneration: I. An in vivo rabbit model.

Hadjipavlou AG, Simmons JW, Yang JP, Bi LX, Ansari GA, Kaphalia BS, Simmons DJ, Nicodemus CL, Necessary JT, Lane R, Esch O.

Department of Orthopaedics and Rehabilitation, The University of Texas Medical Branch, Galveston 77555-0792, USA.

Torsional injuries may be a precursor to intervertebral disc degeneration, but published rabbit models indicate a latent time of 6 months. We describe a rabbit model in which instability and disc degeneration appear within 3 months. Sixty-five male New Zealand rabbits underwent presurgical irradiation to inhibit heterotopic bone formation. Control animals then underwent either a soft-tissue release or facetectomy and capsulotomy, whereas experimental animals received surgery and an acute 30 degrees torsional lumbar injury. Capsulotomy, as well as facetectomy without torsion, failed to effect disc degeneration. However, the rabbits that received torsion exhibited clear indications of degenerative disc changes (thinning, increased PLA2 levels, and decreased nucleus

PubMed Central

pulposus volume) within 60-90 days. The observations associate disc degeneration with a destabilizing acute torsional injury.

PMID: 9726300 [PubMed - indexed for MEDLINE]

Display [Abstract]   Show [20]   Sort by   Send to

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

Apr 10 2006 06:29:53



A service of the National Library of Medicine
and the National Institutes of Health

My NCBI
[Sign In] [R

All Databases  PubMed  Nucleotide  Protein  Genome  Structure  OMIM  PMC  Journals

Search [PubMed] for [                    ] Go Clear

Limits  Preview/Index  History  Clipboard  Details

Display [Abstract] Show [20] Sort by [   ] Send to [   ]

About Entrez
NCBI Toolbar

All: 1  Review: 1

Text Version

1: Neurosurgery. 2000 Nov;47(5):1034-40.                Related Articles, Links

Entrez PubMed



## Molecular biology of degenerative disc disease.

Guiot BH, Fessler RG.

Overview
Help | FAQ
Tutorials
New/Noteworthy
E-Utilities

Department of Neurosurgery, University of Florida, Gainesville, USA.

PubMed
Services
Journals
Database
MeSH Database
Single Citation Matcher
Batch Citation Matcher
Clinical Queries
Special Queries
LinkOut
My NCBI

The intervertebral disc is a complex anatomic and biochemical structure. It is composed primarily of fibrocytes and chondrocytes that are anatomically segregated in an elaborate avascular macromolecular matrix of collagen and proteoglycans. Degenerative processes associated with aging and trauma result in morphological and molecular changes to the disc. Morphological changes are observed as dehydration, fissuring, and tearing of the nucleus, annulus and endplates. On the molecular level, degenerative changes include decreased diffusion, decreased cell viability, decreased proteoglycan synthesis, and alteration in collagen distribution. The role of inflammatory mediators in these processes, and the potential use of growth factors to delay or reverse the degenerative cascade, is poorly understood. However, these areas are under active investigation, the results of which may soon contribute significantly to our understanding of

Related Resources
Order Documents
NLM Mobile
NLM Catalog
NLM Gateway
TOXNET
Consumer Health
Clinical Alerts
ClinicalTrials.gov

PubMed Central    degenerative disc disease.

Publication Types:
- Review

PMID: 11063096 [PubMed - indexed for MEDLINE]

Display [Abstract]     Show [20]  [Sort by]     [Send to]

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

Apr 10 2006 06:29:53