EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION FOR PARTIAL |
| | ) | SUMMARY JUDGMENT RE: VA |
| vs. | ) | CLAIMS; MEMORANDUM IN SUPPORT |
| | ) | OF DEFENDANT'S MOTION FOR |
| UNITED STATES OF AMERICA, | ) | PARTIAL SUMMARY JUDGMENT RE: |
| | ) | VA CLAIMS; CERTIFICATE OF |
| Defendant. | ) | SERVICE |
| _____ | ) | |

DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: VA CLAIMS

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the United States of America, by and through its attorneys, the United States Attorney for the District of Hawaii and Assistant United States Attorney Edric M. Ching, and hereby moves for partial summary judgment against Plaintiff regarding all claims made by Plaintiff against the Department of Veterans Affairs as there are no genuine issues of material facts and Defendant is

entitled to a judgment pursuant to the relevant statutes.

DATED:   May 12, 2006, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>/s/ Edric M. Ching
>
>By_____
>  EDRIC M. CHING
>  Assistant U.S. Attorney
>
>Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Gary V. Dubin, Esq.   gdubin@dubinlaw.net
May 11, 2006

Attorney for Plaintiff

DATED:  May 12, 2006, at Honolulu, Hawaii.

/s/ Jan Yoneda

_____