EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING  #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES, | CIVIL NO. 02—00365 BMK |
| Plaintiff, | DEFENDANT'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: VA CLAIMS; DECLARATION OF EDRIC M. CHING; CERTIFICATE OF SERVICE |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

DEFENDANT'S CONCISE STATEMENT OF MATERIAL
FACTS IN SUPPORT OF DEFENDANT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT RE: VA CLAIMS

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Defendant United States of America, by and through its attorneys, Edward H. Kubo, Jr., United States Attorney for the District of Hawaii, and Assistant United States Attorney Edric M. Ching, and hereby submits its separate concise statement of material facts

in support of its Motion For Partial Summary Judgment Re: VA Claims, which is being filed contemporaneously.

DEFENDANT'S STATEMENT OF FACTS

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1. Plaintiff's deadline for submitting its Rule 26 expert disclosures was April 24, 2006. | Declaration of Edric M. Ching ("Ching Declaration") at paragraph 2. |
| 2. Plaintiff has not submitted any Rule 26 expert disclosures regarding the care Plaintiff received from the Veterans Administration. | Ching Declaration at paragraph 3. |

DATED:  May 12, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Edric M. Ching

By_____
  EDRIC M. CHING
  Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

    Served Electronically through CM/ECF:

    Gary V. Dubin, Esq.  gdubin@dubinlaw.net
    May 11, 2006

    Attorney for Plaintiff

  DATED:  May 12, 2006, at Honolulu, Hawaii.

                                              /s/ Jan Yoneda

                                        _____