IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF EDRIC M. CHING |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

DECLARATION OF EDRIC M. CHING

Edric M. Ching, the Declarant herein, states the following:

1. Declarant is an Assistant United States Attorney assigned to this case and is licensed to practice before all courts in the State of Hawaii.

2. The deadline for Plaintiff to submit his Rule 26 expert disclosures was April 24, 2006.

3. Plaintiff has not submitted any Rule 26 expert disclosures regarding the care Plaintiff received from the Veterans Administration.

I declare under penalty of perjury, in accordance with 28 U.S.C. 1746, that the foregoing is true and correct.

DATED:  May 12, 2006, at Honolulu, Hawaii.

/s/ Edric M. Ching

_____
EDRIC M. CHING