ORIGINAL

GARY VICTOR DUBIN 3181
Dubin Law Offices
55 Merchant Street, Suite 3100
Honolulu, Hawaii 96813
Telephone: (808) 537-2300
Facsimile: (808) 523-7733
E-Mail: gdubin@dubinlaw.net

Attorney for Plaintiff
Kevin Milnes

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2006

at 11 o'clock and 25 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES, | CIVIL NO. 02-00365 BMK |
| Plaintiff, | CERTIFICATE OF SERVICE RE: PLAINTIFF'S FIRST SUPPLEMENTAL PRODUCTION OF DOCUMENTS |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**CERTIFICATE OF SERVICE RE:
PLAINTIFF'S FIRST SUPPLEMENTAL PRODUCTION OF DOCUMENTS**

I hereby certify that on the date first written below I duly served the above-referenced supplemental discovery response upon the following person by U.S. Mail, consisting of true and correct copies of additional documents, recently discovered, numbered 20001 through 20061:

Edric M. Ching, Esq.
Assistant U.S. Attorney
Room 6-100, Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

*Attorney for Defendant*

DATED: Honolulu, Hawaii; May 12, 2006.

GARY VICTOR DUBIN
Attorney for Plaintiff

ORIGINAL