GARY VICTOR DUBIN 3181
Dubin Law Offices
55 Merchant Street, Suite 3100
Honolulu, Hawaii 96813
Telephone: (808) 537-2300
Facsimile: (808) 523-7733
E-Mail: gdubin@dubinlaw.net

Attorney for Plaintiff
Kevin Milnes

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 13 2006

at __8__ o'clock and __06__min. __P__M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL NO. 02-00365 BMK<br><br>AMENDED CERTIFICATE OF SERVICE RE: PLAINTIFF'S FIRST SUPPLEMENTAL PRODUCTION OF DOCUMENTS |

### AMENDED CERTIFICATE OF SERVICE RE:
### PLAINTIFF'S FIRST SUPPLEMENTAL PRODUCTION OF DOCUMENTS

I hereby certify that on May 12, 2006, I duly served the above-referenced supplemental discovery response upon the following person **by hand delivery**, consisting of true and correct copies of additional documents, recently discovered, numbered 20001 through 20061:

    Edric M. Ching, Esq.
    Assistant U.S. Attorney
    Room 6-100, Federal Bldg.
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96850

    *Attorney for Defendant*

DATED: Honolulu, Hawaii; May 13, 2006.

                                            GARY VICTOR DUBIN
                                            Attorney for Plaintiff