2002V00169
EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 HG BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [RE: DEFENDANTS TRIPLER ARMY |
| | ) | MEDICAL CENTER'S AND VETERANS |
| TRIPLER ARMY MEDICAL CENTER; | ) | ADMINISTRATION'S SUPPLEMENTAL |
| VETERANS ADMINISTRATION, | ) | DISCLOSURE OF EXPERT WITNESS] |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of DEFENDANTS TRIPLER ARMY MEDICAL CENTER'S AND VETERANS ADMINISTRATION'S SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS was duly served upon the following person by facsimile and depositing said copy in the United States Mail, postage prepaid, on this date, as set forth below:

```
GARY VICTOR DUBIN, ESQ.
Dubin Law Offices
55 Merchant Street, Suite 3100
Honolulu, HI 96813

Attorney for Plaintiff
```

DATED: May 24, 2006, at Honolulu, Hawaii.

/s/ Ann Yuuki
_____