```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

EDRIC M. CHING  #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [RE: FIRST AMENDED NOTICE OF |
| | ) | TAKING DEPOSITION UPON ORAL |
| UNITED STATES OF AMERICA, | ) | EXAMINATION - GEORGE O. |
| | ) | MCPHEETERS, M.D.] |
| Defendant. | ) | |
| _____ | ) | |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the date and by the method of service noted below, a true and correct copy of FIRST AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION (GEORGE O. MCPHEETERS, M.D.) was duly served on the following at their last known address(es):

**VIA FIRST CLASS MAIL**                          **July 3, 2006**

     GARY VICTOR DUBIN, ESQ.
     Dubin Law Offices
     55 Merchant Street, Ste. 3100
     Honolulu, HI 96813

     Attorney for Plaintiff
     KEVIN MILNES

DATED:    July 3, 2006, at Honolulu, Hawaii.

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii

                                  /s/ Edric M. Ching
                        By_____
                          EDRIC M. CHING
                          Assistant U. S. Attorney

                         Attorneys for Defendants