EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES, ) | CIVIL NO. 02—00365 BMK |
| ) | |
| Plaintiff, ) | SUPPLEMENTAL MEMORANDUM IN |
| ) | SUPPORT OF DEFENDANT'S MOTION |
| vs. ) | FOR PARTIAL SUMMARY JUDGMENT; |
| ) | DECLARATION OF EDRIC M. CHING; |
| UNITED STATES OF AMERICA, ) | EXHIBITS "A" - "B"; |
| ) | CERTIFICATE OF SERVICE |
| Defendant. ) | |
| ) | HEARING |
| ) | DATE:  AUGUST 17, 2006 |
| ) | TIME:  9:15 A.M. |
| _____) | JUDGE: HON. BARRY M. KURREN |

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant UNITED STATES OF AMERICA ("Government"), by and through its attorneys, the United States Attorney for the District of Hawaii and Assistant United States Attorney Edric M. Ching and hereby submits its supplemental memorandum in support

of Defendant's Motion for Partial Summary Judgment on April 26, 2006 and scheduled to be heard on August 17, 2006.

Defendant submits its First Request for Admissions ("Request for Admissions"), filed and served on Plaintiff's counsel via United States mail on May 31, 2006.  See Defendant's First Request for Admissions and Certificate of Service, attached hereto as Exhibits "A" and "B" respectively.  Plaintiff has not responded to the Request for Admissions within the deadlines set by Rule 36, Federal Rules of Civil Procedure ("FRCP") and the matters contained in the Request for Admissions are admitted. See Rule 36, FRCP.

DATED: July 5, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Edric M. Ching

By_____
   EDRIC M. CHING
   Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address(es):

    Served by First Class Mail:    July 5, 2006

    Gary V. Dubin, Esq.
    55 Merchant Street, Ste. 3100
    Honolulu, HI 96813

    Attorney for Plaintiff

    DATED: July 5, 2006, at Honolulu, Hawaii.

                                        /s/ Jan Yoneda

                                      _____