IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF EDRIC M. CHING; |
| | ) | EXHIBITS "A" - "B" |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

DECLARATION OF EDRIC M. CHING

  Edric M. Ching, the Declarant herein, states the following:

  1. I am licensed to practice before all courts in the State of Hawaii.

  2. I am the Assistant United States Attorney assigned to this matter.

  3. Attached hereto as Exhibit "A" is a true and correct copy of Defendant's First Request For Admissions filed on and served on Plaintiff's counsel on May 31, 2006.

  4. Attached hereto as Exhibit "B" is a true and correct copy of the certificate of service pertaining to Defendant's First Request For Admissions.

  5. I have not agreed to an extension of the due date of Plaintiff's response to Defendant's First Request For

Admissions although Plaintiff's counsel did inform me in a July 3, 2006 e-mail that a response would be forthcoming.

I declare under penalty of perjury, in accordance with 28 U.S.C. 1746, that the foregoing is true and correct.

DATED: July 5, 2006, at Honolulu, Hawaii.

/s/ Edric M. Ching
_____
EDRIC M. CHING