# Exhibit "B"

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | [RE: DEFENDANT'S FIRST REQUEST |
| | ) | FOR ADMISSIONS TO PLAINTIFF] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the dates and by the methods of service noted below, a true and correct copy of DEFENDANT'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF was duly served on the following at their last known address(es):

EXHIBIT "B"

**Served by First Class Mail:**

GARY VICTOR DUBIN, ESQ.             May 31, 2006
Dubin Law Offices
55 Merchant Street, Suite 3100
Honolulu, Hawaii 96813

Attorney for Plaintiff
KEVIN MILNES

DATED:    May 31, 2006, at Honolulu, Hawaii.

                                               /s/ Ann K. Yuuki
                                                  _____