# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 02-00365BMK

CASE NAME:        Kevin J. Milnes v. Tripler Army Medical Center, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Barry M. Kurren           REPORTER:

DATE:     08/17/2006                TIME:

---

COURT ACTION:   EO: New dates given and the request of the parties and the consent of the court.  Court to prepare an amended scheduling order.

1.   Non-jury trial on September 25, 2007 at 9:00 a.m. before BMK
2.   Final Pretrial Conference on August 14, 2007 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by August 7, 2007
5.
6.
7.
8a.  File Motions in Limine by September 4, 2007
8b.  File opposition memo to a Motion in Limine by September 11, 2007
11a. Plaintiff's Expert Witness Disclosures by March 27, 2007
11b. Defendant's Expert Witness Disclosures by April 26, 2007
12.  Discovery deadline July 27, 2007
13.  Settlement Conference set for June 28. 2007 at 10:00 a.m. before KSC
14.  Settlement Conference statements by June 21, 2007
20.
21.  File Final witness list by September 4, 2007
24.  Exchange Exhibit and Demonstrative aids by August 28, 2007
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 4, 2007
26.  File objections to the Exhibits by September 11, 2007

28a. File Deposition Excerpt Designations by September 4, 2007
28b. File Deposition Counter Designations and Objections by September 11, 2007
29. File Trial Brief by September 11, 2007
30. File Findings of Fact & Conclusions of Law by September 11, 2007

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager

CV 02-00365BMK;
Kevin J. Milnes v. Tripler Army Medical Center, et al.;
Rule 16 Scheduling Conference Minutes
08/17/2006