# EXHIBIT 1

```
22 Jun 1999@0956                          TRIPLER ARMY MEDICAL CENTER
                                     Personal Data - Privacy Act of 1974 (PL 93-579)                          Page: 1
                                                CUMULATIVE ORDER LIST
----------------------------------------------------------------------------------------------------------------------
                                              Based on ADT Episode # 1

990615-00109
    ADT  ADMISSION-DIRECT TO MILITARY MTF FROM OTHER THAN ER OR APU on 15 Jun 1999@0058 TO 681
    (pt admitted for abdominal pain, fluid rehydration)
                                                            Ord: THOMAS,DANA L (SURGERY INTERN)
                                                            Ent: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0058
                                                            Sig: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0058

990615-00120
    NRS  VITAL SIGNS (BP,T,P,R)  QSHIFT  QD for 30 days  Starting on 15 Jun 1999@0600
    (QSHIFT)
    -CANCELLED due to Transfer- 15 Jun 1999@2145           Ord: THOMAS,DANA L (SURGERY INTERN)
                                                            Ent: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0102
                                                            Sig: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0102

990615-00121
    NRS  ALLERGIES  QSHIFT  QD for 30 days  Starting on 15 Jun 1999@0600
    (NKDA)
    -CANCELLED due to Transfer- 15 Jun 1999@2145           Ord: THOMAS,DANA L (SURGERY INTERN)
                                                            Ent: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0102
                                                            Sig: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0102

990615-00122
    NRS  INCENTIVE SPIROMETER  QSHIFT  QD for 30 days  Starting on 15 Jun 1999@0600
    (10 X Q HOUR WHILE AWAKE WITH INCREASING VOLUME GOALS, PLS.)
    -CANCELLED due to Transfer- 15 Jun 1999@2145           Ord: THOMAS,DANA L (SURGERY INTERN)
                                                            Ent: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0102
                                                            Sig: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0102

990615-00123
    NRS  INTAKE & OUTPUT  QSHIFT  QD for 30 days  Starting on 15 Jun 1999@0600
    (STRICT I'S AND O'S)
    -CANCELLED due to Transfer- 15 Jun 1999@2145           Ord: THOMAS,DANA L (SURGERY INTERN)
                                                            Ent: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0102
                                                            Sig: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0102

990615-00124
    NRS  VENODYNE BOOTS  TID9  QD for 30 days  Starting on 15 Jun 1999@0701
    (AT ALL TIMES WHILE IN BED)
    -CANCELLED due to Transfer- 15 Jun 1999@2145           Ord: THOMAS,DANA L (SURGERY INTERN)
                                                            Ent: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0102
                                                            Sig: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0102

990615-00134
    NRS  DIAGNOSIS:  QSHIFT  QD for 30 days  Starting on 15 Jun 1999@0800
    (r/o cholecystitis)
    -CANCELLED due to Transfer- 15 Jun 1999@2145           Ord: THOMAS,DANA L (SURGERY INTERN)
                                                            Ent: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0106
                                                            Sig: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999@0106
----------------------------------------------------------------------------------------------------------------------
20/506641299    MILNES,KEVIN J                                         Orders
                13 Sep 1954  M                                         15 Jun 1999@0133 - 19 Jun 1999@1135
                (UNK)                                                  406535
```

00067

000000067

```
22 Jun 1999@0956                    TRIPLER ARMY MEDICAL CENTER                                    Page: 2
                              Personal Data - Privacy Act of 1974 (PL 93-579)
                                         CUMULATIVE ORDER LIST
--------------------------------------------------------------------------------------------------
                                       Based on ADT Episode # 1
```

990615-00142
   NRS  CONDITION  @SHIFT  QD for 30 days  Starting on 15 Jun 1999@0800
      (stable)
      ~CANCELLED due to Transfer~ 15 Jun 1999@2145
                                                       Ord: THOMAS,DANA L (SURGERY INTERN)
                                                       Ent: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0106
                                                       Sig: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0106

990615-00153
   IVF  RINGERS LACTATED--INJ SOLN 1000ML 125ML/HR Starting 15 Jun 1999@0145
      ~CANCELLED due to Transfer~ 15 Jun 1999@2145
                                                       Ord: THOMAS,DANA L (SURGERY INTERN)
                                                       Ent: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0107
                                                       Sig: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0107

990615-00397
   RAD  *ASAP* US, RUQ (GROUP)--ULTRASOUND--AMB on 15 Jun 1999   [EXAMINED]
      (AS PER DR. SOKOL'S RECOMMENDATION)
                                                       Ord: THOMAS,DANA L (SURGERY INTERN)
                                                       Ent: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0410
                                                       Sig: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0410

990615-00425
   MED  LANSOPRAZOLE-CPSR (PREVACID) <ORAL> 30MG AM (QD)  for 60 days Starting 15 Jun 1999@0800
      (ONE TAB Q AM)
      ~CANCELLED due to Transfer~ 15 Jun 1999@2145
                                                       Ord: THOMAS,DANA L (SURGERY INTERN)
                                                       Ent: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0430
                                                       Sig: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0430

990615-00426
   MED  HYDROXYZINE *BCF*(ATARAX)-TAB (ATARAX) <ORAL> 10MG BID (QD)  for 60 days Starting 15 Jun 1999@0800
      (BID)
      ~CANCELLED due to Transfer~ 15 Jun 1999@2145
                                                       Ord: THOMAS,DANA L (SURGERY INTERN)
                                                       Ent: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0431
                                                       Sig: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0431

990615-00427
   MED  DOCUSATE SODIUM-CAP (COLACE) <ORAL> 100MG BID (QD)  for 60 days Starting 15 Jun 1999@0800
      (BID)
      ~CANCELLED due to Transfer~ 15 Jun 1999@2145
                                                       Ord: THOMAS,DANA L (SURGERY INTERN)
                                                       Ent: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0432
                                                       Sig: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0432

990615-00430
   MED  BISACODYL (DULCOLAX EQ)--RECT 10MG SUPP (DULCOLAX) <RECTAL> 2EA  One time for 1 day Starting 15 Jun 1999@0432
      (2 SUPPOSITORIES STAT)
                                                       Ord: THOMAS,DANA L (SURGERY INTERN)
                                                       Ent: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0432
                                                       Sig: THOMAS,DANA L (SURGERY INTERN)      15 Jun 1999@0432
--------------------------------------------------------------------------------------------------
20/506641299   MILNES,KEVIN J                                    Orders
               13 Sep 1954  M                                    15 Jun 1999@0133 - 19 Jun 1999@1135
               (UNK)                                             406535

                                                                              00068

000000068

```
22 Jun 1999@0956                    TRIPLER ARMY MEDICAL CENTER                              Page: 3
                             Personal Data - Privacy Act of 1974 (PL 93-579)
                                        CUMULATIVE ORDER LIST
-------------------------------------------------------------------------------------------------
                                      Based on ADT Episode # 1

990615-00431
   MED   THEOPHYLLINE (SLO-BID)-CPSR (SLOBID GYROCAP) <ORAL> 125MG AM (QD)   for 60 days Starting 15 Jun 1999@0800
         (QAM)
         ~CANCELLED due to Transfer~ 15 Jun 1999@2145
                                                          Ord: THOMAS,DANA L (SURGERY INTERN)
                                                          Ent: THOMAS,DANA L (SURGERY INTERN)    15 Jun 1999@0435
                                                          Sig: THOMAS,DANA L (SURGERY INTERN)    15 Jun 1999@0435

990615-00432
   DTS   NPO DIET  Starting on 15 Jun 1999@0730
         (NPO UNTIL CLEARED BY PRIMARY SURGICAL TEAM\)
         ~CANCELLED due to Transfer~ 15 Jun 1999@2145
                                                          Ord: THOMAS,DANA L (SURGERY INTERN)
                                                          Ent: THOMAS,DANA L (SURGERY INTERN)    15 Jun 1999@0436
                                                          Sig: THOMAS,DANA L (SURGERY INTERN)    15 Jun 1999@0436

990615-00433
   LAB   *STAT*STAT* CBC WITHOUT DIFF-WARD/CLINIC COLLECT-BLOOD-LAV  on 15 Jun 1999@0500
                                                          Ord: THOMAS,DANA L (SURGERY INTERN)
                                                          Ent: THOMAS,DANA L (SURGERY INTERN)    15 Jun 1999@0440
                                                          Sig: THOMAS,DANA L (SURGERY INTERN)    15 Jun 1999@0440

990615-00501
   LAB   *STAT*STAT* HEMOCCULT-WARD/CLINIC COLLECT-STOOL  on 15 Jun 1999@0602
                                                          Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                          Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 15 Jun 1999@0602
                                                          Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 15 Jun 1999@0602

990615-01777
   IVP   PIPERACILLIN 3GM/TAZOBACTAM .375GM (ZOSYN) <PIGGY> 3.375GM Q6H   for 15 days Starting 15 Jun 1999@1400
         (GIVE ONE DOSE NOW.)
         ~CANCELLED due to Transfer~ 15 Jun 1999@2145
                                                          Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: NARVAEZ,SUSAN (CLINICAL NURSE)    15 Jun 1999@0847
                                                          Sig: LIM,ROBERT B (RESIDENT)           15 Jun 1999@1207

990615-02234
   MED   *ASAP* PIPERACILLIN/TAZOBACTAM-INJ (ZOSYN) <INTRAVENOUS> 4.5GM Q6H (QD)   for 15 days Starting 15 Jun 1999@1400
         (1st dose now)
         ~CANCELLED due to Transfer~ 15 Jun 1999@2145
                                                          Ord: CIRANGLE,PAUL T (GENERAL SURGEON)
                                                          Ent: CIRANGLE,PAUL T (GENERAL SURGEON)  15 Jun 1999@0918
                                                          Sig: CIRANGLE,PAUL T (GENERAL SURGEON)  15 Jun 1999@0918

990615-09312
   LAB   TISSUE EXAM-WARD/CLINIC COLLECT-TISSUE  on 15 Jun 1999@1814
         ~CANCELLED due to Modification~ 16 Jun 1999@0943
                                                          Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)           15 Jun 1999@1814
                                                          Sig: LIM,ROBERT B (RESIDENT)           15 Jun 1999@1814

990615-09712
   RAD   ABDOMEN (KUB), PORTABLE-Portable-PORTABLE-AMB  on 15 Jun 1999   [EXAMINED]
                                                          Ord: CIRANGLE,PAUL T (GENERAL SURGEON)
                                                          Ent: BORSELLA,KATHY A (RAD TECH)       15 Jun 1999@1927
                                                          Sig: CIRANGLE,PAUL T (GENERAL SURGEON) 16 Jun 1999@0802
-------------------------------------------------------------------------------------------------
20/506641299    MILNES,KEVIN J                            Orders
                13 Sep 1954  M                            15 Jun 1999@0133 - 19 Jun 1999@1135
                [UNK]                                     406535
```

(Order 990615-02234 is circled by hand)

00069

000000069

```
22 Jun 1999@0936                     TRIPLER ARMY MEDICAL CENTER                           Page: 4
                               Personal Data - Privacy Act of 1974 (PL 93-579)
                                        CUMULATIVE ORDER LIST
------------------------------------------------------------------------------------------------
                                     Based on ADT Episode # 1
```

990615-09841
  LAB  *STAT*STAT* CBC WITHOUT DIFF-WARD/CLINIC COLLECT-BLOOD-LAV  on 15 Jun 1999@1946
                                        Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                        Ent: NORWOOD,YEALONDA Y (91C30)         15 Jun 1999@1946
                                        Sig: LEE,CATHERINE K (OB/GYN INTERN)    17 Jun 1999@1310

990615-09842
  LAB  *STAT*STAT* CHEM 7 PANEL-WARD/CLINIC COLLECT-BLOOD-RED  on 15 Jun 1999@1946
                                        Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                        Ent: NORWOOD,YEALONDA Y (91C30)         15 Jun 1999@1947
                                        Sig: LEE,CATHERINE K (OB/GYN INTERN)    17 Jun 1999@1310

990615-09843
  LAB  *STAT*STAT* MAGNESIUM-WARD/CLINIC COLLECT-BLOOD-RED  on 15 Jun 1999@1946
                                        Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                        Ent: NORWOOD,YEALONDA Y (91C30)         15 Jun 1999@1947
                                        Sig: LEE,CATHERINE K (OB/GYN INTERN)    17 Jun 1999@1310

990615-09844
  LAB  *STAT*STAT* PHOSPHORUS-WARD/CLINIC COLLECT-BLOOD-RED  on 15 Jun 1999@1946
                                        Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                        Ent: NORWOOD,YEALONDA Y (91C30)         15 Jun 1999@1947
                                        Sig: LEE,CATHERINE K (OB/GYN INTERN)    17 Jun 1999@1310

990615-09845
  LAB  *STAT*STAT* CALCIUM-WARD/CLINIC COLLECT-BLOOD-RED  on 15 Jun 1999@1946
                                        Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                        Ent: NORWOOD,YEALONDA Y (91C30)         15 Jun 1999@1947
                                        Sig: LEE,CATHERINE K (OB/GYN INTERN)    17 Jun 1999@1310

990615-09967
  ADT  INTERWARD TRANSFER on 15 Jun 1999 TO 6H6
                                        Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                        Ent: LEE,CATHERINE K (OB/GYN INTERN)    15 Jun 1999@2013
                                        Sig: LEE,CATHERINE K (OB/GYN INTERN)    15 Jun 1999@2013

990615-10005
  LAB  *STAT*STAT* CHEM 7 PANEL-WARD/CLINIC COLLECT-BLOOD-RED  Starting 15 Jun 1999@2145
                                        Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                        Ent: NORWOOD,YEALONDA Y (91C30)         15 Jun 1999@2025
                                        Sig: LEE,CATHERINE K (OB/GYN INTERN)    17 Jun 1999@1310

990615-10006
  LAB  *STAT*STAT* MAGNESIUM-WARD/CLINIC COLLECT-BLOOD-RED  Starting 15 Jun 1999@2145
                                        Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                        Ent: NORWOOD,YEALONDA Y (91C30)         15 Jun 1999@2025
                                        Sig: LEE,CATHERINE K (OB/GYN INTERN)    17 Jun 1999@1310
------------------------------------------------------------------------------------------------
20/506641299   MILNES,KEVIN J                           Orders
               13 Sep 1954  M                           15 Jun 1999@0133 - 19 Jun 1999@1135
               [UNK]                                    406535

                                                                                    00070

000000070

```
22 Jun 1999@0936                    TRIPLER ARMY MEDICAL CENTER                        Page: 5
                            Personal Data - Privacy Act of 1974 (PL 93-579)
                                       CUMULATIVE ORDER LIST
-------------------------------------------------------------------------------------------------
                                       Based on ADT Episode # 1

990615-10007
   LAB  *STAT*STAT* PHOSPHORUS-WARD/CLINIC COLLECT-BLOOD-RED  Starting 15 Jun 1999@2145
                                              Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                              Ent: NORWOOD,YEALONDA Y (91C30)         15 Jun 1999@2025
                                              Sig: LEE,CATHERINE K (OB/GYN INTERN)    17 Jun 1999@1310

990615-10008
   LAB  *STAT*STAT* CALCIUM-WARD/CLINIC COLLECT-BLOOD-RED  Starting 15 Jun 1999@2145
                                              Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                              Ent: NORWOOD,YEALONDA Y (91C30)         15 Jun 1999@2025
                                              Sig: LEE,CATHERINE K (OB/GYN INTERN)    17 Jun 1999@1310

990615-10009
   LAB  CBC WITHOUT DIFF-WARD/CLINIC COLLECT-BLOOD-LAV  on 15 Jun 1999@2145
                                              Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                              Ent: NORWOOD,YEALONDA Y (91C30)         15 Jun 1999@2025
                                              Sig: LEE,CATHERINE K (OB/GYN INTERN)    17 Jun 1999@1310

990615-10259
   IVP  PIPERACILLIN 3GM/TAZOBACTAM .375GM (ZOSYN) <PIGGY> 3.375GM Q6H  for 15 days Starting 15 Jun 1999@2200
     -CANCELLED due to Transfer- 16 Jun 1999@1011  Ord: LIM,ROBERT B (RESIDENT)
                                              Ent: HALL,MARY A (PHARMACIST)           15 Jun 1999@2147
                                              Sig: LIM,ROBERT B (RESIDENT)

990615-10260
   IVP  RANITIDINE HCL (ZANTAC) <PIGGY> 50MG Q8H  for 15 days Starting 15 Jun 1999@2200
     -CANCELLED due to Transfer- 16 Jun 1999@1012  Ord: LIM,ROBERT B (RESIDENT)
                                              Ent: HALL,MARY A (PHARMACIST)           15 Jun 1999@2148
                                              Sig: LIM,ROBERT B (RESIDENT)

990615-10262
   MED  ALBUTEROL/IPRATROPIUM(COMBIVENT-INH AERO (COMBIVENT) <INHALATION> 4PUFF QID (QD)  for 15 days Starting 15 Jun 1999@2200
     (4puffs qid & prn)
     -CANCELLED due to Transfer- 16 Jun 1999@1012  Ord: LIM,ROBERT B (RESIDENT)
                                              Ent: HALL,MARY A (PHARMACIST)           15 Jun 1999@2148
                                              Sig: LIM,ROBERT B (RESIDENT)

990616-00451
   IVP  MAGNESIUM SULFATE 4MEQ/ML <PIGGY> 4GM NOW  One time for 1 day Starting 16 Jun 1999@0615
     (INFUSE OVER 2 HOURS)
     -CANCELLED due to Transfer- 16 Jun 1999@1012  Ord: LEE,CATHERINE K (OB/GYN INTERN)
                                              Ent: MASUDA,LINCOLN T (PHARMACIST)      16 Jun 1999@0615
                                              Sig: LEE,CATHERINE K (OB/GYN INTERN)

990616-00894
   ADT  INTERWARD TRANSFER on 16 Jun 1999 TO 6B1
                                              Ord: LIM,ROBERT B (RESIDENT)
                                              Ent: LIM,ROBERT B (RESIDENT)            16 Jun 1999@0727
                                              Sig: LIM,ROBERT B (RESIDENT)            16 Jun 1999@0727
-------------------------------------------------------------------------------------------------
20/506641299   MILNES,KEVIN J                                    Orders
               13 Sep 1954  M                                    15 Jun 1999@0133 - 19 Jun 1999@1135
               [UNK]                                             406535
```

00071

000000071

```
22 Jun 1999@0936                    TRIPLER ARMY MEDICAL CENTER                              Page: 6
                              Personal Data - Privacy Act of 1974 (PL 93-579)
                                         CUMULATIVE ORDER LIST
--------------------------------------------------------------------------------------------------
                                     Based on ADT Episode # 1

990616-00921
  NRS   CONDITION  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@1400
     (STABLE)
     -CANCELLED due to Disposition- 19 Jun 1999@1135
                                                          Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0729
                                                          Sig: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0729

990616-00922
  NRS   INCENTIVE SPIROMETER  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@1400
     (10X PER HOUR WHILE AWAKE)
     -CANCELLED due to Disposition- 19 Jun 1999@1135
                                                          Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0729
                                                          Sig: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0729

990616-00923
  NRS   VENODYNE BOOTS  QS  QD for 30 days  Starting on 16 Jun 1999@1400
     (ON AT ALL TIMES WHILE IN BED)
     -CANCELLED due to Disposition- 19 Jun 1999@1135
                                                          Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0729
                                                          Sig: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0729

990616-00924
  NRS   FOLEY CATHETER  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@1400
     (TO GRAVITY)
     -CANCELLED due to Modification- 16 Jun 1999@1914
                                                          Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0729
                                                          Sig: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0729

990616-00925
  NRS   DRESSING CARE  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@1400
     (DO NOT REMOVE DRESSING)
     -CANCELLED due to Disposition- 19 Jun 1999@1135
                                                          Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0729
                                                          Sig: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0729

990616-00928
  NRS   VITAL SIGNS (BP,T,P,R)  Q4  QD for 30 days  Starting on 16 Jun 1999@1200
     -CANCELLED due to Disposition- 19 Jun 1999@1135
                                                          Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0730
                                                          Sig: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0730

990616-00929
  NRS   OXYGEN THERAPY  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@1400
     (TO KEEP SAT>94%)
     -CANCELLED due to Modification- 19 Jun 1999@1033
                                                          Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0730
                                                          Sig: LIM,ROBERT B (RESIDENT)         16 Jun 1999@0730
--------------------------------------------------------------------------------------------------
20/506641299   MILNES,KEVIN J                                    Orders
               13 Sep 1954  M                                    15 Jun 1999@0133 - 19 Jun 1999@1135
               [UNK]                                             406535
```

00072

000000072

```
22 Jun 1999@0936                        TRIPLER ARMY MEDICAL CENTER                              Page: 7
                                   Personal Data - Privacy Act of 1974 (PL 93-579)
                                              CUMULATIVE ORDER LIST
-------------------------------------------------------------------------------------------------
                                         Based on ADT Episode # 1

990616-00930
   NRS    PULSE OXIMETER  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@1400
     ~CANCELLED due to Disposition~ 19 Jun 1999@1135      Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730
                                                          Sig: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730

990616-00931
   NRS    ALLERGIES  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@1400
     (NKDA)
     ~CANCELLED due to Disposition~ 19 Jun 1999@1135      Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730
                                                          Sig: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730

990616-00932
   NRS    CALL HO  QS  QD for 30 days  Starting on 16 Jun 1999@1400
     (T>101.5;P>100<60;SBP>160<110;RR>30;MS CHANGE;UOP<30/HR)
     ~CANCELLED due to Disposition~ 19 Jun 1999@1135      Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730
                                                          Sig: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730

990616-00934
   NRS    WEIGHT  0600  QD for 30 days  Starting on 17 Jun 1999@0600
     (***UPON ARRIVAL*** AND QAM)
     ~CANCELLED due to Disposition~ 19 Jun 1999@1135      Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730
                                                          Sig: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730

990616-00936
   NRS    NG TUBE  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@1400
     (TO LOW CONTINUOUS SUCTION AND RECORD OUTPUT QSHIFT)
     ~CANCELLED~ 16 Jun 1999@1914                         Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730
                                                          Sig: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730

990616-00942
   MED    *ASAP* DROPERIDOL SOLN (INAPSINE) <INTRAVENOUS> 0.625MG Q4H (QD) PRN  for 1 day Starting 16 Jun 1999@1012
     (PRN NAUSEA AND VOMITING IF SYSTOLIC BP GREATER THAN 100)
     ~DISCONTINUED due to Expiration~ 17 Jun 1999@1012    Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730
                                                          Sig: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730

990616-00943
   IVF    DEXTROSE 5%/SALINE 0.45%--INJ SOLN 1000ML + POTASSIUM CHLORIDE 20MEQ 125ML/HR Starting 16 Jun 1999@1012
     ~DISCONTINUED due to Expiration~ 19 Jun 1999@1011    Ord: LIM,ROBERT B (RESIDENT)
                                                          Ent: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730
                                                          Sig: LIM,ROBERT B (RESIDENT)           16 Jun 1999@0730
-------------------------------------------------------------------------------------------------
20/506641299    MILNES,KEVIN J                                        Orders
                13 Sep 1954  M                                        15 Jun 1999@0133 - 19 Jun 1999@1135
                [UNK]                                                 406535
```

00073

```
22 Jun 1999@0936                    TRIPLER ARMY MEDICAL CENTER                           Page: 8
                          Personal Data - Privacy Act of 1974 (PL 93-579)
                                     CUMULATIVE ORDER LIST
------------------------------------------------------------------------------------------------
                                    Based on ADT Episode # 1

990616-00949
    IVP   RANITIDINE HCL (ZANTAC) <PIGGY> 50MG Q8   Starting 16 Jun 1999@1400
    ~CANCELLED~ 19 Jun 1999@0057
                                                    Ord: LIM,ROBERT B (RESIDENT)
                                                    Ent: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0730
                                                    Sig: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0730

990616-00950
    DTS   NPO DIET  Starting on 16 Jun 1999@1012
    (NPO)
    ~CANCELLED~ 17 Jun 1999@1045
                                                    Ord: LIM,ROBERT B (RESIDENT)
                                                    Ent: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0730
                                                    Sig: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0730

990616-00953
    LAB   *STAT*STAT* CBC WITHOUT DIFF-WARD/CLINIC COLLECT-BLOOD-LAV  0600  QD for 7 days  Starting on 17 Jun 1999@0600
                                                    Ord: LIM,ROBERT B (RESIDENT)
                                                    Ent: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0731
                                                    Sig: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0731

990616-00954
    LAB   *STAT*STAT* CHEM 7 PANEL-WARD/CLINIC COLLECT-BLOOD-RED  0600  QD for 7 days  Starting on 17 Jun 1999@0600
                                                    Ord: LIM,ROBERT B (RESIDENT)
                                                    Ent: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0731
                                                    Sig: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0731

990616-00955
    IVP   PIPERACILLIN 3GM/TAZOBACTAM .375GM (ZOSYN) <PIGGY> 3.375GM Q6H   Starting 16 Jun 1999@1400
    ~CANCELLED~ 18 Jun 1999@1825
                                                    Ord: LIM,ROBERT B (RESIDENT)
                                                    Ent: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0731
                                                    Sig: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0731

990616-00973
    NRS   DIAGNOSIS:  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@1600
    (open cholecystectmy for cholecystitis)
    ~CANCELLED due to Disposition~ 19 Jun 1999@1135
                                                    Ord: LIM,ROBERT B (RESIDENT)
                                                    Ent: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0732
                                                    Sig: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0732

990616-00975
    NRS   INTAKE & OUTPUT  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@1600
    (STRICT INTAKE AND OUTPUT RECORDING include NGT)
    ~CANCELLED due to Disposition~ 19 Jun 1999@1135
                                                    Ord: LIM,ROBERT B (RESIDENT)
                                                    Ent: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0733
                                                    Sig: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0733

990616-00977
    NRS   ACTIVITY  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@1600
    (OOB W/ ASSISTANCE TID, pt must be OOB to chair TID)
    ~CANCELLED due to Disposition~ 19 Jun 1999@1135
                                                    Ord: LIM,ROBERT B (RESIDENT)
                                                    Ent: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0733
                                                    Sig: LIM,ROBERT B (RESIDENT)       16 Jun 1999@0733
------------------------------------------------------------------------------------------------
20/506641299   MILNES,KEVIN J                          Orders
               13 Sep 1954  M                          15 Jun 1999@0133 - 19 Jun 1999@1135
               [UNK]                                   406535

                                                                                      00074
```

000000074

```
22 Jun 1999a0936                    TRIPLER ARMY MEDICAL CENTER
                            Personal Data - Privacy Act of 1974 (PL 93-579)         Page: 9
                                        CUMULATIVE ORDER LIST
-----------------------------------------------------------------------------------------
                                   Based on ADT Episode # 1
990616-00978
   NRS   ADMITTING PHYSICIAN: QSHIFT  QD for 30 days  Starting on 16 Jun 1999a1600
   (Gold TEAM GENERAL SURGERY)
      -CANCELLED due to Disposition- 19 Jun 1999a1135
                                                         Ord: LIM,ROBERT B (RESIDENT)
                                                         Ent: LIM,ROBERT B (RESIDENT)    16 Jun 1999a0733
                                                         Sig: LIM,ROBERT B (RESIDENT)    16 Jun 1999a0733

990616-00980
   MED  MORPHINE SULFATE PCA-INJ <INTRAVENOUS> 1MG Q4H (QD)   for 3 days Starting 16 Jun 1999a1200
   (LOAD = 0; DEMAND = 1mg; CONTINUOUS =1-2mgINTERVAL = q10min; 4hr max = 28mg)
      -CANCELLED due to Modification- 16 Jun 1999a1613
                                                         Ord: LIM,ROBERT B (RESIDENT)
                                                         Ent: LIM,ROBERT B (RESIDENT)    16 Jun 1999a0733
                                                         Sig: LIM,ROBERT B (RESIDENT)    16 Jun 1999a0733

990616-00982
   ANC   RT-CHEST PT & POSTURAL DRAIN at TRIPLER ARMY MEDICAL CENTER Q4 PRN  QD for 30 days starting 16 Jun 1999a1012
   (to BLL)
      -CANCELLED due to Disposition- 19 Jun 1999a1135
                                                         Ord: LIM,ROBERT B (RESIDENT)
                                                         Ent: LIM,ROBERT B (RESIDENT)    16 Jun 1999a0734
                                                         Sig: LIM,ROBERT B (RESIDENT)    16 Jun 1999a0734

990616-00988
   MED  ALBUTEROL/IPRATROPIUM(COMBIVENT-INH AERO (COMBIVENT) <INHALATION> 4PUFF Q4H (QD)   for 15 days Starting 16 Jun 1999a1200
   (also PRN)
      -CANCELLED due to Disposition- 19 Jun 1999a1135
                                                         Ord: LIM,ROBERT B (RESIDENT)
                                                         Ent: LIM,ROBERT B (RESIDENT)    16 Jun 1999a0734
                                                         Sig: LIM,ROBERT B (RESIDENT)    16 Jun 1999a0734

990616-02662
   LAB   TISSUE EXAM-WARD/CLINIC COLLECT-TISSUE  on 16 Jun 1999a0942
      -CANCELLED due to Modification- 18 Jun 1999a1911
   Parent Order: 990615-09312                            Ord: LIM,ROBERT B (RESIDENT)
                                                         Ent: REYES,ARTHUR P (CYTO/HISTO TECH)  16 Jun 1999a0943
                                                         Sig: Unknown (UNKNOWN)

990616-07771
   MED  MORPHINE SULFATE PCA-INJ <INTRAVENOUS> 1MG Q4H (QD)   for 3 days Starting 16 Jun 1999a2000
   (LOAD = 0; DEMAND = 2mg; CONTINUOUS =2mgINTERVAL = q6min; 4hr max = 32mg)
      -CANCELLED- 18 Jun 1999a0856
                                                         Ord: LIM,ROBERT B (RESIDENT)
                                                         Ent: LIM,ROBERT B (RESIDENT)    16 Jun 1999a1613
                                                         Sig: LIM,ROBERT B (RESIDENT)    16 Jun 1999a1613

990616-08860
   NRS   ACTIVITY  QSHIFT  QD for 30 days  Starting on 16 Jun 1999a2400
   (Pt must ambulate tonight)
      -CANCELLED due to Disposition- 19 Jun 1999a1135
                                                         Ord: LIM,ROBERT B (RESIDENT)
                                                         Ent: LIM,ROBERT B (RESIDENT)    16 Jun 1999a1913
                                                         Sig: LIM,ROBERT B (RESIDENT)    16 Jun 1999a1913
-----------------------------------------------------------------------------------------
20/506641299   MILNES,KEVIN J                            Orders
               13 Sep 1954  M                            15 Jun 1999a0133 - 19 Jun 1999a1135
               (UNK)                                     406535
```

-- 00075

000000075

```
22 Jun 1999@0936                    TRIPLER ARMY MEDICAL CENTER                              Page: 10
                              Personal Data - Privacy Act of 1974 (PL 93-579)
                                         CUMULATIVE ORDER LIST
--------------------------------------------------------------------------------------------------
                                       Based on ADT Episode # 1

990616-08861
   IVP   KETOROLAC (BP) (TORADOL) <PIGGY> 30MG Q6H   for 5 days Starting 16 Jun 1999@2000
       (dose prior to ambulation)
       -CANCELLED due to Disposition- 19 Jun 1999@1135
                                                       Ord: LIM,ROBERT B (RESIDENT)
                                                       Ent: LIM,ROBERT B (RESIDENT)            16 Jun 1999@1913
                                                       Sig: LIM,ROBERT B (RESIDENT)            16 Jun 1999@1913

990616-08868
   NRS   FOLEY CATHETER  QSHIFT  QD for 30 days  Starting on 16 Jun 1999@2400
       (discontinue at 2400hrs on 16 jun 99)
       -CANCELLED due to Disposition- 19 Jun 1999@1135
                                                       Ord: LIM,ROBERT B (RESIDENT)
                                                       Ent: LIM,ROBERT B (RESIDENT)            16 Jun 1999@1914
                                                       Sig: LIM,ROBERT B (RESIDENT)            16 Jun 1999@1914

990616-08873
   NRS   MISCELLANEOUS   on 17 Jun 1999@0600
       (DUE TO VOID AT 0600hr IF NO VOID, I/O CATH, RECORD VOL, CALL HO)
                                                       Ord: LIM,ROBERT B (RESIDENT)
                                                       Ent: LIM,ROBERT B (RESIDENT)            16 Jun 1999@1915
                                                       Sig: LIM,ROBERT B (RESIDENT)            16 Jun 1999@1915

990617-03084
   DTS   CLEAR LIQUID DIET  Starting on 17 Jun 1999@DINNER
       -CANCELLED due to Disposition- 19 Jun 1999@1135
                                                       Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                       Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 17 Jun 1999@1045
                                                       Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 17 Jun 1999@1045

990617-03438
   RAD   CHEST, PA/LAT-DIAGNOSTIC RADIOLOGY-AMB  on 17 Jun 1999
                                                       Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                       Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 17 Jun 1999@1111
                                                       Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 17 Jun 1999@1111

990617-07589
   MED   BACITRACIN--TOP 500 UNITS/GM OINT (BACIGUENT) <TOPICAL> 1DAB BID (QD) PRN  for 60 days Starting 17 Jun 1999@1812
       (please apply to all incisions bid)
       -CANCELLED due to Disposition- 19 Jun 1999@1135
                                                       Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                       Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 17 Jun 1999@1813
                                                       Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 17 Jun 1999@1813

990617-07592
   MED   HEPARIN SODIUM-SYRN <SUBCUTANEOUS> 5,000U BID (QD)  for 5 days Starting 17 Jun 1999@2000
       -CANCELLED due to Disposition- 19 Jun 1999@1135
                                                       Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                       Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 17 Jun 1999@1813
                                                       Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 17 Jun 1999@1813

990617-07594
   DTS   REGULAR DIET  Starting on 18 Jun 1999@BREAKFAST
       -CANCELLED due to Disposition- 19 Jun 1999@1135
                                                       Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                       Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 17 Jun 1999@1814
                                                       Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN) 17 Jun 1999@1814
--------------------------------------------------------------------------------------------------
20/506641299    MILNES,KEVIN J                                    Orders
                13 Sep 1954  M                                    15 Jun 1999@0133 - 19 Jun 1999@1135
                [UNK]                                             406535
```

00076

000000076

```
22 Jun 1999@0936                        TRIPLER ARMY MEDICAL CENTER                                Page: 11
                            Personal Data - Privacy Act of 1974 (PL 93-579)
                                         CUMULATIVE ORDER LIST
------------------------------------------------------------------------------------------------------------
                                        Based on AOT Episode # 1

990617-07616
    LAB  *STAT*ASAP* HEPATIC PANEL-WARD/CLINIC COLLECT-BLOOD-RED  on 18 Jun 1999@0600
     (please draw at 0400)
                                                    Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                    Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)17 Jun 1999@1821
                                                    Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)17 Jun 1999@1821

990618-01982
    MED  OXYCODONE 5MG/APAP 325MG *BCF* (ROXICET) (ROXICET) <ORAL> 2EA Q4-6H (QD) PRN  for 5 days Starting 18 Jun 1999@0857
     ~CANCELLED due to Disposition~ 19 Jun 1999@1135   Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                    Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)18 Jun 1999@0859
                                                    Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)18 Jun 1999@0859

990618-02027
    DTS  REGULAR DIET  Starting on 18 Jun 1999@LUNCH
     ~CANCELLED due to Disposition~ 19 Jun 1999@1135   Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                    Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)18 Jun 1999@0900
                                                    Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)18 Jun 1999@0900

990618-08285
    IVP  FUROSEMIDE (LASIX) <PIGGY> 20MG 1845  for 1 day Starting 18 Jun 1999@1845
                                                    Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                    Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)18 Jun 1999@1826
                                                    Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)18 Jun 1999@1826

990618-08437
    LAB  TISSUE EXAM-WARD/CLINIC COLLECT-TISSUE  on 16 Jun 1999@0942
                                                    Ord: LIM,ROBERT B (RESIDENT)
     Parent Order: 990616-02662                     Ent: REYES,ARTHUR P (CYTO/HISTO TECH)    18 Jun 1999@1911
                                                    Sig: Unknown (UNKNOWN)

990619-00136
    MED  RANITIDINE (ZANTAC EQ)-TAB (ZANTAC) <ORAL> 150MG BID (QD)  for 60 days Starting 19 Jun 1999@0600
     (150MG PO BID)
     ~CANCELLED due to Disposition~ 19 Jun 1999@1135   Ord: WIRT,MICHAEL D (SURGERY INTERN)
                                                    Ent: WIRT,MICHAEL D (SURGERY INTERN)       19 Jun 1999@0057
                                                    Sig: WIRT,MICHAEL D (SURGERY INTERN)       19 Jun 1999@0057

990619-01373
    NRS  OXYGEN THERAPY  QSHIFT  QD for 30 days  Starting on 19 Jun 1999@1600
     (TO KEEP SAT>94%)
     ~CANCELLED due to Disposition~ 19 Jun 1999@1135   Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                    Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)19 Jun 1999@1033
                                                    Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)19 Jun 1999@1033

990619-01403
    ADT  DISPOSITION-DISCHARGED HOME  on 19 Jun 1999@1048
                                                    Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)
                                                    Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)19 Jun 1999@1048
                                                    Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)19 Jun 1999@1048

                                                                                            00077
                                        ***** END OF REPORT *****
------------------------------------------------------------------------------------------------------------
20/506641299   MILNES,KEVIN J                              Orders
               13 Sep 1954  M                              15 Jun 1999@0133 - 19 Jun 1999@1135
               [UNK]                                       406535
```

000000077