# EXHIBIT 2

```
LOC: 6B1                        Generate Shift Care Report              PAGE: 1
PRINT DATE: 22 Jun 1999@1016                          FROM: 15 Jun 1999@0133
                                                      TO:   19 Jun 1999@1135
```
UNK - MILNES,KEVIN J [UNK] 20/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 REG#
22 Jun 1999

==>DEXTROSE 5%/SALINE 0.45%--INJ SOLN 1000ML + POTASSIUM CHLORIDE 20MEQ
    125ML/HR Starting 16 Jun 1999@1012

        990616-00943-01...........(UP) NOT DONE...............
        === Ordered by: LIM,ROBERT B
15 Jun 1999
    1.  ABDOMEN (KUB), PORTABLE~Portable~PORTABLE~AMB.........KAB 15@1928
                                                              ARRIVED IN RAD
        === Ordered by: CIRANGLE,PAUL T
0432 2. BISACODYL (DULCOLAX EQ)--RECT 10MG SUPP (DULCOLAX) ....ROSEC15@0432
        <RECTAL> 2EA
        2 SUPPOSITORIES STAT                                  AS PER DR
        === Ordered by: THOMAS,DANA L
0500 3. *STAT*STAT* CBC WITHOUT DIFF~WARD/CLINIC ..............ROSEC15@0500
        COLLECT~BLOOD~LAV
        === Ordered by: THOMAS,DANA L
0600 4. VITAL SIGNS (BP,T,P,R)........................................SMD 15@0600
        QSHIFT
                    BP 141/87* T 99.10* P 94 R 20
        === Ordered by: THOMAS,DANA L
    5.  ALLERGIES...............................................ROSEC15@0600
        NKDA
        === Ordered by: THOMAS,DANA L
    6.  INCENTIVE SPIROMETER....................................ROSEC15@0600
        10 X Q HOUR WHILE AWAKE WITH INCREASING VOLUME
        GOALS, PLS.
        === Ordered by: THOMAS,DANA L
0602 7. *STAT*STAT* HEMOCCULT~WARD/CLINIC COLLECT~STOOL.........ROSEC15@0602
        === Ordered by: MAZZAFERRO,RICHARD V
0700 8. INTAKE & OUTPUT.........................................ROSEC15@0619
    QSHIFT
        STRICT I'S AND O'S

                       Amount                   Amount
        Intake Total 3100 Output Total 500 Oral 100
        Urine 500 Tube Feeding_____  Emesis_____
        IV 3000 Tube Drg_____  Blood_____
        Other_____ Other_____
        === Ordered by: THOMAS,DANA L
0701 9. VENODYNE BOOTS.........................................JJSM15@0701
        AT ALL TIMES WHILE IN BED
        === Ordered by: THOMAS,DANA L
0730 10. NPO DIET..............................................JJSM15@0730
        NPO UNTIL CLEARED BY PRIMARY SURGICAL TEAM\
        === Ordered by: THOMAS,DANA L
0800 11. DIAGNOSIS:............................................JJSM15@0800
        r/o cholecystitis
        === Ordered by: THOMAS,DANA L

            Personal Data - Privacy Act of 1974 (PL 93-579)
================================================================================
20/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  MILNES,KEVIN J
            13 Sep 1954  M

                                                                    -- 00082

000000082
```

```
LOC: 6B1                         Generate Shift Care Report                    PAGE: 2
PRINT DATE: 22 Jun 1999@1016                         FROM: 15 Jun 1999@0133
                                                     TO:   19 Jun 1999@1135
```

15 Jun 1999
UNK - ..MILNES,KEVIN J.. [UNK] 20/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 REG#   ...Continued
```
       12.  CONDITION.................................................JJSM15@0800
            stable
            === Ordered by: THOMAS,DANA L
       13.  LANSOPRAZOLE-CPSR (PREVACID) <ORAL> 30MG AM {QD}.......NOT DONE
            ONE TAB Q AM
            === Ordered by: THOMAS,DANA L                           NPO
       14.  HYDROXYZINE *BCF*(ATARAX)-TAB (ATARAX) <ORAL> 10MG ....JJSM15@0800
            BID {QD}
            BID
            === Ordered by: THOMAS,DANA L
       15.  DOCUSATE SODIUM-CAP (COLACE) <ORAL> 100MG BID {QD}.....NOT DONE
            BID                                                     NPO
            === Ordered by: THOMAS,DANA L
       16.  THEOPHYLLINE (SLO-BID)-CPSR (SLOBID GYROCAP) <ORAL> ...NOT DONE
            125MG AM {QD}
            QAM
            === Ordered by: THOMAS,DANA L                           NPO
 1200  17.  NPO DIET..............................................JJSM15@1200
            NPO UNTIL CLEARED BY PRIMARY SURGICAL TEAM\
            === Ordered by: THOMAS,DANA L
 1400  18.  VITAL SIGNS (BP,T,P,R)................................TUJ 15@1400
            QSHIFT
                      BP 130/80 T 100.60* P 101 R 19
            === Ordered by: THOMAS,DANA L
       19.  ALLERGIES.............................................NOT DONE
            NKDA                                                    IN OR
            === Ordered by: THOMAS,DANA L
       20.  INCENTIVE SPIROMETER..................................NOT DONE
            10 X  Q HOUR WHILE AWAKE WITH INCREASING VOLUME
            GOALS, PLS.
            === Ordered by: THOMAS,DANA L
       21.  *ASAP* PIPERACILLIN/TAZOBACTAM-INJ (ZOSYN) ...........NOT DONE
            <INTRAVENOUS> 4.5GM Q6H {QD}
            1st dose now
            === Ordered by: CIRANGLE,PAUL T
       22.  PIPERACILLIN 3GM/TAZOBACTAM .375GM (ZOSYN) <PIGGY> ....NOT DONE
            3.375GM Q6H
            GIVE ONE DOSE NOW.
            === Ordered by: LIM,ROBERT B
 1500  23.  INTAKE & OUTPUT.......................................NOT DONE
            QSHIFT
              STRICT I'S AND O'S
```

```
                    Amount                        Amount
       Intake Total_____     Output Total_____
       Oral_____             Urine_____
       Tube Feeding_____     Emesis_____
       IV_____               Tube Drg_____   Blood_____
       Other_____            Other_____
                                                    IN OR
       === Ordered by: THOMAS,DANA L
```

Personal Data - Privacy Act of 1974 (PL 93-579)
=====================================================================
20/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  MILNES,KEVIN J
                13 Sep 1954  M

-- 00083

```
LOC: 6B1                        Generate Shift Care Report              PAGE: 3
PRINT DATE: 22 Jun 1999@1016                        FROM: 15 Jun 1999@0133
                                                    TO:   19 Jun 1999@1135
```

```
  15 Jun 1999
  UNK - ..MILNES,KEVIN J.. [UNK] 20/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  REG#   ...Continued
  1501  24.  VENODYNE BOOTS...................................NOT DONE
             AT ALL TIMES WHILE IN BED                         IN OR
             === Ordered by: THOMAS,DANA L
  1600  25.  DIAGNOSIS:.......................................NOT DONE
             r/o cholecystitis
             === Ordered by: THOMAS,DANA L
        26.  CONDITION........................................NOT DONE
             stable
             === Ordered by: THOMAS,DANA L
  1700  27.  NPO DIET.........................................NOT DONE
             NPO UNTIL CLEARED BY PRIMARY SURGICAL TEAM\
             === Ordered by: THOMAS,DANA L
  1814  28.  TISSUE EXAM-WARD/CLINIC COLLECT-TISSUE...........D/C'ed
             === Ordered by: LIM,ROBERT B
  1946  29.  *STAT*STAT* CBC WITHOUT DIFF-WARD/CLINIC .........PAST DUE
             COLLECT-BLOOD-LAV
             === Ordered by: LEE,CATHERINE K
        30.  *STAT*STAT* CHEM 7 PANEL-WARD/CLINIC .............PAST DUE
             COLLECT-BLOOD-RED
             === Ordered by: LEE,CATHERINE K
        31.  *STAT*STAT* MAGNESIUM-WARD/CLINIC COLLECT-BLOOD-RED....PAST DUE
             === Ordered by: LEE,CATHERINE K
        32.  *STAT*STAT* PHOSPHORUS-WARD/CLINIC COLLECT-BLOOD-RED...PAST DUE
             === Ordered by: LEE,CATHERINE K
        33.  *STAT*STAT* CALCIUM-WARD/CLINIC COLLECT-BLOOD-RED.....PAST DUE
             === Ordered by: LEE,CATHERINE K
  2000  34.  HYDROXYZINE *BCF*(ATARAX)-TAB (ATARAX) <ORAL> 10MG ....PAST DUE
             BID {QD}
             BID
             === Ordered by: THOMAS,DANA L
        35.  DOCUSATE SODIUM-CAP (COLACE) <ORAL> 100MG BID {QD}.....PAST DUE
             BID
             === Ordered by: THOMAS,DANA L
        36.  *ASAP* PIPERACILLIN/TAZOBACTAM-INJ (ZOSYN) ...........PAST DUE
             <INTRAVENOUS> 4.5GM Q6H {QD}
             1st dose now
             === Ordered by: CIRANGLE,PAUL T
        37.  PIPERACILLIN 3GM/TAZOBACTAM .375GM (ZOSYN) <PIGGY> ....PAST DUE
             3.375GM Q6H
             GIVE ONE DOSE NOW.
             === Ordered by: LIM,ROBERT B
  2200  38.  VITAL SIGNS (BP,T,P,R)...........................D/C'ed
             QSHIFT
                      BP_____ T_____ P_____ R_____
             === Ordered by: THOMAS,DANA L
        39.  ALLERGIES........................................D/C'ed
             NKDA
             === Ordered by: THOMAS,DANA L
```

```
             Personal Data - Privacy Act of 1974 (PL 93-579)
=============================================================================
20/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   MILNES,KEVIN J
                 13 Sep 1954  M
```

                                                                  00084

```
                            Generate Shift Care Report                      PAGE: 4
LOC: 6B1
PRINT DATE: 22 Jun 1999@1016                              FROM: 15 Jun 1999@0133
                                                            TO: 19 Jun 1999@1135
─────────────────────────────────────────────────────────────────────────────
    15 Jun 1999
 UNK - ..MILNES,KEVIN J.. [UNK] 20/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  REG#   ...Continued
         40.   INCENTIVE SPIROMETER.......................................D/C'ed
               10 X  Q HOUR WHILE AWAKE WITH INCREASING VOLUME
               GOALS, PLS.
               === Ordered by: THOMAS,DANA L
  2300  41.    INTAKE & OUTPUT............................................D/C'ed
         QSHIFT
               STRICT I'S AND O'S

                         Amount                        Amount
               Intake Total_____     Output Total_____
               Oral_____   Urine_____
               Tube Feeding_____   Emesis_____
               IV_____   Tube Drg_____   Blood_____
               Other_____   Other_____
               === Ordered by: THOMAS,DANA L
  2301  42.    VENODYNE BOOTS.............................................D/C'ed
               AT ALL TIMES WHILE IN BED
               === Ordered by: THOMAS,DANA L
  2400  43.    DIAGNOSIS:.................................................D/C'ed
               r/o cholecystitis
               === Ordered by: THOMAS,DANA L
         44.   CONDITION..................................................D/C'ed
               stable
               === Ordered by: THOMAS,DANA L
    16 Jun 1999
  0200   1.   *ASAP* PIPERACILLIN/TAZOBACTAM-INJ (ZOSYN) ..............D/C'ed
              <INTRAVENOUS> 4.5GM Q6H {QD}
              1st dose now
              === Ordered by: CIRANGLE,PAUL T
         2.   PIPERACILLIN 3GM/TAZOBACTAM .375GM (ZOSYN) <PIGGY> ....D/C'ed
              3.375GM Q6H
              GIVE ONE DOSE NOW.
              === Ordered by: LIM,ROBERT B
  0600   3.   VITAL SIGNS (BP,T,P,R)....................................D/C'ed
         QSHIFT
                       BP_____   T_____   P_____   R_____
              === Ordered by: THOMAS,DANA L
         4.   ALLERGIES.................................................D/C'ed
              NKDA
              === Ordered by: THOMAS,DANA L
         5.   INCENTIVE SPIROMETER......................................D/C'ed
              10 X  Q HOUR WHILE AWAKE WITH INCREASING VOLUME
              GOALS, PLS.
              === Ordered by: THOMAS,DANA L
  0700   6.   INTAKE & OUTPUT...........................................D/C'ed
         QSHIFT
              STRICT I'S AND O'S

                         Amount                        Amount
               Intake Total_____     Output Total_____
               Oral_____   Urine_____
               Tube Feeding_____   Emesis_____
               IV_____   Tube Drg_____   Blood_____
               Other_____   Other_____
               === Ordered by: THOMAS,DANA L

                   Personal Data - Privacy Act of 1974 (PL 93-579)
```

00085

```
20/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  MILNES,KEVIN
                 13 Sep 1954  M
```

```
                         Generate Shift Care Report                    PAGE: 5
LOC: 6B1
PRINT DATE: 22 Jun 1999@1016                     FROM: 15 Jun 1999@0133
                                                   TO: 19 Jun 1999@1135
   16 Jun 1999
UNK - ..MILNES,KEVIN J.. [UNK] 20/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  REG#    ...Continued
   1012   7.  NPO DIET....................................................JJSM16@1012
             NPO
             === Ordered by: LIM,ROBERT B
   1200   8.  VITAL SIGNS (BP,T,P,R)......................................BAL 16@1200
                       BP 106/66  T 97.30  P 84  R 18
             === Ordered by: LIM,ROBERT B
          9.  MORPHINE SULFATE PCA-INJ <INTRAVENOUS> 1MG Q4H {QD}....JJSM16@1200
             LOAD = 0; DEMAND = 1mg; CONTINUOUS =1-
             2mgINTERVAL = q10min; 4hr max = 28mg
             === Ordered by: LIM,ROBERT B
         10.  ALBUTEROL/IPRATROPIUM(COMBIVENT-INH AERO (COMBIVENT) ..JJSM16@1200
             <INHALATION>  4PUFF Q4H {QD}
             also PRN
             === Ordered by: LIM,ROBERT B
         11.  NPO DIET....................................................JJSM16@1200
             NPO
             === Ordered by: LIM,ROBERT B
   1400  12.  CONDITION...................................................JJSM16@1400
             STABLE
             === Ordered by: LIM,ROBERT B
         13.  INCENTIVE SPIROMETER........................................JJSM16@1400
             10X PER HOUR WHILE AWAKE
             === Ordered by: LIM,ROBERT B
         14.  VENODYNE BOOTS..............................................JJSM16@1400
             ON AT ALL TIMES WHILE IN BED
             === Ordered by: LIM,ROBERT B
         15.  FOLEY CATHETER..............................................JJSM16@1400
             TO GRAVITY
             === Ordered by: LIM,ROBERT B
         16.  DRESSING CARE...............................................JJSM16@1400
             DO NOT REMOVE DRESSING
             === Ordered by: LIM,ROBERT B
         17.  OXYGEN THERAPY..............................................JJSM16@1400
             TO KEEP SAT>94%
             === Ordered by: LIM,ROBERT B
         18.  PULSE OXIMETER..............................................BAL 16@1235
                       Oximeter 95.0
             === Ordered by: LIM,ROBERT B
         19.  ALLERGIES...................................................JJSM16@1400
             NKDA
             === Ordered by: LIM,ROBERT B
         20.  CALL HO..................................................NOT DONE
             T>101.5;P>100<60;SBP>160<110;RR>30;MS CHANGE;
             UOP<30/HR
             === Ordered by: LIM,ROBERT B
         21.  NG TUBE.....................................................JJSM16@1400
             TO LOW CONTINUOUS SUCTION AND RECORD OUTPUT
             QSHIFT
             === Ordered by: LIM,ROBERT B

                 Personal Data - Privacy Act of 1974 (PL 93-579)
=================================================================================    00086
20/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  MILNES,KEVIN J
                 13 Sep 1954  M
```

000000086

```
                          Generate Shift Care Report                    PAGE: 6
LOC: 6B1                                                 FROM: 15 Jun 1999@0133
PRINT DATE: 22 Jun 1999@1016                             TO:   19 Jun 1999@1135
```
---
```
 16 Jun 1999
 UNK - ..MILNES,KEVIN J.. [UNK] 20/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  REG#   ...Continued
           22. RANITIDINE HCL (ZANTAC) <PIGGY> 50MG Q8...............JJSM16@1400
               === Ordered by: LIM,ROBERT B
           23. PIPERACILLIN 3GM/TAZOBACTAM .375GM (ZOSYN) <PIGGY> ....JJSM16@1400
               3.375GM Q6H
               === Ordered by: LIM,ROBERT B
    1600  24.  VITAL SIGNS (BP,T,P,R).................................HSM 16@1600
                        BP 109/69 T 97.40 P 78 R 18
               === Ordered by: LIM,ROBERT B
           25. DIAGNOSIS:.............................................LTR 16@1600
               open cholecystectmy for cholecystitis
               === Ordered by: LIM,ROBERT B
           26. ACTIVITY...............................................LTR 16@1600
               OOB W/ ASSISTANCE TID, pt must be OOB to chair
               TID
               === Ordered by: LIM,ROBERT B
           27. ADMITTING PHYSICIAN:...................................LTR 16@1600
               Gold TEAM GENERAL SURGERY
               === Ordered by: LIM,ROBERT B
           28. MORPHINE SULFATE PCA-INJ <INTRAVENOUS> 1MG Q4H {QD}....LTR 16@1600
               LOAD = 0; DEMAND = 1mg; CONTINUOUS =1-
               2mgINTERVAL = q10min; 4hr max = 28mg
               === Ordered by: LIM,ROBERT B
           29. ALBUTEROL/IPRATROPIUM(COMBIVENT-INH AERO (COMBIVENT) ..LTR 16@1600
               <INHALATION> 4PUFF Q4H {QD}
               also PRN
               === Ordered by: LIM,ROBERT B
    1700  30.  NPO DIET...............................................LTR 16@1700
               NPO
               === Ordered by: LIM,ROBERT B
    2000  31.  VITAL SIGNS (BP,T,P,R)....................................PAST DUE
                        BP_____ T_____ P_____ R_____
               === Ordered by: LIM,ROBERT B
           32. MORPHINE SULFATE PCA-INJ <INTRAVENOUS> 1MG Q4H {QD}....D/C'ed
               LOAD = 0; DEMAND = 1mg; CONTINUOUS =1-
               2mgINTERVAL = q10min; 4hr max = 28mg
               === Ordered by: LIM,ROBERT B
           33. ALBUTEROL/IPRATROPIUM(COMBIVENT-INH AERO (COMBIVENT) ..LTR 16@2000
               <INHALATION> 4PUFF Q4H {QD}
               also PRN
               === Ordered by: LIM,ROBERT B
           34. MORPHINE SULFATE PCA-INJ <INTRAVENOUS> 1MG Q4H {QD}....LTR 16@2000
               LOAD = 0; DEMAND = 2mg; CONTINUOUS =2mgINTERVAL
               = q6min; 4hr max = 32mg
               === Ordered by: LIM,ROBERT B
           35. PIPERACILLIN 3GM/TAZOBACTAM .375GM (ZOSYN) <PIGGY> ....LTR 16@2000
               3.375GM Q6H
               === Ordered by: LIM,ROBERT B
```
---
```
              Personal Data - Privacy Act of 1974 (PL 93-579)              00087
================================================================================
20/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  MILNES,KEVIN J
                13 Sep 1954  M
```

000000087

```
                           Generate Shift Care Report                    PAGE: 7
LOC: 6B1
PRINT DATE: 22 Jun 1999@1016                              FROM: 15 Jun 1999@0133
                                                          TO:   19 Jun 1999@1135
─────────────────────────────────────────────────────────────────────────────
    16 Jun 1999
UNK - ..MILNES,KEVIN J.. (UNK)  20/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  REG#   ...Continued
         36. KETOROLAC (BP) (TORADOL) <PIGGY> 30MG Q6H..............LTR 16@2000
             dose prior to ambulation
             === Ordered by: LIM,ROBERT B
    2200 37. CONDITION..........................................LTR 16@2200
             STABLE
             === Ordered by: LIM,ROBERT B
         38. INCENTIVE SPIROMETER...............................LTR 16@2200
             10X PER HOUR WHILE AWAKE
             === Ordered by: LIM,ROBERT B
         39. VENODYNE BOOTS.....................................LTR 16@2200
             ON AT ALL TIMES WHILE IN BED
             === Ordered by: LIM,ROBERT B
         40. FOLEY CATHETER.....................................NOT DONE
             TO GRAVITY                                          FOLEY TO BE DC'
                                                                 D AT 2400
             === Ordered by: LIM,ROBERT B
         41. DRESSING CARE......................................LTR 16@2200
             DO NOT REMOVE DRESSING
             === Ordered by: LIM,ROBERT B
         42. OXYGEN THERAPY.....................................LTR 16@2200
             TO KEEP SAT>94%
             === Ordered by: LIM,ROBERT B
         43. PULSE OXIMETER.....................................LTR 16@2200
                        Oximeter 96.0
             === Ordered by: LIM,ROBERT B
         44. ALLERGIES..........................................LTR 16@2200
             NKDA
             === Ordered by: LIM,ROBERT B
         45. CALL HO............................................LTR 16@2200
             T>101.5;P>100<60;SBP>160<110;RR>30;MS CHANGE;
             UOP<30/HR
             === Ordered by: LIM,ROBERT B
         46. NG TUBE............................................D/C'ed
             TO LOW CONTINUOUS SUCTION AND RECORD OUTPUT
             QSHIFT
             === Ordered by: LIM,ROBERT B
         47. RANITIDINE HCL (ZANTAC) <PIGGY> 50MG Q8.............LTR 16@2200
             === Ordered by: LIM,ROBERT B
    2300 48. INTAKE & OUTPUT....................................LTR 16@2300
         QSHIFT
             STRICT INTAKE AND OUTPUT RECORDING include NGT

                            Amount                Amount
             Intake Total 1500  Output Total 525
             Oral_____       Urine_____
             Tube Feeding_____   Emesis_____
             IV_____   Tube Drg_____   Blood_____
             Other_____       Other_____
             === Ordered by: LIM,ROBERT B

                    Personal Data - Privacy Act of 1974 (PL 93-579)
════════════════════════════════════════════════════════════════════    00088
20/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  MILNES,KEVIN J
                13 Sep 1954  M
```

000000088

```
LOC: 6B1                    Generate Shift Care Report                PAGE: 8
PRINT DATE: 22 Jun 1999@1016                          FROM: 15 Jun 1999@0133
                                                      TO:   19 Jun 1999@1135
```
16 Jun 1999
UNK - ..MILNES,KEVIN J.. [UNK] 20/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 REG#   ...Continued
 2400 49. VITAL SIGNS (BP,T,P,R)..................................MDB 16@2400
             BP 99/54 T 97.90 P 75 R 20
         === Ordered by: LIM,ROBERT B
      50. DIAGNOSIS:...........................................ONEIC16@2400
         open cholecystectmy for cholecystitis
         === Ordered by: LIM,ROBERT B
      51. ACTIVITY.............................................ONEIC16@2400
         OOB W/ ASSISTANCE TID, pt must be OOB to chair
         TID
         === Ordered by: LIM,ROBERT B
      52. ADMITTING PHYSICIAN:.................................ONEIC16@2400
         Gold TEAM GENERAL SURGERY
         === Ordered by: LIM,ROBERT B
      53. FOLEY CATHETER.......................................ONEIC16@0100
         discontinue at 2400hrs on 16 jun 99              DTV @ 0700
         === Ordered by: LIM,ROBERT B
      54. ACTIVITY.............................................ONEIC16@2400
         Pt must ambulate tonight                        AMBULATED DOWN
                                                          HALLWAY AND
                                                          BACK AT 0500
         === Ordered by: LIM,ROBERT B
      55. MORPHINE SULFATE PCA-INJ <INTRAVENOUS> 1MG Q4H (QD)....D/C'ed
         LOAD = 0; DEMAND = 1mg; CONTINUOUS =1-
         2mgINTERVAL = q10min; 4hr max = 28mg
         === Ordered by: LIM,ROBERT B
      56. ALBUTEROL/IPRATROPIUM(COMBIVENT-INH AERO (COMBIVENT)..ONEIC16@2400
         <INHALATION> 4PUFF Q4H (QD)
         also PRN
         === Ordered by: LIM,ROBERT B
      57. MORPHINE SULFATE PCA-INJ <INTRAVENOUS> 1MG Q4H (QD)...ONEIC16@2400
         LOAD = 0; DEMAND = 2mg; CONTINUOUS =2mgINTERVAL
         = q6min; 4hr max = 32mg
         === Ordered by: LIM,ROBERT B
 PRN  58. *ASAP* DROPERIDOL-SOLN (INAPSINE) <INTRAVENOUS> .......D/C'ed
         0.625MG Q4H (QD) PRN
         PRN NAUSEA AND VOMITING IF SYSTOLIC BP GREATER
         THAN 100
         === Ordered by: LIM,ROBERT B
      59. RT-CHEST PT & POSTURAL DRAIN..........................CLOSED
         to BLL
         === Ordered by: LIM,ROBERT B
17 Jun 1999
 0200  1. PIPERACILLIN 3GM/TAZOBACTAM .375GM (ZOSYN) <PIGGY> ....ONEIC17@0200
         3.375GM Q6H
         === Ordered by: LIM,ROBERT B
       2. KETOROLAC (BP) (TORADOL) <PIGGY> 30MG Q6H..............ONEIC17@0200
         dose prior to ambulation
         === Ordered by: LIM,ROBERT B


                Personal Data - Privacy Act of 1974 (PL 93-579)
====================================================================================
20/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 MILNES,KEVIN J
         13 Sep 1954  M                                                00089

000000089