# EXHIBIT 3

Case 1:02-cv-00365-BMK    Document 100-5    Filed 04/16/2007    Page 1 of 5

# OPERATIVE REPORT

Resident Surgeon:    ROBERT B. LIM, MD, CPT, MC

Assistant(s):

Staff Surgeon:    PAUL T. CIRANGLE, MD, MAJ, MC

Clinical Service:    General Surgery.

Date of Operation:    06/15/1999

Preoperative Diagnosis:    Acute cholecystitis.

Postoperative Diagnosis:    Acute cholecystitis.

Procedure Performed:    Laparoscopic converted to open cholecystectomy.

Anesthesia:    General endotracheal.

Indications for Procedure:    This is a 45-year-old white male who presents with approximately a 12-hour history of sharp, crampy right upper quadrant pain with radiation to his back that occurred approximately two hours after eating fish. The pain was associated with nausea and multiple episodes of vomiting. The patient was afebrile upon arrival to the emergency room and had stable vital signs. He did not have peritoneal signs nor Murphy sign on physical exam. He was noted not to be jaundiced. His preoperative LFTs showed no abnormalities. His preoperative white blood cell count showed leukocytosis. The patient had a right upper quadrant ultrasound, which revealed multiple gallstones, evidence of cholecystitis by gallbladder wall thickening and pericholecystic fluid, so the patient was taken urgently to the operating room.

Findings:    Acutely inflamed gallbladder with thick inflammatory reaction around the gallbladder.

Description of Procedure:    The patient was taken to the operating room, given general endotracheal anesthesia, placed in the supine position, and prepped and draped in the standard surgical fashion.

The operative case started out as a laparoscopic procedure. This was done by making a 1-cm incision just to the right lateral

---

Operative Report　　　　　　　　　　NAME: MILNES, KEVIN J
Tripler Army Medical Center　　　　Register No.: 406535　　　　00050
1 Jarrett White Road　　　　　　　　APV No.
Tripler AMC, HI  96859-5000　　　　FMP/SSN:    20/506641299
　　　　　　　　　　　　　　　　　　Ward: 6B1    Job #:7618E/3074
　　　　　　　　　　　　　　　　　　O/P Loc: VA CLINIC, HON

　　　　　　　　　　ORIGINAL　　　　　　Page 1

## OPERATIVE REPORT

aspect of the umbilicus. Dissection was carried down to the level of the subcutaneous tissues using a 15 blade. The peritoneum was then entered using an Opti-Vu port with direct visualization. Once the peritoneum was entered, an adequate pneumoperitoneum was achieved. A 10-mm 30 degree telescope was then placed through this port. Gross inspection of the abdomen revealed a large amount of inflamed tissue adjacent to the gallbladder.

Attention was then directed to the mid epigastrium where a 1-cm incision was made transversely. A 10-mm port was placed through it under direct visualization. Two 5-mm ports were placed in the right upper quadrant with the same technique. The gallbladder was noted to be acutely inflamed, swollen, erythematous, and edematous. It could not be grasped easily with a laparoscopic grasper, so a laparoscopic needle was placed into the gallbladder, and the gallbladder contents were drained. Approximately 30 cc of bilious material was drained immediately. This enabled the tip of the gallbladder to be grasped more easily. The gallbladder was then retracted superiorly and over the edge of the liver. The infundibulum was attempted to be grabbed; however, it was encased with a large amount of inflammatory tissue, and a firm hold could not be established.

Using an endoscopic Kitner, some of the inflammatory tissue was able to be dissected down off of the body and infundibulum of the gallbladder; however, this was done with great difficulty. The triangle of Calot was attempted to be dissected out; however, there was a large amount of inflammatory tissue, and adequate visualization was unobtainable. The dissection was deemed to be too difficult, so the patient had the laparoscopic procedure converted to an open procedure.

Starting from the aforementioned epigastric incision, a right subcostal incision was made approximately 3 cm from the costal margin.

Dissection was carried down to the level of the abdominal wall fascia using electrocautery. The rectus muscle was divided using electrocautery. The internal and external oblique muscles were then identified and were transected also using electrocautery. The peritoneum was entered.

Excellent exposure was achieved using the Bookwalter.

---

Operative Report                        NAME: MILNES,KEVIN J
Tripler Army Medical Center             Register No.: 406535
1 Jarrett White Road                    APV No.                                    00051
Tripler AMC, HI  96859-5000             FMP/SSN:      20/506641299
                                        Ward: 6B1    Job #:7618E/3074
                                        O/P Loc: VA CLINIC, HON

ORIGINAL          Page 2

OPERATIVE REPORT
----

The gallbladder was then grasped at the fundus and the peritoneal reflection incised. It was separated from the liver using electrocautery. There was noted to be approximately a 1 cm thick inflammatory rind around the gallbladder.

In the region of the triangle of Calot, there was no obvious cystic artery and identification of the cystic duct ~~cleared~~ (R) was not clear. After some difficulty, the cystic duct was definitely identified and dissected. The decision was made at that point to attempt intraoperative cholangiogram.

Full-strength Renografin was injected through the 25-gauge needle, and the cholangiogram was shot with a plain film due to the unavailability of flouroscopy. Because of the dense inflammation and probable tortuous nature of the cystic duct, it was impossible to obtain an adequate cholangiogram despite multiple attempts.

At this point, the cholangiogram catheter and needle were removed. A right-angle clamp was placed around the cystic duct. The gallbladder was then divided above the right-angle clamp, and passed off the field as a specimen. The duct was suture ligated with 2-0 silk.

The area around the bed of the gallbladder was examined for hemostasis. Hemostasis was achieved using electrocautery. The surgical site was then copiously irrigated with two liters of warm saline, and excess fluid was suctioned out. Further inspection of the gallbladder fossa and liver revealed no other pathology.

A 10-mm Blake drain was then placed, and brought out through one of the right upper quadrant 5-mm laparoscopic incisions. The drain lay in the gallbladder bed and Morrison's Pouch. The drain was sutured in place at the skin level using a 3-0 Prolene. The wound was then closed in ~~several~~ (2) TWO layers.

The posterior sheath was closed with running #0 looped PDS and the anterior sheath with #1 PDS interrupted. Prior to closing the posterior fascia, antibiotic powder was sprinkled into the wound. The skin was then approximated using surgical staples. The wounds from the laparoscopic procedure were closed, also using staples. A clean sterile dressing was applied to all wounds. The patient tolerated the procedure well, was extubated in the operating room, and taken to the recovery room in stable

----

Operative Report  
Tripler Army Medical Center  
1 Jarrett White Road  
Tripler AMC, HI  96859-5000  

NAME: MILNES,KEVIN J  
Register No.: 406535  
APV No.  
FMP/SSN:    20/506641299  
Ward: 6B1    Job #:7618E/3074  
O/P Loc: VA CLINIC, HON  

00052

ORIGINAL        Page 3

OPERATIVE REPORT
================

condition. Please note, the patient had an Nasogastric tube, as well as a Foley catheter placed, prior to the beginning of the laparoscopic procedure.

_____
ROBERT B. LIM, MD, CPT, MC
Resident Surgeon


_____
PAUL T. CIRANGLE, MD, MAJ, MC
Staff Surgeon


RBL/adp   D:06/16/1999       T:06/17/1999 10:42
JOB#:3074   **LPSI**
Revised by RP/010 Tripler on 08/19/99 Job#7618E

---

Operative Report                NAME: MILNES, KEVIN J
Tripler Army Medical Center     Register No.: 406535
1 Jarrett White Road            APV No.                        -- 00053
Tripler AMC, HI  96859-5000     FMP/SSN:      20/506641299
                                Ward: 6B1   Job #:7618E/3074
                                O/P Loc: VA CLINIC, HON

ORIGINAL            Page 4