# EXHIBIT 4

Personal Data - Privacy Act of 1974 (PL 93-579) Automated... | LOG NUMBER: 990624-0001

EMERGENCY CARE & TREATMENT - TRIPLER ARMY MEDICAL CEN

| 3rd Party Payer: NO
Arrival Date/Time: 24 Jun 1999 @ 0810 | Time Seen: 0820
Trans to Hospital: WALK-IN | Category: UU
History Obtained From: PATIENT
Addr: P O BOX 1883    PAGO PAGO, AS 96799 | Phone: 236-2960
Chief Complaint: BLEEDING @ ABD INCISION S/P SURGERY | Sex: MALE  Age: 44
| Tetanus:
| Allergies: (NO ALLERGIES DOCUMENTED)

**VITAL SIGNS**
- Time: 0815
- BP-SY: 120
- BP-DI: 68
- Pulse: 80
- Resp: 20
- Temp: 97 (T)
- WT-Ped:

Medications:
Percocet
Tempra
Hydroxyzine
Cephalexin

44 y male S/P gallbladder surgery 15 Jun 99 c/o reopening of incision site.

44yo WM S/P open chole last Tuesday. Staples removed yesterday. ⊖ fever/chills ⊖ N/V. Coughing last night, felt "pop" noted incision opened up. ⊖ induration.

Exam: AVQ incision dehisced
~ 8cm post fascia intact
⊖ hemostasis ⊘ purulent drainage
min. erythema.

Contacted SOD. Pt will escort to outpt. surgery clinic for further eval.

Wound irrigated & packed c̄ sterile Kerlex 4×4's gauze

**ASSESSMENT/DIAGNOSIS**
wound dehiscence

**DISPOSITION**
✓ Home   __ Full Duty
__ Quarters
__ Surgery clinic __ 8hrs __ 72hrs

Modified Duty Until:
Day:___ Mon:___ Yr:___

Referred to: SOD
__ Emergency  __ Today
__ 72 hours    __ Routine

Admitted to:
Others:

Condition Upon Release:
✓ Improved  __ Unchanged
__ Deteriorated
Release Time: 0850

Signature of Provider/Stamp: BRADLEY N. SAKAGUCHI, CPT, MC, MD 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

Instructions to Patient: Follow up in surgery clinic 2°
I HAVE RECEIVED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS X_____

20/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  MILNES, KEVIN J
13 Sep 1954  MALE
Loc: EMERGENCY ROOM
Spon: MILNES, KEVIN J

K61
W: 684-688-2688   H: 236-2960
Rank:
RR: VA CLINIC, HON   D: 684-688-2688

00000112