# EXHIBIT 5



Kevin Milnes
November 1999