# EXHIBIT 6





Kevin Milnes
August 2001