# EXHIBIT 7

**PETER HALFORD, M.D.**
GENERAL SURGERY

FILE COPY

May 25, 2005

Gary Victor Dubin
55 Merchant Street
Suite 3100, Harbor Court
Honolulu, Hawaii 96813

RE: Kevin Milnes

Dear Mr. Dubin

I am a general surgeon licensed to practice in the State of Hawaii. I am currently board certified and have been in practice since 1975. I have enclosed a copy of my CV for your information.

I have reviewed in detail the care rendered to Mr. Kevin Milnes at the TAMC that began on June 14th, 1999. This illness that was treated involved several repeated hospitalizations in June and July 1999, and subsequent complications up until the present.

For my review I had access to the TAMC medical records that were provided for me as well as some out-patient records and imaging studies. I also had the opportunity to interview and examine the patient in January 2003 and May 2005 as a consultant.

Rather than restate the entire case scenario I would like to distill my remarks to the medical standards that appear to be in question. I will address these in order:

#1. This patient was admitted with signs and symptoms of acute cholecystitis. He had severe pain in the upper right quadrant of the abdomen as well as an elevated white blood count and CT scan findings showing inflammation about the gallbladder. He was admitted and appropriate orders were apparently entered, including an order for the antibiotic Zosyn. In my review of the records however, there was no documentation of this antibiotic being administered before the surgical procedure the following day. If this is true it is a breach of the standard, since antibiotics are essential to be administered in the pre-operative setting. The reason for this is to prevent to the best extent possible a post-operative wound infection. As this patient's case evolved he indeed did return with a wound disruption that led to further operative procedures and his current situation with a disfiguring scar. It would be of help to obtain a copy of the medical administration record (MAR) that is pertinent to this issue.

#2. It is the patient's perception that surgery was delayed for a prolonged length of time. He believes that the definitive gallbladder surgery was postponed due to elective surgery procedures taking precedence, and he is of the opinion that the medical records were altered to not reflect this. I was not able to confirm this from my review of the records, but should this be validated on further investigation, then this would represent an egregious breach of medical care standards.

#3. This patient presented with a diagnosis of acute cholecystitis and antibiotics were ordered. As the wound was closed, antibiotic powder was applied as well. He later returned with a wound disruption and other intravenous antibiotics were further prescribed over the course of his ensuing care. Yet throughout his entire illness, I was not able to locate any culture reports. There were no culture reports from the gallbladder at the time of surgery, nor were there reports from his wound despite ongoing repeated issues with the wound dehiscence and poor healing. In my opinion, it certainly is a standard of care to base the selection of the appropriate antibiotic upon the identification of what bacteria one is attempting to eliminate to be certain your selection is correct. Without any culture identification one is led to believe that an inappropriate antibiotic may well have been selected and thus led to his subsequent problems. Again, if there are any microbiology reports available, they would important to evaluate.

#4. After his first operation, Mr. Milnes returned to the Emergency Department on June 24, 1999. According to the medical record, he had felt a "pop" and the incision opened up. The wound was noted to be largely dehisced including the anterior fascia, and the posterior fascia was intact. He was sent out for some reason and then readmitted the next day with eventual operative repair done on June 26th 1999. In my opinion, this patient should have been admitted on the 24th especially with a dehiscence of this degree. The delay allowed for increased bacteria colonization, added discomfort, and put him at increased risk for evisceration.

#5. This patient was allergic to bleach, and this was well documented in the record. Yet an order for Dakin's solution (a bleach containing fluid) was placed and this was applied to his open wound. This resulted in an intense reaction, and further delayed his wound healing let alone the side effects he had to put up with. A definite negligent action.

#6. Lastly there are a number of entries in the medical record that blame the patient for all of his complications. Mention is made of his non compliance, his weight, his smoking habit, and the fact that he lifted a heavy TV set that weighed 60 lbs. The patient states that this was not the case at all and denies lifting anything heavy. If indeed the medical staff fabricated this to shift blame, then there is no doubt that this is a breach of medical ethical and care standards. It is hard for me to believe that someone could lift anything over 25 lbs in the first two weeks after a major abdominal incision.

In summary I have itemized a number of items regarding substandard care of this individual. Due to this sequence of events, he sustained a wound dehiscence which required repeated visits to the operating room, a prolonged recovery, and an unsightly wound with chronic pain.

Please feel free to contact me if I can provide you with any further details or clarification.

Sincerely,

*[signature]*

Peter Halford MD

# CURRICULUM VITAE

*Peter Halford, M.D.*
*1329 Lusitana Street, #706*
*Honolulu, Hawaii 96813*
*(808) 536-1107*

## OFFICE ADDRESS

The Queen's Physician Office Building II
1329 Lusitana Street, Suite #706
Honolulu, Hawaii 96813

## DATE & PLACE OF BIRTH

May 15, 1944
Honolulu, Hawaii

## SOCIAL SECURITY NUMBER

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

## EDUCATION

UNDERGRADUATE
*DUKE UNIVERSITY*
Durham, North Carolina
Chemistry Major

MEDICAL SCHOOL
*TULANE MEDICAL SCHOOL*
New Orleans, Louisiana
M.D., 1970 (cum laude)

INTERNSHIP
*SURGICAL INTERNSHIP*
San Francisco General Hospital
San Francisco, California
1970 - 1971

RESIDENCY
*FIRST YEAR RESIDENT IN SURGERY*
University of California
San Francisco, California
1971 - 1972

Peter Halford, M.D.
Curriculum Vitae

RESIDENCY (CONTINUED)

*SECOND YEAR RESIDENT IN SURGERY*
University of Hawaii
Integrated Surgical Residency Program
Honolulu, Hawaii
1972 - 1973

*THIRD YEAR RESIDENT IN SURGERY*
University of Hawaii
Integrated Surgical Residency Program
Honolulu, Hawaii
1973 - 1974

*FOURTH YEAR CHIEF RESIDENT IN SURGERY*
University of Hawaii
Integrated Surgical Residency Program
Honolulu, Hawaii
1974 - 1975

## BOARD CERTIFICATION

**American Board of Surgery**
1977

## RE-CERTIFICATION

**American Board of Surgery**
1986

**American Board of Surgery**
1996

## TEACHING POSITIONS

*ASSOCIATE PROFESSOR OF SURGERY*
John A. Burns School of Medicine
University of Hawaii
Honolulu, Hawaii
1998 - present

*ASSISTANT PROFESSOR OF SURGERY*
John A. Burns School of Medicine
University of Hawaii
Honolulu, Hawaii
1980 - 1998

Peter Halford, M.D.
Curriculum Vitae

*DIRECTOR OF TRAUMA SERVICES*
The Queen's Medical Center
Honolulu, Hawaii
1979 - 1996

*ASSISTANT CLINICAL PROFESSOR OF SURGERY*
John A. Burns School of Medicine
University of Hawaii
Honolulu, Hawaii
1977 - 1980

*CHIEF, REGION IX - COMMITTEE ON TRAUMA*
American College of Surgeons
1989- 1991

*CLINICAL INSTRUCTOR OF SURGERY*
John A. Burns School of Medicine
University of Hawaii
Honolulu, Hawaii
1974 - 1975

## OTHER POSITIONS

*CHAIRMAN, HAWAII STATE COMMITTEE ON TRAUMA*
1996

*MEMBER, STATE EMSAC COMMITTEE*
Honolulu, Hawaii 96813
1995 - Present

*PRESIDENT, HAWAII SURGICAL ASSOCIATION*
1992 - 1994

*GOVERNOR AT LARGE, HAWAII CHAPTER AMERICAN COLLEGE OF SURGEONS*
1992 - 1996

*NATIONAL FACULTY, ADVANCED TRAUMA LIFE SUPPORT COURSE*
1985 - 2000

*VICE CHIEF OF STAFF, THE QUEEN'S MEDICAL CENTER*
1996 - 2000

Peter Halford, M.D.
Curriculum Vitae

CHIEF OF STAFF, THE QUEEN'S MEDICAL CENTER
2000 - ~~present~~ 2004

## HOSPITAL AFFILIATIONS

*THE QUEEN'S MEDICAL CENTER*
1301 Punchbowl Street
Honolulu, Hawaii 96813

*KAHUKU HOSPITAL*
P.O. Box 218
Kahuku, Hawaii 96731

*MOLOKAI GENERAL HOSPITAL*
P. O. Box 408
Kaunakakai, Hawaii 96748

## PROFESSIONAL SOCIETIES

Alpha Omega Alpha

Fellow, American College of Surgeons

Hawaii Surgical Association

Pan Pacific Surgical Association

## PUBLICATIONS

Shim, WKT and Halford, P:
*METHOD FOR MAINTAINING THE NEONATES INTRAOPERATIVE CORE TEMPERATURE.*
Surgery 75:416-420
March 1974

Cioffi, G. and Halford, P. et.al.:
*MESENTERIC PANNICULITIS.*
Contemporary Surgery
October 1989