# EXHIBIT 8



# Drugs.com
### Drug Information Online

[ Drug Search ]  [ Internet Search ]

Or click the first letter of a drug name: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z  Advanced Search

| Drugs & Medications | Diseases & Conditions | Pharmaceutical News & Articles | Pill Identifier | Drug Interactions Checker | Medical Encyclopedia | Medical Dictionary | Community Forums |

Welcome **Guest**  |  Register or Sign In       My Viewing History  |  My Drug List  |  My Interactions Lists  |  Member Offers

## All Services

A-Z Drug List
Drugs & Medications
Diseases & Conditions
News & Articles
Pill Identifier
Interactions Checker
Drug Image Search
New Drug Approvals
New Drug Applications
FDA Drug Alerts
Clinical Trial Results
Patient Care Notes
Medical Encyclopedia
Medical Dictionary
Community Forums

**For Professionals**
Contact Us
News Feeds

*Advertisement*

**Lower Your Blood Pressure - The All Natural Way**
The only non-drug medical device clinically proven to lower blood pressure
www.resperate.com

**Kill Your Appetite with All Natural Hoodia!**
Hoodia has been featured on 60 Minutes as a natural way to suppress appetite. Learn about Hoodia.
www.pharmcom.com

**Dr. Weil Vitamin Advisor**
Free vitamin profile from Dr. Weil. Plan based on your health concerns.

## Consumer Information

**Restless Legs Syndrome**
Looking for Ways to Manage RLS? Find Helpful Information & Options
TreatRLS.com

**BPH - Enlarged Prostate**
Medication to Treat the Prostate & Improve Associated Symptoms
Avodart.com

**Try Lunesta for Free**
Free samples of non-narcotic Lunesta using our free trial offer.
www.lunesta.com                                                Ads by Google

### Zosyn
Active Ingredients: Piperacillin Sodium and Tazobactam Sodium Injection



Zosyn is a penicillin antibiotic. Piperacillin kills certain bacteria that cause infection, or stops their growth. It treats many kinds of infections including those of the skin, blood, central nervous system, respiratory tract, sinuses, and urinary tract. It also treats certain infections in women (gynecological infections). Tazobactam helps piperacillin to work better.

**What should my health care professional know before I receive Zosyn ?**
They need to know if you have any of these conditions:
• asthma
• bleeding problems

## Join Drugs.com

Click here to see what benefits you can get by joining our FREE membership programme.

**Drugs.com** is the most popular, comprehensive, and up-to-date source of drug information online. Providing advice on more than 24,000 prescription drugs and over-the-counter medicines for consumers and professionals.

## Top 10 Searches

Lipitor
Viagra
Lose Weight
Drug Treatment
Zoloft
Depression
Drug Abuse
Health Insurance
Dieting
Pain Relief

*Advertisement*

