# EXHIBIT 10

GARY VICTOR DUBIN 3181
Dubin Law Offices
55 Merchant Street, Suite 3100
Honolulu, Hawaii 96813
Telephone: (808) 537-2300
Facsimile: (808) 523-7733
E-Mail: gdubin@dubinlaw.net

COPY

Attorney for Plaintiff
Kevin Milnes

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES, | ) CIVIL NO. 02-00365 BMK |
| Plaintiff, | ) PLAINTIFF KEVIN MILNES' RESPONSE |
| | ) TO DEFENDANT'S FIRST REQUEST |
| vs. | ) FOR ADMISSIONS |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

---

### PLAINTIFF KEVIN MILNES' RESPONSE
### TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS

Pursuant to Rule 36 of the Federal Rules of Civil Procedure and Local Rule 26.2,

Plaintiff hereby responds to said first admissions request on the sheets provided by said

Defendant on the pages attached hereto, including on additional sheets also attached

since Defendant did not leave enough room for Plaintiff's comments and explanations

thereon, reminding the Defendant that the Plaintiff is not a physician and therefore is not

professionally qualified to respond to matters pertaining to standards of medical care,

except to the extent offering a lay opinion as to same when asked.

DATED: Honolulu, Hawaii; August 7, 2006.

GARY VICTOR DUBIN
Attorney for Plaintiff

ADMISSIONS REQUEST

ADMISSION NO. 1:    Admit that Plaintiff arrived at the Veterans Administration Medical Clinic on  June 14, 1999, at approximately 11:55 a.m. to 12:05 p.m.

ADMIT: _____        DENY: __X__ (SEE ATTACHED)

ADMISSION NO. 2:    Admit that Plaintiff was subsequently transferred to the Tripler Army Medical Center ("TAMC") emergency department on June 14, 1999.

ADMIT: __X__        DENY: _____

ADMISSION NO. 3:    Admit that during the late evening of June 14, 1999 or early morning of June 15, 1999, Plaintiff was transferred to the TAMC surgical ward.

ADMIT: _____        DENY: __X__ (SEE ATTACHED)

ADMISSION NO. 4:    Admit that during the mid-morning of June 15, 1999, Plaintiff was administered Zosyn, a broad-based antibiotic.

ADMIT: _____        DENY: __X__ (SEE ATTACHED)

ADMISSION NO. 5:    Admit that at approximately 1:20 p.m. on June 15, 1999, a cholecystectomy procedure was performed on Plaintiff.

ADMIT: _____        DENY: __X__ (SEE ATTACHED)

ADMISSION NO. 6:    Admit that following the June 15, 1999 cholecystectomy procedure, Zosyn was administered to Plaintiff.

ADMIT: __X__        DENY: _____

(PARTIAL — SEE ATTACHED)

6

808 5237733

ADMISSION NO. 7:    Admit that Plaintiff was discharged from the TAMC on June 19, 1999.

ADMIT: __X__          DENY: _____


ADMISSION NO. 8:    Admit that during Plaintiff's stay at the TAMC from June 14, 1999 to June 19, 1999 ("First Hospitalization"), Plaintiff was warned to stop smoking cigarettes.

ADMIT: _____          DENY: __X__ (SEE ATTACHED)


ADMISSION NO. 9:    Admit that during the First Hospitalization, Plaintiff continued to smoke cigarettes.

ADMIT: __X__          DENY: _____

(PARTIAL — SEE ATTACHED)

ADMISSION NO. 10:   Admit that during the month prior to the First Hospitalization, Plaintiff smoked cigarettes on a consistent basis.

ADMIT: __X__          DENY: _____

(WITH COMMENTS)

ADMISSION NO. 11:   Admit that on June 24, 1999, Plaintiff entered the TAMC emergency department and was informed to check himself into the TAMC surgical ward the following day after Bradley Sakaguchi, M.D., cleaned and packed his wound.

ADMIT: _____          DENY: __X__ (SEE ATTACHED)


ADMISSION NO. 12:   Admit that on June 25, 1999, Plaintiff entered the TAMC surgical ward and was discharged on July 2, 1999 ("Second Hospitalization").

ADMIT: __X__          DENY: _____


7

ADMISSION NO. 13:   Admit that during the period between the First Hospitalization and Second Hospitalization, Plaintiff smoked cigarettes.

ADMIT: ___X___                    DENY: _____
(WITH COMMENTS)

ADMISSION NO. 14:   Admit that during the Second Hospitalization, Plaintiff smoked cigarettes.

ADMIT: ___X___                    DENY: _____
(WITH COMMENTS)

ADMISSION NO. 15:   Admit that Plaintiff only applied Dakin's Solution to his wound from the June 15, 1999 cholecystectomy procedure from July 1, 1999 to July 6, 1999.

ADMIT: ___X___                    DENY: _____

ADMISSION NO. 16:   Admit that Plaintiff did not use the Dakin's Solution on his wound from the June 15, 1999 cholecystectomy procedure following his meeting with Dr. Cirangle on July 6, 1999.

ADMIT: ___X___                    DENY: _____

ADMISSION NO. 17:   Admit that during the Second Hospitalization, Plaintiff left the TAMC facility against the advice of TAMC personnel.

ADMIT: _____          DENY: ___X___ (SEE ATTACHED)

ADMISSION NO. 18:   Admit that after leaving the TAMC facility during the Second Hospitalization, Plaintiff returned a rented moving truck and carried objects weighing approximately sixty pounds.

ADMIT: _____          DENY: ___X___ (SEE ATTACHED)

808 5237733

ADMISSION NO. 19:    Admit that on July 6, 1999, Plaintiff was admitted into TAMC and he was discharged on July 20, 1999 ("Third Hospitalization").

ADMIT: X          DENY: _____


ADMISSION NO. 20:    Admit that during the Third Hospitalization, Plaintiff continued to smoke cigarettes.

ADMIT: X          DENY: _____

(WITH COMMENTS)

ADMISSION NO. 21:    Admit that during the Third Hospitalization, Plaintiff was connected to a Vacuum-Assisted Wound Closure ("VAC") device.

ADMIT: X          DENY: _____


ADMISSION NO. 22:    Admit that during the Third Hospitalization, Plaintiff was ordered to remain connected to the VAC.

ADMIT: X          DENY: _____


ADMISSION NO. 23:    Admit that during the Third Hospitalization, Plaintiff removed himself from the VAC without the consent of TAMC personnel.

ADMIT: _____          DENY: X (SEE ATTACHED)


ADMISSION NO. 24:    Admit that the standard of care in Hawaii for the timing of cholecystectomy procedures is to perform the procedure within seventy-two hours of a patient's admission into a health care facility.

ADMIT: _____          DENY: X (SEE ATTACHED)


9

ADMISSION NO. 25:   Admit that treating a wound dehiscense without evisceration or infection by the application of dressings, suturing it at a later date (secondary closure) or allowing it to close on its own (secondary intention) in an outpatient setting is within the standard of care in Hawaii.

ADMIT: __X__          DENY: _____

(WITH COMMENTS)

ADMISSION NO. 26:   Admit that the Dakin's Solution applied by Plaintiff to his wound did not delay the healing of his wound.

ADMIT: _____          DENY: __X__ (SEE ATTACHED)

ADMISSION NO. 27:   Admit that the antibiotic therapy provided to Plaintiff prior to and following the June 15, 1999 cholecystectomy procedure was within the standard of care in Hawaii.

ADMIT: _____          DENY: __X__ (SEE ATTACHED)

ADMISSION NO. 28:   Admit that the timing of the June 15, 1999 cholecystectomy procedure on Plaintiff was within the standard of care in Hawaii.

ADMIT: _____          DENY: __X__ (SEE ATTACHED)

ADMISSION NO. 29:   Admit that Plaintiff's smoking cigarettes delayed the healing of Plaintiff's wound from the June 15, 1999 cholecystectomy procedure.

ADMIT: _____          DENY: __X__ (SEE ATTACHED)

ADMISSION NO. 30:   Admit that Plaintiff's body weight delayed the healing of Plaintiff's wound from the June 15, 1999 cholecystectomy procedure.

ADMIT: _____          DENY: __X__ (SEE ATTACHED)

ADMISSION NO. 31:   Admit that Dr. Sakaguchi's decision to treat
Plaintiff as an outpatient on June 24, 1999 was within the
standard of care in Hawaii.

        ADMIT: _____          DENY: _X_ (SEE ATTACHED)

**Kevin Milnes**
**Admissions Request**
**(attachment)**

Admission No. 1:    DENY
I arrived at about 8:30 a.m., as stated in my Deposition, p.34. It was Monday, 06/14/99, and the clinic was busy with other patients. I had to wait as a walk-in appointment for my Primary Care Physician for some 3 hrs before seen by his nurse first and then by him at around noon.

Admission No. 3:    DENY
I was transferred to TAMC hospital at around noon on June 15, 1999. I signed a release and Dr. Lim told me about the laporoscopic procedure at about 1 p.m. At 4:30 p.m. nobody showed up. I pushed the nurse button; Dr. Lim showed up at 5 p.m. and said they wanted to do an ultrasound scan but nobody was available and I had to wait until 7 a.m. on June 16, 1999, for the sonogram.

Admission No. 4:    DENY
Neither from my personal recollections nor based on Tripler Generate Shift Care Report, p.2 (attached) does it follow that Zosyn was applied. The report states, "Not done". I was asking for pain medications or something; they kept me on ice chips instead. Lack of administering antibiotics before the surgery artificially increases the chance of infection (please see the newspaper articles attached: "Half of surgery patients miss out on antibiotics"; "Fatal mistakes"; "Lethal hospital errors down").

Admission No. 5:    DENY
I was finally admitted to Tripler Hospital as opposed to Tripler ER at that time, per my Deposition, p.39.

Admission No. 6:    ADMIT (partial)
Zosyn was administered following the cholecystectomy procedure that actually took place on June 16, 1999, per my Deposition, p.50. Before the procedure I was asking for pain medications or something; they kept me on ice chips instead.

Admission No. 8:    DENY
Per my Deposition, pp.55, 60.

Admission No. 9:    ADMIT (partial)
I smoked only on June 18, 1999, one cigarette. Before it, June 14-17, 1999, I was bed-ridden, in a lot of pain, in a pre- or post-surgical condition and was not able to smoke, per my Deposition, pp.55, 94-95.

Admission No. 10:  ADMIT (with comments)
Smoking induced by the Army service of 1974-1976 is one of my health conditions claimed with the VA in July 1997 and qualified by the BVA as a valid claim. Nicotine dependency is my official diagnosis (please see Dr. Soliai's letter of 08/27/03 attached). Due to the seriousness of the condition, per 38USC Sec.1715 (attached), the VA may even furnish tobacco to hospitalized veterans. It is common knowledge that for generations armies marched on nicotine as an inseparable part of the c-ration (please see the article "U.S. troops feel pinch as tobacco runs short" attached).

.Admission No. 11: DENY
I did enter the TAMC ER on June 24, 1999, but I was not informed to check myself into the TAMC surgical ward the following day. They (I cannot confirm if it was Bradley Sakaguchi, M.D., or not because I don't remember the name) looked at my wound, stated it would heal by natural intent, packed it, and sent me home. I was shocked.

Admission No. 13:  ADMIT (with comments)
Nobody advised me of the opposite. The Discharge Summary Note of June 19, 1999 (please see attached), didn't say anything about smoking or driving. Nobody advised me of the discharge instructions orally either. I would have no way of knowing it.

Admission No. 14:  ADMIT (with comments)
I smoked 3-4 cigarettes a day waiting for several days for some surgical procedure to be done, per my Deposition, p.80.

.Admission No. 17: DENY
Nobody advised me it would be against medical advice. I did not see any doctors for two days anyway; just waiting for them all the time to tell me about the treatment plan, with no luck. There were nurses there and I signed out in the book to be absent for one hour due to extenuating circumstances – to sign the paperwork for the arrived containers with my car and our household items for my wife and friend to unload them and avoid storage fees. Per my Deposition, p. 83.


.Admission No. 18: DENY
The rented truck was returned several days earlier. I never lifted any of the household items, saying nothing of the 60lb objects – I would not be able to do it anyway. All the unloading was done by my wife and friends. The only thing I did at the dock was signing the papers; I returned back to Tripler right away. Besides, disabled due to the bad back since 1974, I was unable to lift more than 30ils before the surgery anyway.

Admission No. 20:  ADMIT (with comments)
I didn't smoke for the first 10 days when I was bed-ridden with the VAC machine attached to me as a stationary unit. I smoke 3-4 cigarettes a day the remaining 10 days when I found out the VAC machine can run on batteries and I was able to move because by that time my old back injury was killing me raising the pain level to 10 and I was afraid to lose mobility. Thanks God, I did move – I almost lost the capability to walk again; they almost paralyzed me! I filed a tobacco disability claim in 1997 with the VA (please see attached) and 38USC§1151 claim on the pre-existing condition and negligence in hospital care in July 1999 (please see attached).

Tobacco addiction is one of my medical conditions dating back to 1974-1976 U.S. Army service and smoking 3-4 cigarettes a day instead of regular 2 packs a day was a real achievement for me. Nobody can quit smoking on a demand being addicted for 25 years, even if the demand is coming from a doctor.

All comments to Admission No. 10 also apply here.

.Admission No. 23: DENY
I never removed myself from the VAC machine. Several times I pointed to the untrained student-nurses that it didn't work. Some 10 days after I was put on it as a stationary device, I found out it can run by batteries and I requested some and was able to move

around with the VAC machine that became portable and saved me from sure immobility and severe back pain that had been excruciating by that time; I was also losing control of my legs!

.Admission No. 24: DENY
I am not aware of the 72-hr waiting period/leeway.  My personal opinion contradicts it.  My common sense appalls it: my condition was severe; the pain was excruciating, knife-stabbing; it could have been taken into account to operate on me immediately after setting up the "abnormal" diagnosis.  The facts prove that TAMC medical personnel procrastinated and delayed the surgery, although the CT of June 14, 1999, indicated the gall bladder problem (please see Dr.  Holmes' report attached).  My gall bladder nearly exploded due to the delay.  The attempted laparoscopy failed; they had to cut me open and it was messy, according to Dr. Lim.  Later, he also admitted to both my wife and me that I was lucky not to die.  The surgical team also said they were going to submit the gall bladder to AMA and the Guinness Book as the biggest gall bladder ever seen.

Admission No. 25:  ADMIT (with comments)
Under ideal circumstances, with no surgery delays, with no diagnoses of Infection I, Infection II (please see Operation Reports of 06/26/99 and 07/02/99), and gangrenous gall bladder (please see Discharge Summary Note dated 07/02/99), one can probably apply some benefit of the doubt to secondary closure and secondary intention in an outpatient setting.  However, it was not my case and as is, it was not applicable to my critical situation.  Dr. Halford admitted he would be treating me in a different way, considering my condition.

.Admission No. 26: DENY
Dakins solution, applied for 7 days, as prescribed and advised, did delay the healing process.  Containing bleach, that I was not aware of until July 6, 1999, when Dr. Cirangle advised me about it, Dakins solution caused inflammation of the tissue inside and outside the wound, exceptional swelling, redness, itching and scratching, and slowed down the healing process.  Bleach is the only allergen of mine and TAMC was aware of it since day one – it is recorded in their files several times (please see, for example, some notes from my 1st and 2nd admission dated 06/15/99, 06/27/99, and 07/01/99).  Due to the medical personnel negligence, they still prescribed to me my allergen, which is against any medical rule, Methods and Procedures.  No wonder, Dr.Cirangle immediately changed it to Normal Saline when he finally realized that I am allergic to Dakins solution; he was trying to blame the allergic reaction to the adhesive glue from the bandages too!

Ruling out the patient's allergens is mandatory upon taking their medical history.  Prescribing the patient his/her allergen is medical malpractice that can lead to a fatal outcome.

.Admission No. 27: DENY
No antibiotic was applied before the cholecystectomy of June 16, 1999.  The standard care presupposes antibiotics before the surgery, per the newspaper articles attached: "Half of surgery patients miss out on antibiotics"; "Fatal mistakes", "Lethal hospital errors down", as well as per Dr. Halford.

All comments to Admission No. 4 also apply here.

-

Admission No. 28:  DENY
The cholecystectomy took place on June 16, 1999.  The facts prove that TAMC medical personnel procrastinated and delayed the surgery, although the CT of June 14, 1999, indicated the gall bladder problem (please see Dr.  Holmes' report attached).

.Admission No. 29:  DENY
I wasn't smoking as extensively as I smoked before the first hospitalization for the previous 25 years (tobacco addiction is my medical condition started in 1974-1976 during the U.S. Army service).  During the first hospitalization, I smoked 1 cigarette on June 18, 1999 (just to compare: I used to smoke 2 packs a day all the time up to June 14, 1999!).  Nobody advised me not to smoke, either orally or in the Discharge Instructions.  During the second hospitalization, I smoked 3-4 cigarettes a day waiting for the doctors to show up and to inform me of the treatment plan.  Nobody advised me not to smoke until July 2, 1999, the discharge day.  During the third hospitalization, I didn't smoke for the first 10 days.  I smoked 3-4 cigarettes a day during the remaining 10 days due to the stress from the unskillful care of the VAC machine by the untrained student-nurses.  TAMC wasn't cooperative in helping me to cut down smoking – the patches promised upon the second admission were not provided until the third one.  Considering my 25-year smoking condition and occasional smoking in July 1999, cigarettes were not a decisive factor in slowing down the wound healing.

There were other, more important reasons for the wound not to heal up properly: (1) delay with the cholecystectomy, although the CT scan showed the abnormal gall bladder on June 14, 1999; (2) unskillful sucking bulb insertion; (3) TAMC negligence when prematurely removing the staples; (4) sending me home with the wound wide open on June 24, 1999; (5) negligent care during the 2nd hospitalization leading to Infection I and II enraging Dr. Cirangle and preventing him to close the wound; (6) prescribing my allergen as the wound cleanser that delayed the healing process; (7) unprofessional care of the VAC machine with the failed vacuum function during most of the 3rd hospitalization, with the exception of the initial set up by Colonel Duranc; (8) refusal of the VA to provide domicile care at my residence in Makaha (too far!); (9) infected stitches that Colonel Cordts was removing for 2,5 more years because nobody else was able to do it and because everybody else thought the pus was the acne problem, not infection.

Comparing to occasional smoking, TAMC negligence was a prevailing factor in the slow healing of the wound.  No air conditioning, installing a sprinkler system in the ceiling with asbestos from drilling through the walls all night long, constant sweat and dust, no help from nurses or a medic to clean either my bed or me, sharing the same ward with infected patients – these are just some manifestations of violation of TAMC and JACHO Regulations.

Please see the attached articles on
  (1) Notorious Tripler malpractice: "Couple says mistake at Tripler put their newborn son in coma"; "State investigating care in baby's case"; "Cost to taxpayers hard to determine"; "Tripler malpractice cases cost more than $32M in last decade";
  (2) Most common mistakes and problems hospitals face: "Med students urged to get more sleep"; "Some VA hospitals could face closure"; "Nursing shortage can be fatal"; "Can we win the war on bugs?"; "Soap. Water no longer required in hospitals"; "Study says regular soap good enough for hygiene"; "Parents sue doctors for malpractice"; "Patients can suffer medical mistakes after hospital

stay"; "112 deaths linked to surgical staplers"; "Long shifts spur medical errors"; "Survey: Hawai'i hospitals lacking"; "Doctors, nurses ignore errors";

(3) Unaccountability of Hawaii doctors for medical malpractice: "Active-duty military can't sue for malpractice"; Accountability of military doctors debated"; "Survey shows isles at 40th in nation for rate of disciplining doctors";

(4) Actual malpractice law suits, Tripler included: "Appeals court allows lawsuit against Navy"; Lawsuit claims sex assault by nurse"; "Former nurse sentenced for raping patient"; "VA has policy to prevent errors during surgery"; "Bill creates system to address medical errors"; "Battle lines drawn in plan to limit lawsuits".

.Admission No. 30: DENY
My body weight during the procedure was 190lbs. I am 250lbs now due to the lack of mobility induced by the TAMC cholecystectomy of June 16, 1999, and post-surgical condition lasting for some 3 years.   190lbs was my regular body weight in the past that didn't prevent me from normal activities, both work and recreational.  Nowadays they are very limited; my sex life is non-existing.

There were other, more important reasons for the wound not to heal up properly: (1) delay with the cholecystectomy, although the CT scan showed the abnormal gall bladder on June 14, 1999; (2) unskillful sucking bulb insertion; (3) TAMC negligence when prematurely removing the staples; (4) sending me home with the wound wide open on June 24, 1999; (5) negligent care during the 2nd hospitalization leading to Infection I and II enraging Dr. Cirangle and preventing him to close the wound; (6) prescribing my allergen as the wound cleanser that delayed the healing process; (7) unprofessional care of the VAC machine with the failed vacuum function during most of the 3rd hospitalization, with the exception of the initial set up by Colonel Duranc; (8) refusal of the VA to provide domicile care at my residence in Makaha (too far!); (9) infected stitches that Colonel Cordts was removing for 2,5 more years because nobody else was able to do it.

Comparing to the questionable weight issue, TAMC negligence was a prevailing factor in the slow healing of the wound.  No air conditioning, installing a sprinkler system in the ceiling with asbestos from drilling through the walls all night long, constant sweat and dust, no help from nurses or a medic to clean either my bed or me, sharing the same ward with infected patients – these are just some manifestations of violation of TAMC and JACHO Regulations.

The articles attached to Admission No. 29 apply.

.Admission No. 31: DENY
I was shocked when I was sent back home.  Even Dr. Soliai and his personnel at the VA clinic were surprised to hear that when I came to them for a follow-up appointment.  I went to Straub seeking for help; Dr. McPheeters said, go away – you are a mess!

**ATTACHMENT TO ADMISSION NO. 4**
(7 pages)

Generate Shift Care Report

LOC: 6B1                                          FROM: 15. Jun 1999@0133
PRINT DATE: 22 Jun 1999@1016                      TO: 19 Jun 1999@1135

---

    15 Jun 1999
UNK - ..MILNES,KEVIN J.. [UNK] 20/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  REG#  ...Continued
        12.  CONDITION...............................................JJSM15@0800
             stable
             === Ordered by: THOMAS,DANA L
        13.  LANSOPRAZOLE-CPSR (PREVACID) <ORAL> 30MG AM {QD}.......NOT DONE
             ONE TAB Q AM                                        NPO
             === Ordered by: THOMAS,DANA L
        14.  HYDROXYZINE *BCF*(ATARAX)-TAB (ATARAX) <ORAL> 10MG ....JJSM15@0800
             BID {QD}
             BID
             === Ordered by: THOMAS,DANA L
        15.  DOCUSATE SODIUM-CAP (COLACE) <ORAL> 100MG BID {QD}.....NOT DONE
             BID                                                 NPO
             === Ordered by: THOMAS,DANA L
        16.  THEOPHYLLINE (SLO-BID)-CPSR (SLOBID GYROCAP) <ORAL> ...NOT DONE
             125MG AM {QD}
             QAM                                                 NPO
             === Ordered by: THOMAS,DANA L
  1200  17.  NPO DIET...............................................JJSM15@1200
             NPO UNTIL CLEARED BY PRIMARY SURGICAL TEAM\
             === Ordered by: THOMAS,DANA L
  1400  18.  VITAL SIGNS (BP,T,P,R)..................................TUJ 15@1400
             QSHIFT
                            BP 130/80 T 100.60* P 101 R 19
             === Ordered by: THOMAS,DANA L
        19.  ALLERGIES..............................................NOT DONE
             NKDA                                                IN OR
             === Ordered by: THOMAS,DANA L
        20.  INCENTIVE SPIROMETER...................................NOT DONE
             10 X  Q HOUR WHILE AWAKE WITH INCREASING VOLUME
             GOALS, PLS.
             === Ordered by: THOMAS,DANA L
        21.  *ASAP* PIPERACILLIN/TAZOBACTAM-INJ (ZOSYN) ...........NOT DONE
             <INTRAVENOUS> 4.5GM Q6H {QD}
             1st dose now
             === Ordered by: CIRANGLE,PAUL T
        22.  PIPERACILLIN 3GM/TAZOBACTAM .375GM (ZOSYN) <PIGGY> ....NOT DONE    <---
             3.375GM Q6H
             GIVE ONE DOSE NOW.
             === Ordered by: LIM,ROBERT B
  1500  23.  INTAKE & OUTPUT........................................NOT DONE
        QSHIFT
             STRICT I'S AND O'S

                            Amount                   Amount
             Intake Total_____ Output Total_____
             Oral_____  Urine_____
             Tube Feeding_____  Emesis_____
           - IV_____  Tube Drg_____  Blood_____
             Other_____  Other_____              IN OR

             === Ordered by: THOMAS,DANA L

                Personal Data - Privacy Act of 1974 (PL 93-579)

================================================================================
20/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  MILNES,KEVIN J
          13 Sep 1954  M

Page: 3

22 Jun 1999⌐0936

--------------------------------------------------------------------------

Based on ADT Episode # 1

--------------------------------------------------------------------------

990615-00431    for 60 days Starting 15 Jun 1999⌐0800
    MED  THEOPHYLLINE (SLO-BID)-CPSR (SLOBID GYROCAP) <ORAL> 125MG AM (QD)
       (QAM)                                    Ord: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999⌐0435
       -CANCELLED due to transfer- 15 Jun 1999⌐2145    Ent: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999⌐0435
                                                 Sig: THOMAS,DANA L (SURGERY INTERN)

990615-00432
    DTS  NPO DIET  Starting on 15 Jun 1999⌐0730
       (NPO UNTIL CLEARED BY PRIMARY SURGICAL TEAM\)    Ord: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999⌐0436
       -CANCELLED due to transfer- 15 Jun 1999⌐2145    Ent: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999⌐0436
                                                 Sig: THOMAS,DANA L (SURGERY INTERN)

990615-00433
    LAB  *STAT*STAT* CBC WITHOUT DIFF-WARD/CLINIC COLLECT-BLOOD-LAV  on 15 Jun 1999⌐0500
       —                                         Ord: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999⌐0440
                                                 Ent: THOMAS,DANA L (SURGERY INTERN)       15 Jun 1999⌐0440
                                                 Sig: THOMAS,DANA L (SURGERY INTERN)

990615-00501
    LAB  *STAT*STAT* HEM-COLLECT-WARD/CLINIC COLLECT-STOOL  on 15 Jun 1999⌐0602
       —                                         Ord: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)   15 Jun 1999⌐0602
                                                 Ent: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)   15 Jun 1999⌐0602
                                                 Sig: MAZZAFERRO,RICHARD V (TRANSITIONAL INTERN)   15 Jun 1999⌐0602

990615-01777    for 15 days Starting 15 Jun 1999⌐1400
    IVP  PIPERACILLIN 3GM/TAZOBACTAM .375GM (ZOSYN) <PIGGY> 3.375GM Q6H
       (GIVE ONE DOSE NOW)                       Ord: LIM,ROBERT B (RESIDENT)            15 Jun 1999⌐0847
       -CANCELLED due to transfer- 15 Jun 1999⌐2145    Ent: NARVAEZ,SUSAN (CLINICAL NURSE)     15 Jun 1999⌐1207
                                                 Sig: LIM,ROBERT B (RESIDENT)

990615-02234    for 15 days Starting 15 Jun 1999⌐1400    ⇐
    MED  *ASAP* PIPERACILLIN/TAZOBACTAM-INJ (ZOSYN) <INTRAVENOUS> 4.5GM Q6H (QD)
       (1st dose now)                            Ord: CIRANGLE,PAUL T (GENERAL SURGEON)    15 Jun 1999⌐0918
       -CANCELLED due to transfer- 15 Jun 1999⌐2145    Ent: CIRANGLE,PAUL T (GENERAL SURGEON)    15 Jun 1999⌐0918
                                                 Sig: CIRANGLE,PAUL T (GENERAL SURGEON)

990615-09312
    LAB  TISSUE EXAM-WARD/CLINIC COLLECT-TISSUE  on 15 Jun 1999⌐1814
       -CANCELLED due to Modification- 16 Jun 1999⌐0943    Ord: LIM,ROBERT B (RESIDENT)            15 Jun 1999⌐1814
                                                 Ent: LIM,ROBERT B (RESIDENT)            15 Jun 1999⌐1814
                                                 Sig: LIM,ROBERT B (RESIDENT)

990615-09712                                     on 15 Jun 1999   [EXAMINED]
    RAD  ABDOMEN (KUB), PORTABLE-Portable-PORTABLE-AMB    Ord: CIRANGLE,PAUL T (GENERAL SURGEON)    15 Jun 1999⌐1927
                                                 Ent: BORSELLA,KATHY A (RAD TECH)        16 Jun 1999⌐0802
                                                 Sig: CIRANGLE,PAUL T (GENERAL SURGEON)

                                                 Orders
                                                 15 Jun 1999⌐0133 - 19 Jun 1999⌐1135
20/506641299    MILNES,KEVIN J                   406535
                13 Sep 1954  M
                [UNK]

# Half of surgery patients miss out on antibiotics

**BY JUDY PERES**
*Knight Ridder News Service*

CHICAGO — Only about half the patients undergoing major surgery receive antibiotics before operations as recommended to prevent surgical infections, according to a study released yesterday.

Numerous medical groups have issued guidelines, based on studies dating back more than four decades, saying patients going in for major surgery should get intravenous antibiotics one hour or less before the start of the operation. Studies have also shown the antibiotic should be stopped within 24 hours after surgery, so the patient does not develop resistance to the drug. But such evidence is not always translated into medical practice.

Dr. Dale Bratzler, president of the American Health Quality Association and lead author of the study published in this week's Archives of Surgery, said nearly all the 34,000 Medicare patients he looked at got a prophylactic antibiotic and 93 percent got the right drug. But only 56 percent got it within 60 minutes of their incision — a critical time frame.

"If you give it too early or too late, it's like giving nothing," said Dr. John Segreti, an infectious-disease expert at Rush University Medical Center.

Experts said there are numerous reasons for missing the 60-minute window. A nurse might start the infusion before the patient gets to the operating room, but then the operation gets delayed. Or the hospital may not have a standard procedure.

Bratzler's study also found that only 41 percent of patients had their antibiotic stopped within 24 hours after the operation, as recommended. More than one-quarter of the patients were still on the prophylactic antibiotic 48 hours after surgery.

Segreti said the difference between 24 hours and 48 hours may not be critical, but there's wide agreement that continuing a prophylactic antibiotic for more than two days doesn't help prevent infection and may well put the patient at risk for developing resistance to antibiotics.

The study provides baseline data for the National Surgical Infection Prevention Project, launched in 2002 by the federal Centers for Disease Control and the Centers for Medicare and Medicaid Services. Bratzler and others looked at Medicare patients in nearly 3,000 hospitals nationwide who underwent open-heart surgery, knee or hip replacement, hysterectomy and other major operations in 2001.

According to the CDC, about 15 million people undergo in-patient surgeries each year in U.S. hospitals. Of these, about 300,000 develop surgical-site infections, at an estimated cost of $1.5 billion.

The situation is likely to be better today than it was in 2001, as most states have started implementing programs to reduce their rates of postoperation surgical infections.

# Fatal Mistakes

Every year at least 98,000 Americans die—and millions more are injured as a result of medical errors. Now victims' families are fighting back. But how do you fix a system that's more concerned with innovation than safe

BY TRUDY LIEBERMAN    PHOTOGRAPHS BY KRISTINE LARSEN



**Helen Haskell, mother**
**Eliza Blackman, sister**
Fifteen-year-old Lewis Blackman, in the photograph they hold, died after standard surgery. His mother is fighting for legislation to assure safer medical care in South Carolina's hospitals.



our years ago, 15-year-old Lewis Blackman went to a hospital in Charleston, S.C., for standard surgery to correct a chest malformation he was born with. The operation went well, the surgeon said. But soon things began to go wrong.

According to Lewis' mother, Helen Haskell, 53, a resident doctor prescribed an adult dosage of Toradol for postsurgical pain, and over the next four days Lewis received 17 doses, despite the drugmaker's recommendation not to give it to patients under 16.

The boy grew weaker, unable to keep food and liquids . Three days after the operation he suddenly developed excruciating ab al pain. His mother says the family asked for an attending physician to ne him, but all they saw was a parade of interns and residents and nurses rodded him to get up and walk to ease his pain.

ally, a fourth-year resident ordered a blood test. The results—delayed be the computers were down—shed little light on the case. Haskell says a count that would have shown bleeding or infection was never done.

vis's condition worsened dramatically—still no physician came to see he boy finally died, and a day later an autopsy showed that a large duode cer had eaten a hole in his intestines.

vis Blackman had bled to death.

body expects to die from medical treatment. But they do every day—and ming numbers. The Institute of Medicine in Washington estimates that t 98,000 people die in hospitals each year from medical errors. And about ion patients acquire infections, according to the U.S. Centers for Disease ol and Prevention.

ousands more are injured because of mistakes made in doctors' offices, g homes and outpatient clinics. A new study by the Duke Clinical Re Institute in Durham, N.C., for example, found that inappropriate drugs escribed for one in five patients over 65.

esponse to such pervasive mistakes—which cost billions of dollars every nd are often undocumented or even covered up—the House and Senate ar passed separate bills calling for a voluntary report stem of errors. But experts say the bills, which have t been reconciled, are only a first step in protecting ts from medical missteps. So far, little has been done.

y do so many die from botched and inadequate treat in a country that claims to have the best medical sys 1 the world?

e answer circles back to an increasingly complex sys f care that was designed with efficacy, not necessarily t safety, in mind. Ironically, as medical technology of eatments and cures undreamed of four decades ago, safety has suffered. years ago medicine was safer but not as effective," says Robert Wachter, chief of medical service at the University of California San Francisco Med enter. "These changes [in technology] require more specialized doctors, unication and teams working together." That doesn't always happen. re is so poorly organized," says Carol Haraden, vice president of the Insti r Healthcare Improvement, a Boston nonprofit that works with practition the delivery of care. "Right now doctors operate in fiefdoms. The lung list doesn't remember you have depression or a kidney disorder." health care, Haraden says, is a system of add-ons. Each year new technol w hospital wings and new medicines pop up without much thought about

**David Shipp, husband**
Shipp, a Louisville, Ky., resident, suspected mistakes led to the death of his wife, Doris, from colon cancer. When the doctors who reviewed her case refused to tell him their findings, Shipp set out to get Medicare to change its policy.

how they fit into the course of care. "The flow is horr she says. And shortages of nurses and other medica sonnel don't help.

Take, for example, the recommendation that patie ceive antibiotics one hour before surgery to reduce t of infection. Sounds simple, but some hospitals don' procedures for making it happen. Who's responsible—the nurse on the flo anesthesiologist or the doctor waiting in the operating room?

"We have not devoted the attention, effort and resources to turn heal into a highly reliable industry," says Mark R. Chassin, M.D., executive vic ident at Mount Sinai Medical Center in New York. "I don't see any real ship, and there's still no demand from the public for excellence in healt

In the absence of such leadership, a variety of businesses and hospital s are pushing for improvements themselves. Their efforts, however la are piecemeal at best, and they are finding that changing the culture of m to keep patients safe is about as easy as threading a needle in the dark.

If hospitals, for example, would adopt computerized drug-ordering



**Charles Smith, husband**
His wife Polly's cancer went undetected until it was too late because follow-up tests were never prescribed. So Smith worked to have more nondoctors placed on Maine's medical licensing board.

*Sound Off—What do you think should be done to stop medical mistakes? W* like to to hear from you. *Please send your ideas (no more than 125 words) on* to www.aarp.org/bulletin *or to Sound Off on Mistakes, AARP Bulletin, 601 I N.W., Washington, DC 20049.*

cancer 39 days after diagnosis. She'd had abdominal pains for years, and a radi gist who performed a CT scan three years before her death wrote that he c not rule out the possibility of an ovarian tumor. No more tests were done. "I with great regret that the diagnosis never occurred to me," Polly's doctor sai

As for Helen Haskell, Lewis Blackman's mother, she's playing the waiting g For more than a year she's been fighting to get a modest bill enacted in South olina that would require hospitals to display the ranks of medical personne name badges, to explain their roles in a patient's care and to give families an e gency number to call if they believe their patient is not getting proper medic tention. But the South Carolina Hospital Association has managed to st the proposal, calling it burdensome to hospitals. "We support the intent o bill," says Patti Smoake, vice president of the group. "We want to make hands aren't tied, so staffing problems aren't created."

While Haskell vows to continue fighting for safe hospital care, there has progress on one other front: In September 2002, two years after her son, L died, the label on Toradol, which is banned in five European countries, changed to limit the use in children to a single injection—that's just 2 perce the amount her son would have received had he lived long enough to finis full course of treatment. ∎

*For black-and-white reprints of this article, call (800) 635-7181, ext. 8158.*

TRUDY LEIBERMAN *is a health journalist based in New York.*

Gibson, a senior program officer at the Robert Wood Johnson Foundation and co-author of *Wall of Silence: the Untold Story of the Medical Mistakes That Kill and Injure Millions of Americans* (Lifeline Press, 2003). "The CEO of the hospital sends condolences," she

rs. "A letter to the Joint Commission on Accreditation of Healthcare Organi tions goes in a file. It's a crapshoot whether the health department or the te medical board will look at their case."

Sometimes, frustrated families resort to costly malpractice suits to avenge the death of their loved ones. And some turn their anger into action, trying to change the system and to slow the wave of medical errors.

David Shipp is a retired textbook salesman from Louisville, Ky., who s suspicious of wrongdoing when his wife, Doris, 70, died of colon cancer in 9 after an initial misdiagnosis of bladder abnormality. He asked a Peer Re w Organization, a group of independent doctors who ensure that Medicare tients receive adequate treatment, to examine the case. Two doctors refused disclose the results of the review, and Shipp received a letter saying only that e PRO would take any necessary action if warranted.

Shipp sought the help of Public Citizen, a consumer advocacy group in Washing-n. In 2001 the group successfully challenged Medicare's policy allowing doc-rs to block the release of review findings in federal District Court, and the U.S. urt of Appeals upheld the ruling. Medicare beneficiaries can now file com-aints with state quality improvement organizations, the new name for PROs.

In Massachusetts, John McCormack was devastated by the death of Taylor, his -month-old daughter, when doctors at a local hospital failed to perform time-surgery that would have relieved swelling on her brain. He waged a cam-ign to allow the families of those who died from medical errors to be repre-nted in their cases before the Massachusetts Board of Registration in edicine, which disciplines doctors. Last spring the legislature finally approved ch representation over objections from the Massachusetts Medical Society. Charles Smith of Deer Isle, Maine, pushed for more lay people on the state Board Licensure in Medicine to assure that doctors in medical error cases are appro-iately disciplined; his efforts were in vain. His wife, Polly, 73, had died of ovarian

**Precision Quartz Accurate FLIP 'N REA**

# MAGNIFIER WATC

**Keeps Great Time And Lets Yo**
***Read Small Print Clearly***
**At Home Or On The Go!**
Also Available with Glow-In-The-Dark Watch

**As Low As only $12.95** when you order 2 or more

**Men's & Ladies' Sizes!**



**Genuine Leather Dress Band And Gleaming Goldtone Finish Bezel**

**Just Flip 1 Open Fo Magnifyi Glass**

*Forgot your re glasses?* Now you need them. Just fl the top cover of handsome watch ... and it's easy re of menus and checks, newspapers, tickets, maps plus much more! Helps nate squinting and eyestrain. Plus disti watch face features big, clear hour num Choose glow-in-the-dark face at no cost! *Order a matching his 'n her and save! Satisfaction Guaranteed!*

Mail **Direct Source**, Dept. MAG-703
To: P.O. Box 161, Orangeburg, NY 10962
☐ One *Magnifier Watch* only $14.95.
☐ SAVE BEST OFFER! Two or more *Magnifier Watches* only $12.95 each.
ADD $3.95 Shipping and handling no matter how many you order.
Please specify quantities below:
**Men's** ____ Regular Face ____ Glow in the Dark Face ____
**Women's** ____ Regular Face ____ Glow in the Dark Face ____
Enclosed is check or M.O. for $ _____
(PA & NY res add sales tax)

Charge my: ☐ Visa ☐ MasterCard ☐ Discover
Account # _____ Exp.Dat
Signature _____
Name _____
Address _____
City _____ State ____ Zip ____
Home Phone _____
E-Mail Address _____

# Nation and World

NEWS DESK | 535-2418

# Lethal hospital errors down

**Organizers estimate national campaign saved 120,000 lives**

BY MIKE STROBE
Associated Press

ATLANTA — Hospitals have reduced lethal mistakes and breakdowns in care to prevent the unnecessary deaths of more than 120,000 patients in the past 18 months, said leaders of a national campaign.

"I think this campaign signals no less than a new standard of healthcare in America," said Dr. Donald Berwick, a Harvard professor who organized the campaign.

About 3,100 hospitals took part in the project, sharing mortality data and carrying out study-tested procedures that prevent infections and mistakes.

Experts say the cooperative effort was unusual for a competitive industry that traditionally avoids dealing publicly with patient-killing problems.

Berwick announced the campaign's results yesterday at a hospital conference in Atlanta. Medical mistakes were the focus of a widely noted 1999 national report that estimated 44,000 to 98,000 Americans die each year from errors.

That year, Berwick — president of the Institute for Healthcare Improvement, a Massachusetts-based nonprofit organization — challenged healthcare leaders to improve care quality.

In December 2004, he stepped up the challenge by announcing a "100,000 Lives Campaign." He set a June 14, 2006, deadline to sign up at least 2,000 U.S. hospitals in the effort and implement six types of changes.

Perhaps the best known of the six changes was to deploy rapid response teams for emergency care of patients whose vital signs suddenly deteriorate.

Another urged checks and rechecks of patient medications to protect against drug errors. A third focused on preventing surgical site infections by following certain guidelines, including giving patients antibiotics before their operations.

The hospitals also were asked to contribute monthly mortality data to Berwick's organization.

The effort was endorsed by federal health officials, health insurers, hospital industry leaders, the American Medical Association and others. About 3,100 hospitals signed up, representing about 75 percent of the nation's acute care beds.

About 86 percent sent in mortality data. Roughly a third said they were using all six measures, and more than half committed to at least three, Berwick said.

Campaign workers examined 2004 data for the participating hospitals to determine how many people were expected to die during the 18 months of the campaign.

They then checked the count of actual deaths reported. They made mathematical adjustments for severity of illnesses and for volume of cases, to make a more fair comparison of the two time periods. And they made estimates for participating hospitals that did not report data, Berwick said.

"This is estimation — it isn't counting," he said.

Various estimates placed the number of saved lives at between 115,000 and 149,000, but the best guess was 122,342, he said.

Berwick challenged hospital representatives at the conference to continue to improve. He also proposed another goal — all hospitals should implement all six changes by the beginning of 2007.

## JOINING THE EFFORT

The Hawai'i hospitals participating in the 100,000 Lives Campaign:

**O'ahu:** Kaiser, Kapi'olani, Queen's, Straub

**Neighbor Islands:** Hilo Medical Center, North Hawaii Community Hospital, Wilcox

**ATTACHMENT TO ADMISSION NO. 10**
(3 pages)

08/28/03  THU 14:02 FAX 808 433 0397          VAMROC MEDICINE SERVICE                    ⓙ001



**DEPARTMENT OF VETERANS AFFAIRS**
SPARK M. MATSUNAGA
Medical and Regional Office Center
459 Patterson Road
Honolulu HI 96819-1522

In Reply Refer To

August 27, 2003


Re:  Kevin Milnes
        SSN 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


To Whom It May Concern:

Mr. Milnes is a disabled American veteran who has been evaluated by
the VA Honolulu outpatient pulmonary specialty clinic.  He has been
diagnosed with nicotine dependency.  Pulmonary diagnostic testing
and evaluation reveal moderate to severe mixed pulmonary disorder
characterized by chronic obstructive pulmonary disease and interstial
lung disease aggravated by tobacco use.

He continues to smoke, despite attending 12 smoking cessation
sessions from October 17, 1999 to November 5, 2002.


Sincerely,

Eddie T. Soliai, MD
Staff Physician

WAIS Document Retrieval

From the U.S. Code Online via GPO Access
[wais.access.gpo.gov]
[Laws in effect as of January 23, 2000]
[Document not affected by Public Laws enacted between
  January 23, 2000 and December 4, 2001]
[CITE: 38USC1715]

TITLE 38--VETERANS' BENEFITS

PART II--GENERAL BENEFITS

CHAPTER 17--HOSPITAL, NURSING HOME, DOMICILIARY, AND MEDICAL CARE

SUBCHAPTER II--HOSPITAL, NURSING HOME, OR DOMICILIARY CARE AND MEDICA
TREATMENT

Sec. 1715. Tobacco for hospitalized veterans

    The Secretary may furnish tobacco to veterans receiving hospital or
domiciliary care.

(Pub. L. 85-857, Sept. 2, 1958, 72 Stat. 1143, Sec. 615; renumbered
Sec. 1715 and amended Pub. L. 102-83, Secs. 4(b)(1), (2)(E), 5(a), Aug
6, 1991, 105 Stat. 404-406.)

Amendments

    1991--Pub. L. 102-83, Sec. 5(a), renumbered section 615 of this
title as this section.
    Pub. L. 102-83, Sec. 4(b)(1), (2)(E), substituted ``Secretary'' fo
``Administrator''.

Use of Tobacco Products in Department of Veterans Affairs Facilities

    Pub. L. 102-585, title V, Sec. 526, Nov. 4, 1992, 106 Stat. 4961,
provided that:
    ``(a) In General.--The Secretary of Veterans Affairs shall take
appropriate actions to ensure that, consistent with medical requiremen
and limitations, each facility of the Department described in subsecti
(b)--
        ``(1) establishes and maintains--
        ``(A) a suitable indoor area in which patients or resident
may smoke and which is ventilated in a manner that, to the
maximum extent feasible, prevents smoke from entering other
areas of the facility; or
        ``(B) an area in a building that--
            ``(i) is detached from the facility;

C4/02/03

# U.S. troops feel pinch as tobacco runs short

*Soldiers are having to ration and even bum cigarettes off locals*

**By Ravi Nessman**
Associated Press

IN CENTRAL IRAQ >> There is a war on and danger lurks ahead, and the Marines of the 3rd Battalion, 7th Infantry are getting desperate — for tobacco.

It's been two weeks since they left the relative luxury of their camp in Kuwait and their supplies of cigarettes and chewing tobacco are running out. They are rationing their precious supplies, and even begging smokes from local farmers.

An army, Napoleon reputedly said, marches on its stomach. But for generations, armies have also marched on nicotine. And these Marines — smoking more than usual under the stress of battle conditions — are getting antsy.

"It just crushes morale," said Cpl. Jonathan Kibler, 22, of Lexington, Va.

With the few remaining shreds of tobacco nearly gone, the Marines here face the prospect of being involuntarily enrolled in what could be one of the most successful programs to end nicotine addiction in history.

It's hard to overestimate the importance of tobacco to the Marines.

Cigarettes are smoked at every possible break, and the doors of many Humvees are streaked brown from the spurts of tobacco-filled spit that shoot out of the windows every few minutes.

Tobacco helps relieve bore-

dom, relax or stay awake for long nights, the troops say.

"It keeps your sanity," said Lance Cpl. Brandon Phelps, 20, of Franklinton, La.

It has been that way for generations. During World War II, cigarettes were included in battle rations; on ships, sailors could buy whole cartons for 50 cents, $3 less than they cost on shore — IF they could be bought at all.

While living in their tent camp in Kuwait for nearly two months, the Marines were constantly resupplied with cigarette cartons and rolls of 10 tins of dip mailed by family members or with tobacco they bought themselves at the PX truck.

But there are no stores in this desert, though many Marines swear they have huge stores of tobacco in the mail somewhere out there, there's yet to be a mail delivery and there's little hope for one soon.

"It's frustrating knowing that there's a box more of it back there that I haven't gotten yet," said Capt. Daniel Schmitt, 31, of Glen Ellyn, Ill., a serial dipper who ran out days ago.

With smokers and dippers becoming more desperate, the value of tobacco has exploded.

Cpl. Aeron Jackson, 22, of Circleville, Ohio, sold nine tins of chewing tobacco, for which he paid $4 each, for prices that started at $5 and escalated to $20 as his comrades run out.

Now he is almost on empty himself.

But most Marines, no matter how low their stocks, are sharing what little they have.

"As soon as someone gets a can, it's pretty much gone in a day," said Kibler. He offered to trade the entire contents of his day pack, except his sleeping bag, for one more tin.

So far, Marines have not exploded with nicotine rage. But they have become a little more irritable and uncomfortable.

## [ CORRECTIONS ]

The Honolulu Star-Bulletin strives to make its news report fair and accurate. If you have a question or comment about news coverage, call Editor Frank Bridgewater at 529-4791.
>> Brandy Dela Cruz Williams is the wife of Sgt. Eugene Williams, one of four soldiers killed by a

**ATTACHMENT TO ADMISSION NO. 13**
(4 pages)

Personal Data - Privacy Act of 1974 (P.L 93-579)
Automated Version of OP10/DA 3888-3
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DISCHARGE SUMMARY NOTE FOR MILNES,KEVIN J
Date: 19 Jun 1999                         Register #: 406535          Page 0
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ADMISSION DATE: 15 Jun 1999@0133        DISCHARGE DATE: 19 Jun 1999

1. PRINCIPAL DIAGNOSIS:
cholecystitis

2. OTHER DIAGNOSES:

3. PRINCIPAL PROCEDURE/OPERATION:
Laparoscopic cholecystectomy converted intraoperatively to open
cholecystectomy.

4. OTHER PROCEDURES/OPERATIONS:

5. PHYSICIAN DISCHARGE NOTE:
Mr. Milnes was brought to the ER on June 13th c/o severe abdominal pain.
Workup including RUQ ultrasound was revealed an acute cholecystitis. The
patient was brough to the OR on June 15th for a cholecystectomy. The
procedure was begun laparascopically but converted intraoperatively to an
open procedure due to extensively inflamed and adhesed gall bladder. After a
one-day stay in the SICU the patient was transferred to 6b1. By POD #4 he was
ambulating, tolerating a regular diet and had good pain control on po meds.
He was thus deemed ready for discharge.

6. SPECIFIC INSTRUCTIONS:
No showers, sponge bathonly.
Keep wound clean and dry, do not soak or wet wound.
Return to the General Surgery clinic on Monday, June 21st for wound and drain
check, call 433-2778 for appointment.
Follow drain care directions provided by nurse.
Return to ER sooner if any signs of infection, i.e. pain, swelling,
discharge, fever, nausea.
Apply bacitracin to wound.
Take meds as indicated.

FOR MORE HEALTH CARE INFORMATION:
    For TRICARE Enrollees: After Hours Physician's Exchange 524-2575
    Health Care Information Line: 1-800-611-2883 (Available 24 hrs.)
    World Wide Web Address: http://www.tamc.amedd.army.mil/

7. ACTIVITY LIMITATIONS:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Name: MILNES,KEVIN J                FMP/SSN: 20/506641299      Reg#: 406535
Spon: MILNES,KEVIN J                Ward/Bed: 6B1      05-C    MEPRS: ABAA
Rank:                               Outpt Rec Rm: VA CLINIC, HON
Unit:                               PCat: K61
MTF : TRIPLER AMC, HI               DOB: 1900        Sex: M Ins: N
Ins Co:                             Policy #:                CM:
MC Status: NOT ENROLLED             Reg comm:
PCM:                                POC:
              PROGRESS NOTES/TAMC FORM OP-10/DA 3888-3E

                                                        00022

---

Date: 19 Jun 1999            DISCHARGE SUMMARY NOTE                    Page  2

---

8. RXs:
BACITRACIN--TOP 500 UNITS/GM OINT       AP TOP PRN UD #30 RF0
OXYCODONE 5MG/APAP 325MG *BCF* (ROX      T 1-2 TB PO Q4-6H PFP #20
ALBUTEROL/IPRATROPIUM(COMBIVENT-INH      2 PUFFS PO Q4-6H
HYDROXYZINE *BCF*(ATARAX)--PO 10MG       T1 TB QID #40 RF0

9. PENDING LABS:
     ** NO PENDING LABS **

10. PENDING RADS:
PROCEDURE                    EXAM DATE          STATUS
CHEST,  PA/LAT               06/17/99@1200      PRELIMINARY
ABDOMEN (KUB), PORTABLE      06/15/99@1325      EXAMINED
US, RUQ (GROUP)              06/15/99@0810      EXAMINED

11. FOLLOW-UP APPOINTMENT: YES

    PHYSICIAN: CHASEN,ARTHUR B
    CLINIC: GENERAL SURGERY CLINIC
    DATE/TIME: 21june99


12. DIET:
regular

13. CONDITION AT TIME OF DISCHARGE:
stable


14. STAFF PHYSICIAN:


15. NARRATIVE SUMMARY DICTATED: NO
    RESPONSIBLE PHYSICIAN: MAZZAFERRO,RICHARD V

    Richard Mazzaferro, Transitional Intern 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      19 Jun 1999@1048

    _____
    Physician Signature                    SSN              Date


---

Name:  MILNES,KEVIN J                FMP/SSN: 20/506641299      Reg#: 406535
Spon:  MILNES,KEVIN J                Ward/Bed: 6B1    05-C    MEPRS: ABAA
Rank:                                Outpt Rec Rm: VA CLINIC, HON
Unit:                                PCat: K61
MTF :  TRIPLER AMC, HI               DOB: 1900           Sex: M Ins: N
Ins Co:                              Policy #:                  CM:
MC Status: NOT ENROLLED              Reg comm:
PCM:                                 POC:
            PROGRESS NOTES/TAMC FORM OF-10/DA 3888-3E

                                              .. 00023

000000023

```
------------------------------------------------------------------
Date: 19 Jun 1999          DISCHARGE SUMMARY NOTE              Page
------------------------------------------------------------------
```

16. DISCHARGE TO: HOME                    MODE: AMBULATORY

17. ALLERGIES:
...None listed

18. NURSING INSTRUCTIONS (Include Pertinent DRUG-FOOD INTERACTIONS):

                        INFECTION PRECAUTIONS

   Treatment with chemotherapy and/or radiation therapy can temporarily
reduce your infection fighting blood cells (WHITE CELLS).  By practicing
preventive measures, you can contribute to your level of wellness and
reduce your risk for infection.

   SIGNS AND SYMPTOMS OF INFECTION TO REPORT TO YOUR DOCTOR OR NURSE:

       1.  FEVER of 100.6 F or greater
       2.  Shaking chill
       3.  Painful or frequent urination
       4.  A new cough or sore throat

PREVENTIVE MEASURES:

1.  Meticulous  HANDWASHING by your self and by those caring for you.

2.  CONSERVE ENERGY.  Listen to your body!  Plan for periods of rest/sleep.

3.  EAT WELL:  Include foods high in calories and protein in your diet.
               Eat fresh vegetables daily.

4.  AVOID POTENTIAL SOURCES OF INFECTION:
        People with bacterial infections, colds, sore throats, flu,
               chicken pox, measles, cold sores.
        Bird, cat and dog excreta.  Avoid cleaning bird cages and kitty box.

5.  KEEP YOUR BODY CLEAN.  Bathe daily;  Wash hands BEFORE eating or
        preparing food and AFTER using the bathroom.
        Keep nails clean, clipped short and straight across.
        Perform thorough MOUTHCARE DAILY.
        Keep LIPS MOIST with vaseline.
        Clean carefully after bowel movements.
           LADIES:  ALWAYS WIPE from FRONT to BACK.

```
------------------------------------------------------------------
Name:- MILNES,KEVIN J              FMP/SSN: 20/506641299    Reg#: 406535
Spon:  MILNES,KEVIN J              Ward/Bed: 6B1     05-C    MEPRS: ABAA
Rank:                              Outpt Rec Rm: VA CLINIC, HON
Unit:                              PCat: K61
MTF :  TRIPLER AMC, HI             DOB: 1900          Sex: M Ins: N
Ins Co:                            Policy #:                 CM:
MC Status: NOT ENROLLED            Reg comm:
PCM:                               POC:
```
              PROGRESS NOTES/TAMC FORM OP-10/DA 3888-3E

                                                      .-  0002

---

Date: 19 Jun 1999                    DISCHARGE SUMMARY NOTE                         Page   4

---

6.  KEEP YOUR LUNGS CLEAR.
        Deep Breathe every hour while awake.
        Schedule EXERCISE every day - a short walk is wonderful.

7.  KEEP YOUR KIDNEYS FLUSHED.
        DRINK 3 Quarts of FLUIDS DAILY; Be sure to include Cranberry Juice.

19. REFERRAL TO:

20. PATIENT CONDITION (HEALTH STATUS RELATIVE TO NURSING CARE PLAN):
    PT IS ALERT AND ORRIENTED X3. VSS. AFEBRILE. LUNGS CTA. ABDOMEN SOFT. + BOWEL
    SOUNDS. UP AD LIB AND IS STEADY ON FEET. TOLEREATING REGULAR DIET WITHOUT
    NAUSEA OR VOMITING. PAIN IS CONTROLED WITH PO MEDS. INCISION IS OPEN TO AIR
    WTIH STAPLE CDI. PT WAS INSTRUCTED TO PAIN INCISION WITH BACITRACIN OINTMENT.
    SIGNS AND SYMPTOMS WERE REVIEWED WITH PT.

21. PATIENT/SIGNIFICANT OTHER VERBALIZES KNOWLEDGE OF ABOVE INSTRUCTIONS:
        YES  NO

    TAMMY L. THOMAS RN                                         19 Jun 1999@1056
    _____                           _____
         Nurse Signature                                           Date

I UNDERSTAND AND HAVE RECEIVED A COPY OF THE ABOVE INSTRUCTIONS.
    _____                           _____
    Patient/Significant Other Signature                            Date

---

Name:  MILNES,KEVIN J              FMP/SSN: 20/506641299          Reg#: 406535
Spon:  MILNES,KEVIN J              Ward/Bed: 6B1      05-C      MEPRS: ABAA
Rank:                              Outpt Rec Rm: VA CLINIC, HON
Unit:                              PCat: K61
MTF :  TRIPLER AMC, HI             DOB: 1900              Sex: M  Ins: N
Ins Co:                            Policy #:                     CM:
MC Status: NOT ENROLLED           Reg comm:
PCM:                              POC:
                    PROGRESS NOTES/TAMC FORM OP-10/DA 3888-3E

00025

**ATTACHMENT TO ADMISSION NO. 20**
(2 pages)

AHN: STEVE

OMB Approved No. 2900-0075
Respondent Burden: 15 minutes

**VA** Department of Veterans Affairs | STATEMENT IN SUPPORT OF CLAIM

PRIVACY ACT INFORMATION: The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized by the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Clearance Officer (723), 810 Vermont Ave., NW, Washington, DC 20420; and to the Office of Management and Budget, Paperwork Reduction Project (2900-0075), Washington, DC 20503. PLEASE DO NOT SEND THIS FORM OR APPLICATIONS FOR BENEFITS TO THESE ADDRESSES.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN (Type or print) | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| Kevin John McInes | 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 | C/CSS- |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran.

I have smoked since military service and learn to chain smoke will on guard duty or eventful stress while in service. The c rations always had cigarettes to stimulate you in the field, well, I've reported in military strange things to my lungs, I thought dust you ate in convoys or asbesto around engine compartment could have been the problem. But lately Pulmonary shows major loss 75% of my lung capacity is gone. I survive on theophyline and albuterol and cortozone shots. I have learned the military has agreed cigarettes where promised as a stimulation well my three years in Regular Army and Reserve's I could afford them due to Comisary and PX cheap prices. Well I started smoking two packs in service and still do today as a addict. WISH I COULD STOP, I've tried. 21 YRS NOW

(CONTINUE ON REVERSE)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| SIGNATURE | DATE SIGNED |
|---|---|
| Kevin J. McInes | July 31 97 |

| ADDRESS | DAYTIME TELEPHONE NUMBER (Include Area Code) |
|---|---|
| 2712 SW 34th Street #69 Gainsville, Fla. 32608 | 352-372-4052 |

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

VA FORM 21-4138
OCT 1997

EXISTING STOCKS OF VA FORM 21-4138,
APR 1992, WILL BE USED.

*U.S. Government Printing Office: 1995 - 623-279-85138*

# STATEMENT IN SUPPORT OF CLAIM

**Department of Veterans Affairs**

PRIVACY ACT INFORMATION: The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized by the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information, including suggestions for reducing this burden, to the Clearance Officer (723), 810 Vermont Ave., NW, Washington, DC 20420; and to the Office of Management and Budget, Paperwork Reduction Project (2900-0075), Washington, DC 20503. PLEASE DO NOT SEND THIS FORM OR APPLICATIONS FOR BENEFITS TO THESE ADDRESSES.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN  (Type or print) | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| Kevin John Pritner | 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 | C/CSS- |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

To Whom Concern

In my medical record in service 1974 - 1976 many problem with stomach coughing up yellow Bio. For years and many Vhs Ōahu he Houston TX, Waco Tx. How tx American Samoa and Gainesville FL. I've been seen by 11 doctors which none explain in US ARMY or Civ. Wks II in Jan 14 99 check into VP also Tripler Hospital US Army. They found Gangencis Gill Bladder that almost killed me on Jan 15 99, Then again on Jul, 199 they started paving Watkins Station in and what causing a very allergic action to my whole body which I stated many many times I was allergic to Bleach even had band around wrist So I've been hurting Since Jan 14 99 to present and probably much more I need compensation of $$ + service. I attached statement of facts, 100% Disabled to Hospital, why did n't see this in Gainesville Fla when had Cat-scan saw give in may 96

(CONTINUE ON REVERSE)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| SIGNATURE | DATE SIGNED |
|---|---|
| K. J. Pritner | July 19 99 |

| ADDRESS | TELEPHONE NUMBERS  (Include Area Code) | |
|---|---|---|
| 84-C88 Ala Pūhiko Pl #172n  Waianae Hi  96792 | DAYTIME 808  633-6716 | EVENING 808  695-7184 |

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

VA FORM APR 1994  **21-4138**    EXISTING STOCKS OF VA FORM 21-4138, OCT 1993, WILL BE USED.    *U.S. Government Printing Office: 1997 — 516-491/83771

**ATTACHMENT TO ADMISSION NO. 24**
(2 pages)

# RADIOLOGY ASSOCIATES, INC.

1329 Lusitana Street, Suite B-7
Honolulu, Hawaii 96813

John L. Cieply, M.D.
John D.Q. Chan, M.D.
Stephen M. Holmes, M.D.
Joan A. Kendall, M.D.
Joseph P. Marshall, M.D.
Ryan T. Matsuo, M.D.

Michael J. Meagher, M.D.
Jerel K. Saito, M.D.
Felix L. Song, M.D.
John L Soong, M.D.
Jeffrey N. Yu, M.D.

Kevin Miles                                              3 December 2002
86-300 Alamihi Street
Waianae, Hi. 96792

Dear Mr.Miles,

Thank you for the opportunity to review your imaging studies. As requested, I have
reviewed the letters you sent to me outlining your course at TAMC and the following
imaging studies:  CT Abdomen and Pelvis 6-14-99
                 CT Abdomen and Pelvis 6-15-99
                 CT Abdomen and Pelvis 4-15-02
                 CT Abdomen and Pelvis 4-16-02

                 Air-contrast Barium Enema 2-5-02

Findings:
The CT of the abdomen and pelvis on 6-14 and 6-15-99 demonstrates thickening of the
gallbladder wall consistent with cholecystitis. There is also a hiatal hernia present and
moderate bibasilar atelectasis and or lung scaring. The remainder of the structures are
unremarkable. The bowel is normal.

The follow up CT of the abdomen and pelvis on 4-14 and 4-15-02 demonstrate evidence
of an interval cholecystectomy (with a 'normal' number of clips). Just above these clips
there is an unusual localized presumed loop of bowel (? duodenum) or a portion of the
gastric antrum, which is abnormally thickened. It appears to be between the gastric
antrum and duodenum, therefore could be related to either structure. The remainder of the
structures are normal.

The air-contrast BE demonstrates scattered sigmoid diverticula.

Recommendations:
In view of your persistent and intermittent 'bowel problems', and the questionable
abnormality in the right upper abdomen, I would recommend an "UPPER GI- BARUIM
SERIES WITH SMALL BOWEL-FOLLOW THROUGH" to verify if this questionable
lesion is real or not and evaluate the motility and morphology of the small intestine. In
addition, I would recommend routine x-rays of the abdomen at any time you or your

QUEEN'S MEDICAL CENTER:                    Dept. of Radiology, 1301 Punchbowl St., Honolulu, HI 96813, Ph. 547-4711
QUEEN'S P.O.B. II RADIOLOGY:                     1329 Lusitana St., Ste. B-1, Honolulu, HI 96813, Ph. 547-4615
AIEA MEDICAL BLDG. RADIOLOGY:                   99-128 Aiea Heights Dr., Ste. 205, Aiea, HI 96701, Ph. 487-0041
BUSINESS OFFICE:                          1329 Lusitana St., Ste. B-7, Honolulu, HI 96813, Ph. 521-9551  Fax 536-3008

physicians are worried about a partial small bowel obstruction. This would be important because any patient that has had an abdominal surgical procedure are at risk to develop scarring or adhesions, which can lead to intermittent small bowel obstruction, yet look completely normal on imaging studies when asymptomatic.

Comment:
In comparing your imaging studies with their dictated reports, I would differ on two points. First, the initial CT of June 14, 1999 does demonstrate gallbladder wall thickening. Apparently, this was not identified on their report, and the diagnosis was made three days later on an ultrasound exam, Second, I see no evidence of spleen granuloma's.
Thank you for allowing me to review and offer a second opinion on your imaging studies.

Sincerely,

Stephen M. Holmes, MD
Radiologist, Queens Medical Center, Honolulu, Hi.

**ATTACHMENT TO ADMISSION NO. 25**
(7 pages)

# Operative Report

**Patient Name:** MILNES,KEVIN J.

**Resident Surgeon:** ARTHUR B. CHASEN, MD, MAJ, MC

**Assistant(s):** ROBERT B. LIM, MD, CPT, MC

**Staff Surgeon:** PAUL T. CIRANGLE, MD, MAJ, MC

**Clinical Service:** General Surgery.

**Date of Operation:** 06/26/1999.

**Indication for Operation:** A 45-year-old male status post open cholecystectomy suffered a fascial dehiscence at home, has returned to the hospital and will now be taken into the Operating Room to repair his incision.

**Preoperative Diagnosis:** Fascial dehiscence.

**Postoperative Diagnosis:** Same as above.

**Material Forwarded to the Laboratory for Examination:** None.

**Description of Findings:**

**Infection Classification:** I.

**Operation(s) Performed:** Wound irrigation, debridement, and closure.

**Description of Operation:** After obtaining informed consent, the patient was brought into the Operating Room. After introduction of adequate general endotracheal anesthesia, the patient was prepped and draped in the usual sterile fashion. One gram of Ancef antibiotics was given. A small portion of the skin approximation remained together; this was opened. The interrupted sutures that had torn through the fascia, had broken or come undone were removed. The posterior fascia was noted to be intact; however, to better visualize the extent of the wound, the running stitch was removed and this fascia was separated bluntly. The omentum was adhered to the anterior abdominal wall; this was bluntly taken down. A large strip of Surgicel was placed over the omentum. The anterior

---

| Operative Report | NAME:   MILNES,KEVIN J. |
|---|---|
| | Register No:     000000406951 |
| **Tripler Army Medical Center** | FMP/SSN:     20/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 |
| 1 Jarrett White Road | Ward:     6B1 |
| Tripler AMC, HI 96859-5000 | O/P Loc: |
| I:\MEDDB\MASTREPT\0003\06281999\0012272.WPD     Job Number:     3791 | |

# Operative Report

fascia of the abdominal wall was separated from the layer of subcutaneous fat, utilizing electrocautery. This was done circumferentially throughout the wound until good fascia was exposed in every region. The Surgicel was removed and several small bleeders in the omentum were electrocauterized. The wound was then copiously irrigated with nine liters of normal saline. Once irrigation was completed, the posterior fascia was reapproximated with #1 Prolene interrupted sutures. The anterior fascia was likewise reapproximated with #1 Prolene simple interrupted sutures. Great care was taken to ensure that healthy bites of fascia were obtained throughout the closure. Prior to completing the anterior row, two grams of Claforan antibiotic powder was placed in the wound. The wound was packed with a Betadine soaked Kerlix wrap and over this a sterile dressing was applied. Sponge, needle, and instrument counts were correct. The patient was awakened, extubated, and transferred to the Combined Intensive Care Unit for recovery.

_____

ARTHUR B. CHASEN, MD, MAJ, MC
Resident Surgeon

_____

PAUL T. CIRANGLE, MD, MAJ, MC
Staff Surgeon

ms
dd:      06/28/1999
dt:       06/28/1999

| **Operative Report** | NAME:   MILNES, KEVIN J. |
|---|---|
|  | Register No:     000000406951 |
| **Tripler Army Medical Center** | FMP/SSN:     20/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 |
| 1 Jarrett White Road | Ward:          6B1 |
| Tripler AMC, HI 96859-5000 | O/P Loc: |
| I:\MEDDB\MASTREPT\0003\06281999\0012272.WPD | Job Number:      3791 |

2

## OPERATIVE REPORT

**Resident Surgeon:**    JENNIFER M. LANE, MD, CPT, MC

**Assistant(s):**

**Staff Surgeon:**  PAUL T. CIRANGLE, MD, MAJ, MC

**Clinical Service:**  General Surgery

**Date of Operation:**  07/02/1999

**Indication for Operation:** Kevin Milnes is a 44-year-old man who underwent an open cholecystectomy for gangrenous cholecystitis. He was seen back in the general surgery clinic after discharge for a routine follow up, at which point he was found to have a separation of his wound. Limited exploration in the clinic revealed a fascial dehiscence. The patient was re-admitted at that time, on 6/25/1999. He was brought to the operating room on 26 June for repair of his wound dehiscence. The fascial edges were reapproximated and the skin was left open to allow secondary closure. This was treated initially with wet to dry dressings. After days of treatment with wet to dry dressing changes, it was elected to return the patient to the operating room for exploration of the wound and possible delayed primary closure.

**Preoperative Diagnosis:**    Fascial dehiscence.

**Postoperative Diagnosis:**    Fascial dehiscence with colonized wound.

**Material Forwarded to the Laboratory:**    None.

**Description of Findings:**    The patient was found to have some granulation tissue, however, the patient also had obvious fibrinous exudate, particularly under the edges of the wound. The wound bed was judged to be inadequate for primary closure.

**Infection Classification:**    II

**Operation Performed:**  Exploration and washout of abdominal wound.

**Description of Operation:**  After discussions of risks and benefits of the procedure, the patient gave informed consent to proceed.   He was brought to the operating room where he was placed supine upon the operating room table. The anesthesia

---

Operative Report
**Tripler Army Medical Center**
1 Jarrett White Road
Tripler AMC, HI  96859-5000

**NAME:** MILNES,KEVIN J
**Register No.:** 406951
**APV No.**
**FMP/SSN:**        20/506641299
**Ward:**          **Job #:** 4908
**O/P Loc:**

## OPERATIVE REPORT

service provided IV sedation during the procedure.

The right upper quadrant area of the patient's incision was prepped and draped in a sterile fashion. Local anesthesia was achieved using 1% lidocaine with epinephrine. Once the patient was anesthetized and sedated, the wound was thoroughly explored. At this time it was discovered that while the patient had granulation tissue in the wound bed, there was obvious fibrinous exudate particularly under the edge of the wound where the patient would not tolerate inspection prior to anesthesia. It was judged that the patient's tissue was inadequate for delayed primary closure given the unacceptable risks of infection.

The pulse irrigator was then used to thoroughly irrigate out the abdominal wound using antibiotic solution and all areas of fibrinous exudate were debrided clean. One gram of Ancef powder was applied to the wound and the wound was packed with a wet to dry dressing. All sponge, needle, and instrument counts were correct at the end of the case. The patient was returned to the recovery room awake and in stable condition.


JENNIFER M. LANE, MD, CPT, MC
Resident Surgeon


PAUL T. CHRANGLE, MD, MAJ, MC
Staff Surgeon


JML/rrp  D:11/19/1999      T:11/21/1999 20:21
JOB#:4908   LPSI


Operative Report            NAME: MILNES,KEVIN J
Tripler Army Medical Center Register No.: 406951
1 Jarrett White Road        APV No.                        00179
Tripler AMC, HI  96859-5000 FMP/SSN:      20/506641299
                            Ward:         Job #: 4908
                            O/P Loc:

ORIGINAL              Page 2

Personal Data - Privacy Act of 1974 (PL 93-579)
Automated Version of OP10/DA 3888-3

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DISCHARGE SUMMARY NOTE FOR MILNES,KEVIN J
Date: 02 Jul 1999                        Register #: 406951            Page 0

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ADMISSION DATE: 25 Jun 1999@1709          DISCHARGE DATE:

*Physician Exchange
524-2575*

1. PRINCIPAL DIAGNOSIS:
Wound Dehiscence

2. OTHER DIAGNOSES:
s/p open cholecystectomy

3. PRINCIPAL PROCEDURE/OPERATION:
wound exploration
bid wet to dry dressing changes

4. OTHER PROCEDURES/OPERATIONS:

5. PHYSICIAN DISCHARGE NOTE:
Mr Milnes is a 49 you male s/p open cholecystectomy for acute gangrenous
cholecystitis on 19 June 1999 complicated  by wound dehiscence following
discharge from TAMC.  Pt was readmitted on 25 June 99 for wet to dry dressing
changes and observation.  He was taken to the OR on 1 July 99 for wound
exploration
and primary closure.  The granulation tissue  was not adequate for primary
closure and the wound will be allowed to heal by secondary intent.  Mr
Milnes's wound healing has been significantly impaired by tobacco abuse.  He
has been counseled during his hospital course about his need  to quit
smoking.  He continued to smoke while he was admitted despite medical advice
otherwise.  He has  agreed to try to quit smoking and will be enrolled in a
smoking cessation program following discharge.
His hospital course was otherwise
uncomplicated and he was stable and afebrile upon discharge on 2 July
99.  He denied any fever/chills/nausea, or abdominal pain.  He was tolerating
a regular diet and had normal bowel function.  Pt was instructed on daily
dressing changes and states that he understands the need to dress his wound.

6. SPECIFIC INSTRUCTIONS:
1. Stop smoking!  We will enroll you in a smoking cessation program by
followup on Tuesday.
2. Change your dressing twice a day as directed (your wife may do the
dressing changes.)
3. Follow up in the General Surgery Clinic (2nd floor oceanside) with Dr.
Cirangle on Tuesday 6 July 1999. You may walk in without an appointment since

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Name : MILNES,KEVIN J            FMP/SSN: 20/506641299      Reg#: 406951
Spon : MILNES,KEVIN J            Ward/Bed: 6B1    04-C      MEPRS: ABAA
Rank:                            Outpt Rec Rm: VA CLINIC, HON
Unit:                            PCat: K61
MTF : TRIPLER AMC, HI            DOB: 13 Sep 1954  Sex: M Ins: N
Ins Co:                          Policy #:                 CM:
MC Status: NOT ENROLLED          Reg comm: VETERAN, NOTIFY 433-5853 OF BO
PCM:                             POC:
                PROGRESS NOTES/TAMC FORM OP-10/DA 3888-3E

------------------------------------------------------------
Date: 02 Jul 1999          DISCHARGE SUMMARY NOTE          Page  2
------------------------------------------------------------
the appointment office is closed for the holisay weekend.
4. If you have any questions or concerns call the surgery clinic (433-5411)
during duty hours, or the physicians help line (524-2575) during off duty
hours.  You may go to the emergenty room if you are unable to contact any
help or believe you need urgent care.
5.  Return if there are any signs of infection (fever, red streaks, drainage
of pus, severe pain).  Return if you develop nausea or vomiting.

FOR MORE HEALTH CARE INFORMATION:
     For TRICARE Enrollees: After Hours Physician's Exchange 524-2575
     Health Care Information Line: 1-800-611-2883 (Available 24 hrs.)
     World Wide Web Address: http://www.tamc.amedd.army.mil/

7. ACTIVITY LIMITATIONS:

No lifting over 10   pounds for indefinitely
No golf, tennis or similar sorts for indefinetly

8. RXs:
BACITRACIN--TOP 500 UNITS/GM OINT     APPLY TOPICALLY AS NEEDED AS DIRECTED
ALBUTEROL/IPRATROPIUM(COMBIVENT-INH   2 PUFFS BY MOUTH EVERY 4-6 HOURS
GUAIFENESIN/PPA (ENTEX LA EQ)--PO T   TAKE ONE TABLET BY MOUTH TWICE A DAY

9. PENDING LABS:
     ** NO PENDING LABS **

10. PENDING RADS:
     ** NO PENDING RADS **

11. FOLLOW-UP APPOINTMENT: NO

   PHYSICIAN: CIRANGLE,PAUL T
   CLINIC: GENERAL SURGERY CLINIC
   DATE/TIME: Tuesday 6 July 99


12. DIET:
Regular

13. CONDITION AT TIME OF DISCHARGE:
Stable


------------------------------------------------------------
Name:  MILNES,KEVIN J          FMP/SSN: 20/506641299    Reg#: 406951
Spon:  MILNES,KEVIN J          Ward/Bed: 6B1     04-C     MEPRS: ABAA
Rank:                          Outpt Rec Rm: VA CLINIC, HON
Unit:                          PCat: K61
MTF :   TRIPLER AMC, HI        DOB: 13 Sep 1954  Sex: M Ins: N
Ins Co:                        Policy #:                CM:
MC Status: NOT ENROLLED        Reg comm: VETERAN, NOTIFY 433-5853 OF BO
PCM:                           POC:
             PROGRESS NOTES/TAMC FORM OP-10/DA 3888-3E

Date: 02 Jul 1999          DISCHARGE SUMMARY NOTE                    Page  3

14. STAFF PHYSICIAN: CIRANGLE,PAUL T

15. NARRATIVE SUMMARY DICTATED: NO
    RESPONSIBLE PHYSICIAN: LITTLEFIELD,PHILIP D

    PHILIP D. LITTLEFIELD M.D.              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        02 Jul 1999@1246
    _____        _____        _____
    Physician Signature                        SSN                 Date

16. DISCHARGE TO: HOME                       MODE: AMBULATORY

17. ALLERGIES:
...None listed

18. NURSING INSTRUCTIONS (Include Pertinent DRUG-FOOD INTERACTIONS):

19. REFERRAL TO:

20. PATIENT CONDITION (HEALTH STATUS RELATIVE TO NURSING CARE PLAN):
PT. ALERT AND ORIENTED, AFEBRILE, VITAL SIGNS STABLE, LUNGS CLEAR THROUGHOUT,
ABDOMEN SOFT WITH POSITIVE BOWEL SOUNDS, TOLERATING PO WELL, VOIDS WITHOUT
DIFFICULTY, AMBULATES INDEPENDENTLY, DRESSING HAS BEEN CHANGED IT'S CLEAN DRY
AND INTACT, NO SIGNS ANYMPTOMS OF INFECTION.

21. PATIENT/SIGNIFICANT OTHER VERBALIZES KNOWLEDGE OF ABOVE INSTRUCTIONS:
        YES  NO

    MARYFE N. ZABALA,RN                                     02 Jul 1999@1253
    _____                       _____
    Nurse Signature                                             Date

I UNDERSTAND AND HAVE RECEIVED A COPY OF THE ABOVE INSTRUCTIONS.

_____                    _____
Patient/Significant Other Signature                 Date  2/July/99

--------------------------------------------------------------------------
Name:  MILNES,KEVIN J            FMP/SSN: 20/506641299      Reg#: 406951
Spon:  MILNES,KEVIN J            Ward/Bed: 6B1    04-C     MEPRS: ABAA
Rank:                            Outpt Rec Rm: VA CLINIC, HON
Unit:                            PCat: K61
MTF :  TRIPLER AMC, HI           DOB: 13 Sep 1954  Sex: M Ins: N
Ins Co:                          Policy #:                CM:
MC Status: NOT ENROLLED          Reg comm: VETERAN, NOTIFY 433-5853 OF BO
PCM:                             POC:
                PROGRESS NOTES/TAMC FORM OP-10/DA 3888-3E