# EXHIBIT 11

GARY VICTOR DUBIN 3181
Dubin Law Offices
55 Merchant Street, Suite 3100
Honolulu, Hawaii 96813
Telephone: (808) 537-2300
Facsimile: (808) 523-7733
E-Mail: gdubin@dubinlaw.net

Attorney for Plaintiff
Kevin Milnes

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES, ) | CIVIL NO. 02-00365 BMK |
| ) | |
| Plaintiff, ) | PLAINTIFF'S RESPONSE TO |
| ) | DEFENDANTS' FIRST REQUEST FOR |
| vs. ) | ANSWERS TO INTERROGATORIES TO |
| ) | PLAINTIFF |
| TRIPLER ARMY MEDICAL CENTER; ) | |
| VETERANS ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS'
### FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF

COMES NOW Plaintiff KEVIN MILNES ("Milnes"), by and through his attorney, Gary Victor Dubin, and for a response to Defendants' first request for answers to interrogatories aforesaid, pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby responds as follows:

### Statement of General Objections

1. Milnes responds and objects in that the boilerplate, shotgun interrogatories are in part unreasonably burdensome, oppressive, and vexatious, in that they call for overly broad information which would place intolerable burdens upon Milnes to exhaustively provide.

2. Milnes responds and objects in that the interrogatories in part may call for privileged information in violation of the attorney-client privilege, the work product doctrine, and protected trial preparation confidentiality.

3. Milnes responds and objects in that the requests in part are vague, ambiguous, overly broad, and confusing, making it difficult to respond with certainty.

4. Milnes responds and objects in that the "definitions and instructions" for responding are in part confusing and unintelligible.

### Specific Responses

Notwithstanding the above, and without waiver of his aforesaid general objections, Milnes responds in handwriting to each and every interrogatory on the attached sheets provided by the Defendants.

DATED: Honolulu, Hawaii; October 14, 2005.

GARY VICTOR DUBIN
Attorney for Plaintiff

INTERROGATORIES

1.  Identify each employer you have had for the past ten years,
    including your job duties and the name of your immediate
    supervisor, and the reason for leaving the employment.

    ANS.: 1. PLEASE SEE THE ATTACHED RESUME FOR SURVEYOR-
    RELATED EMPLOYMENT; REASONS FOR LEAVING-END OF PROJECTS.
        2. 1995-1996, COOK ISLANDS & AMERICAN SAMOA;
    NAVIGATOR & CONSULTANT FOR SIR THOMAS DAVIS → MOVED TO
    HAWAII → MOVED TO OMAHA, NE;
        3. 1996-1997- DRIVING TAXI-CAB, HAPPY CAB & SAFEWAY
    CAB IN OMAHA, NE → MOVED TO FLORIDA, GOT MARRIED;
        4. 1997-1999- DELIVERING NEWSPAPERS FOR
    GAINESVILLE SUN (WITH MY WIFE); SELLING NEWSPAPER
    SUBSCRIPTIONS (ED, SUPERVISOR) → MOVED TO HAWAII

2.  For each period in the past ten years that you missed one
    week or more from work due to physical injury, describe the
    injury, the medical treatment, the recovery process, and
    whether you made any claim for compensation from any source
    as a result of the injury.

    ANS.: 1999 — UPON ARRIVAL IN HAWAII I WAS
    PLANNING TO RE-JOIN OPERATING ENGINEERS
    LOCAL UNION #3; FAILED TO DO IT DUE TO THE
    GALL BLADDER INCIDENT;
        09/01/04 — DICK PACIFIC; RE-INJURED
    BACK & KNEE; CLAIMED WORKERS COMP; BEING
    DENIED

3.    For the incident in question, indicate each part of your
      body that you claim was injured, the nature and extent of
      the injury, and the physical or mental effects you felt
      following the incident.

      ANS.: 1. Post-operative abdominal pain through
      now; 2. Excessive pain caused by multiple
      surgeries to remove infected stitches for almost
      3 years after the surgery; 3. scary numbness
      below the wound through now; 4. Narrowing of
      the upper bowel and imitating colon due to
      diverticula, adhesions, granuloma, hiatal hernia,
      polips resulting in serious problems with bowel

4.    Describe the medical care you received as a result of the  (please
      incident:  (Note:  A medical report together with a complete   see
      bill may be substituted in lieu of questions (a) through    attached)
      (g); however, questions (a) through (g) must be answered for
      all doctors for whom no medical report is substituted.)

      (a)   The name and address of all doctors who rendered you
            service. DR. LIM, DR. CORDTS (both - TRIPLER AMC);
            DR. LYNN DAHL (pain clinic, TAMC); DR. SOLIAI (VA, HONOLULU) etc.
      (b)   The date or dates of the examination, care or
            treatment.  Please see attached    (please
            (together with (a))    see
                                   attached)
      (c)   The nature of the examination, care or treatment.
            Please see attached (together with (a); (b))
      (d)   The expenses incurred.
                Please see attached
      (e)   The name of the doctor and the date of last visit for
            any medical care as a result of this incident.
            DR. SOLIAI (VA, HONOLULU); every 2 mos; last - 03/11/05
      (f)   The name or names, together with the address, of the
            person or persons paying a portion of all of the
            expenses. IRINA MILNES, 86-300 ALAMIHI ST., WAIANAE, HI
            BARBARA MILNES, 856 SO 117 PLAZA, OMAHA, NE        96792
      (g)   The significant findings of each doctor.    68154

      ANS.:    Please see attached
               (together with (a), (b), (c))

2

## ATTACHMENT TO QUESTION 3.

movement (bloody stool, compaction, constipation, diarrhea) and addiction to laxatives and stool softeners through now; 5. Due to unknown timing of bowel movement, I have to either wear diapers or keep closer to home or nearest toilet; pretty much homebound; 6. Ugly scare; scares everybody at the beach ("shark bite"). I started swimming at 3 years old, did it all my life, but cannot do it any more — too embarrassing! 7. Mental aggravation re: the incident, poor post-operative care, almost 3 years of infected stiches removal, continued abdominal pain, ruined bowel function; had to go through Anger Management at the VA; 8. Sex life has been limited and embarrassing due to the same reasons (abdominal pain, bowel movement dysfunction).

ATTACHMENT TO QUESTION 4 (a, b, cg)

① Dr. Lim, Tripler AMC, 1999- post-operative care, follow-up appointments; findings: "wound infections"; "wound separation"; "purulent drainage"; "gangreneous gall bladder"; "persistently draining wound"; "infected gall bladder"

② Dr. Cordts, TRIPLER AMC, 1999-2002; multiple surgeries to remove infected stitches; findings: "stitch abscesses"; "skin lesion"; "abscess of abdominal wall"; "pus"; "skin abscess"; "recurrent abscess"

③ Dr. Dahl, TRIPLER AMC, then-a private clinic at Kuakini, 1999-200 ; pain management; findings: "chronic pain"

④ Dr. Soliai, VA Honolulu, 1999-present, PCP; findings: "gangrenous gallbladder"; "wound dehiscence"; "infection"; "post-surgical complications", "abdominal pain exacerbarating his low back pain"; "gangrene"; "chronic right upper quadrant abdominal pain, secondary to wound dehiscence from cholecystectomy", "infected stitch". "splenic granuloma"; "chronic abdominal pain";

ATTACHMENT TO QUESTION 4(a,b,c,g)
(continued)

⑤ Dr. Ono, VA Honolulu; 2001–present; GI appointments and tests (colonoscopy, endoscopy); findings: "scope was passed with moderate amount of difficulty"; "diverticulosis of colon"; "mild erythema"; "mild reflux esophagitis"; "sigmoid diverticulosis"; "abdominal pain"; (possible) adhesions

⑥ Dr. Llanso, VA Honolulu; 02/05/02; Barium enema; findings: "sigmoid diverticulosis"; "redundant ascending colon"

⑦ Dr. Menolascino, Omaha VAMC; April 2002; medical appointments + evaluations; findings: "abdominal pain secondary to adhesions"; "chronic constipation

⑧ Dr. Manhart, Omaha VAMC; April 2002; evaluation; findings: "chronic abdominal pain"; "gangrenous gallbladder"; "wound dehiscence"; "multiple suture abscesses"; "subsequent adhesions from the surgery"

⑨ Dr. Orton, Omaha VAMC; April 2002; ABD series (test); findings: "postoperative changes in the right upper quadrant";

ATTACHMENT TO QUESTION 4 (a,b,c,g)
(continued from p. 2)

Dr. Orton (continued): "surgical clips in the right upper quadrant"; "if clinically indicated, ultrasound").

(10). Dr. Imray, VA radiology, Omaha VAMC; April 2002; CT scan; findings: "sigmoid diverticulosis"; "antecedent granulomatous disease"

(11). Dr. Holmes, Radiology Associates, Queens MC, Honolulu; December 2002; evaluation + second opinion; findings: "thickening of the gallbladder shown on 06/14/99", "hiatal hernia", "abnormally thickened presumed loop of bowel (duodenum?) or a portion of the gastric antrum", "sigmoid diverticula"; "risk of scarring or adhesions"

(12) Dr. Wells, Dr. Murphy, Tripler AMC; January 2003; Upper GI & small bowel follow though procedure; findings: "duodenal diverticula"; "cannot rule out soft tissue mass filling the diverticula".

February 2003; CT scan: "duodenal diverticula"; "small ventral abdominal wall hernia"

—7

ATTACHMENT TO QUESTION 4 (a,b,c,g)
(continued from p.3)

(13) Dr. Friedland, VA Palo Alto, CA; May 2003;
Small bowel capsule study; findings: "4-5
erythematous spots in small bowel"; "non
specific scattered erythema in mid small bowel";
"recommend clinical correlation".

(14) Dr. Walsh, Straub, Honolulu, HI; August 2004;
Colonoscopy, upper endoscopy; findings:
"polypoids in the ascending colon"; "a polyp in
the splenic flexure"; "moderately severe
degree of diverticular disease in the left
colon"; "a perianal scar"; "minimal
esophagitis"; "small to moderate sized hiatus
hernia"; "antral hyperemia".

5.    State the nature and amount of all expenses, including
      without limitation expenses for medication, which you claim
      were incurred as a result of the incident.  (Exclude any
      loss of income or wages)

      ANS.:    Please see the attached.

6.    Did you lose earnings as a result of the incident?  If so,
      state the periods of time you were off work, the name and
      address of your employer at the time you were off work, the
      length of time you had been so employed prior to the
      incident, the total amount of such loss, and the method of
      calculation of loss.

      ANS : UPON COMING BACK TO HAWAII IN JUNE -99,
      I WAS PLANNING TO GO BACK TO OPERATING ENGINEERS
      LOCAL UNION #3 ; I WAS NOT ABLE TO DUE TO
      THE INCIDENT AND ITS COMPLICATIONS UNTIL
      AUGUST 2004. 5 YEARS (1999-2004) ARE LOST
      AT $31.00/hr × 8hrs × 5days a week × 52 weeks a
      year × 5 years = $322,400.00

3

ATTACHMENT TO QUESTION 5.

## Rough Gall Bladder Expenses (June 1999-present)

| Year | Medical expenses | Medical transportation expenses | Doctors' appointments | Miscellaneous (legal, correspondence, paperwork, postage, fees, Internet, phone, office equipment, etc.) | Subtotals |
|------|------------------|----------------------------------|------------------------|----------------|-----------|
| 1999 | 988 | 1,180 | NA | 1,855 | 5,000 |
| 2000 | 1,877 | Included into doctors' appointments | 7,050 | 21,610 | 30,000 |
| 2001 | 1,330 | Included into doctors' appointments | 8,928 | 11,000 | 22,000 |
| 2002 | 500 | Included into doctors' appointments | 2,500 | 3,550 | 7,000 |
| 2003 | Included into doctors' appointments | Included into doctors' appointments | 9,500 | 6,852 | 9,500 |
| 2004 | 650 | Included into doctors' appointments | 8,198 | 8,575 | 17,423 |
| TOTAL: | | | | | 90,923 |

7.  Please state the following information from your Federal
    Income tax returns or other records for the five years
    immediately preceding the year in which the incident
    occurred, and for the years between the incident and today.

| Year | Gross Income | Net Income | Exemptions |
|------|--------------|------------|------------|

1994 - 1996 - AMERICAN SAMOA    TAX FREE

1996 - taxi driving $5,000 ($3,000 returned
-1997 due to being on partial Social Security)

1998 - Social Security Disability + $5,379 -
        newspaper delivery with the wife

1999, 1st half - SS disability + $635 - newspaper
                                        subscriptions

2004, 08/31 - 09/01 - 2 days - $570.00

8.  Did you suffer any aggravation of a pre-existing condition
    as a result of the incident?  If so, state the nature and
    cause of the pre-existing condition, how long it had existed
    prior to the incident, and the name and address of all
    persons and institutions treating you for the pre-existing
    conditions prior to the time of the incident.

ANS.:  Yes. Lower back, being laid up for
almost 2½ mos at Tripler and then -
home bound for the post-operative care.
Initial back injury - August 1974; October
1974, U.S. ARMY, EL PASO, TX, first when
installing a water-chiller that fell on me
and left me immobilized for some
time; then - changing the tank track
when I was thrown away. The pain has
become chronic since, with some relapses.
Treated by the VA (Dr. Soliai - PCP), through
now.

9.  Were you involved in any accident which required you to seek
    medical attention, traffic, or otherwise, before or after
    this incident? If so, state the nature of the incident, the
    date, the identity of all health-care providers involved in
    treating you for the injury, and the history of the recovery
    from the injury.

ANS: 11/29/00 - minor car accident; neck
injury; Dr. Shahid (Portner Orthopedics);
recovered by summer 2001

10. Other than the incident, have you sustained any injury to
    any part of your body which you claim was injured as a
    result of the incident at any time? If so, describe the
    nature, cause and medical treatment received for the injury.

ANS.: The incident effected my gastro-
enterological system: inability to have
regular and proper bowel movement since
(constipations & diarrhea, blood in the
stool); narrowing of the intestines;
abdominal pain; addiction to laxatives
and stool softeners; near-home bound
condition due to unknown timing of the
bowel movement; granuloma; hiatus
hernia; inability to have colonoscopy
and endoscopy (adhesions? infected
stitches? narrowing)

11. State the name and address of each hospital or other
institution for the care of sick or disabled people wherein
you were a patient at any time, specifying in each case the
period during which you were in such institution, the
ailment or ailments for which you were treated.

ANS : 1959 - Clarkson Hospital, Omaha, NE; 2 weeks
(2 hernia surgeries); 41st St & Cummings,
Omaha, NE;
1966 - same hospital; 1 week (tonsils surgery);
1988 - Queens, Honolulu, HI; 1 week (knee surgery);
1997 - Omaha VAMC, Omaha, NE; 4 days (lower
back surgery); 42nd St. & Woolworth
1999 - Tripler AMC, Honolulu, HI - 2 months
(gall bladder + complications)

12. State the amount of all monetary payments you received as a
result of the incident, specifying the date or dates each
payment was received and source of each payment.

ANS.: NONE.

6

13.  Have you ever sued anyone for personal injury or property
     damage or have you been sued for personal injury or property
     damage, other than the instant suit?  If so, state the full
     title of each suit, the court in which the action was
     instituted, the number of the action, the nature and extent
     of the injury or damage, and the disposition of the action.

     ANS.: I am still sueing GEICO for the property
     damage to my car that occurred in transit
     to Honolulu in June 1999, who filed four(4)
     collision reports on one comprehensive
     shipping damage (there was no collision
     coverage on the vehicle in question). The
     Circuit Court of the First Circuit State of
     Hawaii, Civil No. 00-1-3756-12 (GWBC).
     $12,000

14.  Have you ever made a claim (including but not limited to
     claim for workmen's compensation benefits) at any time
     against any person or party for personal injury or property
     damage?  If so, state the full name of the party against
     whom the claim was made, the date of the claim, the date and
     nature of the injury or damage, and the disposition of the
     claim.

     ANS.: 1986, Monarch Builders, foot injury. No
     compensation.
          1987, Patrick Duffie & Associates, knee
     surgery. Settlement.
          1989, E.E.Black, thumb injury. Settlement.
          1989, Selland, back re.injury. Settlement.
          1990, Fletcher Pacific, back re.injury +
     ribs injury. Settlement.

7

15. If you claim that plaintiff has suffered any special damages
    not already described in earlier answers, itemize and
    describe such damages in detail.

    ANS: No

16. Identify by name each person whom you expert to call as a
    lay witness at the trial of this action and state the
    following with regard to each such witness:

    (a) Each person's address, occupation, employer and
        relationship to the parties, if any;

    (b) The subject matter of which the person is expected to
        testify; and

    (c) A detailed summary of the witness' anticipated
        testimony.

    ANS:

① Bart Canada, HPD, police officer, friend.
Checked me in; visited at Tripler; witnessed
poor nurse care; drove the car from the dock;
his brother helped with carrying the TV. Last
known address: 44-130 Mako St., #5, Kaneohe, HI
96744

② Clarence E. Pitts, Carpet Outlet, sales, friend.
Drove my wife around, visited me at Tripler,
ate food in the hospital room, supervised
(please see attached)

8

<u>ATTACHMENT TO QUESTION 16</u>

<u>Clarence E. PITTS (CONTINUED)</u>

unloading at the dock, helped my wife to move into our apartment in Makaha. Address: P.O. Box 75185, Honolulu, HI 96836.

③ <u>IRINA MILNES</u>, Senior Language Specialist, Language Line Services, wife. Can witness every step of life. Address: 86-300 Alamihi St., Waianae, HI 96792.

17. For each expert witness you may call to testify at trial,
    please state the subject matter, the substance of the facts
    and opinions, and a summary of the grounds of each opinion
    the expert witness may testify to at trial or arbitration,
    and state which experts have been specially retained or
    specially employed by you or on your behalf.

ANS: Dr. Halford, expert (?)  Dr. Cane - 2nd opinion(?)
     Dr. Cordts (infection; infected stitches;
intestinal complications), Head surgeon at TAMC
in 1999.  Dr. Lim (can confirm I almost died there);
intern in 1999.
     Dr. Soliai (my PCP, witnessed my wound until
healing)

18. Please identify any and all exhibits that support your
    defenses and/or that you may use at trial.

ANS: ① films
     ② written testimonies (B. Canada, Clarence
Pitts, IRINA MILNES, Wesley Schulze)
     ③ after-Tripler medical records
     ④ newspaper articles
     ⑤ pictures of the wound

## VERIFICATION

I, KEVIN MILNES, DECLARE:

1. I am the Plaintiff in the above-entitled action, and I make the within statements based upon my own personal firsthand knowledge.

2. My response to Defendant's First Request for Answers to Interrogatories as stated by me is true and correct to the best of my personal knowledge and good faith belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Honolulu, Hawaii, on OCT 1 4 2005 .

KEVIN MILNES