# EXHIBIT 12

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

KEVIN MILNES,                  ) Civil No.
                               ) 02-00365 BMK
            Plaintiff,         )
                               )
       vs.                     )
                               )
UNITED STATES OF AMERICA,      )
                               )
            Defendant.         )
_____ )


DEPOSITION OF KEVIN MILNES

Taken on behalf of Defendant United States of
America at Room 6-100, PJKK Federal Building, 300
Ala Moana Blvd., Honolulu, Hawaii, commencing at
1:05 p.m. on January 13, 2006, pursuant to Notice.




Before:   WILLIAM T. BARTON, RPR, CSR NO. 391

Page 2

```
 1  APPEARANCES:
 2
 3      For Plaintiff
 4   Kevin Milnes
 5      GARY V. DUBIN, ESQ.
 6      55 Merchant Street, Suite 3100
 7      Honolulu, Hawaii 96813
 8
 9      For Defendant
10   United States of America
11      EDRIC M. CHING, ESQ.
12      Assistant U.S. Attorney
13      Room 6-100, PJKK Federal Building
14      300 Ala Moana Blvd.
15      Honolulu, Hawaii 96850
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                I N D E X
 2
 3   EXAMINATION                         Page
 4   By Mr. Ching                          4
 5
 6   KEVIN MILNES
 7   Deposition Exhibits               Marked
 8   1    Discharge Summary               56
 9   2    Discharge Summary               91
10   3    Discharge Summary              110
11   4    July 7, 1999 letter            133
12
```
```
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1  (Disclosure presented to Counsel.)
2        KEVIN MILNES,
3 Called as a witness by Defendant United States of
4 America, having been first duly sworn, was
5 examined and testified as follows:
6        EXAMINATION
7 BY MR. CHING:
8    Q. Could you please state your name.
9    A. Kevin Milnes.
10   Q. Your current address?
11   A. 86-300 Alamihi, A-L-A-M-I-H-I, S-T,
12 Waianae, W-A-I-A-N-A-E, Hawaii 96792.
13   Q. What is your Social Security number?
14   A. 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.
15   Q. Date of birth?
16   A. 2-13-54. My lucky day.
17   Q. Mr. Milnes, we are here today because I
18 have noticed your deposition. And I'm sure you
19 have spoken to your attorney about what goes on
20 today.
21   A. Sure.
22   Q. And before we start, I just want to talk
23 to you about -- describe this process a little
24 bit, and also give you some ground rules.
25   A. Sure.

Page 5

1    Q. Now, Mr. Milnes, do you understand you
2 have been placed under oath today?
3    A. Yes, sir.
4    Q. And that this deposition is my
5 opportunity to ask you questions.
6    A. Yes, sir.
7    Q. And that all these questions are being
8 taken down by the court reporter to our right and
9 your left?
10   A. That's correct.
11   Q. Do you understand that following this
12 deposition, the court reporter will prepare a
13 transcript of what we are saying today?
14   A. Yes, sir.
15   Q. And that after the transcript is done,
16 you will be given an opportunity, you and your
17 attorney, to review and make any corrections to
18 this transcript?
19   A. Yes, sir.
20   Q. And do you understand that if you make
21 any changes to your transcript, that I will have
22 the opportunity, perhaps at a later court date, to
23 make comments about any changes that you do make?
24   A. Yes, sir.
25   Q. Do you understand that if you give

Page 6

1 testimony later in this proceeding which is not
2 consistent with your testimony today, that I will
3 also have the opportunity to make comments about
4 those inconsistencies?
5    A. That's correct.
6    Q. And I think we're doing a good job so
7 far. But I just want to stress that the court
8 reporter can only take down one person speaking at
9 a time. So please let me finish my questions, and
10 I will do my best to let you finish your answers.
11   A. Yes, sir.
12   Q. During this proceeding, I will ask you
13 questions. And if you do not understand my
14 questions or do not understand what I'm trying to
15 say, because I talk too fast please, tell me, and
16 I will repeat it.
17       If you answer my question, I will assume
18 that you understood the question.
19       Do you understand that?
20   A. Yes, sir.
21   Q. During this deposition, I may give you
22 questions which assume certain facts. If you feel
23 that the facts that I include in my question are
24 incorrect, please tell me.
25       Do you understand that?

Page 7

1    A. Yes, sir.
2    Q. Now, during certain times in this
3 deposition, I may ask you to give an estimate.
4        Do you understand that?
5    A. Yes, sir.
6    Q. And that what I ask that you do during
7 this deposition is that you do not guess.
8        Do you know the difference between an
9 estimate and a guess?
10   A. Yes, sir.
11   Q. Now during this deposition, I will be
12 asking you questions, and you're doing a very good
13 job so far, and I ask that you give verbal
14 answers.
15       For example, saying yes or no, versus
16 nodding your head up or down or giving answers
17 like uh-huh or uh-uh.
18       Do you understand that?
19   A. Yes, sir.
20   Q. And is there any reason, medical or
21 otherwise, why you feel that you would not be able
22 to testify accurately and truthfully at this
23 deposition this afternoon?
24   A. No, sir.
25   Q. Did you take any medication this morning?

Page 8

1    A. Just my basics.
2    Q. Which basic medication is that?
3    A. Theophylline for my lungs. Laxatives
4 for my stool problems. What else? Vitamins. And
5 that's it, I think.
6    Q. And none of these medications affect
7 your awareness or your ability to answer my
8 questions?
9    A. No, it should not.
10   Q. If at any time during this deposition,
11 if you feel like you need a break for any reason
12 to speak to Mr. Dubin, to use the bathroom, to get
13 a drink of water, or you just need a break, please
14 tell me, and immediately we will take one.
15       Do you understand that?
16   A. Yes, sir.
17   Q. Mr. Milnes, I earlier asked you about
18 some personal information.
19       What is your place of birth?
20   A. Augusta, Georgia. Camp Gordon. Dad got
21 drafted during the Korean thing.
22   Q. Did you graduate from high school?
23   A. Yes.
24   Q. Did you have any post-high school
25 education?

Page 9

1    A. Yes, I did.
2    Q. Please describe that.
3    A. Right after high school, I went to the
4 university, technical institute in refrigeration
5 and heating. Got a third degree engineer's
6 license.
7    Q. Anything else?
8    A. After the Army, I went to college. Five
9 different universities.
10   Q. Did you obtain any degrees?
11   A. No, I did not.
12   Q. Could you list me these universities?
13   A. University of Nebraska in Omaha. UTEP
14 in El Paso. Kingsville A&I. University of Texas
15 in Austin. Austin Community College.
16   Q. And you said that you have an
17 engineer's degree from the --
18   A. Third degree engineer's. Building
19 management, mostly.
20   Q. Is that a two-year degree?
21   A. Yeah.
22   Q. Have you received any kind of vocational
23 certificates or anything?
24   A. I'm a surveyor by trade.
25   Q. Did you have to take any test to become

Page 10

1  a surveyor or any kind of licensing requirements?
2      A. Just a Pan-American Sea card.
3      Q. And in the State of Hawaii, do you have
4  to be licensed as a surveyor?
5      A. No, I do not. I belong to the Operators
6  Engineers Local 3.
7      Q. Just for my own education, what does a
8  surveyor do?
9      A. Building layouts, hotels, golf courses,
10 streets. Play with the dirt.
11     Q. Let me ask you about your military
12 service.
13         When did you first enlist in the
14 military?
15     A. I got drafted in '72 and delayed entry
16 in '73.
17     Q. And how long did you serve in the
18 military?
19     A. Almost two years and eight months,
20 regular. And then four years, Reserves.
21     Q. So about 1973 to '76,
22 approximately active duty?
23     A. Uh-huh, that's correct.
24     Q. Then you did four years after that in
25 the Reserves?

Page 11

1      A. That's correct.
2      Q. Any other further military service after
3  that?
4      A. No, sir.
5      Q. Can you please describe how your active
6  service ended?
7      A. Active service?
8      Q. Did you get like -- was it a discharge?
9      A. I got an honorable discharge, yes.
10     Q. How about from the four years of the --
11     A. Honorable discharge.
12     Q. Let me finish my question.
13         How about the four years with regard to
14 the Reserves?
15     A. Also honorable discharge. I was a medic
16 in the Reserves.
17     Q. What was your position in the active
18 service?
19     A. OJT, scout recon, but awarded
20 illustrator.
21     Q. Illustrator. As a medic in the
22 reserve, what kind of training did you have?
23     A. The MASH Unit, 82nd Field Hospital.
24     Q. Did you go to any schooling?
25     A. Yes. Went to Fitsimmons in San Antonio.

Page 12

1      Q. What kind of courses did you take there?
2      A. Being, what do you call it, a ward
3  master.
4      Q. Is that like you take biology courses?
5      A. You know, how to give IV's, injections,
6  that kind of stuff, bandages, wounds, and
7  orthopedic care.
8      Q. Did you receive any certificates while
9  receiving this education in the military?
10     A. Yeah, a few.
11     Q. Could you please describe.
12     A. As an illustrator, they gave me stuff.
13 Xerox gave me a certification. Did digital data.
14 Gave me a certificate.
15         And then the Army gave me a couple
16 certificates and medical awards as a 91 Echo --
17 91 -- 90-B-20.
18     Q. So with regard to your role as a medic
19 in the military, you received certificates.
20         Was that after finishing courses?
21     A. Yeah. It was courses that they provide.
22     Q. And you got some awards in the military
23 with regard to your role as a medic?
24     A. Yeah.
25     Q. Can you please describe those.

Page 13

1      A. Well, just certificates is all they
2  were.
3      Q. But what kind of awards were they?
4      A. Certificate of Accomplishment. That
5  kind of thing.
6      Q. Kind of like employee of the month kind
7  of thing?
8      A. Yeah. I showed up.
9      Q. Now, were you ever injured in the
10 military?
11     A. Yes.
12     Q. Can you please describe any injuries you
13 had, breaking it down between active service and
14 your Reserve service?
15     A. When was in the Army, August of '74 was
16 my first injury. I was changing a water chiller
17 on my BAQ, and I slipped and fell on -- the water
18 chiller fell on me.
19         Do you know what a water chiller is?
20     Q. Maybe you could describe what your
21 injury was that you had.
22     A. I injured my lower back.
23     Q. Were you hospitalized as a result of
24 that injury?
25     A. I was just, what do you call it,

Milnes v. USA                     Multi-Page™                     January 13, 2006
                                                                  Kevin Milnes

Page 14

1  homebound for three or four days.
2      Q. Did you have surgery on your lower back?
3      A. Later on.
4      Q. When was that?
5      A. In the VA in '96, '97.
6      Q. That was in Omaha, the VA?
7      A. That's correct.
8      Q. Did you have any other injuries while in
9  the military?
10     A. My right knee.
11     Q. When did that injury occur?
12     A. In basic. Well, persisted through the
13 whole military.
14     Q. Did you have any surgery on your right
15 knee?
16     A. Yes, I did.
17     Q. When did that occur?
18     A. 1988. Queen's. Then I had skin
19 problems and pulmonary problems.
20     Q. And that was in the both active and the
21 Reserve?
22     A. Active only.
23     Q. What kind of skin problems did you have?
24     A. Uniform grew to my skin.
25     Q. Do you recall any diagnosis that you

Page 15

1  got during that period?
2      A. They called it demagracia (phonetic) or
3  eczema.
4      Q. Anything else?
5      A. Pulmonary edema, I guess.
6      Q. That's a skin condition?
7      A. No. That's my lungs.
8      Q. That was diagnosed during your active
9  duty?
10     A. Yeah. It was supposed to have been,
11 yeah.
12     Q. When you say it was supposed to have
13 been, was it?
14     A. It was. But the records somehow flew
15 away.
16     Q. So a doctor told you during that period
17 while you were on active duty that you had
18 pulmonary edema?
19     A. Yes, I had massive scarring from the
20 same. I was at White Sands, New Mexico base doing
21 desert training during Desert Storm.
22     Q. Any other injuries during your active
23 or reserve military service?
24     A. None.
25     Q. Are you currently married?

Page 16

1      A. Yes.
2      Q. What is your spouse's name?
3      A. Irina, I-R-I-N-A.
4      Q. What does she currently do?
5      A. She is an interpreter.
6      Q. Employed by whom?
7      A. AT&T Long Lines, they used to call it.
8      Q. She is currently still employed by AT&T?
9      A. Yes.
10     Q. When were you married?
11     A. 1997 July 8.
12     Q. Were you married before that?
13     A. Yes.
14     Q. How many spouses did have before Irina?
15     A. One.
16     Q. And who is that?
17     A. Theresa.
18     Q. When were you married to her? From
19 what years to what years?
20     A. From 1973 to 1976.
21     Q. Do you have any children?
22     A. Yes. Two daughters.
23     Q. Their names and ages, please?
24     A. Audria, 30 years old. Ginny, Virginia,
25 31.

Page 17

1      Q. And where did you marry Irina?
2      A. I married her in Gainesville, Florida.
3      Q. Do you currently know where Theresa is
4  residing?
5      A. Yes. Omaha, Nebraska.
6      Q. You currently live in Waianae at the
7  Alamihi St. -- perhaps you can give me your street
8  address.
9      A. Alamihi, Waianae.
10     Q. How do you pronounce that?
11     A. Alamihi. It means "black crab" in
12 Hawaiian.
13     Q. How long have you lived at that Alamihi
14 residence?
15     A. We've been there since 2000.
16     Q. Where did you live before that?
17     A. Plantation, Makaha Plantation.
18     Q. From what years to what years?
19     A. '99 to 2000.
20     Q. Do you know which month in that 1999?
21     A. July of '99 to August of 2000.
22     Q. And you moved from Makaha Plantation to
23 Alamihi Hee?
24     A. That's correct.
25     Q. Do you currently rent or own the Alamihi

Page 18

1 Hee place?
2    A. We own.
3    Q. Where did you live before the Makaha
4 plantation?
5    A. Gainesville, Florida.
6    Q. What were your years of residence in
7 Gainesville, Florida?
8    A. '97 to '99.
9    Q. Now, I think we discussed that prior
10 knee injury in Omaha, Nebraska. That was '96 --
11 I'm sorry -- the year of your back surgery?
12   A. Yes.
13   Q. In '96 or '97?
14   A. January.
15   Q. Were you living in Omaha at the time?
16   A. Yes, I was there for a year and a half.
17   Q. You lived in Omaha before Gainesville.
18 That would have been '96 or '97, about?
19   A. That's correct.
20   Q. Now, at the time current time, does
21 anybody live with you and your wife, Irina?
22   A. No.
23   Q. Any pets?
24   A. Tons.
25   Q. Can you tell me what kind of pets you've

Page 19

1 got?
2    A. Two Pikingese, One Calico cat.
3    Q. Calico cat, you said?
4    A. Yes. Two African grays.
5    Q. Dog or cat?
6    A. Parrots. And three cockatiels.
7    Q. That's a bird, right?
8    A. Yes. They talk up a storm.
9    Q. Mr. Milnes, I'm going to ask you about
10 your criminal record.
11      Have you ever been convicted of
12 anything?
13   A. No.
14   Q. Have you ever been arrested?
15   A. Yes.
16   Q. Can you give me the dates and the
17 reasons or the charges for these arrests?
18   A. When I was 15 years old.
19   Q. Any others?
20   A. Yes. When I was in the Army, 21 years
21 old, a DUI. Does that count?
22   Q. You can just tell me.
23   A. I got a DUI in '92.
24   Q. When you were 15, what was the reason
25 for that arrest?

Page 20

1    A. Supposedly, a misidentification. It was
2 another guy. But it was marijuana possession.
3    Q. How about when you were 21?
4    A. Conspiracy to possess marijuana.
5    Q. And then for the 15- and 21-year-old
6 arrests, you weren't convicted?
7    A. I wasn't convicted.
8    Q. For the DUI, you were convicted?
9    A. Yes.
10   Q. Just to clarify, let me ask you that
11 question again. I know you said "no" the first
12 time.
13      Were you ever convicted of any crimes?
14   A. I didn't know a DUI was a traffic
15 violation.
16   Q. Other than the DUI, no other
17 convictions?
18   A. That's correct.
19   Q. Where did this DUI conviction occur?
20   A. '92, over on the Big Island, Kona.
21 That's when it happened. The conviction happened
22 in '94.
23   Q. And at the time, you were just --
24 visiting Kona from --
25   A. I lived in Kona.

Page 21

1    Q. So let me just take this back now.
2       Before living in Omaha, where were you
3 living?
4    A. American Samoa.
5    Q. From what years to what years?
6    A. '95 to '96.
7    Q. Before that, where were you living?
8    A. Here, Waikiki for two years.
9    Q. And before that, you were living in
10 Kona?
11   A. Kona yes. 1990 to '92. Lived in Maui,
12 too.
13   Q. When did you live on Maui?
14   A. Okay. From '88 to 1990.
15   Q. I think that's enough already.
16 Mr. Milnes, are you currently employed?
17   A. Yes, actually.
18   Q. Who are you employed by?
19   A. Peter Kiewit.
20   Q. Peter?
21   A. Kiewit Construction.
22   Q. Oh, Kiewit Construction.
23      How long have you been employed there?
24   A. Well, a week, maybe.
25   Q. And what is your current position or job

Page 18 - Page 21

Page 22

1   title?
2      A. Oiler/grade checker.
3      Q. What are your job duties?
4      A. Service the machine and make sure the
5   operator digs in the right location.
6      Q. And you only have been working there for
7   one week?
8      A. Yes.
9      Q. With Kiewit.
10     Where were you employed before that?
11     A. Kiewit again, Waimanalo. That was just
12  two weeks.
13     Q. When was that employment?
14     A. September to -- just two weeks in
15  September.
16     Q. That's September '05?
17     A. Yeah.
18     Q. And before that, where were you
19  employed?
20     A. Royal Construction.
21     Q. From what dates to what dates?
22     A. May to July.
23     Q. Of '05?
24     A. Yes.
25     Q. And before that, where were you

Page 23

1   employed?
2      A. Dick Pacific.
3      Q. From what period to what period?
4      A. That was real quick. August 30 to
5   September 1 of '04.
6      Q. And before that?
7      A. Wasn't working until -- I was in
8   Gainesville, Florida.
9      Q. So from about 1997 to 1999, up to August
10  2004, you didn't work?
11     A. I worked a couple years in '97 and '99.
12     Q. But between '99 and August '04, did you
13  work?
14     A. I didn't work after '99.
15     Q. So from 1999 up to your job with Dick
16  Pacific in August '04, you didn't work?
17     A. Didn't work. Couldn't work.
18     Q. When you say you couldn't work, did a
19  doctor tell you you couldn't work?
20     A. Yes, that's correct. Presently, I'm
21  still on light duty.
22     Q. Now, let's go to the Dick Pacific job.
23     You worked that job for two or three
24  days?
25     A. Yes.

Page 24

1      Q. What was the reason why you left?
2      A. Reinjury.
3      Q. To which portion of your body?
4      A. Back and knee.
5      Q. Did you go on Worker's Comp after that?
6      A. Denied.
7      Q. It was denied.
8      What was the reason for the denial? Do
9   you know?
10     A. Standard procedure these days.
11     Q. What's standard procedure?
12     A. Denial.
13     Q. Oh, denial. Going to Royal
14  Construction, you worked there for about two
15  months?
16     A. Yeah. Almost --
17     Q. Three months?
18     A. Almost two and a half months.
19     Q. What was the reason why you left that
20  job?
21     A. The job was caught up.
22     Q. You were like a temporary employee?
23     A. Yes.
24     Q. Did you go through like, an agency, or
25  did you just --

Page 25

1      A. The union.
2      Q. Which union are you a member of?
3      A. Operator Engineers Local 3. I've been a
4   member with them since '86.
5      Q. And with Kiewit, you were employed in
6   September '05?
7      A. Yes.
8      Q. In Waimanalo.
9      What was reason that you left that job?
10     A. They didn't need me anymore. Laid off.
11     Q. The job was done?
12     A. Yeah.
13     Q. What about -- let's see, the one week --
14  I'm sorry -- at the current time, you have been
15  working for a week with Kiewit Construction again?
16     A. I'm still. Not laid off yet.
17     Q. Is that on specific job that you've been
18  hired to work on?
19     A. Waipahu. 66 house lots. Up by Waipahu
20  High School there.
21     Q. What is your current --
22     A. Building a golf course.
23     Q. I'm sorry. I'll let you finish.
24     What is your current wage?
25     A. $31.15 an hour, plus benefits. That

Page 26

1 adds up to about $55 an hour.
2      Q. Now, Mr. Milnes, have you filed your
3 income tax returns for the past several years?
4      A. Yes, I have.
5      Q. And in these income tax returns, you
6 report all income that you have filed?
7      A. That's correct.
8      Q. And who has custody of your tax returns?
9      A. My wife.
10     Q. Do you folks do it yourself, or is there
11 a bookkeeper or accountant?
12     A. She does it all.  She's got a PhD in
13 Theoretic Linguistics.
14     Q. Now, Mr. Milnes, we have discussed
15 several prior injuries that you had while you were
16 in the service.
17     A. Uh-huh.
18     Q. I think you mentioned your back and your
19 knee.
20     A. That's correct.
21     Q. Are there any other injuries before June
22 1999 that you had that required medical attention?
23     A. Well, reinjury of the back.
24     Q. Any other body parts, other than your
25 back and your knee?

Page 27

1      A. Ribs and my thumb, a couple times.  And
2 my foot.
3      Q. Now, when you mentioned your knee, was
4 that your right knee or left knee?
5      A. Right knee.
6      Q. Okay.  Where did you hurt your ribs?
7      A. I was working on the Grand Hyatt Wailea
8 over in Maui.
9      Q. What year was this?
10     A. '91.
11     Q. Tell me how you hurt your ribs.
12     A. I slipped down a hole and landed on my
13 fist.  It rammed into my ribs.
14     Q. Did you have any surgery as a result
15 this, or any type of procedure?
16     A. No.
17     Q. Did you get Worker's Comp?
18     A. Yes.
19     Q. How about your thumb?  How did you hurt
20 your thumb?
21     A. With a hammer, driving in stakes.
22     Q. When was this?
23     A. '89, I think.
24     Q. Where did this injury occur?
25     A. E.E. Black.  Road expansion in Wailea,

Page 28

1 Maui.
2      Q. How did this injury occur?
3      A. Driving in stakes, land stakes.
4      Q. What kind of injury did you have?
5      A. I just busted my thumb really good.
6      Q. So you got stitches?
7      A. Yes.
8      Q. Did you get Worker's Comp for this one?
9      A. Yes.  Briefly.
10     Q. Other than this lawsuit, have you ever
11 sued anybody else, or brought suit against anybody
12 else?
13     A. Yes.
14     Q. Please describe these lawsuits.
15     A. GEICO.
16     Q. What year was this?
17     A. '99.
18     Q. What was the basis for this suit?
19     A. They put four collision reports down for
20 one accident.  The car was dropped at the dock.
21     Q. When you say "the car was dropped at the
22 dock," what does that mean?
23     A. The car was dropped at the dock, and I
24 called up the adjuster, and he came up and made
25 four claims of four sides of the vehicle and said

Page 29

1 four different accidents.  I didn't have full
2 coverage on the car, I only have comprehensive.
3 So they tried to pay me for collision, which I
4 didn't even have the coverage for.
5      Q. They tried to give you money, but you
6 didn't have the coverage for it?
7      A. Comprehensive was one accident, not
8 four.
9      Q. How was this lawsuit resolved?
10     A. Broke even.  We both lost.
11     Q. Did they pay you anything to --
12     A. They just paid back what they stole.
13     Q. Okay.  Can you describe what they stole?
14     A. One of the -- attorneys named Kim,
15 Anthony Kim, managed to get attorney fees out of
16 four issues.  And I won three.  He won one.  And
17 out of that one he won, he managed to get attorney
18 fees.
19     So in order just to call it quits last
20 month, they just gave me back the money he took
21 from his attorney fees.
22     Q. How much did they give you back to
23 settle this case?
24     A. It was like $3,000.
25     Q. Any other lawsuits that you're involved

Page 30

1  in?
2      A. I've got a complaint with a Real Estate
3  Commission.
4      Q. When was that filed?
5      A. Three years ago.
6      Q. But other than what you described about
7  this Geico lawsuit and this lawsuit, you have not
8  brought any other lawsuits against anybody else?
9      A. No.
10     Q. Have you ever been sued in a lawsuit?
11     A. No.
12     Q. Let me finish my question.
13         Other than your -- any family court
14  proceedings related to your first marriage, have
15  you been involved in any other lawsuits, other
16  than this Geico case and this case, as you sit
17  here today?
18     A. Just Worker's Comp. That's it.
19     Q. In addition to this claim against
20  Tripler or the VA, have you brought any other
21  claims against Tripler and/or the VA?
22     A. The VA, yes.
23     Q. Can you please describe those.
24     A. I've been -- this is my back injury and
25  my knee injury, and it's been going on since 1976.

Page 31

1      Q. And what was the basis for these claims?
2      A. Injury when I was in the military.
3      Q. When you were trying to get coverage or
4  treatment --
5      A. That's correct. On service connected,
6  zero percent, but I'm trying to get a better
7  rating.
8      Q. I think that one was kind muddled up,
9  because we were both speaking at the same time.
10         Let me rephrase the question.
11         The only claim that you have filed
12  against Tripler and the VA other than this suit
13  have been claims in which you are trying to get
14  medical coverage arising out of your back and/or
15  knee injuries?
16     A. I'm just trying to get a better rating.
17     Q. Now, previously, I asked you whether you
18  had any injuries before June 1999.
19         Now, after your -- I guess you had three
20  hospital stays which are the subject of this
21  lawsuit?
22     A. Yes.
23     Q. After that, did you have any subsequent
24  accidents or injuries?
25     A. Since 1999?

Page 32

1      Q. Yes.
2      A. No.
3      Q. With regard to your back injury, do you
4  still have back pain, as you sit here today?
5      A. Yes.
6      Q. So did it get better after the 1997
7  Omaha surgery?
8      A. It did get better, yeah.
9      Q. But has it gotten worse since then after
10  the surgery?
11     A. '99, I was laid up for a while. Went
12  back to what it was before '97.
13     Q. Mr. Milnes, currently, who is your
14  family doctor or your general physician?
15     A. Dr. Soliai was my primary care doctor.
16     Q. First name is?
17     A. Eddie Soliai.
18     Q. Now, Mr. Milnes, I'm going to ask you
19  about your various hospital stays during the
20  period from, in June 1999 and July 1999.
21         But just to make sure that we don't mix
22  them up, I'm going to refer -- and correct me if
23  I'm wrong with these dates now -- when I refer to
24  the first hospital stay, I'm referring to June 14,
25  1999 to June 19, 1999.

Page 33

1      A. Okay.
2      Q. Do those dates sound correct to you?
3      A. Yes.
4      Q. Now, when I refer to the second hospital
5  stay, I'm referring to June 25, 1999 to July 2,
6  1999.
7      A. That's correct.
8      Q. And now when I refer to, later in this
9  deposition, to the third hospital stay, I'm
10  referring to July 8, 1999 until July 20, 1999.
11     A. That's correct.
12     Q. Let's talk about the first hospital
13  stay.
14         Do you recall what time of the day that
15  you were admitted?
16     A. The first day? It was 4:30 in the
17  afternoon.
18     Q. And where were you admitted to?
19     A. Tripler Emergency.
20     Q. And how did you get to Tripler?
21     A. By ambulance from here.
22     Q. When you say "from here," where is
23  "here"?
24     A. The VA used to be located in this
25  building. I was here all day with the VA.

Milnes v. USA                    Multi-Page™                    January 13, 2006
Kevin Milnes

Page 34

1    Q. What time did you get -- when you say
2 "all day," what time did you get to the VA at?
3    A. 8:30 in the morning.
4    Q. And what happened while you were at the
5 VA from 8:30 to approximately 4 p.m.?
6    A. Tried to cure the problem.
7    Q. Can you tell me what problem you are
8 referring to?
9    A. To me, I thought it was food poisoning.
10    Q. What part of your body was affected by
11 this?
12    A. Right side (indicating).  Right side,
13 middle.  Like a knife stuck in my gut.
14    Q. You're referring to the right --
15    A. Right side.
16    Q. Kind of on the -- just above your right
17 hip bone, approximately?
18    A. Yeah.  A few inches above.
19    Q. How long had you been experiencing those
20 symptoms before you went to the VA?
21    A. It happened to me that night at about
22 1:00 or 2:00 in the morning.
23    Q. That would be the morning -- very early
24 morning of June 15, you started getting the
25 symptoms?

Page 35

1    A. 14th.  Yeah, we got here on the 13th.
2    Q You first got to the VA on June 13th?
3    A. No, we just arrived in Honolulu on the
4 13th.  We flew in.
5    Q. Flew in from where?
6    A. LA.
7    Q. And the reason why you came to Honolulu,
8 were you moving here, is that it?
9    A. Yes.
10    Q. And why were you moving here?  Did you
11 have a job waiting for you?
12    A. Yeah, the union.
13    Q. And did you have a place set up for you
14 to move to?
15    A. Yes.
16    Q. Where was that at?
17    A. We started out with Beachcomber Realty.
18 Stayed with that.  I know that realtor really
19 well.  She had a place for us -- what do you call
20 it -- near the Wave.
21    Q. Kind of in Waikiki?
22    A. Yes.
23    Q. But that was only a temporary residence?
24    A. Temporary until I found another place.
25    Q. Did you suspect what caused your food

Page 36

1 poisoning?
2    A. Well, I thought it was Opakapaka,  But
3 it didn't turn out to be.
4    Q. And when did you eat this Opakapaka?
5    A. At Sizzlers.
6    Q. The night where?
7    A. Yes.
8    Q. The night of June 14th?
9    A. 13th.
10    Q. Oh, 13th.  And when did you first start
11 to get the symptoms on your right side?
12    A. 1:00 or 2:00 in the morning, I woke up
13 in convulsions.
14    Q. This is June 14th?
15    A. Yeah, in the way early morning.
16    Q. Then you went to the VA?
17    A. I went straight to the VA.
18    Q. At 2:00 in the morning?
19    A. No.  As soon as they were open, at 8:00
20 in the morning.
21    Q. That was on June 14th?
22    A. That's correct.
23    Q. Do you recall who you saw in the VA on
24 June 14th?
25    A. My doctor, Eddie Soliai.  He's been my

Page 37

1 primary care doctor since '90.
2    Q. Do you recall what, if anything, he did
3 for you at the VA?
4    A. He tried a GI cocktail, they called it.
5    Q. Is that medication?
6    A. Yes.  It's codeine and some other stuff,
7 laxative or something like that that the
8 pharmacist mixed up.
9        We tried that.  We took some x-rays.
10 And wasn't getting any better.  That's when he
11 referred me to Tripler.
12    Q. Who brought you to the VA?
13    A. I did.
14    Q. You drove yourself?
15    A. Yes.
16    Q. In addition to the x-rays and GI
17 cocktail -- strike that.
18        In addition to the x-ray and GI
19 cocktail, did Dr. Soliai or any other VA personnel
20 give you any other treatment?
21    A. They just observed me.
22    Q. The whole time, you were staying in one
23 of the rooms?
24    A. Yes.
25    Q. Whose decision was it to send you to the

Page 38

1  ER? Did you want to do it or Dr. Soliai?
2      A. Dr. Soliai. He had suspicions by then.
3      Q. Do you know what his suspicions were?
4      A. He thought it was gall bladder.
5      Q. Is this the first time you had ever
6  experienced these symptoms during the morning of
7  the 14 of June?
8      A. Yes. First time ever.
9      Q. And you got so you went to Tripler Army
10 Medical Center on June 14th?
11     A. That's correct.
12     Q. And you stayed there to June 19,
13 correct?
14     A. That's correct.
15     Q. Why don't you give me a general
16 description of what happened during this first
17 hospital stay?
18     A. Well, I got to Tripler. And, well, they
19 thought maybe I was compacted, so they gave me
20 some suppositories. And then set me up for a CT
21 scan -- another x-ray.
22        And the x-ray came back a lot better
23 than the one the VA had over here. So it's some
24 kind of compaction or whatever in the gall bladder
25 area.

Page 39

1        Then they sent me for a CT scan in the
2  wee early morning of the 15th. And they had
3  definite -- they came back there, the guy that
4  read the film or the CT scan said the gall bladder
5  was a definite problem, enlarged.
6        Then I was finally admitted to the
7  hospital itself around about 11:00 or 12:00 that
8  afternoon. And at that time, I saw Dr. Lim, who
9  came up to me about 2:00 or 3:00 in the afternoon.
10 Said that, you know, they were thinking about
11 doing surgery on my gall bladder.
12        So then he told me what they were going
13 to do. They were going to drill four holes and
14 hopefully, you know, suck out through one of the
15 four holes.
16        And I signed a release. Waited and
17 waited. And at about 5:00 or 6:00 that afternoon,
18 they came back up and said, well, this
19 Dr. Cirangle guy wanted to have a scope. By that
20 time, the only operator of the scope had already
21 left and wouldn't be in until the following
22 morning on the 16th.
23        So at 7:00 on the 16th, they took me
24 down and had this nurse do a scope on me. And at
25 that point, absolutely proved that I had a gall

Page 40

1  bladder problem, according to them.
2        So then they rushed me into surgery by
3  about 10:00. I was in OR, getting ready and
4  prepped for surgery. And I guess between 11:00
5  and 3:00, that's when they actually did the
6  surgery.
7      Q. So it's your recollection that your
8  surgery occurred approximately 11 p.m.?
9      A. 11 a.m.
10     Q. 11 a.m. on June 15?
11     A. That's when I was knocked out. Thank
12 God. I was in so much pain. I was chewing on ice
13 cubes for two days.
14     Q. Just to confirm now, what time were you
15 admitted into the Tripler Army Medical Center?
16 I'm sorry -- strike that.
17        You said that you were first admitted
18 into the emergency department, correct?
19     A. That's correct.
20     Q. And then at a certain time later, you
21 were then transferred into the hospital?
22     A. Right.
23     Q. What time and date were you admitted
24 into the hospital?
25     A. The following day, the 15th.

Page 41

1      Q. At about what time?
2      A. I think it was about 8:00 or 9:00 in the
3  morning. And I didn't get to my room until about
4  11:00.
5      Q. This is on the 15th, right?
6      A. Yeah.
7      Q. So just to confirm now, you were
8  admitted into the emergency department at
9  approximately 4:30 p.m. on the 14th?
10     A. That's correct.
11     Q. And then you were admitted into the
12 hospital from the emergency department at 8 a.m.
13 on June 15th?
14     A. That's correct.
15     Q. And your surgery occurred at what time?
16     A. The following day at 11 p.m. -- I mean
17 a.m.
18     Q. This is on the 15th or 16th?
19     A. 16th. I was really hot and bothered by
20 then.
21     Q. And then you say that, you testified
22 that a nurse did your scope?
23     A. The following morning at 7:00 in the
24 morning.
25     Q. On the 16?

Page 42

1  A. On the 16th. I was kind of pissed off.
2 I thought I was going to go into surgery that
3 Tuesday.
4  Q. Tuesday is what day now? The 14th?
5  A. The 15th.
6  Q. So the 16th was a Wednesday --
7  A. I waited until somebody knew how to use
8 the scope.
9  Q. You're telling me the reason why you
10 were not operated on the 15th was because nobody
11 in the hospital was able to use the scope?
12  A. That's correct. The oscilloscope they
13 check for like babies or whatever.
14  Q. Now, after you checked in to -- or
15 after you were admitted into the -- strike that.
16       Between the time that you were admitted
17 into the emergency department up until the time
18 that you had the surgery, did they give you any
19 medications or IV's?
20  A. They didn't IV me until the following
21 morning, on the 16th.
22  Q. Do you know what time they IV'ed you at?
23  A. Roughly right after the scope. About
24 8:00, 9:00 in that morning.
25  Q. Do you know what was in the IV that they

Page 43

1 were giving you?
2  A. Not a clue. I was a mad dog by then.
3  Q. Did you observe any, perhaps, nurses or
4 other medical personnel?
5  A. Yes.
6  Q. Let me ask my question. I want to make
7 sure you understand my question before you say
8 yes.
9       On the 16th in the morning when they
10 first opened the IV on, you did you notice any
11 nurses or medical personnel from Tripler, you
12 know, hang some medicine that was dripping into
13 you?
14  A. I know it was an IV. It was just a
15 regular fluid at the time.
16  Q. When you say it was a "regular fluid,"
17 what kind of fluid was that?
18  A. What do you call it? Intervenous.
19 Saline.
20  Q. And they were giving you saline from the
21 time they first hooked up your IV up until the
22 time of surgery?
23  A. Yes, until they took me down to OR. At
24 that time, they added whatever.
25  Q. They took you down to OR at about

Page 44

1 11 a.m. that day, on Wednesday?
2  A. About 10:00.
3  Q. How do you know that it was saline
4 solution?
5  A. Because I was dehydrated.
6  Q. Did anybody tell you it was saline
7 solution?
8  A. Well, from my experience, that's what it
9 looked like yes. Saline.
10  Q. But was there like a label on the bag
11 saying it was saline solution?
12  A. Yeah, there was a label on there.
13  Q. What did the label say?
14  A. "Saline."
15  Q. Saline solution?
16  A. Yeah.
17  Q. During that period, did the nurses ever
18 come to change the bag?
19  A. I think, yeah, once.
20  Q. And when they changed it, they took down
21 one bag and put up another?
22  A. Correct. Then they moved me down to OR.
23  Q. Do you know what the second bag was?
24  A. I think it was the same, saline.
25  Q. When you say you think it is, why do you

Page 45

1 think it was saline solution?
2  A. Well, it was just one big bag.
3  Q. Did it have the words "Saline solution"
4 on a sticker or something on it?
5  A. Yes, I think so.
6  Q. Now, I earlier said I don't want you to
7 guess. When you say you think so --
8  A. I can't guess.
9  Q. You're not really sure what the second
10 bag was?
11  A. I can't swear to God right now, no.
12  Q. Did you ever ask the nurses what the
13 bags were?
14  A. I was begging for meds.
15  Q. But, for example, when they hung the
16 bag, did you ever ask the nurse, What kind of
17 medication is that, or, What is that thing in
18 there?
19  A. Yes.
20  Q. And did they ever respond to you?
21  A. I wanted pain meds, bad.
22  Q. I understand that. But my question to
23 you is: When they hung the bags with regard to
24 your IV that morning before surgery, did you ever
25 ask them, you know, what's in that bag?

Page 46

1    A. Yes.
2    Q. And what did they tell you?
3    A. No pain meds for you yet.
4    Q. So they never responded to you when you
5 asked them what was in there?
6    A. All I asked for was pain meds.
7    Q. Did you ever ask them, What's in the
8 bag?
9    A. I knew, again -- I knew what IV solution
10 is. It's just saline solution is all it was. And
11 that's all I saw. There wasn't any other bags or
12 injections stuck in there.
13    Q. My question to you is: Did you ever ask
14 the nurse who was hanging the bag what was inside
15 the bag?
16    A. No, I did not.
17    Q. And that was for the first and second
18 bags, correct?
19    A. That's correct. But my pain didn't go
20 away.
21    Q. Do you know what kind of surgery was
22 performed on you during the first hospital stay?
23    A. Yes. They did drill the four holes.
24 And, yeah, there was such an enlarged gall bladder
25 that they had to do an emergency opening to take

Page 47

1 it out.
2    Q. When you say "drill the four holes," you
3 mean drilling the four holes to do the scope
4 procedure?
5    A. That's correct.
6    Q. Do you know who did the scope procedure?
7    A. Dr. Lim, under supervision with
8 Dr. Cirangle.
9    Q. Earlier, you testified -- and correct me
10 if I'm wrong -- that during the previous day, they
11 couldn't do the scope procedure, because Dr. Lim
12 and Cirangle did not know how to use it?
13    A. There's two different kinds of scopes.
14 One is an oscilloscope kind of thing that they
15 look for babies or whatever. Sonogram. That's
16 what they call it.
17       And so I call it a "scope." There was
18 nobody, a nurse, that knew how to use a sonogram.
19 That is the reason why they waited until the next
20 day at 7:00 in the morning. That was their
21 excuse, they wanted to be absolutely sure.
22    Q. So you're saying on the 15th, they
23 wanted to give you a sonogram, but nobody in the
24 hospital knew how to do it?
25    A. That's correct.

Page 48

1    Q. With regard to the operation, you went
2 on that -- strike that.
3       With regard to the operation that was
4 performed on you on June 16th at approximately
5 11 a.m., that's the operation in which they tried
6 to do the scope, but it was too inflamed, so they
7 did an open procedure?
8    A. They had an open procedure, yes.
9    Q. Before you under went this procedure,
10 did they explain it to you?
11    A. Yes.
12    Q. What was --
13    A. Not -- no. They explained to me the day
14 before, that afternoon, that they were going to
15 drill four holes, and I signed a release.
16    Q. Did they also explain to you that if
17 they couldn't do the scope, that an open procedure
18 would have been used?
19    A. No. But I would have done anything to
20 get that thing out. I was ready to cut myself.
21    Q. Now, do you recall -- strike that.
22       I'm assuming that you were under general
23 anesthesia when you had your gall bladder surgery?
24    A. Yes.
25    Q. Do you recall what time you came about?

Page 49

1    A. About 3:00 that afternoon.
2    Q. That's on the 16th?
3    A. Uh-huh.
4    Q. How did you feel when you came out of
5 surgery?
6    A. Relieved.
7    Q. Before your discharge for the first
8 hospital stay, were you able to eat things, or
9 what kind of diet did you have?
10    A. Well, they had all kinds of bags on me,
11 IV's and whatnot. And every hour on the hour,
12 somebody would come around and check my blood,
13 like a bunch of mosquitoes.
14    Q. Did they tell you what was in the bag --
15 strike that.
16       Did you know what was in the bags they
17 were giving you through the IV?
18    A. Yes.
19    Q. What kind of stuff were they giving you?
20    A. Well, supposedly, they were giving me
21 some pain meds. Morphine pump, they had on there.
22       And I think they had some kind of, I
23 think the first day, first couple hours, they had
24 some kind of infection fighter in this.
25    Q. Some type of antibiotic?

Page 50

1    A. I think so, yes.
2    Q. When you say "after the first day," was
3  it the first day after the surgery or the first
4  day of hospitalization?
5    A. Right after surgery.
6    Q. That was on the 16th?
7    A. Yes.
8    Q. When you say you think that they were
9  giving you pain medication or antibiotics, how you
10 did know that?
11   A. They explained the morphine part.
12   Q. Before they gave you the morphine, they
13 kind of explained what they were giving to you?
14   A. Yes.
15   Q. Did they also explain -- did they also
16 give you an explanation when they gave you the
17 antibiotics?
18   A. They didn't explain it, but I could tell
19 there was something in there. They had like four
20 different bags on the -- they had a morphine pump,
21 the IV, and then they had, I think that was the
22 antibiotic bag on there, yeah.
23   Q. And how did you know it was antibiotics?
24   A. Well, it was yellowish in color. It
25 looked different.

Page 51

1    Q. You weren't really sure what it was. It
2  was kind of a guess on your part?
3    A. It was a guess, yes.
4    Q. And you never had any pharmaceutical
5  training or education, did you?
6    A. I took chemistry, inorganic, organic.
7    Q. You never had any pharmacy-type courses?
8    A. In the Army, medical.
9    Q. That was in which year?
10   A. From '76 to '80, I was a ward master.
11   Q. When were you discharged during the
12 first hospital stay?
13   A. Discharged from the Army?
14   Q. No. Discharged from the first hospital
15 stay. Was it June 19th?
16   A. Yes, it was a Saturday.
17   Q. And how did you feel when you were
18 discharged on June 19th?
19   A. I was upset, a little bit.
20   Q. Not emotionally, but physically, how did
21 you feel?
22   A. I was feeling less pain, and relieved.
23 But I was a little disappointed on the -- that I
24 had a pump for, you know, gathering the juices or
25 whatever, and it wasn't collecting anything. It

Page 52

1  was disconnected, and there was nobody there to do
2  anything about it. But they just threw me out,
3  anyway.
4    Q. When you say your pain was less, is that
5  in comparison to what?
6    A. I mean, if you want to go on a scale
7  from one to ten, I would say ten-plus pain prior
8  to the surgery.
9    Q. And at the time of discharge on June
10 19th, what was your pain rating on a scale of one
11 to ten?
12   A. I would say six to seven on my back,
13 mostly.
14   Q. Did you have any pain in the area where
15 the incision was?
16   A. No.
17   Q. Do you recall if you looked at your
18 incision before you were discharged on the 19th?
19   A. Yes.
20   Q. Can you describe what it looked like?
21   A. Well, it was a major scar with surgical
22 clips in there. And it had a drain plug to
23 collect the fluid. And the drain plug was not
24 working.
25   Q. When you say it was not working, tell me

Page 53

1  about that.
2    A. Well, there is a -- I guess it is --
3  it's kind of a bulb, kind of like they use for a
4  baster, like that. It has a suction thing on it
5  kind of a deal.
6        And the tube stuck inside the wound
7  itself. And then the bulb is off to the side and
8  it collects any overfill or fluids from the wound
9  itself.
10       And it collects inside the bulb, which
11 you can disconnect and empty yourself. But there
12 is a disconnection. The tube inside wasn't
13 connected inside the wound properly.
14   Q. Could you just tell this by looking at
15 this, or did somebody tell you it wasn't working
16 correctly?
17   A. It was working two days after surgery.
18 And two days after surgery, it wasn't working.
19   Q. Did you tell anybody it wasn't working?
20   A. Yes.
21   Q. Who did you tell?
22   A. I tried to tell somebody, but there
23 wasn't anybody around Saturday.
24       Friday, I told Dr. Lim, but he was busy
25 with his errands. And the rest of the crew said

Milnes v. USA                Multi-Page™                    January 13, 2006
                                                                Kevin Milnes

Page 54

1 they would get back to me, and they never did.
2 Saturday, nobody was there. And they just came
3 around and told me I was discharged, and off I
4 went.
5       Then they told me to show up Monday, the
6 following, two days later. And I came back in and
7 went to surgery, and on second floor at Tripler,
8 and saw this Major I never saw before.
9       And I told him about it. Instead of him
10 doing anything about it, he just took all the
11 surgical clips and removed the tube and took it
12 all off.
13       Then I went back home that night and
14 dehisced.
15 Q. What does that mean, to dehisce?
16 A. I blew up.
17 Q. What blew up? You blew up or your cut
18 blew up?
19 A. My wound blew up, and I blew up. I'm
20 not kidding. My blood and guts were all over the
21 place.
22 Q. Mr. Milnes, do you currently smoke
23 cigarettes?
24 A. Yes, I do.
25 Q. How long have you been a regular smoker?

Page 55

1 A. Since the Army.
2 Q. So while you were staying in the
3 hospital during the first hospital stay, were you
4 smoking?
5 A. The first stay?
6 Q. Yes. The first stay.
7 A. No, not until about Friday the day
8 before discharge.
9 Q. So during your hospital stay, after --
10 during the period after your surgery and before
11 discharge, you smoked?
12 A. Yeah I went down and had one cigarette.
13 Q. You only had one cigarette?
14 A. Yes.
15 Q. Did anyone tell you during your first
16 hospital stay you shouldn't smoke?
17 A. They said smoking is not good for your
18 health. I've heard that a million times.
19 Q. Did they ever tell you that smoking
20 might affect the ability of your incision to heal?
21 A. Not at that time, no.
22 Q. Now, you were discharged on June 19,
23 1999, correct?
24 A. Uh-huh.
25       (Whereupon, a Discharge Summary was

Page 56

1 marked as Exhibit 1 for Identification.)
2 BY MR. CHING:
3 Q. Mr. Milnes, can you take a look at this.
4 After you're done, I'm going to ask you a few
5 questions about this.
6       (Pause.)
7 BY MR. CHING:
8 Q. Ready?
9 A. Yes.
10 Q. Mr. Milnes, do you recognize this
11 document?
12 A. Yes.
13 Q. What is this document?
14 A. It's a Discharge Summary.
15 Q. Now, I'm looking at Page 4 of this
16 Discharge Summary, under the Number 21, there's a
17 statement saying, "I understand and have received
18 a copy, blank, blank, blank."
19       Do you see that?
20 A. Which part?
21 Q. Page 4.
22 A. Yes. Page 4.
23 Q. Is that your signature on the bottom?
24 A. That's correct.
25 Q. And it's dated June 20, 1999, or it is

Page 57

1 that a 19? I can't read the writing.
2 A. 6-20-99.
3 Q. You were discharged on June 19, 1999,
4 correct?
5 A. Let's see. Yes.
6 Q. But did you go back the next day to date
7 this? Or did you just date it incorrectly?
8 A. I might have dated it incorrectly.
9 Q. Do you recall reading this document and
10 signing the bottom, indicating that you read it?
11 A. I was released on a Saturday. So the
12 14th was Monday.
13       Would Saturday be the 19th?
14 Q. I believe so.
15 A. All right.
16       MR. CHING: Mr. Dubin, does that sound
17 correct to you, the 14th is a Monday?
18       MR. DUBIN: Could be.
19 A. Well, they don't have the dates right
20 here, and they say I was admitted on the 13th on a
21 Sunday.
22 BY MR. CHING:
23 Q. Do you recall reading and signing this
24 document before you were discharged on June 19,
25 1999?

POWERS & ASSOCIATES (808)536-2001

Page 58

1   A. Yes.
2   Q. So basically, it appears that you
3 incorrectly dated your signature, correct?
4   A. I incorrectly dated it, I guess.
5   Q. Now, did somebody go over this form
6 with you?
7   A. No.
8   Q. Did somebody named Tammy Thomas, a
9 nurse, go over this form with you?
10   A. No, she did not.
11   Q. So, basically, they gave you this form,
12 you read it, and then you signed?
13   A. I didn't see it until I went to
14 discharge.
15   Q. Okay. At the time when you were
16 discharged -- strike that.
17       When did you first see this document?
18   A. When I was being discharged.
19   Q. And at the time that you first saw this
20 document, did somebody read this document to you
21 or go over it with you?
22   A. No, they did not.
23   Q. So somebody just gave it to you, and
24 then you read it and signed it?
25   A. They tried to submit me a bill for food

Page 59

1 and whatnot.
2   Q. So nobody went over this discharge
3 notice -- let me finish.
4       Nobody went over this discharge notice
5 with or asked you if you have any questions about
6 it?
7   A. None.
8   Q. They gave it to you?
9   A. That's correct.
10   Q. And you read it, and then you signed it,
11 correct?
12   A. That's correct.
13   Q. And by signing it, you indicated that
14 you understood and you received a copy of this
15 letter or a copy of the above instructions?
16   A. Follow instruction?
17   Q. The above instructions.
18   A. Yes. They just sent me down to sixth
19 floor, and told me to go down there and sign up
20 and get released. They produce you a bill and
21 paperwork. You sign and ta, ta, ta, and out the
22 door you go.
23   Q. Do you recall who gave you this document?
24   A. I think it was a clerk on the sixth
25 floor, on release.

Page 60

1   Q. Now, during your first hospital stay,
2 did you have any interactions with Dr. Lim or
3 Dr. Cirangle?
4   A. Dr. Cirangle, no. Not really.
5   Q. Dr. Lim, did you have any interactions
6 with him?
7   A. Just good stuff, yeah.
8   Q. What kind of good stuff is that?
9   A. Well, you know, he said he was going to
10 try to help me. He was real compassionate.
11   Q. Before you were discharged, during the
12 first hospital stay, did any doctor tell you what
13 you should do or not do after you were discharged?
14   A. No. Not a word.
15   Q. Did any doctors, including Dr. Cirangle,
16 ever tell you that you should not smoke after
17 being discharged?
18   A. Not the first time.
19   Q. Did any doctors, including Dr. Cirangle,
20 tell you that you should not drive, prior to being
21 discharged, or at the time of discharge of the
22 first hospital stay?
23   A. No. Nothing.
24   Q. Did any doctors, including Dr. Cirangle,
25 tell that you should not lift heavy objects, prior

Page 61

1 to being discharged from your first hospital stay?
2   A. No interreaction.
3   Q. Excuse me?
4   A. No interreaction.
5   Q. Can you please explain what you mean by
6 "no interreaction"?
7   A. I didn't even know who Dr. Cirangle was.
8 He heard he was in charge of the team. That's all
9 I heard. Dr. Lim was my main doctor. He came in
10 before and after, and he was basically doing
11 visits. And he told me I would be discharged
12 Saturday, and that was the end it of.
13   Q. During your first hospital stay, you
14 never spoke to Dr. Cirangle at all?
15   A. No. I didn't even know who he was.
16   Q. Later on, you got to know him a little
17 better, I would assume?
18   A. Next trip, I did.
19   Q. I might have asked you this before. I
20 think I forgot what your answer was.
21       But if the pain before the surgery was
22 ten on a scale of one to ten, what was your pain
23 level when you were discharged on June 19th, on a
24 scale of one to ten?
25   A. Probably about five or six, which is

Page 58 - Page 61

Page 62

1 normal for me.
2    Q. When you say "normal," does that mean
3 that before this, your side pain that you had, you
4 always had this type of pain?
5    A. Yes.
6    Q. And after you were discharged on June
7 19, 1999, how did you get home?
8    A. Drove.
9    Q. You drove yourself?
10    A. Yes.
11    Q. Where was your car?
12    A. I had a friend of mine park it up there
13 at Tripler for me.
14    Q. Who is your friend?
15    A. Gene Pitts.
16    Q. Could you spell Gene for me?
17    A. G-E-N-E, Clarence, C., Pitts,
18 P-I-T-T-S.
19    Q. Where were you residing or living
20 during the period between the first and second
21 stays?
22    A. I was residing in a condo down near,
23 next to the Wave, where that pancake house is,
24 where they have -- you know where it is. On
25 Kapiolani Boulevard.

Page 63

1    Q. Kind of by Ena Road?
2    A. Yeah, a ten-story condo there.
3    Q. At that point, were you staying there
4 permanently, or were you in the process of moving
5 to any other place?
6    A. Just temporary. I already made -- I've
7 stayed there before.
8    Q. But during the period between the first
9 and second hospital stays, were you moving to a
10 different apartment or house?
11    A. No. Not yet.
12    Q. When you say "not yet," were you
13 planning to move?
14    A. Yes.
15    Q. What was the date of that move planned
16 for?
17    A. Not until July.
18    Q. Do you know which portion of July?
19    A. Middle of July. Somewhere around there.
20    Q. So were you doing any type of moving
21 activities between the first and second hospital
22 stays?
23    A. No, I was not.
24    Q. What did you do between the first and
25 second hospital stays?

Page 64

1    A. Sunday, got the newspaper and looked for
2 a place.
3    Q. Sunday would be the 20th, I believe?
4    A. Yes.
5    Q You say you looked for a place. You
6 just read the paper?
7    A. Yes.
8    Q. Did you go to any open houses?
9    A. I went to one.
10    Q. Where was that located at?
11    A. In Kaneohe.
12    Q. During this period between the first and
13 second hospital stays, did you continue to
14 smoke --
15    A. Yes.
16    Q. -- cigarettes?
17    A. Yes.
18    Q. Did you carry any heavy objects, which
19 is anything above ten pounds, during this period?
20    A. Nothing.
21    Q. Did you drive any vehicles during this
22 period?
23    A. Yes, I did.
24    Q. How often were you driving during this
25 period?

Page 65

1    A. Just that one time. Sunday.
2    Q. Just to go to the open house?
3    A. On Kaneohe, yes.
4    Q. In Kaneohe. Now, from the time that
5 you -- strike that.
6        Did you return to Tripler or the VA for
7 any kind of treatment during the period between
8 your first and second hospital stays?
9    A. No, I didn't.
10    Q. Did you go back on the --
11    A. 21st.
12    Q. -- 21st for treatment?
13    A. Yes.
14    Q. Who did you see?
15    A. I went and saw this Major in surgery,
16 the second floor.
17    Q. What did the Major do?
18    A. Removed the surgical clips and that
19 infection thing, bulb, drainage bulb.
20    Q. When you say "infection thing," do you
21 recall what that was?
22    A. It was an overflow -- you know, as
23 you're healing, you create fluids. And the bulb
24 was there to collect the fluids.
25    Q. And then you mentioned earlier that

Page 62 - Page 65

Milnes v. USA
Multi-Page™
January 13, 2006
Kevin Milnes

Page 66

1 after that, at some point, you blew up, quote,
2 unquote?
3    A. That night.
4    Q. Tell me what happened about that.
5    A. About midnight on the 21st, I coughed
6 and convulsion, and my whole entire wound came
7 open.
8        My inner stitches broke over the fascia,
9 they call it. At that point, you could see my
10 intestines, and blood and stuff was everywhere.
11    Q. And what did you do after that?
12    A. I fell asleep.
13    Q. Did you call the doctor?
14    A. There's -- no.
15    Q. Did you call the emergency department?
16    A. Yes.
17    Q. And what did the emergency department
18 tell you?
19    A. "Come on up."
20    Q. This was on the night of the 21st?
21    A. 22nd, morning, I came up.
22    Q. And who did you see during the morning
23 of the 22nd?
24    A. Whoever was in charge of the ER.
25    Q. Is that Dr. Sakiguchi?

Page 67

1    A. Could have been. I don't know who.
2    Q. Just to confirm, did you call the
3 emergency department that night when you blew up,
4 or you called them the next morning?
5    A. When I woke up, a couple hours later.
6    Q. Why didn't you call them right away?
7    A. I felt relieved. I felt better after my
8 wound opened up.
9    Q. So after you coughed, you felt better?
10    A. Yes.
11    Q. So up until the time that you coughed --
12 strike that.
13        From the period that you were discharged
14 up until the time that you coughed, did your pain
15 go up or down?
16    A. Prior to the coughing, it was way up
17 there. It was probably about eight or nine level
18 pain.
19    Q. And did you try to call, or did you ever
20 call Tripler or the emergency department after
21 your pain started to increase?
22    A. No.
23    Q. Why didn't you call when your pain
24 increased?
25    A. I thought it would go away.

Page 68

1    Q. Did you have a fever at this point?
2    A. Yes.
3    Q. When did you realize that you had a
4 fever?
5    A. Prior to the dehiscion.
6    Q. That was prior to seeing the Major,
7 correct?
8    A. Uh-huh.
9    Q. Did you tell the Major of your pain and
10 your fever when you went to go see him?
11    A. I told him about the bulb that wasn't
12 draining, hadn't been draining, and fluid was
13 collecting or something was going on, because I
14 was feeling pressure on my lungs.
15    Q. Why didn't you tell him about your fever
16 and your increased pain?
17    A. I did tell him. And he just removed the
18 stitches and sutures and removed the bulb thing,
19 and that was the end of it. Told me to go home.
20    Q. Did you call the emergency department
21 when your pain your fever first arose?
22    A. No.
23    Q. What happened after you went to go see
24 the doctor the morning after you blew up?
25    A. I had to sit in the emergency for three

Page 69

1 to four hours. Finally, when I got in there, they
2 put my intestines back and taped me up and
3 bandaged me and said, Well, be fine, go home.
4    Q. This was on June 22nd?
5    A. Yes.
6    Q. What happened after that?
7    A. Finally, one of the doctors there talked
8 to somebody in surgery about it. And so the 23rd
9 midnight, I got a call from Dr. Lim, asking me to
10 come back in.
11    Q. And what happened after that?
12    A. I went back in on the 24th on a Thursday
13 at about 11:00.
14    Q. And when you went back in -- strike
15 that.
16        So after the first hospital stay, you
17 first went in on the 22nd, to the ER?
18    A. Yeah.
19    Q. And then you got sent home?
20    A. Sent home.
21    Q. Then you went back to the ER on the
22 24th?
23    A. No, I went back to surgery on the 24th.
24    Q. On the 24th.
25    A. No. Actually, I went straight to the

Page 66 - Page 69

Page 70

1 ward.
2    Q. How did you feel on the 23rd?
3    A. Not great.
4    Q. On a scale of one to ten, what was your
5 pain level?
6    A. Probably eight, I guess.
7    Q. Did you try to call anybody on the day
8 of the 24th or the night of the -- strike that.
9       Did you try to call anybody on the 23rd
10 to complain about your pain?
11   A. 23rd?  I had already been to the ER, and
12 they told me to go home.
13   Q. I thought you said you went to the ER on
14 the 22nd.
15   A. I did.
16   Q. You went on 23rd, too?
17   A. No.  The 23rd, I was waiting for a
18 phone call.  I got a call midnight on the 23rd.
19   Q. When you say you were waiting for the
20 phone call, did you call them and ask them to
21 return your call?
22   A. I asked when I was in the ER, would you
23 please contact surgery and tell them about the
24 situation.
25   Q. That was on the 22nd?

Page 71

1    A. Yes.
2    Q. Just to summarize, on the 22nd, when you
3 were discharged from the ER, they told you that
4 surgery would be calling you?
5    A. Yes.
6    Q. And they called you at some point at
7 about midnight on the 23rd?
8    A. That's correct.
9    Q. Or sometime in the early morning of the
10 24th, correct?
11   A. Yes.
12   Q. What happened after you spoke to them on
13 the 24th?
14   A. Dr. Lim heard about what the guy saw in
15 ER.  And he said, Well, never mind going on the
16 second floor.  Just come back on the fifth ward, A
17 or B, I think it was.  He said, Come on in, and
18 we'll do something about it.
19   Q. And what happened after that?
20   A. Well, I came in, and then waited three
21 or four hours.  And nobody showed up until later
22 on.  About 4:00 in the afternoon, finally, Dr. Lim
23 and -- that's when I got to know Dr. Cirangle, I
24 guess.
25   Q. So now we're talking about the daytime

Page 72

1 of the 24th, correct?
2    A. Right.
3    Q. And did you first go to the emergency
4 department and they directed you to surgery, or
5 did you go straight to surgery?
6    A. I went to the ER.
7    Q. And they admitted you and put you into
8 the surgical ward?
9    A. No, they didn't.  I went home.
10   Q. On the 2 --
11   A. -- 2nd.
12   Q. Now, I'm talking about the 24th.
13   A. The 24th, I was admitted to the ward.
14   Q. Did you go to ER first, or did you --
15   A. No, I went straight to the ward.
16   Q. Straight to the ward.
17      Did you recall what your wound, what the
18 incision looked like when you were admitted on the
19 24th?
20   A. It was wide open.  Been changing gauze
21 and bandages myself.  And what are they told me to
22 do in the ER to do.
23   Q. Now, did you follow the  instructions
24 when you changed your gauze and bandages as
25 indicated in the discharge instructions?

Page 73

1    A. Yes.
2    Q. Did you wash your hands every time you
3 changed it?
4    A. My wife did.
5      MR. CHING:  You want to take a break?
6      MR. DUBIN:  Sure.
7      (Whereupon, a recess was taken.)
8 BY MR. CHING:
9    Q. Back on the record.
10      Mr. Milnes, now we're going to discuss
11 the second hospital stay, which was, I believe,
12 from June 25th to July 1999.
13   A. That's correct.
14   Q. Do you recall what time you reported to
15 the Tripler Army Medical Center?
16   A. I reported that morning.  On a Thursday.
17   Q. And that was after one of the doctors
18 called you and told you to report?
19   A. Dr. Lim did, yes.
20   Q. That was the evening of the 24th?
21   A. That's correct.
22   Q. And did he tell you to come down to
23 Tripler right away, or did he tell you to come the
24 next morning?
25   A. He told me to come the next morning.

Page 74

1  Q. And when he called you, did you tell him
2  how you felt?
3  A. Yes. He told me I should have just gone
4  to surgery instead of ER.
5  Q. On the 22nd?
6  A. Yeah. He said I made a mistake going to
7  ER.
8  Q. Did anybody in the ER on the 22nd tell
9  you you should go to surgery right away?
10  A. No, they said it would be fine. Go home.
11  Q. Did they give you any kind of treatment
12  on the 22nd?
13  A. Other than bandages, no.
14  Q. Did you tell them how much pain you were
15  in on the 22nd, in the ER?
16  A. Yes.
17  Q. Do you recall, did you speak to a
18  Dr. Sakiguchi while you were there?
19  A. Briefly.
20  Q. And you were admitted on the 25th of
21  June, correct?
22  A. Yes.
23  Q. You were discharged July 2nd?
24  A. Correct. They needed the beds for July
25  4th.

Page 75

1  Q. Is that what they told you when they
2  discharged you?
3  A. That's correct. We need the beds. Get
4  out.
5  Q. Now, maybe if you can tell me what
6  happened during your second stay?
7  A. The second stay, Dr. Lim came down. And
8  he saw me, and he got me a new ward, signed the
9  paperwork, got me in there.
10  Then he said later on that afternoon,
11  Dr. Cirangle, the head of his team, would come in
12  and see me, him and about five other surgeons.
13  They have a surgical crew. They have B
14  and A, I think it was. I think I was with B.
15  And so Dr. Lim was part of that surgery
16  crew. And Dr. Cirangle was the supervisor of that
17  surgery crew.
18  Q. You mentioned the word "crew."
19  Do you know any other doctors who were
20  part of that crew?
21  A. I recognize them by face. And if I
22  looked through here, I could probably remember one
23  or two of the names. I remember one guy, I think.
24  Q. Maybe if you take a quick look through
25  that, you can tell me if you remember if anybody

Page 76

1  else was a member of that crew?
2  A. Richard, maybe.
3  Q. Richard is that his first name or last
4  name?
5  A. First name.
6  Q. Last name?
7  A. Masevero (phonetic).
8  Q. Anybody else?
9  A. No. Dr. Lim, Richard, that's it.
10  Dr. Cirangle, for sure. And Dr. Courts,
11  eventually.
12  Q. While you were in the -- strike that.
13  During the second stay, were any
14  procedures performed on you?
15  A. Yes.
16  Q. Can you please describe those.
17  A. It was on August, the 27th. 27th, I
18  went back to OR. And they stitched up my fascia,
19  put the intestines back in properly, and stitched
20  up the inner fascia, and didn't close the outer
21  layer yet.
22  And so I begged them to close that outer
23  area, because, you know, I didn't want a nasty
24  scar like I got now. You want to see it?
25  Q. I'll ask you about it later.

Page 77

1  A. All right. So after surgery, I saw the
2  crew again on the 28th. And I asked them about it
3  again, about closing the outer area, and he said,
4  Well, give us four or five days, and we'll
5  schedule again. I think it was on a Wednesday.
6  Maybe about July 1st or 2nd. July 1st. July 1st.
7  That's when it was.
8  So July 1st, I went back to OR, and they
9  were -- it took them four hours to find a vein,
10  because all that poking going on, and all my veins
11  collapsed.
12  They took two anesthesiologists two
13  hours each on each hand, trying to find a vein.
14  They finally found one in my thumb and got me
15  under.
16  He went back into surgery with
17  Dr. Cirangle this time, and he was going to close
18  the outer layer. And he threw a fit and threw
19  things all over the OR and the surgery.
20  And said that, I'll quote, "This mother
21  fucker is still infected," and told me to get the
22  hell out of there.
23  Q. I'll start from the earlier portion of
24  the hospital stay. You stated that on the 26th,
25  approximately, they did a procedure. And at that

Page 78

1 point, they left you open, correct?
2    A. 26th, they didn't do anything. The
3 27th, they didn't do anything -- wait a minute.
4        25th -- it was Saturday. I had to wait
5 two days. Two days before they do the surgery to
6 close my inner fascia. In other words, my
7 intestines were hanging out and my -- you know
8 what fascia is, your muscles?
9    Q. You had two different procedures during
10 this period, right?
11    A. Yes.
12    Q. After the first procedure, when was that
13 done?
14    A. That was on a Saturday on the 26th --
15    Q. 26th or 27th. With regard to the first
16 procedure, you said that you asked him to close
17 you up?
18    A. Completely.
19    Q. But they left it open, correct?
20    A. That's right. In order for the
21 infection to go down.
22    Q. Did they tell you why they left it open?
23    A. Infection.
24    Q. They wanted the infection to go down?
25    A. That's correct.

Page 79

1    Q. At that point, were they giving you any
2 type of antibiotics through the IV?
3    A. No, nothing. In fact, I didn't see a
4 doctor, from that day on.
5    Q. From what day on?
6    A. From that Saturday surgery. I saw them
7 briefly on rounds on the morning of that day, and
8 asked him, Why didn't you close the outer part,
9 and he said I was still infected.
10        From that day on, I didn't see him until
11 I went into OR four days later. And at that
12 point, that's when Dr. Cirangle cursed me.
13    Q. Now, with regard to the second hospital
14 stay, were you on IV the whole time you were
15 there?
16    A. Yes.
17    Q. Do you know what kind of medication you
18 were on?
19    A. I wasn't on IV until I went into surgery
20 that Saturday.
21    Q. From the time that you were first
22 admitted for the second hospital stay up until the
23 time of your first surgery, you had no IV in you?
24    A. None. Not until that Saturday.
25    Q. How was your pain prior to the first

Page 80

1 procedure during your second hospital stay?
2    A. It was about a seven or eight.
3    Q. And with regard to the second procedure
4 that was done, was that about July 1 or 2 or
5 somewhere around there?
6    A. The last one was July 1.
7    Q. And was your wound closed up after that?
8    A. No.
9    Q. Did he tell you why it was not closed
10 up?
11    A. Because I was still infected.
12    Q. Let me ask you this: During the second
13 hospital stay, did you smoke cigarettes?
14    A. Yes.
15    Q. How much were you smoking?
16    A. Probably about three, four cigarettes a
17 day.
18    Q. This was consistently from the time you
19 got in, to the time you were discharged?
20    A. I was just sitting there, waiting for
21 surgery for two days.
22    Q. Could you smoke in the hospital, or did
23 you have to somewhere?
24    A. I had to go downstairs into their lobby
25 area or out in front of the hospital.

Page 81

1    Q. At any time during your second hospital
2 stay, did any of the doctors or health care
3 professionals at Tripler tell you not to smoke?
4    A. It wasn't until after the 1st of July I
5 started getting that stuff.
6    Q. Okay. So you were only warned about not
7 smoking after July 1st?
8    A. That's correct.
9    Q. Did they ever tell you why you should
10 not smoke?
11    A. No. Actually, he didn't tell me why.
12 He just told me I shouldn't. It wasn't until the
13 third visit that he told me why.
14    Q. Can you please describe who told you not
15 to smoke?
16    A. Dr. Cirangle.
17    Q. So the first time he told you not to
18 smoke was after July 1st?
19    A. That's correct.
20    Q. Did anybody other than Dr. Cirangle at
21 Tripler tell you not to smoke?
22    A. No.
23    Q. Now, during the period from -- strike
24 that.
25        During your entire hospital stay, did

Page 82

1  you remain on the Tripler Army Medical Center
2  premises the whole time?
3      A.  Yes.  Except for one hour.
4      Q.  Can you please tell me what happened
5  during this one hour?
6      A.  The stuff came off the boat docked down
7  there at housing, came back ashore, at CSX.
8          Somebody had to sign the release so my
9  friend, Gene C. Pitts, and my wife could move that
10  stuff.  Since I was the one that put it on the
11  barge, I had to sign the release.
12     Q.  And this was in which area?
13     A.  The dock.
14     Q.  Kind of by Sand Island area?
15     A.  Yeah, Sand Island.
16     Q.  How did you get to the Sand Island
17  area?
18     A.  Gene C. Pitts drove my truck.  He drove
19  me down there.  I signed a release.
20     Q.  And what happened after you signed the
21  release?
22     A.  Then I went straight back to Tripler.
23     Q.  What happened to all your belongings?
24     A.  Gene C. Pitts and my wife took it and
25  unloaded it.

Page 83

1      Q.  So they took you to the hospital, then
2  they came back for the stuff, picked it up, and
3  drove it to --
4      A.  Yeah, they found a place out in Makaha
5  Plantations, and it took them about three or four
6  days to move it all.  That's where the confusion
7  started with Dr. Cirangle.
8          He said I was moving a 60-inch TV for
9  that one hour.
10     Q.  Now, when you left Tripler for that one
11  hour, did anybody tell you not to leave?
12     A.  No.
13     Q.  Did anybody warn you that, you know,
14  consequences or -- strike that.
15         Did anybody warn you that bad things
16  could happen if you left Tripler --
17     A.  No.  I explained it to him, what we are
18  doing.
19     Q.  Let me finish my question.
20         Did anybody warn you that bad things
21  would happen or bad consequences would occur if
22  you left the Tripler Army Medical Center premises?
23     A.  No.
24     Q.  Did you tell anybody that you were
25  leaving the premises?

Page 84

1      A.  Yes.  I signed myself out.
2      Q.  But did you tell, verbally tell any
3  personnel that you were leaving?
4      A.  Yes, I did.
5      Q.  Who was that?
6      A.  The nurse.  The nursing station.
7      Q.  You spoke to a nurse there?
8      A.  Yes.
9      Q.  Do you recall who you spoke to?
10     A.  No.  Just the head nurse.
11     Q.  At any time, did Dr. Cirangle ever tell
12  you not to carry heavy objects?
13     A.  No.  I mean -- well, not really.  I
14  notice he complained about it afterwards, but he
15  didn't say -- I wasn't going to lift anything
16  anyway.
17     Q.  And why did he complain about it
18  afterwards?
19     A.  Because of the dehiscion.
20     Q.  Did you tell him that you were carrying
21  heavy objects?
22     A.  No.  I told him this is where the
23  confusion came in, that when I released myself for
24  that one hour to go down to the dock to sign the
25  papers, he thought I was going down there to move

Page 85

1  a TV.
2      Q.  Was that the first time that you ever
3  told him that you were moving?
4      A.  Yes, I guess so.
5      Q.  So the first time that you mentioned to
6  him that you were moving was on the 26th of June
7  when you checked yourself out for the one hour?
8      A.  This is what took place:  My friend of
9  mine -- I came in that Thursday morning.  Okay.
10  Gene C. Pitts came up Friday that morning, told me
11  he couldn't get my stuff, so I needed to sign a
12  release.
13         I went to the nurse's station.  Told
14  them that I had to go down to CSX and sign out
15  three things.
16         One, I had a vehicle in a container.
17  And two, I had my housing in a container, and I
18  had a consolidation.  I had to sign a release.
19         Inside that consolidation was a TV and
20  an ice box.
21     Q.  Did you have to move the objects onto
22  the truck?
23     A.  I didn't move them.
24     Q.  Who moved it?
25     A.  Gene C. Pitts and myself.