Page 86

1    Q. Do you have Mr. Pitts' phone number?
2    A. Yes. 943-2114.
3    Q. Do you have his address?
4    A. You know where the Hobron Outrigger used
5 to be? He lives right across the street in a
6 two-, three-story building.
7    Q. 943-2114?
8    A. He's usually there in the evenings. Off
9 Wednesdays and Thursday.
10   Q. Is he employed?
11   A. Yes. He works at the carpet outlet as a
12 salesman.
13   Q. Could you give me an approximation of
14 when Dr. Cirangle told you not to carry heavy
15 objects?
16   A. Right after that.
17   Q. Right after -- so around the 26th or
18 27th?
19   A. Yes. He actually called my mother.
20   Q. At this point, on June 26th when you
21 went to the Sand Island dock, had you ever been
22 out to the Makaha Plantations, where you were
23 going to move to?
24   A. No.
25   Q. Did Dr. Cirangle or any other health

Page 87

1 care professional tell you that you should not be
2 driving a vehicle?
3    A. No. They never said nothing about
4 driving.
5    Q. Nobody ever talked to you about not
6 driving?
7    A. No.
8    Q. You were discharged July 2, 1999?
9    A. That's correct. They needed the bed
10 space.
11   Q. Somebody told you they were discharging
12 you because they needed bed space?
13   A. That's correct.
14   Q. Who told you that?
15   A. All the nurses and doctors. They
16 expected a busy weekend.
17   Q. At that point, how did you feel?
18   A. Not good.
19   Q. How was the pain in your incision area,
20 if any?
21   A. It was seven, eight.
22   Q. Did you tell them that you still had
23 pain in your incision area?
24   A. Yes.
25   Q. What did they tell you? They just

Page 88

1 needed more room for --
2    A. They gave me enough drugs to go home and
3 kill myself.
4    Q. What kind of drug was that?
5    A. Vicodin. They gave me 500 pills.
6    Q. Now, during the --
7    A. Like, God, I could open a pharmacy with
8 this.
9    Q. During your second stay, are you aware
10 of any time that they may have applied any kind of
11 Dakin's Solution to you?
12   A. They also dismissed me with Dakin's
13 Solution.
14   Q. When is the first time they gave you
15 Dakin's Solution?
16   A. The date of discharge, on the 2nd.
17   Q. Before that, you're not aware of any
18 time that Dakin's Solution was applied to you?
19   A. No. That day, that was what their
20 solution was for right after surgery, the next
21 day.
22       They said, This is the stuff you need to
23 take, and showed my wife how to change the wounds
24 and the bandages and how to apply it.
25       When we got home, it was the time to

Page 89

1 change the bandages. We had a maroon towel to
2 catch the overflow. And I guess about a gallon of
3 the stuff, as she's pouring it in there, the
4 maroon towel turned white. And I'm allergic to
5 bleach.
6    Q. At that time, did you know that the
7 Dakin's Solution had bleach in it?
8    A. When the towel turned white, yeah.
9    Q. You only learned that the solution had
10 bleach in it, after or before?
11   A. After. And then I started blowing up
12 like a beached whale, and I started writing more
13 dirty letters.
14   Q. You're not aware of any application of
15 Dakin's Solution at the Tripler Medical Center
16 before that?
17   A. They did me before I left that day, on
18 the 2nd. I didn't know it.
19   Q. I'm sorry. Before your discharge on the
20 2nd, they put Dakin's Solution on you?
21   A. Right before I left, yes.
22   Q. Did you know what they were putting on
23 you?
24   A. No.
25   Q. Did you tell anybody, during your first

Milnes v. USA                                    Multi-Page™                                    January 13, 2006
Kevin Milnes

Page 90

1  or second hospital stays before that, that you
2  were allergic to Dakin's Solution?
3      A. Every admission, I told them I was
4  allergic to bleach. That's all I has allergic to.
5      Q. To the best of your knowledge, how long
6  had you been allergic to Dakin's Solution?
7      A. Since the Army.
8      Q. Did somebody tell you you were
9  allergic?
10     A. Ever since I got exposed to chemicals,
11 back when I was in the Army. Every time I get
12 near bleach or some kind of defoliant, I explode.
13     Q. Did any doctor ever tell you that you're
14 allergic to bleach or Dakin's Solution?
15     A. Yes.
16     Q. Which doctor was that?
17     A. At Queen's, Ken Arakawa, the
18 immunologist. And two immunologists over there.
19 I can't remember their names off the bat. I have
20 to look it up.
21     Q. Is this in the Queen's Medical Center or
22 the Queen's Professional Building?
23     A. Professional Building.
24     Q. Ken Arakawa was one doctor?
25     A. Yes. That was back in 1990, '91 -- or

Page 91

1  '89. There was another couple immunologists.
2      Q. Can't recall who the other
3  immunologists were?
4      A. Not right offhand. I can look it up and
5  get back to you.
6      Q. If you can, please tell Mr. Dubin.
7      A. Okay. Over the years, though, I did get
8  exposed, from washing my clothes or something like
9  that, I would have to have cortisone cream handy,
10 or I would have to go to the emergency and get an
11 injection.
12     THE WITNESS: Did you notice the dates
13 on this thing were wrong, too, on Exhibit 1?
14     MR. CHING: Of the record.
15     (Discussion off the record.)
16     (Whereupon, a Discharge Summary was
17 marked as Exhibit 2 for Identification.)
18 BY MR. CHING:
19     Q. Mr. Milnes, you were discharged July 2,
20 1999 for the second hospital stay, correct?
21     A. That's correct.
22     Q. And this is three pages, correct?
23     A. Uh-huh.
24     Q. And on the middle portion of this third
25 page, there appears to be a signature and a date.

Page 92

1      A. That's correct.
2      Q. And this is under the words, "I
3  understand and have received a copy of the above
4  instructions."
5      A. Yes.
6      Q. Is that your signature?
7      A. That's correct.
8      Q. Now, did you review this document before
9  you signed it?
10     A. No.
11     Q. So you just signed this document without
12 looking at it?
13     A. Yeah, it was one of those things, when
14 you go to discharge, they throw papers for you to
15 sign for food, discharge, all that kind of stuff.
16     Q. Did anybody ever go over this document
17 with you?
18     A. No. Not this document. They went
19 through it with my wife.
20     Q. Did anybody else or did any other
21 doctors talk to you before your discharge on what
22 you should do or should not do?
23     A. On the first page, a smoking cessation
24 program. I said, Yes, I wanted to. In fact, I
25 tried to join up then and there and get some

Page 93

1  patches.
2      And I wanted to see the infection
3  specialist, and I wanted to see a -- what do you
4  call it -- a pain doctor, Dr. Dahl. I eventually
5  saw her, on the third visit.
6      Q. Mr. Milnes, my question to you is: You
7  have indicated you never read this Discharge
8  Summary before you signed it, correct?
9      A. That's correct.
10     Q. And I guess my question is: Did any
11 other doctor or health care personnel from Tripler
12 give you any instructions or tell you to do
13 certain things or not to do certain things before
14 you were discharged for the second hospital stay?
15     A. Yes, they did talk to me about smoking
16 cessation.
17     Q. Which doctor?
18     A. Dr. Cirangle.
19     Q. What did Dr. Cirangle tell you?
20     A. That I should quit smoking.
21     Q. Did he tell you why?
22     A. That it slows my healing.
23     Q. When did he tell you this?
24     A. On the 2nd.
25     Q. And no other doctor other than

Page 90 - Page 93

Page 94

1 Dr. Cirangle gave you any kind of discharge
2 instructions or advice upon your discharge?
3    A. No. Just Dr. Cirangle, on the 2nd.
4    Q. So you --
5    A. Him and his crew. He had, you know,
6 Richard Masevero was there. And Dr. Lim was
7 there. And three other doctors were also there.
8    Q. The only thing that Dr. Cirangle's crew
9 spoke to you about was to stop smoking?
10    A. Well, Dr. Cirangle definitely made a
11 point of saying that. I said, you know, I wish
12 you would have had somebody around with some
13 patches. I would totally quit.
14    Q. When he told you to stop smoking, did
15 you tell him that you had been smoking earlier in
16 your hospital stay?
17    A. Yeah.
18    Q. Just to clarify, during your first
19 hospital stay, did you smoke?
20    A. Just that one time.
21    Q. When was this again? I forgot.
22    A. It was a Friday, the day before
23 discharge.
24    Q. That would be around the 20th --
25    A. 18th.

Page 95

1    Q. And you only smoked one cigarette?
2    A. Yes. That's all I could get in.
3    Q. And no other instructions from any other
4 Tripler personnel?
5    A. No. Not on the first visit.
6    Q. I'm talking about the second visit?
7    A. The second visit, it was towards the day
8 of discharge, they told me to stop smoking, and I
9 shouldn't be smoking, and that he knew that I had
10 gone down there and smoked a couple times, and
11 that's about it.
12    Q. Any other instructions?
13    A. They said that they would show my wife
14 how to change the bandages to the wound and how to
15 use this -- what do you call it again -- Dakin's
16 Solution. So they showed her how to do it, the
17 nurse.
18    Q. Following your first stay and second
19 stay, did you comply with their instructions with
20 regard to how to take care of your wound and all
21 that kind of stuff?
22    A. Yes.
23    Q. Who showed your wife how to care for
24 your wounds?
25    A. I think it was the head nurse.

Page 96

1    Q. The head nurse gave your wife this
2 document or went over this document with your wife?
3    A. That's correct.
4    Q. After that, you next were admitted July
5 8, 1999?
6    A. That's correct.
7    Q. So during the period from July 2, 1999
8 to July 8 --
9    A. Wait a minute. There's a mistake here.
10 The Dakin's Solution wasn't really given to me at
11 that time. It was a saline solution. It wasn't
12 given to me until July, I just noticed here July
13 6th, on a Tuesday, when I went back to general
14 surgery, is when I was given the Dakin's Solution.
15    Q. During the period from -- strike that.
16       You were discharged July 2, 1999,
17 correct?
18    A. Right.
19    Q. And then you were next admitted as an
20 in-patient on July 8, 1999, correct?
21    A. Right. But July 6th is when I came in
22 and got the Dakin's Solution.
23    Q. My next question to you is: Did you
24 receive any health care treatment during the
25 period from July 2nd to July 8th?

Page 97

1    A. I was just given a basic bandage
2 material and saline solution to clean the wounds
3 with. That was it. Following up on Tuesday July
4 6th is when I was given the Dakin's Solution at
5 the surgery clinic.
6    Q. Who did you see on July 6th?
7    A. Dr. Cirangle.
8    Q. What happened during that examination?
9    A. He told me that I should stop smoking.
10 He told me That I'm still infected, that I needed
11 this Dakin's Solution to kill the infection. And
12 that's when I was given a treatment, there and a
13 gallon of it to go home with.
14    Q. And at this point, did you know that the
15 Dakin's Solution contained bleach?
16    A. Not then, no.
17    Q. When did you first realize that it had
18 bleach?
19    A. When I went home the next day to change
20 the bandage wound is when I noticed.
21    Q. Is that when your towel turned colors?
22    A. White. And I imploded like a beached
23 whale. So I wrote up a dirty letter, faxed it to
24 General Adams. And she set up an appointment with
25 Dr. Courts, the head of surgery.

Milnes v. USA

Multi-Page™

January 13, 2006
Kevin Milnes

Page 98

1  And this Major -- or colonel, the head
2  of nursing. And we came up on the 8th, and they
3  made an appointment, and they admitted me back
4  into the ward again, and set me up for special
5  machine they called a wound vac machine.
6      Q. And when did you first use the wound vac
7  machine?
8      A. On the 8th.
9      Q. That's after you were admitted, correct?
10     A. Right. I was begging for a short of
11  cortisone by then.
12     Q. Now, during the period from July 2nd to
13  your admission on July 8th, were you still
14  smoking?
15     A. Yeah.
16     Q. And how much were you smoking per day?
17     A. Three or four cigarettes a day.
18     Q. You smoked even though they told you to
19  stop smoking, correct?
20     A. I didn't have any Zyban or any patches
21  to quit with.
22     Q. At this point, you had knowledge that by
23  smoking, the healing of your wound would have been
24  affected?
25     A. I usually smoked two packs a day. Three

Page 99

1  or four was the best I could do.
2      Q. During the period from July 2nd to July
3  8th, did you carry any heavy objects?
4      A. No.
5      Q. Were you driving during that period?
6      A. Yes. I didn't drive much. Just to our
7  place.
8      Q. At that point, nobody had ever told you
9  not to drive, correct?
10     A. No.
11     Q. When you saw Dr. Cirangle on July 6th,
12  do you recall how your wound looked?
13     A. Yeah, it was infected.
14     Q. Was it very inflamed?
15     A. Yes.
16     Q. Did you have a lot of pain there?
17     A. Yes. About seven or eight.
18     Q. On a scale of ten?
19     A. Yes. On the 8th, it was a ten again.
20     Q. You were admitted on the 8th, correct?
21     A. Yes.
22     Q. July 8th. Then you stayed for
23  approximately 22 days?
24     A. Yes.
25     Q. And you were discharged approximately on

Page 100

1  July 30th, correct?
2      A. That's correct.
3      Q. Now, were any procedures performed on
4  you during this period?
5      A. They tied me to the bed.
6      Q. Can you please describe what you mean by
7  that?
8      A. They gave me some Zyban, and they put
9  patches on my arm, and literally tied me to the
10  damned bed.
11     Q. Were you connected to any machines
12  during this period?
13     A. Yes.
14     Q. Which machine was that?
15     A. Wound vac.
16     Q. Did they tell you that you had to stay
17  stuck to this machine?
18     A. Yes.
19     Q. Do you know what the purpose of the
20  wound vac was?
21     A. To suck out the infection, I guess, or
22  the -- actually, it wasn't infection anymore. It
23  was a reaction to the Dakin's Solution.
24     Q. And was this wound vac supposed to help
25  the healing of your wound?

Page 101

1      A. Yes, it was supposed to help granulate
2  the tissue.
3      Q. Did they ever tell you whether you would
4  are able to take yourself off this machine?
5      A. Yeah. The problem was that they had
6  training nurses from -- what was it now --
7  Hawaiian Pacific University. And the first two
8  days, it was going great, because the colonel, the
9  head of nursing, she did the wound vac machine
10  herself. She put the bandage on, put the tube in
11  there, and she did it correctly and it worked
12  great for a couple days.
13     Then they passed it on to these training
14  nurses, and they didn't know how to change the
15  wound for nothing. I finally asked them if I
16  could do the damned thing myself.
17     Q. So did you ever, during your stay, did
18  you ever take yourself off the vac machine?
19     A. Not for the first week, no.
20     Q. At some point, you did?
21     A. About, yeah, after about ten days, I
22  did.
23     Q. What was the reason why you took
24  yourself off the vac machine?
25     A. My back was killing me. You know what

Page 102

1 it's like being immobilized 24/7?  You can't do
2 it.  Eventually, you will lose your capability of
3 walking.
4      Q. Did you ask anybody's permission to take
5 yourself off the vac machine?
6      A. Well, again, I was a medic in the Army
7 and I worked in orthopedic ward a couple times,
8 and I understand if you don't move, you lose the
9 capability of walking.
10      Q. Did you ask permission, or you did it on
11 your own?
12      A. I had to do it on my own.  They weren't
13 going to give it to me.
14      Q. Did you ever agree with them before this
15 period that you would stay on the machine for
16 about 23 out of 24 hours?
17      A. Yes, I did.  And I did for almost ten
18 days.  Eventually, I got to the point where I
19 couldn't walk, couldn't move.  I'm losing my
20 capability of moving.
21         You know, it only takes four days before
22 you lose the capability of walking, almost all
23 together.  And not only that, they lied to me
24 about this damned machine, because it was battery
25 operated, and I could have gone anywhere with that

Page 103

1 machine.  I even offered to give them a $10,000
2 deposit to take the machine home, myself.
3      Q. How big was this machine?
4      A. This big (indicating).
5      Q. Would that be like three feet by three
6 feet?
7      A. I would say it was about two feet long
8 and about a foot wide and probably about a foot
9 deep.
10      Q. It was sitting on some kind of --
11      A. Three-wheeled thing.
12      Q. Did you ever ask them, for example, if
13 you could use it to walk?
14      A. Yeah.  And they told me no, which was
15 nuts.  If I listened to them, I would be in a
16 wheelchair right now.
17      Q. During the period that you, from the
18 period that you were admitted up until the period
19 that you stayed on the vac machine, the whole
20 time --
21      A. I did for ten days straight.
22      Q. During that ten-day period, at the end
23 of it, how did your wound look?
24      A. It didn't improve.  You know, for the
25 first two or three days after what's her name, the

Page 104

1 head colonel, the machine worked good when she did
2 it.  But when they passed me on to the training
3 crew from Hawaiian Pacific University, it wasn't
4 doing any good at all.  It wasn't draining, it
5 wasn't sucking nothing, because they didn't know
6 how to put the thing in there.  So the tube was
7 stuck.  It was not sucking nothing.
8      Q. During that ten-day period, were you
9 smoking?
10      A. No.  Not the first ten days.  The last
11 ten days, yes.
12      Q. The last ten days?
13      A. Yes.
14      Q. So if you can give me an estimate, when
15 did you first start smoking after your admission?
16      A. First ten days, I abided by the rules.
17 But they weren't listening to me about not
18 walking.
19         So eventually, I got up, about 11:00
20 that night, and went down and put the machine --
21 walked with the machine down to the lobby and
22 joined the guys out there and had a cigarette.
23      Q. So did you take yourself off the machine
24 at that point?
25      A. No, I took it with me.  They tried to

Page 105

1 tell me it wasn't -- it was a battery on it.
2 That's what pissed me off.
3      Q. When did you first take the machine off
4 your body?
5      A. Not until the discharge.
6      Q. So from the time that you were admitted
7 up until the time of discharge, you remained
8 attached to the vacuum machine?
9      A. That's correct.  The first ten days, I
10 bought their lies.
11      Q. The first ten days, you stayed in the
12 room, and the vac machine was attached to you?
13      A. Yes.
14      Q. For the rest of the stay, you may have
15 walked around the hospital, but the vac machine
16 was still attached to you?
17      A. That's correct.
18      Q. From the time that you first smoked up
19 until the time of discharge of the third stay, how
20 much were you smoking per day?
21      A. Between what time?
22      Q. Between the tenth day of your third stay
23 up until the time where you were discharged of the
24 third stay, how many cigarettes were you smoking
25 per day?

Page 106

1    A. First ten, none. Then after that, one
2  or two.
3    Q. At the time of discharge, was your wound
4  closed yet?
5    A. No. Didn't close for a year and a half.
6    Q. Did your pain in that area of your right
7  flank, did it improve at the time of discharge
8  compared to the time of admission for the third
9  stay?
10   A. No. My back -- pain got worse.
11   Q. Now, when I asked you about the pain,
12 you're talking about the pain on your right flank,
13 right?
14   A. And my back now.
15   Q. Your back pain started to increase
16 during which hospital stay?
17   A. The third visit.
18   Q. Now, I realize that you had this back
19 injury for a while, even before these hospital
20 stays.
21       Were you undergoing physical therapy or
22 any kind of treatment for it?
23   A. Finally, I got therapy in late November.
24   Q. But before these hospital stays, were
25 you doing exercises for your back?

Page 107

1    A. On my own, yes.
2    Q. What kind of exercises were you doing?
3    A. Tried to bend over, you know.
4    Q. Were you doing like, stomach
5  strengthening exercises, stretching exercises?
6    A. Stretching exercises, yes.
7    Q. Were you able do those exercises while
8  you were in the hospital?
9    A. No.
10   Q. Did you ever inform the staff that
11 perhaps you needed some physical therapy or
12 occupational therapy?
13   A. Yes.
14   Q. What did they tell you?
15   A. Tough luck. I kept asking for an
16 infection specialist, and I kept asking for a pain
17 doctor. I finally got a pain doctor towards the
18 end of the third stay. Dr. Dahl finally showed
19 up.
20   Q. You were discharged on or about, it
21 looks like, July 20, 1999?
22   A. Around there, yes.
23   Q. How would you describe the way your
24 incision looked at the time you were discharged?
25   A. Ugly. Embarrassing.

Page 108

1    Q. Was it inflamed?
2    A. Yes.
3    Q. When you were discharged, was your --
4  strike that.
5      Did they tell you why they were
6  discharging you on July 20th?
7    A. Yeah. I was complaining too much.
8    Q. Did they give you any other reasons why
9  you were discharged?
10   A. The nurse wrote down and said I was
11 smoking in the bathroom, which was a bullshit lie,
12 excuse my language.
13       What happened was I went downstairs and
14 I still had smoke on me. That's why.
15   Q. So you never smoked in your room?
16   A. No, I did not. But that was the excuse
17 they used. Because I kept asking for this nurse
18 to come around, the one that did the, you know,
19 the head of the nursing, and an infection
20 specialist. And they were getting tired of me
21 asking. So they were looking for a way to get me
22 out the door.
23   Q. During your third hospital stay, did any
24 doctors or health care personnel from Tripler ever
25 tell you to stop smoking?

Page 109

1    A. Yes.
2    Q. Who was that?
3    A. Dr. Cirangle.
4    Q. Any other doctors or health care
5  professionals?
6    A. No.
7    Q. Once again, did he tell you why he
8  wanted you to stop smoking?
9    A. Said it would slow down my progress of
10 healing.
11   Q. Even despite hearing that, you kept on
12 smoking?
13   A. The first ten days, I did. It didn't do
14 any good, because nobody was even paying
15 attention.
16   Q. Did the pain in your incision on the
17 right side get worse after you started smoking
18 again?
19   A. No.
20   Q. Did it get better?
21   A. No.
22   Q. Stayed the same?
23   A. It stayed wide open for a year and a
24 half. Then a year and a half after that,
25 Dr. Courts kept pulling infected stitches out. I

Page 110

1 had to go in every other week, and we'd dive in
2 there and dig out all these sutures.
3    Q. After the time that you were discharged
4 on July 20th up until the time that your wound
5 closed, how much time went by?
6    A. Year and a half.
7    Q. During that period, did you continue to
8 smoke?
9    A. Yes, I did.
10   Q. How much were you smoking during that
11 period?
12   A. Went up to about a half pack. About ten
13 cigarettes a day.
14      (Whereupon, a Discharge Summary was
15 marked as Exhibit 3 for Identification.)
16 BY MR. CHING:
17   Q. I'm going to hand you another document.
18 If you could take a look at this document and tell
19 me when you're done looking at it.
20      (Pause.)
21      (Discussion off the record.)
22 BY MR. CHING:
23   Q. Mr. Milnes, do you feel like you need a
24 break?
25   A. No. Let's get it on. I have a car I

Page 111

1 have to go pick up.
2    Q. Mr. Milnes, do you recognize this
3 document, Exhibit 3?
4    A. Yes.
5    Q. What is this document?
6    A. This is my third stay.
7    Q. Was this the Discharge Summary that you
8 got?
9    A. Yes.
10   Q. Now, on the fourth page in the middle of
11 the page there's a signature there.
12   A. Yes.
13   Q. Is that your signature?
14   A. That's correct.
15   Q. And there's no date.
16   A. That's correct.
17   Q. My question to you is: Did you sign
18 this at the time that you were discharged on July
19 20, 1999?
20   A. Yes.
21   Q. Now, did you read this document before
22 you signed it on July 20th?
23   A. No, not until later.
24   Q. You read it after you were discharged?
25   A. That's correct.

Page 112

1    Q. Do you recall when you first read this
2 document?
3    A. About a week after.
4    Q. Now, did anybody --
5    A. I went up and requested a copy of it.
6 They didn't give it to me until I got it.
7    Q. Upon your discharge, you were never
8 given a copy of this document?
9    A. No. I had to go down and request it
10 from the records room.
11   Q. Did anybody ever go over this document
12 before you signed?
13   A. No.
14   Q. They just gave it to you and asked you
15 to sign it?
16   A. Typical.
17   Q. After you got a copy of this document,
18 did you read it?
19   A. Yes.
20   Q. And did this document, I believe it, at
21 some point, it tells you you should stop smoking?
22   A. Yes.
23   Q. After that, did you stop smoking?
24   A. I tried. I went -- I've been to eight
25 smoking cessation classes since at the VA.

Page 113

1    Q. I'm looking at activity limitations. It
2 says, "No jogging until healed."
3    A. Uh-huh.
4    Q. "No jogging for, until healed."
5       Did you jog?
6    A. No.
7    Q. Let me finish my question. From the
8 time you were discharged, during the one and a
9 half years after that until your wound was healed,
10 did you ever go jogging?
11   A. No.
12   Q. During this same period, did you ever
13 lift anything over ten pounds?
14   A. No.
15   Q. During this same period, did you ever do
16 any golf, tennis or similar sports, until your
17 wound was closed, a year and a half later?
18   A. November the following year is the next
19 time I went golfing.
20   Q. Was it after your wound was closed?
21   A. It was a year and four months, yes. The
22 wound just started closing.
23   Q. So just to be clear now, during the
24 entire third hospital stay, you remained hooked up
25 to the vac the whole time?

Page 114

1   A. Yes.
2   Q. So not even for ten seconds did the vac
3 ever come off of you?
4   A. Just to change the bandage is all.
5   Q. But the vac was still connected while
6 you changed bandages, correct?
7   A. No, they had to disconnect it to change
8 the bandage.
9   Q. Except for the times when the nurses --
10 strike that.
11      Who was changing your bandages during
12 this period?
13   A. Ended up with a bunch of training nurses
14 from Hawaiian Pacific University.
15   Q. But you never changed the bandages
16 yourself?
17   A. They wouldn't let me.
18   Q. The only time during the third hospital
19 stay that the vac was not connected to you was
20 when the nurses at the Tripler Army Medical Center
21 changed your bandages?
22   A. Yes.
23   Q. Now, during the one and a half years
24 that it took for your wound to close, did you seek
25 medical attention during this period?

Page 115

1   A. Oh, yes.
2   Q. And who did you seek medical attention
3 from?
4   A. Dr. Courts and Dr. Soliai.
5   Q. And can you please describe the nature
6 of the services that you received during this
7 period.
8   A. Dr. Courts is the head of surgery. I
9 trust this man. He's a brilliant surgeon. I'd
10 let him cut me any day of the year.
11      I trusted him. Not only that, that guy
12 continuously, every other week after a wound is
13 cleaned up, he continued pulling infected stitches
14 out, up until the year 2002.
15      All together, we removed 78 sutures
16 between 2000 and 2002. And he even had to do
17 minor surgery in order to -- some of the sutures
18 were way in there. It took him a couple hours to
19 dig them out. They were all infected.
20   Q. Did he ever tell you why these sutures
21 were infected?
22   A. He complained maybe they were defective.
23 Obviously, the infection was with me and stayed
24 with me the whole time.
25   Q. How many sutures did he remove from you?

Page 116

1   A. 78 all together.
2   Q. Was this in one visit or over a period
3 of time?
4   A. Every other week.
5   Q. For how long?
6   A. Year and a half. Almost two years
7 after. Three years, I'm sorry. It was after the
8 wound closed a year and a half. And a year and a
9 half after that, we continued. Every other week
10 I'd go in and see him in surgery, and he'd pull
11 them out.
12   Q. So even after your wound was closed
13 there were still sutures protruding from your
14 skin?
15   A. They would be like cysts, like acne.
16 But the first time I went in, this goofy Major
17 thought it was a zit or acne problem. It ain't no
18 acne. Dr. Courts realized that, and he dug it
19 out.
20   Q. Did you also see Dr. Cirangle after this
21 time?
22   A. No. It wouldn't be healthy for either
23 of us.
24   Q. Why do you say that?
25   A. I wasn't very happy with the man.

Page 117

1   Q. Did you have any altercations with him,
2 or arguments with him during your hospital stays?
3   A. The third time, yes.
4   Q. I know you mentioned that time where he,
5 perhaps, used a nasty word in the operating room.
6 But you never described --
7   A. That's when I lost respect, to start
8 with.
9   Q. What happened after that then?
10   A. After he started accusing me of causing
11 my own -- my own dehiscion for lifting up a TV, I
12 wanted to kill him. And he called my mom.
13   Q. Did you have any other encounters with
14 him?
15   A. After that, I just went straight to
16 Dr. Courts.
17   Q. Did Dr. Courts ever tell you to stop
18 smoking?
19   A. No, he didn't.
20   Q. Did you ever tell him that you were
21 smoking?
22   A. Yeah. Like I said, I tried to quit. I
23 went to eight different classes. About two months
24 each. Best I could get down to was two, maybe
25 three cigarettes.

Page 118

1    Q. Now, do you feel that during your first
2 hospital stay, do you feel that your surgery was
3 delayed unnecessarily?
4    A. Yes. And I'd still like it completed.
5    Q. I mean, you know, while you were waiting
6 for your gall bladder surgery during your first
7 hospital stay --
8    A. Yes.
9    Q. -- did you feel like they made you wait
10 too long?
11    A. At least a day. 24 hours too much.
12    Q. And do you know why that you were
13 delayed?
14    A. I think it was elective surgery is what
15 I heard.
16    Q. Who did you hear that from?
17    A. That crew.
18    Q. The surgical crew?
19    A. Surgical crew.
20    Q. Do you know which member of the crew
21 told you that?
22    A. I heard Dr. Lim talk to that Richard guy
23 that there were some elective surgeries he was
24 doing for someone over at Queen's.
25    Q. So basically, Dr. Lim --

Page 119

1    A. He can't operate without Dr. Cirangle.
2    Q. The Tripler doctors were at Queen's
3 doing surgery? That's why they couldn't --
4    A. Yes, they were making money on the side.
5    Q. It wasn't like they were putting people
6 in front of you at Tripler. It was the fact that
7 doctors at Tripler were going elsewhere to perform
8 surgery?
9    A. Yes. Let me show you. I would still
10 like the damned thing closed (indicating).
11    Q. I'm going to ask you about that later.
12    At the time of your discharge for the
13 third hospital stay, was your incision still red
14 and inflamed?
15    A. It was open, yes.
16    Q. And how long did it take for the redness
17 and inflammation to go away?
18    A. A year and a half.
19    Q. After it closed, was it still inflamed?
20    A. Yes. For about six months further --
21 let me take that back. About every other week,
22 there were these cysts that would pop up. And
23 there was infected sutures. That was inflamed for
24 almost a year -- up to 2002, almost three.
25    Q. Do you have any other information that

Page 120

1 your surgery was delayed due to other elective
2 procedures, other than what you heard Dr. Lim tell
3 Dr. Richard --
4    A. Their biggest excuse --
5    Q. Do you have any other information, other
6 than what you overheard Dr. Lim tell Dr. Richard
7 Masevero about them doing surgery at Queen's, that
8 you were being delayed due to elective procedures?
9    A. Just sonogram. That was their excuse.
10    Q. Oh, the excuse was that the sonogram
11 could not be performed because nobody in the
12 hospital could do it, correct?
13    A. That's what their ultimate lie was, yes.
14    Q. And then that's what delayed their
15 surgery, because they couldn't get a sonogram?
16    A. That's correct. But the CT scan said
17 perfectly well what it was.
18    Q. You know, when you went back in between
19 the first and second hospital stays, you went to
20 the Tripler Army Medical Center to the ER?
21    A. Uh-huh.
22    Q. At that point, they sent you home,
23 correct?
24    A. Yes.
25    Q. Did you ask them to be readmitted at

Page 121

1 that point?
2    A. Yeah. I was disappointed with the ER.
3    Q. You wound up going back to the hospital?
4    A. Yes.
5    Q. Who drove you to the ER?
6    A. I did.
7    Q. You drove yourself --
8    A. Yes.
9    Q. Was your wife also present?
10    A. Yes.
11    Q. She was your passenger?
12    A. Right. She doesn't drive.
13    Q. And at the current time, do you still
14 have pain in the area of your incision?
15    A. Yes. Still do. Abdominal, yes.
16    Q. On a scale of one to ten, can you
17 describe how your pain is?
18    A. Well, when I go to the bathroom, it goes
19 up to a nine or a ten.
20    Q. That's in the area of your incision?
21    A. Yes.
22    Q. Does anything help this pain?
23    A. I've got morphine. I've got OxyContin.
24 I've got 100 milligrams of morphine, and I've got
25 OxyContin.

Page 122

1    Q. Who prescribed this morphine for you?
2    A. Dr. Dahl.
3    Q. And anything else help your pain in that
4 area?
5    A. Laxatives.
6    Q. So do you have constipation?  Is that
7 it?
8    A. Constant, yes.
9    Q. Constipation causes your abdominal pain?
10    A. Yes. It's either diarrhea or a solid
11 rock in there somewhere.
12    Q. Has anybody told you that your
13 constipation or diarrhea is linked up to this case?
14    A. Yes.
15    Q. Which doctor told you that?
16    A. I think I put it in my interrogatories.
17 That was -- what was his name?  I think Straub was
18 the last guy I saw.  Walsh.
19    Q. Are you currently seeing anybody for
20 your pain from your incision?
21    A. Pain?  Doctor?
22    Q. Yeah.  Are you seeing anybody for the
23 incision?
24    A. Just every other month, Dr. Soliai
25 pretty much.

Page 123

1    Q. Now, at this point, I'm going to ask you
2 all the injuries that you claim arose out of your
3 hospital stays or that are the subject of this
4 lawsuit.  I realize you showed me your incision.
5    Do you have any other things that you
6 claim are caused by this case?
7    A. I wish I could have a decent shit.
8 That's my biggest thing.  I wish I could have a
9 shit like I used to.
10    Q. So before this --
11    A. Decent bowel movement.
12    Q. Before June 1999, your bowel movement
13 was normal?
14    A. Perfect, yes.
15    Q. After this incident, you still haven't
16 been able to?
17    A. It's been horrible.  I've been
18 everywhere, too.
19    Q. At this point, could you please show me
20 your incision scar.
21    A. (Indicating.)
22    Q. Above your incision, there are some
23 little red areas.
24    Did you have that before your incision?
25    A. No.  I've always had that.  That's where

Page 124

1 they to do minor surgery, just to get to one of
2 the sutures, you know.
3    Q. That was done by Dr. Courts, after your
4 last discharge?
5    A. Yes.  He's my hero.  I have no problem
6 with Courts.  I love the guy.
7    Q. Thanks.  Other than your scar and your
8 bowel movement, is there anything else you claim
9 was caused by this case?
10    A. Lousy sex life, embarrassed to wear a
11 bathing suit at the beach.  I lived for the beach.
12    Q. Now, I'm going to --
13    A. Used to hang out at the nude beach.
14    Q. Any other injuries?
15    A. No.
16    Q. Now, I'm going to ask you about what
17 events that you could do before June 1999 that now
18 you can't do as a result of this case.
19    Can you please tell me things that you
20 could do previously that at the current time you
21 can't do at all?
22    A. Okay.  Well my sex drive is practically
23 zero.  And I haven't had a decent bowel movement
24 since before '99 -- after '99, I mean.
25    I used to go to the beach.  I'm

Page 125

1 embarrassed to go to the beach anymore.  That's
2 about it.  And pain.
3    Q. So let's talk about your sex life now.
4    Before the accident or before June 1999,
5 how often would you have relations?
6    A. At least two or three times a week.
7    Q. After July 1999, how often do you have
8 relations?
9    A. It's embarrassing.  It's been a while.
10    Q. Can you give me a frequency?  So many
11 times per month or so many times per year?
12    A. Well, this is embarrassing.  Probably
13 once -- probably -- I could count probably
14 probably about eight times since the surgery.
15    Q. Eight times in the past five or six
16 years?
17    A. Yes.
18    Q. Maybe about once or twice a year?
19    A. I haven't had any in the last two years.
20    Q. And what is the reason for that?
21    A. I'm embarrassed.
22    Q. Embarrassed about what?
23    A. This (indicating).
24    Q. Does your wife make comments she finds
25 you less attractive because you have your scar?

Milnes v. USA                Multi-Page™                January 13, 2006
                                                        Kevin Milnes

Page 126

1    A. No, she has been very good about it.
2    Q. Did you ever have to get any kind of
3  mental health care about your feelings about your
4  scar and --
5    A. Yes.
6    Q. Who did you get treatment from?
7    A. The VA.
8    Q. That was treatment with regard to your
9  scar?
10    A. Yes. And smoking cessation and a few
11  other things. Pain management.
12    Q. Before June 1999, how often did you go
13  to the beach?
14    A. Oh, lived for it. Every day, if I
15  could.
16    Q. And so I mean, just out of per week, how
17  many times per week were you going to the beach?
18    A. If I wasn't working, I was at the beach.
19    Q. Three to four times a week, would that
20  be a fair assessment, on average?
21    A. Average, yes.
22    Q. Since July 1999, have you been back to
23  the beach?
24    A. Six times.
25    Q. Six times, total?

Page 127

1    A. Yeah.
2    Q. When is the last time that you went to
3  the beach?
4    A. August, last year.
5    Q. Why haven't you gone back?
6    A. I'm embarrassed. People ask me, how did
7  I get that thing.
8    Q. Have you ever gone to a beach where
9  that is kind of not too crowded where you can take
10  off your shirt and people don't see you?
11    A. I don't take off my shirt. I wear a
12  T-shirt.
13    Q. If you go to the beach and wear a
14  T-shirt, nobody can see your scar?
15    A. Right.
16    Q. You could still go to the beach without
17  being embarrassed?
18    A. Yeah. Can't get into the, water because
19  you can see it then.
20    Q. Can see through your shirt.
21      Now, with regard to your sex life, is
22  your wife less enthusiastic after the 1999
23  hospital stay, or is it more on your part?
24    A. My part.
25    Q. Any other activities which have been

Page 128

1  affected, either you don't do anymore, or you do
2  at a less frequent rate?
3    A. I used to be a pretty good surveyor. I
4  used to run around and drive stakes. I can't do
5  that anymore. I can't bend over to pick up things
6  as much.
7    Q. Why can't you bend over?
8    A. My stomach is out of shape. I don't
9  have any stomach left.
10    Q. Is that also, your difficulty in bending
11  over, also caused by your back injury?
12    A. That's part of it. It's not as bad.
13  Prior to 1999, I could, you know, still get
14  around.
15    Q. Before 1999 in June, you had back pain,
16  correct?
17    A. Before 1999, I only weighed 190. That
18  was the most I weighed. Now, I'm up to 250. It's
19  pretty tough to get around now.
20    Q. Before you went to the hospital for the
21  first time in June 1999, how much did you weigh?
22    A. About 190.
23    Q. Now, you weigh how much?
24    A. 250.
25    Q. After your hospital stays, were you able

Page 129

1  to walk without any canes or any kind of devices?
2    A. No.
3    Q. You had to use things to walk?
4    A. Sometimes. Not all the time. But most
5  of the time.
6    Q. How often did you have to use devices to
7  help you to walk?
8    A. Well, depends on the pain level. Today,
9  I don't feel I have that much pain. I'm probably
10  about a six or seven right now. But there's times
11  I will get up to eight or nine or ten, even.
12      It depends, in between injections I get
13  from the pain doctor.
14    Q. What are the injections for?
15    A. Mostly back.
16    Q. So even after your 1997 surgery in
17  Omaha, your back pain never went away, right?
18    A. It did. Compared to what it was, I get
19  paralyzed. I couldn't move for days, sometimes.
20    Q. But after your back surgery, your back
21  pain went away, or was it still there, at a
22  reduced level?
23    A. After '97, the paralyzing pain went
24  away.
25    Q. You still had back pain, though,

Page 126 - Page 129

Page 130

1 correct?
2    A. Yeah. Then after being hung up in that
3 bed for ten days straight, my back pain came back
4 quick.
5    Q. Did your back pain get worse after the
6 third hospital stay?
7    A. Yes. Third hospital stay was a killer.
8    Q. Now, with regard to your scar that you
9 showed us on your right portion of your abdomen,
10 did you ever have plastic surgery on that?
11    A. No.
12    Q. Did you ever try to seek plastic
13 surgery?
14    A. Yes.
15    Q. Where did you seek plastic surgery?
16    A. Well, the VA. That was a joke.
17    Q. Did they tell you that you couldn't have
18 it?
19    A. Yeah. They couldn't do anything about
20 it.
21    Q. Why was that?
22    A. They don't have anybody.
23    Q. Did you ever go to see outside providers
24 to get plastic surgery?
25    A. No. I was inquiring, but I haven't

Page 131

1 found anybody yet.
2    Q. Who have you inquired with?
3    A. Well, I was asking Dr. Walsh. I think I
4 asked him if he knew somebody. But I don't have
5 the money for it right now.
6    Q. You don't have the money for it, you
7 said?
8    A. Right.
9    Q. Just a few more questions.
10    A. You're talking about $20,000 worth of
11 work.
12    Q. What is the reason why you did not work
13 from the time you lived in Gainesville up until
14 2004?
15    A. I worked in Gainesville.
16    Q. But you had a gap, right, a six-year gap
17 where you didn't work?
18    A. I didn't work from '99 until last year.
19    Q. When was the last time you worked in
20 '99? Was it after or before the hospital stay?
21    A. Before. Worked at the Gainesville
22 center. That was an easy job. Talking to college
23 girls all day long.
24    Q. And why did you wait until 2004 to start
25 working?

Page 132

1    A. Started feeling good.
2    Q. Did any doctor tell you that you could
3 not work up until that point?
4    A. They just told me restricted to light
5 duty.
6    Q. So before that, you could apply for
7 jobs with light duty restrictions, but you just
8 didn't?
9    A. I wasn't feeling good at all. At all.
10 I didn't start feeling good until 2004. Enough
11 that I felt I needed to -- I could work. I could
12 do something.
13    Q. But before that, the doctors had cleared
14 you to return to work with light-duty
15 restrictions, correct?
16    A. No, they never did.
17    Q. When was the first time they cleared you
18 to return to work, to light-duty restrictions?
19    A. August 2004.
20    Q. Up until then, they told you you could
21 not work?
22    A. That's correct.
23       MR. CHING: I would like this to be
24 marked Exhibit 4.
25       (Whereupon, a July 7, 1999 letter was

Page 133

1 marked as Exhibit 4 for Identification.)
2 BY MR. CHING:
3    Q. Do you recognize this document?
4    A. That's correct. It's me.
5    Q. On the third page, there is a signature
6 line that says, "Sincerely, Kevin Milnes," and
7 there is some handwriting in there.
8    A. Yes.
9    Q. Is that your signature?
10    A. Yes.
11    Q. Did you write this letter or send it out
12 to the VA chief of staff on or about July 7, 1999?
13    A. That's correct.
14    Q. At the time that you sent out this
15 letter, were all these facts contained in this
16 letter true and correct?
17    A. Yes.
18    Q. And did you have a chance to look at it
19 today as we're sitting here?
20       Can you please look at it, and after
21 you're done, I'm going to ask you a few questions.
22       (Pause.)
23    A. This is the second dirty letter I wrote.
24    Q. As you look at it today, are all the
25 facts in this letter true and correct, to your

Page 134

1 knowledge?
2    A. Pretty close.
3    Q. Are there any discrepancies?
4    A. Some misspellings.
5    Q. Other than misspellings and some
6 grammar, all the contents are correct?
7    A. Yes.
8    Q. I don't know if I asked you this.
9        As you sit here today, if you had to
10 rank the pain in the area of your incision on a
11 scale from one to ten, could you please rank it?
12   A. Today?  I'd say about seven.
13   Q. So that's about the same that you were
14 while you were during your third hospital stay,
15 right?
16   A. Yes.  Like I said, it goes high and low,
17 depending on the bowel movement.
18       MR. CHING:  At this point, I have no
19 further questions.  And I guess, Mr. Dubin, do you
20 have any questions?
21       MR. DUBIN:  My lips are frozen.
22       MR. CHING:  Thank you very much.
23       (Deposition concluded at 3:40 p.m.)
24
25

Page 135

1        I, KEVIN MILNES, hereby certify that I
2 have read the foregoing typewritten pages; and
3 corrections, if any, were noted by me; and the
4 same is now an accurate and complete transcript of
5 my testimony.
6
7        Dated at_____Hawaii
8        this_____day of_____, 2006.
9
10      _____
11      KEVIN MILNES
12
13
14 Signed before me this_____day
15 of_____, 2006.
16
17 _____
18 Witness to Deponent's Signature
19
20
21
22 Kevin Milnes vs. United States of America
23 Civil No. 02-00365 BMK, January 13, 2006
24 by William T. Barton, RPR, CSR.
25

Page 136

1        CERTIFICATE
2 STATE OF HAWAII        )
3                        )  SS.
4 COUNTY OF HONOLULU )
5    I, WILLIAM T. BARTON, RPR, Certified
6 Shorthand Reporter, State of Hawaii, do hereby
7 certify that on January 13, 2006 at 1:05 p.m.
8 there appeared before me KEVIN MILNES, the witness
9 whose deposition is contained herein; and that
10 prior to being examined was duly sworn; that I am
11 neither counsel for any of the parties herein, nor
12 interested in any way in the outcome of this
13 action;
14     That the deposition herein was by me taken
15 down in machine shorthand and thereafter reduced
16 to print via computer-aided transcription under my
17 supervision; that the foregoing represents a
18 complete and accurate transcript of the testimony
19 of said witness to the best of my ability.
20     Dated this 26th day of January 2006 at
21 Honolulu, Hawaii.
22      _____
23      WILLIAM T. BARTON, CSR No. 391
24      Notary Public, State of Hawaii
25      My Commission expires August 7, 2009

Milnes v. USA    Multi-Page™    $10,000 - approximation
January 13, 2006

**-$-**

$10,000 [1] 103:1
$20,000 [1] 131:10
$3,000 [1] 29:24
$31.15 [1] 25:25
$55 [1] 26:1

**-'-**

'04 [3] 23:5,12,16
'05 [3] 12:6,23 25:6
'72 [1] 10:15
'73 [1] 10:16
'74 [1] 13:15
'76 [1] 10:21 51:10
'80 [1] 51:10
'86 [1] 25:4
'88 [1] 21:14
'89 [2] 27:23 91:1
'90 [1] 37:1
'91 [2] 27:10 90:25
'92 [3] 19:23 20:20 21:11
'94 [1] 20:22
'95 [1] 21:6
'96 [5] 14:5 18:10,13,18
21:6
'97 [7] 14:5 18:8,13,18
23:11 32:12 129:23
'99 [12] 17:19,21 18:8
23:11,12,14 28:17 32:11
124:24,24 131:18,20

**-0-**

02-00365 [2] 1:4 135:23

**-1-**

1 [6] 3:8 23:5 56:1 80:4,6
91:13
100 [1] 121:24
10:00 [2] 40:3 44:2
11 [6] 40:8,9,10 41:16
44:1 48:5
110 [1] 3:10
11:00 [5] 39:7 40:4 41:4
69:13 104:19
12:00 [1] 39:7
13 [3] 1:17 135:23 136:7
133 [1] 3:11
13th [6] 35:1,2,4 36:9,10
57:20
14 [2] 32:24 38:7
14th [10] 35:1 36:8,14,21
36:24 38:10 41:9 42:4
57:12,17
15 [5] 19:18,24 20:5 34:24
40:10
15th [8] 39:2 40:25 41:5
41:13,18 42:5,10 47:22
16 [1] 41:25
16th [11] 39:22,23 41:18

41:19 42:1,6,21 43:9 48:4
49:2 50:6
18th [1] 94:25
19 [7] 32:25 38:12 55:22
57:1,3,24 62:7
190 [2] 128:17,22
1973 [1] 10:21 16:20
1976 [1] 16:20 30:25
1988 [1] 14:18
1990 [3] 21:11,14 90:25
1997 [4] 16:11 23:9 32:6
129:16
1999 [42] 3:11 17:20 23:9
23:15 26:22 31:18,25
32:20,20,25,25 33:5,6,10
33:10 55:23 56:25 57:3
57:25 62:7 73:12 87:8
91:20 96:5,7,16,20 107:21
111:19 123:12 124:17
125:4,7 126:12,22 127:22
128:13,15,17,21 132:25
133:12
19th [6] 51:15,18 52:10
52:18 57:13 61:23
1:00 [2] 34:22 36:12
1:05 [2] 1:17 136:7
1st [7] 77:6,6,6,8 81:4,7
81:18

**-2-**

2 [9] 3:9 33:5 72:10 80:4
87:8 91:17,19 96:7,16
2-13-54 [1] 4:16
20 [4] 33:10 56:25 107:21
111:19
2000 [4] 17:15,19,21
115:16
2002 [3] 115:14,16
119:24
2004 [5] 23:10 131:14,24
132:10,19
2006 [6] 1:17 135:8,15
135:23 136:7,20
2009 [1] 136:25
20th [5] 64:3 94:24 108:6
110:4 111:22
21 [3] 19:20 20:3 56:16
21-year-old [1] 20:5
21st [4] 65:11,12 66:5,20
22 [1] 99:23
22nd [11] 66:21,23 69:4
69:17 70:14,25 71:2 74:5
74:8,12,15
23 [1] 102:16
23rd [8] 69:8 70:2,9,11
70:16,17,18 71:7
24 [2] 102:16 118:11
24/7 [1] 102:1
24th [12] 69:12,22,23,24
70:8 71:10,13 72:1,12,13
72:19 73:20
25 [1] 33:5
250 [1] 128:18,24

25th [2] 73:12 74:20 78:4
26th [8] 77:24 78:2,14,15
85:6 86:17,20 136:20
27th [5] 76:17,17 78:3,15
86:18
28th [1] 77:2
2:00 [4] 34:22 36:12,18
39:9
2nd [2] 72:11 74:23 77:6
88:16 89:18,20 93:24 94:3
96:25 98:12 99:2

**-3-**

3 [5] 3:10 10:6 25:3 110:15
111:3
30 [2] 16:24 23:4
300 [2] 1:15 2:14
30th [1] 100:1
31 [1] 16:25
3100 [1] 2:6
391 [2] 1:25 136:23
3:00 [3] 39:9 40:5 49:1
3:40 [1] 134:23

**-4-**

4 [8] 3:4,11 34:5 56:15,21
56:22 132:24 133:1
4:00 [1] 71:22
4:30 [2] 13:16 41:9
4th [1] 74:25

**-5-**

500 [1] 88:5
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 [1] 4:14
55 [1] 2:6
56 [1] 3:8
5:00 [1] 39:17

**-6-**

6-100 [2] 1:15 2:13
6-20-99 [1] 57:2
60-inch [1] 83:8
66 [1] 25:19
6:00 [1] 39:17
6th [5] 96:13,21 97:4,6
99:11

**-7-**

7 [4] 3:11 132:25 133:12
136:25
78 [2] 115:15 116:1
7:00 [3] 39:23 41:23
47:20

**-8-**

8 [6] 16:11 33:10 41:12
96:5,8,20
82nd [1] 11:23
86-300 [1] 4:11

8:00 [3] 36:19 41:2 42:24
8:30 [2] 34:3,5
8th [8] 96:25 98:2,8,13
99:3,19,20,22

**-9-**

90-B-20 [1] 12:17
91 [3] 3:9 12:16,17
943-2114 [2] 86:2,7
96792 [1] 4:12
96813 [1] 2:7
96850 [1] 2:15
9:00 [2] 41:2 42:24

**-A-**

A&I [1] 9:14
A-L-A-M-I-H-I [1]
4:11
a.m [6] 40:9,10 41:12,17
44:1 48:5
abdomen [1] 130:9
abdominal [2] 121:15
122:9
abided [1] 104:16
ability [3] 8:7 55:20
136:19
able [7] 7:21 42:11 49:8
101:4 107:7 123:16
128:25
above [7] 34:16,18 59:15
59:17 64:19 92:3 123:22
absolutely [2] 39:25
47:21
accident [2] 28:20 29:7
125:4
accidents [2] 29:1 31:24
Accomplishment [1]
13:4
according [1] 40:1
accountant [1] 26:11
accurate [2] 135:4
136:18
accurately [1] 7:22
accusing [1] 117:10
acne [3] 116:15,17,18
action [1] 136:13
active [6] 10:22 11:5,7
11:17 13:13 14:20,22 15:8
15:17,22
activities [3] 63:21
127:25
activity [1] 113:1
Adams [1] 97:24
added [1] 43:24
addition [3] 30:19 37:16
37:18
address [3] 4:10 17:8
adds [1] 26:1
adjuster [1] 28:24
admission [4] 90:3
98:13 104:15 106:8

admitted [23] 33:15,18
39:6 40:15,17,23 41:8,11
42:15,16 57:20 72:7,13
72:18 74:20 79:22 96:4
96:19 98:3,9 99:20 103:18
105:6
advice [1] 94:2
affect [2] 8:6 55:20
affected [3] 34:10 98:24
128:1
African [1] 19:4
afternoon [9] 7:23 33:17
39:8,9,17 48:14 49:1
71:22 75:10
afterwards [2] 84:14,18
again [2] 20:11 22:11
25:15 46:9 77:2,3,5 94:21
95:15 98:4 99:19 102:6
109:7,18
against [5] 28:11 30:8,19
30:21 31:12
agency [1] 24:24
ages [1] 16:23
ago [1] 30:5
agree [1] 102:14
ain't [1] 116:17
Ala [1] 1:16 2:14
Alamihi [7] 4:11 17:7,9
17:11,13,23,25
allergic [7] 89:4 90:2,4,4
90:6,9,14
almost [8] 10:19 24:16
24:18 102:17,22 116:6
119:24,24
altercations [1] 117:1
always [2] 62:4 123:25
ambulance [1] 33:21
America [5] 1:6,15 2:10
4:4 135:22
American [1] 21:4
anesthesia [1] 48:23
anesthesiologists [1]
77:12
answer [3] 6:17 8:7 61:20
answers [3] 6:10 7:14,16
Anthony [1] 29:15
antibiotic [2] 49:25
50:22
antibiotics [4] 50:9,17
50:23 79:2
Antonio [1] 11:25
anybody's [1] 102:4
anyway [2] 52:3 84:16
apartment [1] 63:10
APPEARANCES [1]
2:1
appeared [1] 136:8
application [1] 89:14
applied [2] 88:10,18
apply [2] 88:24 132:6
appointment [2] 97:24
98:3
approximation [1]

86:13
**Arakawa** [1] 90:17,24
**area** [15] 38:25 52:14
  76:23 77:3 80:25 82:12
  82:14,17 87:19,23 106:6
  121:14,20 122:4 134:10
**areas** [1] 123:23
**arguments** [1] 117:2
**arising** [1] 31:14
**arm** [1] 100:9
**Army** [17] 9:8 12:15
  13:15 19:20 38:9 40:15
  51:8,13 55:1 73:15 82:1
  83:22 90:7,11 102:6
  114:20 120:20
**arose** [2] 68:21 123:2
**arrest** [1] 19:25
**arrested** [1] 19:14
**arrests** [2] 19:17 20:6
**arrived** [1] 35:3
**ashore** [1] 82:7
**asleep** [1] 66:12
**assessment** [1] 126:20
**Assistant** [1] 2:12
**assume** [3] 6:17,22 61:17
**assuming** [1] 48:22
**AT&T** [2] 16:7,8
**attached** [3] 105:8,12,16
**attention** [4] 26:22
  109:15 114:25 115:2
**attorney** [5] 2:12 4:19
  5:17 29:15,17,21
**attorneys** [1] 29:14
**attractive** [1] 125:25
**Audria** [1] 16:24
**August** [5] 13:15 17:21
  23:4,9,12,16 127:4 132:19
  136:25
**Augusta** [1] 8:20
**Austin** [2] 9:15,15
**average** [2] 126:20,21
**awarded** [1] 11:19
**awards** [3] 12:16,22 13:3
**aware** [3] 88:9,17 89:14
**awareness** [1] 8:7
**away** [10] 15:15 46:20
  67:6,25 73:23 74:9 119:17
  129:17,21,24

———————
         -B-
———————

**B** [3] 71:17 75:13,14
**babies** [2] 42:13 47:15
**bad** [5] 45:21 83:15,20,21
  128:12
**bag** [13] 44:10,18,21,23
  45:2,10,16,25 46:8,14,15
  49:14 50:22
**bags** [5] 45:13,23 46:11
  46:18 49:10,16 50:20
**bandage** [5] 97:1,20
  101:10 114:4,8
**bandaged** [1] 69:3

**bandages** [11] 12:6 72:21
  72:24 74:13 88:24 89:1
  95:14 114:6,11,15,21
**BAQ** [1] 13:17
**barge** [1] 82:11
**Barton** [4] 1:25 135:24
  136:5,23
**base** [1] 15:20
**basic** [3] 8:2 14:12 97:1
**basics** [1] 8:1
**basis** [2] 28:18 31:1
**baster** [1] 53:4
**bat** [1] 90:19
**bathing** [1] 124:11
**bathroom** [3] 8:12
  108:11 121:18
**battery** [2] 102:24 105:1
**beach** [13] 124:11,11,13
  124:25 125:1 126:13,17
  126:18,23 127:3,8,13,16
**Beachcomber** [1] 35:17
**beached** [2] 89:12 97:22
**become** [1] 9:25
**bed** [5] 87:9,12 100:5,10
  130:3
**beds** [2] 74:24 75:3
**begged** [1] 76:22
**begging** [2] 45:14 98:10
**behalf** [1] 1:14
**belong** [1] 10:5
**belongings** [1] 82:23
**bend** [2] 107:3 128:5,7
**bending** [1] 128:10
**benefits** [1] 25:25
**best** [5] 6:10 90:5 99:1
  117:24 136:19
**better** [10] 31:6,16 32:6,8
  37:10 38:22 61:17 67:7,9
  109:20
**between** [16] 7:8 13:13
  23:12 40:4 42:16 62:20
  63:8,21,24 64:12 65:7
  105:21,22 115:16 120:18
  129:12
**big** [4] 20:20 45:2 103:3,4
**biggest** [2] 120:4 123:8
**bill** [2] 58:25 59:20
**biology** [1] 12:4
**bird** [1] 19:7
**birth** [2] 4:15 8:19
**bit** [2] 4:24 51:19
**black** [2] 17:11 27:25
**bladder** [8] 38:4,24 39:4
  39:11 40:1 46:24 48:23
  118:6
**blank** [3] 56:18,18,18
**bleach** [8] 89:5,7,10 90:4
  90:12,14 97:15,18
**blew** [5] 54:16,17,17,18
  54:19,19 66:1 67:3 68:24
**blood** [3] 49:12 54:20
  66:10

**blowing** [1] 89:11
**Blvd** [2] 1:16 2:14
**BMK** [1] 1:4 135:23
**boat** [1] 82:11
**body** [4] 24:3 26:24 34:10
  105:4
**bone** [1] 34:17
**bookkeeper** [1] 26:11
**bothered** [1] 41:19
**bottom** [2] 56:23 57:10
**bought** [1] 105:10
**Boulevard** [1] 62:25
**bowel** [5] 123:11,12
  124:8,23 134:17
**box** [1] 85:20
**break** [4] 8:11,13 73:5
  110:24
**breaking** [1] 13:13
**briefly** [3] 28:9 74:19
  79:7
**brilliant** [1] 115:9
**broke** [2] 29:10 66:8
**brought** [4] 28:11 30:8
  30:20 37:12
**building** [9] 1:15 2:13
  9:18 10:9 25:22 33:25
  86:6 90:22,23
**bulb** [8] 53:3,7,10 65:19
  65:19,23 68:11,18
**bullshit** [1] 108:11
**bunch** [2] 49:13 114:13
**busted** [1] 28:5
**busy** [2] 53:24 87:16

———————
         -C-
———————

**C** [6] 62:17 82:9,18,24
  85:10,25
**Calico** [1] 19:2,3
**Camp** [1] 8:20
**canes** [1] 129:1
**capability** [4] 102:2,9
  102:20,22
**car** [4] 28:20,21,23 29:2
  62:11 110:25
**card** [1] 10:2
**care** [12] 12:7 32:15 37:1
  81:2 87:1 93:11 95:20,23
  96:24 108:24 109:4 126:3
**carpet** [1] 86:11
**carry** [4] 64:18 84:12
  86:14 99:3
**carrying** [1] 84:20
**case** [7] 29:23 30:16,16
  122:13 123:6 124:9,18
**cat** [3] 19:2,3,5
**catch** [1] 89:2
**caught** [1] 24:21
**caused** [4] 35:25 123:6
  124:9 128:11
**causes** [1] 122:9
**causing** [1] 117:10

**center** [10] 38:10 40:15
  73:15 82:1 83:22 89:15
  90:21 114:20 120:20
  131:22
**certain** [5] 6:22 7:2 40:20
  93:13,13
**certificate** [2] 12:14
  13:4 136:1
**certificates** [5] 9:23
  12:8,16,19 13:1
**certification** [2] 12:13
  136:5
**Certified** [1] 136:5
**certify** [2] 135:1 136:7
**cessation** [4] 92:23
  93:16 112:25 126:10
**chance** [1] 133:18
**change** [8] 44:18 88:23
  89:1 95:14 97:19 101:14
  114:4,7
**changed** [6] 44:20 72:24
  73:3 114:6,15,21
**changes** [1] 5:21,23
**changing** [3] 13:16 72:20
  114:11
**charge** [2] 61:8 66:24
**charges** [1] 19:17
**check** [2] 42:13 49:12
**checked** [2] 42:14 85:7
**checker** [1] 22:2
**chemicals** [1] 90:10
**chemistry** [1] 51:6
**chewing** [1] 40:12
**chief** [1] 133:12
**children** [1] 16:21
**chiller** [3] 13:16,18,19
**Ching** [7] 2:11 3:4 4:7
  56:2,7 57:16,22 73:5,8
  91:14,18 110:16,22
  132:23 133:2 134:18,22
**cigarette** [5] 55:12,13
  95:1 104:22
**cigarettes** [8] 54:23
  64:16 80:13,16 98:17
  105:24 110:13 117:25
**Cirangle** [32] 39:19 47:8
  47:12 60:3,4,15,19,24
  61:7,14 71:23 75:11,16
  76:10 77:17 79:12 81:16
  81:20 83:7 84:11 86:14
  86:25 93:18,19 94:1,3,10
  97:7 99:11 109:3 116:20
  119:1
**Cirangle's** [1] 94:8
**Civil** [2] 1:3 135:23
**claim** [5] 30:19 31:11
  123:2,6 124:8
**claims** [4] 28:25 30:21
  31:1,13
**Clarence** [1] 62:17
**clarify** [2] 20:10 94:18
**classes** [2] 112:25 117:23
**clean** [1] 97:2
**cleaned** [1] 115:13
**clear** [1] 113:23

**cleared** [2] 132:13,17
**clerk** [1] 59:24
**clinic** [1] 97:5
**clips** [3] 52:22 54:11
  65:18
**close** [9] 76:20,22 77:17
  78:6,16 79:8 106:5 114:24
  134:2
**closed** [10] 80:7,9 106:4
  110:5 113:17,20 116:12,21
  119:10,19
**closing** [2] 77:3 113:22
**clothes** [1] 91:8
**clue** [1] 43:2
**cockatiels** [1] 19:6
**cocktail** [2] 37:4,17,19
**codeine** [1] 37:6
**collapsed** [1] 77:11
**collect** [2] 52:23 65:24
**collecting** [2] 51:25
  68:13
**collects** [1] 53:8,10
**college** [3] 9:8,15 131:22
**collision** [2] 28:19 29:3
**colonel** [3] 98:1 101:8
  104:1
**color** [1] 50:24
**colors** [1] 97:21
**commencing** [1] 1:16
**comments** [3] 5:23 6:3
  125:24
**Commission** [2] 30:3
  136:25
**Community** [1] 9:15
**Comp** [4] 24:5 27:17 28:8
  30:18
**compacted** [1] 38:19
**compaction** [1] 38:24
**compared** [2] 106:8
  129:18
**comparison** [1] 52:5
**compassionate** [1]
  60:10
**complain** [2] 70:10
  84:17
**complained** [2] 84:14
  115:22
**complaining** [1] 108:7
**complaint** [1] 30:2
**complete** [2] 135:4
  136:18
**completed** [1] 118:4
**Completely** [1] 78:18
**comply** [1] 95:19
**comprehensive** [2] 29:2
  29:7
**computer-aided** [1]
  136:16
**concluded** [1] 134:23
**condition** [1] 15:6
**condo** [2] 62:22 63:2
**confirm** [3] 40:14 41:7

67:2
confusion [2] 83:6 84:23
connected [5] 31:5 53:13
100:11 114:5,19
consequences [2] 83:14
83:21
consistent [1] 6:2
consistently [1] 80:18
consolidation [2] 85:18
85:19
Conspiracy [1] 20:4
Constant [1] 122:8
constipation [3] 122:6
122:9,13
Construction [5] 21:21
21:22 22:20 24:14 25:15
contact [1] 70:23
contained [3] 97:15
133:15 136:9
container [2] 85:16,17
contents [1] 134:6
continue [2] 64:13 110:7
continued [2] 115:13
116:9
continuously [1] 115:12
convicted [5] 19:11 20:6
20:7,8,13
conviction [2] 20:19,21
convictions [1] 20:17
convulsion [1] 66:6
convulsions [1] 36:13
copy [7] 56:18 59:14,15
92:3 112:5,8,17
correct [90] 5:10 6:5
10:23 11:1 14:7 17:24
18:19 20:18 23:20 26:7
26:20 31:5 32:22 33:2,7
33:11 36:22 38:11,13,14
40:18,19 41:10,14 42:12
44:22 46:18,19 47:5,9,25
55:23 56:24 57:4,17 58:3
59:9,11,12 68:7 71:8,10
72:1 73:13,21 74:21,24
75:3 78:1,19,25 81:8,19
87:9,13 91:20,21,22 92:1
92:7 93:8,9 96:3,6,17,20
98:9,19 99:9,20 100:1,2
105:9,17 111:14,16,25
114:6 120:12,16,23
128:16 130:1 132:15,22
133:4,13,16,25 134:6
corrections [2] 5:17
135:3
correctly [1] 53:16
101:11
cortisone [1] 91:9 98:11
coughed [4] 66:5 67:9
67:11,14
coughing [1] 67:16
counsel [2] 4:1 136:11
count [2] 19:21 125:13
COUNTY [1] 136:4
couple [10] 12:15 23:11
27:1 49:23 67:5 91:1
95:10 101:12 102:7

115:18
course [1] 25:22
courses [6] 10:9 12:1,4
12:20,21 51:7
court [6] 1:1 5:8,12,22 6:7
30:13
Courts [10] 76:10 97:25
109:25 115:4,8 116:18
117:16,17 124:3,6
coverage [5] 29:2,4,6
31:3,14
crab [1] 17:11
cream [1] 91:9
create [1] 65:23
crew [15] 53:25 75:13,16
75:17,18,20 76:1 77:2
94:5,8 104:3 118:17,18
118:19,20
crimes [1] 20:13
criminal [1] 19:10
crowded [1] 127:9
CSR [3] 1:25 135:24
136:23
CSX [2] 82:7 85:14
CT [4] 38:20 39:1,4
120:16
cubes [1] 40:13
cure [1] 34:6
current [8] 4:10 18:20
21:25 25:14,21,24 121:13
124:20
cursed [1] 79:12
custody [1] 26:8
cut [1] 48:20 54:17 115:10
cysts [2] 116:15 119:22

–D–

D [1] 3:1
Dad [1] 8:20
Dahl [3] 93:4 107:18
122:2
Dakin's [18] 88:11,12,15
88:18 89:7,15,20 90:2,6
90:14 95:15 96:10,14,22
97:4,11,15 100:23
damned [4] 100:10
101:16 102:24 119:10
data [1] 12:13
date [9] 4:15 5:22 40:23
57:6,7 63:15 88:16 91:25
111:15
dated [6] 56:25 57:8 58:3
58:4 135:7 136:20
dates [7] 19:16 22:21,21
32:23 33:2 57:19 91:12
daughters [1] 16:22
days [30] 14:1 23:24
24:10 40:13 53:17,18 54:6
77:4 78:5,5 79:11 80:21
83:6 99:23 101:8,12,21
102:18,21 103:21,25
104:10,11,12,16 105:9,11
109:13 129:19 130:3
daytime [1] 71:25

deal [1] 53:5
decent [3] 123:7,11
124:23
decision [1] 37:25
deep [1] 103:9
defective [1] 115:22
Defendant [4] 1:7,14 2:9
4:3
definite [2] 39:3,5
definitely [1] 94:10
defoliant [1] 90:12
degree [4] 9:5,17,18,20
degrees [1] 9:10
dehisce [1] 54:15
dehisced [1] 54:14
dehiscion [3] 68:5 84:19
117:11
dehydrated [1] 44:5
delayed [6] 10:15 118:3
118:13 120:1,8,14
demagracia [1] 15:2
denial [3] 24:8,12,13
denied [2] 24:6,7
department [10] 40:18
41:8,12 42:17 66:15,17
67:3,20 68:20 72:4
depending [1] 134:17
Deponent's [1] 135:18
deposit [1] 103:2
deposition [15] 1:12 3:7
4:18 5:4,12 6:21 7:3,7,11
7:23 8:10 33:9 134:23
136:9,14
describe [17] 4:23 9:2
11:5 12:11,25 13:12,20
28:14 29:13 30:23 52:20
76:16 81:14 100:6 107:23
115:5 121:17
described [3] 30:6 117:6
description [1] 38:16
desert [1] 15:21,21
despite [1] 109:11
devices [2] 129:1,6
diagnosed [1] 15:8
diagnosis [1] 14:25
diarrhea [2] 122:10,13
Dick [3] 23:2,15,22
diet [1] 49:9
difference [1] 7:8
different [8] 9:9 29:1
47:13 50:20,25 63:10 78:9
117:23
difficulty [1] 128:10
dig [2] 110:2 115:19
digital [1] 12:13
digs [1] 22:5
directed [1] 72:4
dirt [1] 10:10
dirty [3] 89:13 97:23
133:23
disappointed [2] 51:23
121:2

discharge [40] 3:8,9,10
11:8,9,11,15 49:7 52:9
55:8,11,25 56:14,16 58:14
59:2,4 60:21 72:25 88:16
89:19 91:16 92:14,15,21
93:7 94:1,2,23 95:8 105:5
105:7,19 106:3,7 110:14
117:7 112:7 119:12 124:4
117:1 112:7 119:12 124:4
discharged [38] 51:11
51:13,14,18 52:18 54:3
55:22 57:3,24 58:16,18
60:11,13,17,21 61:1,11
61:23 62:6 67:13 71:3
74:23 75:2 80:19 87:8
91:19 93:14 96:16 99:25
105:23 107:20,24 108:3,9
108:11,18,24 113:8
111:11,18,24 113:8
discharging [2] 87:11
108:6
Disclosure [1] 4:1
disconnect [2] 53:11
114:7
disconnected [1] 52:1
disconnection [1] 53:12
discrepancies [1] 134:3
discuss [1] 73:10
discussed [2] 18:9 26:14
Discussion [1] 91:15
110:21
dismissed [1] 88:12
DISTRICT [2] 1:1,2
dive [1] 110:1
dock [2] 28:20,22,23
82:13 84:24 86:21
docked [1] 82:6
doctor [24] 15:16 23:19
32:14,15 36:25 37:1 60:12
61:9 66:13 68:24 79:4
90:13,16,24 93:4,11,17
93:25 107:17,17 122:15
122:21 129:13 132:2
doctors [15] 60:15,19,24
69:7 73:17 75:19 81:2
87:15 92:21 94:7 108:24
109:4 119:2,7 132:13
document [25] 56:11,13
57:9,24 58:17,20,20 59:23
92:8,11,16,16 96:2,2
110:17,18 111:3,5,21
112:2,8,11,17,20 133:3
doesn't [1] 121:12
dog [2] 19:5 43:2
done [9] 5:15 25:11 48:19
56:4 78:13 80:4 110:19
124:3 133:21
door [2] 59:22 108:22
down [33] 5:8 6:8 7:16
13:13 27:12 28:19 39:24
43:23,25 44:20,22 55:12
59:18,19 62:22 67:15
73:22 75:7 78:21,24 82:6
82:19 84:24,25 85:14
95:10 104:20,21 108:10
109:9 112:9 117:24
136:15
downstairs [2] 80:24
108:13

Dr [74] 32:15 37:19 38:1
38:2 39:8,19 47:7,8,11
53:24 60:2,3,4,5,15,19,24
61:7,9,14 66:25 69:9
71:14,22,23 73:19 74:18
75:7,11,15,16 76:9,10,10
77:17 79:12 81:16,20 83:7
84:11 86:14,25 93:4,18
93:19 94:1,3,6,8,10 97:7
97:25 99:11 107:18 109:3
109:25 115:4,4,8 116:18
116:20 117:16,17 118:22
118:25 119:1 120:2,3,6,6
122:2,24 124:3 131:3
drafted [8] 8:21 10:15
drain [2] 52:22,23
drainage [1] 65:19
draining [3] 68:12,12
104:4
drill [4] 39:13 46:23 47:2
48:15
drilling [1] 47:3
drink [1] 8:13
dripping [1] 43:12
drive [7] 60:20 64:21 99:6
99:9 121:12 124:22 128:4
driving [7] 27:21 28:3
64:24 87:2,4,6 99:5
dropped [3] 28:20,21,23
drove [8] 37:14 62:8,9
82:18,18 83:21 121:5,7
drug [1] 88:4
drugs [1] 88:2
Dubin [8] 2:5 8:12 57:16
57:18 73:6 91:6 134:19
134:21
due [2] 120:1,8
dug [1] 116:18
DUI [6] 19:21,23 20:8,14
20:16,19
duly [2] 4:4 136:10
during [77] 6:12,21 7:2,6
7:11 8:10,21 15:1,8,16,21
15:22 32:19 38:6,16 44:17
46:22 47:10 51:11 55:3,9
55:10,15 60:11,11 61:13
62:20 63:8 64:12,19,21
64:24 65:7 66:22 75:6
76:13 78:9 80:1,12 81:1
81:23,25 82:5 88:6,9
89:25 94:18 96:7,15,24
97:8 98:12 99:2,5 100:4
100:12 101:17 103:17,22
104:8 106:16 108:23
110:7,10 113:8,12,15,23
114:11,18,23,25 115:6
117:2 118:1,6 134:14
duties [1] 31:3
duty [6] 10:22 15:9,17
23:21 132:5,7

–E–

E [1] 3:1
E.E [1] 27:25
early [4] 34:23 36:15 39:2
71:9

easy [1] 131:22
eat [2] 36:4 49:8
Echo [1] 12:16
eczema [1] 15:3
Eddie [2] 32:17 36:25
edema [1] 15:5,18
EDRIC [1] 2:11
education [4] 8:25 10:7 12:9 51:5
eight [11] 10:19 67:17 70:6 80:2 87:21 99:17 112:24 117:23 125:14,15 129:11
either [1] 116:22 122:10 128:1
El [1] 9:14
elective [4] 118:14,23 120:1,8
elsewhere [1] 119:7
embarrassed [6] 124:10 125:1,21,22 127:6,17
embarrassing [3] 107:25 125:9,12
emergency [14] 33:19 40:18 41:8,12 42:17 46:25 66:15,17 67:3,20 68:20 68:25 72:3 91:10
emotionally [1] 51:20
employed [9] 16:6,8 21:16,18,23 22:10,19 23:1 25:5 86:10
employee [2] 13:6 24:22
employment [1] 22:13
empty [1] 53:11
Ena [1] 63:1
encounters [1] 117:13
end [4] 61:12 68:19 103:22 107:18
ended [2] 11:6 114:13
engineer's [3] 9:5,17,18
Engineers [1] 10:6 25:3
enlarged [2] 39:5 46:24
enlist [1] 10:13
enthusiastic [1] 127:22
entire [3] 66:6 81:25 113:24
entry [1] 10:15
ER [19] 38:11 66:24 69:17 69:21 70:11,13,22 71:3 71:15 72:6,14,22 74:4,7,8 74:15 120:20 121:2,5
errands [1] 53:25
ESQ [2] 2:5,11
Estate [1] 30:2
estimate [3] 7:3,9 104:14
evening [1] 73:20
evenings [1] 86:8
events [1] 124:17
eventually [5] 76:11 93:4 102:2,18 104:19
everywhere [2] 66:10 123:18

examination [3] 3:3 4:6 97:8
examined [2] 4:5 136:10
example [3] 7:15 45:15 103:12
Except [2] 82:3 114:9
excuse [4] 47:21 61:3 108:12,16 120:4,9,10
exercises [2] 106:25 107:2,5,5,6,7
Exhibit [1] 56:1 91:13 91:17 110:15 111:3 132:24 133:1
Exhibits [1] 3:7
expansion [1] 27:25
expected [1] 87:16
experience [1] 44:8
experienced [1] 38:6
experiencing [1] 34:19
expires [1] 136:25
explain [5] 48:10,16 50:15,18 61:5
explained [4] 48:13 50:11,13 83:17
explanation [1] 50:16
explode [1] 90:12
exposed [2] 90:10 91:8

-F-

face [1] 75:21
fact [3] 79:3 92:24 119:6
facts [4] 6:22,23 133:15 133:25
fair [1] 126:20
family [2] 30:13 32:14
far [2] 6:7 7:13
fascia [3] 66:8 76:18,20 78:6,8
fast [1] 6:15
faxed [1] 97:23
Federal [1] 1:15 2:13
feeling [5] 51:22 68:14 132:1,9,10
feelings [1] 126:3
fees [3] 29:15,18,21
feet [3] 103:5,6,7
fell [3] 13:17,18 66:12
felt [5] 67:7,7,9 74:2 132:11
fever [5] 68:1,4,10,15,21
few [6] 12:10 34:18 56:4 126:10 131:9 133:21
Field [1] 11:23
fifth [1] 71:16
fighter [1] 49:24
filed [4] 26:2,6 30:4 31:11
film [1] 39:4
finally [5] 39:6 69:1,7 71:22 77:14 101:15 106:23 107:17,18
finds [1] 125:24

fine [2] 69:3 74:10
finish [8] 6:9,10 11:12 25:23 30:12 59:3 83:19 113:7
finishing [1] 12:20
first [87] 4:4 10:13 13:16 20:11 30:14 32:16,24 33:12,16 35:2 36:10 38:5 38:8,16 40:17 43:10,21 46:17,22 49:7,23,23 50:2 50:3,3 51:12,14 55:3,5,6 55:15 58:17,19 60:1,12 60:18,22 61:1,13 62:20 63:8,21,24 64:12 65:8 68:21 69:16,17 72:3,14 76:3,5 78:12,15 79:21,23 79:25 81:17 85:2,5 88:14 89:25 92:23 94:18 95:5 95:18 97:17 98:6 101:7 101:19 103:25 104:10,15 104:16 105:3,9,11,18 106:1 109:13 112:1 116:16 118:1,6 120:19 128:21 132:17
fist [1] 27:13
fit [1] 77:18
Fitsimmons [1] 11:25
five [5] 9:8 61:25 75:12 77:4 125:15
flank [2] 106:7,12
flew [3] 15:14 35:4,5
floor [5] 54:7 59:19,25 65:16 71:16
Florida [4] 17:2 18:5,7 23:8
fluid [5] 43:15,16,17 52:23 68:12
fluids [3] 53:8 65:23,24
folks [1] 26:10
follow [2] 59:16 72:23
following [10] 5:11 39:21 40:25 41:16,23 42:20 54:6 95:18 97:3 113:18
follows [1] 4:5
food [4] 34:9 35:25 58:25 92:15
foot [2] 27:2 103:8,8
foregoing [2] 135:2 136:17
forgot [2] 61:20 94:21
form [3] 58:5,9,11
found [4] 35:24 77:14 83:4 131:1
four [30] 10:20,24 11:10 11:13 14:1 28:19,25,25 29:1,8,16 39:13,15 46:23 47:2,3 48:15 50:19 69:1 71:21 77:4,9 79:11 80:16 83:5 98:17 99:1 102:21 113:21 126:19
fourth [1] 111:10
frequency [1] 125:10
frequent [1] 128:2
Friday [4] 53:24 55:7 85:10 94:22

friend [2] 62:12,14 82:9 85:8
front [2] 80:25 119:6
frozen [1] 134:21
fucker [1] 77:21
full [1] 29:1

-G-

G-E-N-E [1] 62:17
Gainesville [8] 17:2 18:5,7,17 23:8 131:13,15 131:21
gall [8] 38:4,24 39:4,11 39:25 46:24 48:23 118:6
gallon [2] 89:2 97:13
gap [2] 131:16,16
GARY [1] 2:5
gathering [1] 51:24
gauze [2] 72:20,24
Geico [3] 28:15 30:7,16
Gene [7] 62:15,16 82:9 82:18,24 85:10,25
general [5] 32:14 38:15 48:22 96:13 97:24
Georgia [1] 8:20
GI [3] 37:4,16,18
Ginny [1] 16:24
girls [1] 131:23
given [8] 5:16 96:10,12 96:14 97:1,4,12 112:8
giving [9] 7:16 43:1,20 49:17,19,20 50:9,13 79:1
God [3] 40:12 45:11 88:7
goes [4] 4:19 121:18 134:16
golf [3] 10:9 25:22 113:16
golfing [1] 113:19
gone [5] 74:3 95:10 102:25 127:5,8
good [15] 6:6 7:12 28:5 55:17 60:7,8 87:18 104:1 104:4 109:14 126:1 128:3 132:1,9,10
goofy [1] 116:16
Gordon [1] 8:20
graduate [1] 8:22
grammar [1] 134:6
Grand [1] 27:7
granulate [1] 101:1
grays [1] 19:4
great [3] 70:3 101:8,12
grew [1] 14:24
ground [1] 4:24
guess [18] 7:7,9 15:5 31:19 40:4 45:8 47:8 51:2,3 53:2 58:4 70:6 71:24 85:4 89:2 93:10 100:21 134:19
gut [1] 34:13
guts [1] 54:20
guy [9] 20:2 39:3,19 71:14 75:23 115:11 118:22 122:18 124:6

guys [1] 104:22

-H-

half [14] 18:16 24:18 106:5 109:24,24 110:6,12 113:9,17 114:23 116:6,8 116:9 119:18
hammer [1] 27:21
hand [2] 77:13 110:17
hands [1] 73:2
handwriting [1] 133:7
handy [1] 91:9
hang [2] 43:12 124:13
hanging [4] 46:14 78:7
happy [1] 116:25
Hawaii [11] 1:2,16 2:7 2:15 4:12 10:3 135:7 136:2,6,21,24
Hawaiian [4] 17:12 101:7 104:3 114:14
he'd [1] 116:10
head [11] 7:16 75:11 84:10 95:25 96:1 97:25 98:1 101:9 104:1 108:19 115:8
heal [1] 55:20
healed [3] 113:2,4,9
healing [5] 65:23 93:22 98:23 100:25 109:10
health [8] 55:18 81:2 86:25 93:11 96:24 108:24 109:4 126:3
healthy [1] 116:22
hear [1] 118:16
heard [7] 55:18 61:8,9 71:14 118:15,22 120:2
hearing [1] 109:11
heating [1] 9:5
heavy [6] 60:25 64:18 84:12,21 86:14 99:3
Hee [2] 17:23 18:1
hell [1] 77:22
help [6] 60:10 100:24 101:1 121:22 122:3 129:7
hereby [2] 135:1 136:6
herein [3] 136:9,11,14
hero [1] 124:5
herself [1] 101:10
high [4] 8:22 9:3 25:20 134:16
hip [1] 34:17
hired [1] 25:18
Hobron [1] 86:4
hole [1] 27:12
holes [6] 39:13,15 46:23 47:2,3 48:15
home [15] 54:13 62:7 68:19 69:3,19,20 70:12 72:9 74:10 88:2,25 97:13 97:19 103:2 120:22
homebound [1] 14:1
Honolulu [7] 1:16 2:7

Milnes v. USA                    Multi-Page™                    honorable - machine
**January 13, 2006**

2:15 35:3,7 136:4,21
**honorable** [3] 11:9,11
  11:15
**hooked** [2] 43:21 113:24
**hopefully** [1] 39:14
**horrible** [1] 123:17
**hospital** [72] 11:23 31:20
  32:19,24 33:4,9,12 38:17
  39:7 40:21,24 41:12 42:11
  46:22 47:24 49:8 51:12
  51:14 55:3,3,9,16 60:1,12
  60:22 61:1,13 63:9,21,25
  64:13 65:8 69:16 73:11
  77:24 79:13,22 80:1,13
  80:22,25 81:1,25 83:1
  90:1 91:20 93:14 94:16
  94:19 105:15 106:16,19
  106:24 107:8 108:23
  113:24 114:18 117:2
  118:2,7 119:13 120:12,19
  121:3 123:3 127:23
  128:20,25 130:6,7 131:20
  134:14
**hospitalization** [1] 50:4
**hospitalized** [1] 13:23
**hot** [1] 41:19
**hotels** [1] 10:9
**hour** [10] 25:25 26:1
  49:11,11 82:3,5 83:9,11
  84:24 85:7
**hours** [9] 49:23 67:5 69:1
  71:21 77:9,13 102:16
  115:18 118:11
**house** [4] 25:19 62:23
  63:10 65:2
**houses** [1] 64:8
**housing** [2] 82:7 85:17
**hung** [3] 45:15,23 130:2
**hurt** [3] 27:6,11,19
**Hyatt** [1] 27:7

**-I-**

**I-R-I-N-A** [1] 16:3
**ice** [2] 40:12 85:20
**Identification** [4] 56:1
  91:17 110:15 133:1
**illustrator** [3] 11:20,21
  12:12
**immediately** [1] 8:14
**immobilized** [1] 102:1
**immunologist** [1] 90:18
**immunologists** [2]
  90:18 91:1,3
**imploded** [1] 97:22
**improve** [2] 103:24
  106:7
**in-patient** [1] 96:20
**inches** [1] 34:18
**incident** [1] 123:15
**incision** [18] 52:15,18
  55:20 72:18 87:19,23
  107:24 109:16 119:13
  121:14,20 122:20,23
  123:4,20,22,24 134:10

**include** [1] 6:23
**including** [3] 60:15,19
  60:24
**income** [2] 26:3,5,6
**inconsistencies** [1] 6:4
**incorrect** [1] 6:24
**incorrectly** [4] 57:7,8
  58:3,4
**increase** [2] 67:21 106:15
**increased** [2] 67:24
  68:16
**indicated** [1] 59:13
  72:25 93:7
**indicating** [6] 34:12
  57:10 103:4 119:10
  123:21 125:23
**infected** [10] 77:21 79:9
  80:11 97:10 99:13 109:25
  115:13,19,21 119:23
**infection** [13] 49:24
  65:19,20 78:21,23,24 93:2
  97:11 100:21,22 107:16
  108:19 115:23
**inflamed** [2] 48:6 99:14
  108:1 119:14,19,23
**inflammation** [1]
  119:17
**inform** [1] 107:10
**information** [5] 8:18
  119:25 120:5
**injection** [1] 91:11
**injections** [4] 12:5 46:12
  129:12,14
**injured** [2] 13:9,22
**injuries** [10] 13:12 14:8
  15:22 26:15,21 31:15,18
  31:24 123:2 124:14
**injury** [14] 13:16,21,24
  14:11 18:10 27:24 28:2,4
  30:24,25 31:2 32:3 106:19
  128:11
**inner** [3] 66:8 76:20 78:6
**inorganic** [1] 51:6
**inquired** [1] 131:2
**inquiring** [1] 130:25
**inside** [6] 46:14 53:6,10
  53:12,13 85:19
**instead** [2] 54:9 74:4
**institute** [1] 9:4
**instruction** [1] 59:16
**instructions** [10] 59:15
  59:17 72:23,25 92:4 93:12
  94:2 95:3,12,19
**interactions** [2] 60:2,5
**interested** [1] 136:12
**interpreter** [1] 16:5
**interreaction** [3] 61:2,4
  61:6
**interrogatories** [1]
  122:16
**Intervenous** [1] 43:18
**intestines** [4] 66:10 69:2
  76:19 78:7
**involved** [2] 29:25 30:15

**Irina** [3] 16:3,14 17:1
  18:21
**Island** [5] 20:20 82:14,15
  82:16 86:21
**issues** [1] 29:16
**itself** [3] 39:7 53:7,9
**IV** [13] 42:20,25 43:10,14
  43:21 45:24 46:9 49:17
  50:21 79:2,14,19,23
**IV'ed** [1] 42:22
**IV's** [3] 12:5 42:19 49:11

**-J-**

**January** [5] 1:17 18:14
  135:23 136:7,20
**job** [14] 6:6 7:13 21:25
  22:3 23:15,22,23 24:10
  24:21 25:9,11,17 35:11
  131:22
**jobs** [1] 132:7
**jog** [1] 113:5
**jogging** [3] 113:2,4,10
**join** [1] 92:25
**joined** [1] 104:22
**joke** [1] 130:16
**juices** [1] 51:24
**July** [53] 3:11 16:11 17:21
  22:22 32:20 33:5,10,10
  63:17,18,19 73:12 74:23
  74:24 77:6,6,6,8 80:4,6
  81:4,7,18 87:8 91:19 96:4
  96:7,8,12,16,20,21,25
  96:25 97:3,6 98:12,13
  99:2,2,11,22 100:1 107:21
  108:6 110:4 111:18,22
  125:7 126:22 132:25
  133:12
**June** [38] 26:21 31:18
  32:20,24,25 33:5 34:24
  35:2 36:8,14,21,24 38:7
  38:10,12 40:10 41:13 48:4
  51:15,18 52:9 55:22 56:25
  57:3,24 61:23 62:6 69:4
  73:12 74:21 85:6 86:20
  123:12 124:17 125:4
  126:12 128:15,21

**-K-**

**Kaneohe** [3] 64:11 65:3
  65:4
**Kapiolani** [1] 62:25
**Ken** [2] 90:17,24
**kept** [5] 107:15,16 108:17
  109:11,25
**Kevin** [11] 1:3,12 2:4 3:6
  4:2,9 133:6 135:1,11,22
  136:8
**kidding** [1] 54:20
**Kiewit** [7] 21:19,21,22
  22:9,11 25:5,15
**kill** [1] 88:3 97:11 117:12
**killer** [1] 130:7
**killing** [1] 101:25
**Kim** [1] 29:14,15

**kind** [48] 9:22 10:1 11:22
  12:1,6 13:3,5,6,6 14:23
  18:25 28:4 31:8 34:16
  35:21 38:24 42:1 43:17
  45:16 46:21 47:14 49:9
  49:19,22,24 50:13 52:3
  53:3,3,5 60:8 63:1 65:7
  74:11 79:17 82:14 88:4
  88:10 90:12 92:15 94:1
  95:21 103:10 106:22
  107:2 126:2 127:9 129:1
**kinds** [2] 47:13 49:10
**Kingsville** [1] 9:14
**knee** [12] 14:10,15 18:10
  24:4 26:19,25 27:3,4,4,5
  30:25 31:15
**knew** [7] 42:7 46:9,9
  47:18,24 95:9 131:4
**knife** [1] 34:13
**knocked** [1] 40:11
**knowledge** [3] 90:5
  98:22 134:1
**Kona** [5] 20:20,24,25
  21:10,11
**Korean** [1] 8:21

**-L-**

**label** [1] 44:10,12,13
**laid** [3] 25:10,16 32:11
**land** [1] 28:3
**landed** [1] 27:12
**language** [1] 108:12
**last** [13] 29:19 76:3,6 80:6
  104:10,12 122:18 124:4
  125:19 127:2,4 131:18,19
**late** [1] 106:23
**lawsuit** [5] 28:10 29:9
  30:7,7,10 31:21 123:4
**lawsuits** [4] 28:14 29:25
  30:8,15
**laxative** [1] 37:7
**Laxatives** [2] 8:3 122:5
**layer** [2] 76:21 77:18
**layouts** [1] 10:9
**learned** [1] 89:9
**least** [2] 118:11 125:6
**leave** [1] 83:11
**leaving** [2] 83:25 84:3
**left** [15] 5:9 24:1,19 25:9
  27:4 39:21 78:1,19,22
  83:10,16,22 89:17,21
  128:9
**less** [5] 51:22 52:4 125:25
  127:22 128:2
**letter** [9] 3:11 59:15 97:23
  132:25 133:11,15,16,23
  133:25
**letters** [1] 89:13
**level** [5] 61:23 67:17 70:5
  129:8,22
**license** [1] 9:6
**licensed** [1] 10:4
**licensing** [1] 10:1

**lie** [2] 108:11 120:13
**lied** [1] 102:23
**lies** [1] 105:10
**life** [3] 124:10 125:3
  127:21
**lift** [3] 60:25 84:15 113:13
**lifting** [1] 117:11
**light** [3] 23:21 132:4,7
**light-duty** [2] 132:14,18
**Lim** [9] 39:8 47:7,11
  53:24 60:2,5 61:9 69:9
  71:14,22 73:19 75:7,15
  76:9 94:6 118:22,25 120:2
  120:6
**limitations** [1] 113:1
**line** [1] 133:6
**Lines** [1] 16:7
**Linguistics** [1] 26:13
**linked** [1] 122:13
**lips** [1] 13:21
**list** [1] 9:12
**listened** [1] 103:15
**listening** [1] 104:17
**literally** [1] 100:9
**live** [5] 17:6,16 18:3,21
  21:13
**lived** [7] 17:13 18:17
  20:25 21:11 124:11
  126:14 131:13
**lives** [1] 86:5
**living** [6] 18:15 21:2,3,7
  21:9 62:19
**lobby** [2] 80:24 104:21
**Local** [1] 10:6 25:3
**located** [2] 33:24 64:10
**location** [1] 12:2
**look** [10] 47:15 56:3 75:24
  90:20 91:4 103:23 110:18
  133:18,20,24
**looked** [10] 44:9 50:25
  52:17,20 64:1,5 72:18
  75:22 99:12 107:24
**looking** [6] 53:14 56:15
  92:12 108:21 110:19
  113:1
**looks** [1] 107:21
**lose** [3] 102:2,8,22
**losing** [1] 102:19
**lost** [2] 29:10 117:7
**lots** [1] 25:19
**Lousy** [1] 124:10
**love** [1] 124:6
**low** [1] 134:16
**lower** [3] 13:22 14:2
**luck** [1] 107:15
**lucky** [1] 4:16
**lungs** [3] 8:3 15:7 68:14

**-M-**

**M** [1] 2:11
**machine** [26] 22:4 98:5,5

98:7 100:14,17 101:4,9
101:18,24 102:5,15,24
103:1,2,3,19 104:1,20,21
104:23 105:3,8,12,15
136:15

**machines** [1] 100:11

**mad** [1] 43:2

**main** [1] 61:9

**major** [8] 52:21 54:8
65:15,17 68:6,9 98:1
116:16

**Makaha** [5] 17:17,22
18:3 83:4 86:22

**man** [2] 115:9 116:25

**managed** [2] 29:15,17

**management** [2] 9:19
126:11

**marijuana** [1] 20:2,4

**marked** [5] 3:7 56:1
91:17 110:15 132:24
133:1

**maroon** [2] 89:1,4

**marriage** [1] 30:14

**married** [5] 15:25 16:10
16:12,18 17:2

**marry** [1] 17:1

**Masevero** [3] 76:7 94:6
120:7

**MASH** [1] 11:23

**massive** [1] 15:19

**master** [2] 12:3 51:10

**material** [1] 97:2

**Maui** [4] 21:11,13 27:8
28:1

**may** [5] 6:21 7:3 22:22
88:10 105:14

**mean** [12] 28:22 41:16
47:3 52:6 54:15 61:5 62:2
84:13 100:6 118:5 124:24
126:16

**means** [1] 17:11

**medic** [5] 11:15,21 12:18
12:23 102:6

**medical** [18] 7:20 12:16
26:22 31:14 38:10 40:15
43:4,11 51:8 73:15 82:1
83:22 89:15 90:21 114:20
114:25 115:2 120:20

**medication** [6] 7:25 8:2
37:5 45:17 50:9 79:17

**medications** [2] 8:6
42:19

**medicine** [1] 43:12

**meds** [5] 45:14,21 46:3,6
49:21

**member** [4] 25:2,4 76:1
118:20

**mental** [1] 126:3

**mentioned** [6] 26:18
27:3 65:25 75:18 85:5
117:4

**Merchant** [1] 2:6

**Mexico** [1] 15:20

**middle** [4] 34:13 63:19

**midnight** [4] 66:5 69:9
70:18 71:7

**might** [1] 55:20 57:8
61:19

**military** [12] 10:11,14
10:18 11:2 12:9,19,22
13:10 14:9,13 15:23 31:2

**milligrams** [1] 121:24

**million** [1] 55:18

**Milnes** [1] 1:3,12 2:4
3:6 4:2,9,17 5:1 8:17 19:9
21:16 26:2,14 32:13,18
54:22 56:3,10 73:10 91:19
93:6 110:23 111:2 133:6
135:1,11,22 136:8

**mind** [1] 71:15

**mine** [2] 62:12 85:9

**minor** [2] 115:17 124:1

**minute** [2] 78:3 96:9

**misidentification** [1]
20:1

**misspellings** [2] 134:4
134:5

**mistake** [2] 74:6 96:9

**mix** [1] 32:21

**mixed** [1] 37:8

**Moana** [2] 1:16 2:14

**mom** [1] 117:12

**Monday** [3] 54:5 57:12
57:17

**money** [2] 29:5,20 119:4
131:5,6

**month** [3] 16:17,20
29:20 122:24 125:11

**months** [7] 10:19 24:15
24:17,18 113:21 117:23
119:20

**morning** [31] 7:25 34:3
34:22,23,24 36:12,15,18
36:20 38:6 39:2,22 41:3
41:23,24 42:21,24 43:9
45:24 47:20 66:21,22 67:4
68:24 71:9 73:16,24,25
79:7 85:9,10

**morphine** [7] 49:21
50:11,12,20 121:23,24
122:1

**mosquitoes** [1] 49:13

**most** [2] 128:18 129:4

**mostly** [3] 9:19 52:13
129:15

**mother** [2] 77:20 86:19

**move** [12] 35:14 63:13,15
82:9 83:6 84:25 85:21,23
86:23 102:8,19 129:19

**moved** [1] 17:22 44:22
85:24

**movement** [5] 123:11
123:12 124:8,23 134:17

**moving** [5] 35:8,10 63:4
63:9,20 83:8 85:3,6
102:20

**muddled** [1] 31:8

**muscles** [1] 78:8

**–N–**

**N** [1] 3:1

**name** [9] 4:8 16:2 32:16
76:3,4,5,6 103:25 122:17

**named** [2] 29:14 58:8

**names** [3] 16:23 75:23
90:19

**nasty** [2] 76:23 117:5

**nature** [1] 115:5

**near** [3] 35:20 62:22 90:12

**Nebraska** [3] 9:13 17:5
18:10

**need** [6] 8:11,13 25:10
75:3 88:22 110:23

**needed** [8] 74:24 85:11
87:9,12 88:1 97:10 107:11
132:11

**neither** [1] 136:11

**never** [15] 46:4 51:4,7
54:1,8 61:14 71:15 87:3
93:7 108:15 112:7 114:15
117:6 129:17 132:16

**new** [2] 15:20 75:8

**newspaper** [1] 64:1

**next** [13] 47:19 57:6 61:18
62:23 67:4 73:24,25 88:20
96:4,19,23 97:19 113:18

**night** [9] 34:21 36:6,8
54:13 66:3,20 67:3 70:8
104:20

**nine** [2] 67:17 121:19
129:11

**nobody** [13] 42:10 47:18
47:23 52:1 54:2 59:2,4
71:21 87:5 99:8 109:14
120:11 127:14

**none** [5] 8:6 15:24 59:7
79:24 106:1

**nor** [1] 136:11

**normal** [3] 62:1,2 123:13

**Notary** [1] 136:24

**noted** [1] 135:3

**nothing** [7] 60:23 64:20
79:3 87:3 101:15 104:5,7

**notice** [6] 1:17 43:10 59:3
59:4 84:14 91:12

**noticed** [3] 4:18 96:12
97:20

**November** [2] 106:23
113:18

**now** [66] 5:1 7:2,11 13:9
18:9,20 21:1 23:22 26:2
26:14 27:3 31:17,19 32:18
32:23 33:4,8 40:14 41:7
42:4,14 45:6,11 48:21
55:22 56:15 58:5 60:1
65:4 71:25 72:12,23 73:10
75:5 76:24 79:13 81:23
83:10 88:6 92:8 98:12
100:3 101:6 103:16
106:11,14,18 111:10,21
112:4 113:23 114:23
118:1 123:1 124:12,16,17
125:3 127:21 128:18,19

**nude** [1] 124:13

**number** [2] 4:13 56:16
86:1

**nurse** [14] 39:24 41:22
45:16 46:14 47:18 58:9
84:6,7,10 95:17,25 96:1
108:10,17

**nurse's** [1] 85:13

**nurses** [10] 43:3,11 44:17
45:12 87:15 101:6,14
114:9,13,20

**nursing** [4] 84:6 98:2
101:9 108:19

**nuts** [1] 103:15

**–O–**

**oath** [1] 5:2

**objects** [7] 60:25 64:18
84:12,21 85:21 86:15 99:3

**observe** [1] 43:3

**observed** [1] 37:21

**obtain** [1] 9:10

**Obviously** [1] 115:23

**occupational** [1] 107:12

**occur** [6] 14:11,17 20:19
27:24 28:2 83:21

**occurred** [2] 40:8 41:15

**off** [21] 25:10,16 42:1 53:7
54:3,12 62:6 86:8 90:19
91:15 101:4,18,24 102:5
104:23 105:2,3 110:21
114:3 127:10,11

**offered** [1] 103:1

**offhand** [1] 91:4

**often** [5] 64:24 125:5,7
126:12 129:6

**Oiler/grade** [1] 22:2

**OJT** [1] 11:19

**old** [3] 16:24 19:18,21

**Omaha** [9] 9:13 14:6 17:5
18:10,15,17 21:2 32:7
129:17

**once** [4] 44:19 109:7
125:13,18

**one** [54] 6:8 8:14 16:15
19:2 22:7 25:13 28:8,20
29:7,14,16,17 31:8 37:22
38:23 39:14 44:4 44:21 45:2
47:14 52:7,10 55:12,13
61:22,24 64:9 65:1 69:7
70:4 73:17 75:22,23 77:14
80:6 82:3,5,10 83:9,10
84:24 85:7,16 90:24 92:13
94:20 95:1 106:1 108:18
113:8 114:23 116:2
121:16 124:1 134:11

**onto** [1] 85:21

**Opakapaka** [1] 36:2,4

**open** [14] 36:19 48:7,8,17
64:8 65:2 66:7 72:20 78:1
78:19,22 88:7 109:23
119:15

**opened** [2] 43:10 67:8

**opening** [1] 46:25

**operate** [1] 119:1

**operated** [2] 42:10
102:25

**operating** [1] 117:5

**operation** [3] 48:1,3,5

**operator** [2] 22:5 25:3
39:20

**Operators** [1] 10:5

**opportunity** [4] 5:5,16
5:22 6:3

**order** [3] 29:19 78:20
115:17

**organic** [1] 51:6

**orthopedic** [1] 12:7
102:7

**oscilloscope** [2] 42:12
47:14

**otherwise** [1] 7:21

**outcome** [1] 136:12

**outer** [5] 76:20,22 77:3
77:18 79:8

**outlet** [1] 86:11

**Outrigger** [1] 86:4

**outside** [1] 130:23

**overfill** [1] 53:8

**overflow** [2] 65:22 89:2

**overheard** [1] 103:8

**own** [8] 10:7 17:25 18:2
102:11,12 107:1 117:11
117:11

**OxyContin** [2] 121:23
121:25

**–P–**

**P-I-T-T-S** [1] 62:18

**p.m** [3] 1:17 41:9,16
134:23 136:7

**p.m.** [2] 34:5 40:8

**Pacific** [6] 23:2,16,22
101:7 104:3 114:14

**pack** [1] 110:12

**packs** [1] 98:25

**page** [9] 3:3 56:15,21,22
91:25 92:23 111:10,11
133:5

**pages** [1] 91:22 135:2

**paid** [1] 29:12

**pain** [60] 32:4 40:12 45:21
46:3,6,19 49:21 50:9
51:22 52:4,7,10,14 61:21
61:22 62:3,4 67:14,18,21
67:23 68:9,16,21 70:5,10
74:14 79:25 87:19,23 93:4
99:16 106:6,10,11,12,15
107:16,17 109:16 114:11
121:17,22 122:3,9,20,21
125:2 126:11 128:15
129:8,9,13,17,21,23,25
130:3,5 134:10

**Pan-American** [1] 10:2

**pancake** [1] 62:23

**paper** [1] 64:6

**papers** [2] 84:25 92:14
**paperwork** [2] 59:21 75:9
**paralyzed** [1] 129:19
**paralyzing** [1] 129:23
**park** [1] 62:12
**Parrots** [1] 19:6
**part** [10] 34:10 50:11 51:2 56:20 75:15,20 79:8 127:23,24 128:12
**parties** [1] 136:11
**parts** [1] 26:24
**Paso** [1] 9:14
**passed** [2] 101:13 104:2
**passenger** [1] 121:11
**past** [2] 26:3 125:15
**patches** [4] 93:1 94:13 98:20 100:9
**Pause** [3] 56:6 110:20 133:22
**pay** [2] 29:3,11
**paying** [1] 109:14
**people** [3] 119:5 127:6 127:10
**per** [7] 98:16 105:20,25 125:11,11 126:16,17
**percent** [1] 31:6
**Perfect** [1] 123:14
**perfectly** [1] 120:17
**perform** [1] 119:7
**performed** [5] 46:22 48:4 76:14 100:3 120:11
**perhaps** [5] 5:22 17:7 43:3 107:11 117:5
**period** [39] 15:1,16 23:3 23:3 32:20 44:17 55:10 62:20 63:8 64:12,19,22 64:25 65:7 67:13 78:10 81:23 96:7,15,25 98:12 99:2,5 100:4,12 102:15 103:17,18,18,22 104:8 110:7,11 113:12,15 114:12,25 115:7 116:2
**permanently** [1] 63:4
**permission** [2] 102:4,10
**persisted** [1] 14:12
**person** [1] 6:8
**personal** [1] 8:18
**personnel** [7] 37:19 43:4 43:11 84:3 93:11 95:4 108:24
**Peter** [2] 21:19,20
**pets** [2] 18:23,25
**pharmaceutical** [1] 51:4
**pharmacist** [1] 37:8
**pharmacy** [1] 88:7
**pharmacy-type** [1] 51:7
**PhD** [1] 26:12
**phone** [3] 70:18,20 86:1
**phonetic** [2] 15:2 76:7
**physical** [2] 106:21 107:11

**physically** [1] 51:20
**physician** [1] 32:14
**pick** [2] 111:1 128:5
**picked** [1] 83:2
**Pikingese** [1] 19:2
**pills** [1] 88:5
**pissed** [2] 42:1 105:2
**Pitts** [7] 62:15,17 82:9,18 82:24 85:10,25
**Pitts'** [1] 86:1
**PJKK** [1] 1:15 2:13
**place** [12] 8:19 18:1 35:13 35:19,24 54:21 63:5 64:2 64:5 83:4 85:8 99:7
**placed** [1] 5:2
**Plaintiff** [2] 1:4 2:3
**planned** [1] 63:15
**planning** [1] 63:13
**plantation** [4] 17:17,17 17:22 18:4
**Plantations** [2] 83:5 86:22
**plastic** [4] 130:10,12,15 130:24
**Play** [1] 10:10
**plug** [2] 52:22,23
**plus** [1] 25:25
**point** [25] 39:25 63:3 66:1 66:9 68:1 71:6 78:1 79:1 79:12 86:20 87:17 94:11 97:14 98:22 99:8 101:20 102:18 104:24 112:21 120:22 121:1 123:1,19 132:3 134:18
**poisoning** [2] 34:9 36:1
**poking** [1] 77:10
**pop** [1] 119:22
**portion** [5] 24:3 63:18 77:23 91:24 130:9
**position** [2] 11:17 21:25
**possess** [1] 20:4
**possession** [1] 20:2
**post-high** [1] 8:24
**pounds** [2] 64:19 113:13
**pouring** [1] 89:3
**practically** [1] 124:22
**premises** [3] 82:2 83:22 83:25
**prepare** [1] 5:12
**prepped** [1] 40:4
**prescribed** [1] 122:1
**present** [1] 121:9
**presented** [1] 4:1
**Presently** [1] 23:20
**pressure** [1] 68:14
**pretty** [4] 122:25 128:3 128:19 134:2
**previous** [1] 47:10
**previously** [1] 31:17 124:20
**primary** [2] 32:15 37:1
**print** [1] 136:16

**problem** [7] 34:6,7 39:5 40:1 101:5 116:17 124:5
**problems** [4] 8:4 14:19 14:19,23
**procedure** [15] 24:10,11 27:15 47:4,6,11 48:7,8,9 48:17 77:25 78:12,16 80:1 80:3
**procedures** [5] 76:14 78:9 100:3 120:2,8
**proceeding** [2] 6:1,12
**proceedings** [1] 30:14
**process** [2] 4:23 63:4
**produce** [1] 59:20
**professional** [3] 87:1 90:22,23
**professionals** [2] 81:3 109:5
**program** [1] 92:24
**progress** [1] 109:9
**pronounce** [1] 17:10
**properly** [2] 53:13 76:19
**protruding** [1] 116:13
**proved** [1] 39:25
**provide** [1] 12:21
**providers** [1] 130:23
**Public** [1] 136:24
**pull** [1] 116:10
**pulling** [2] 109:25 115:13
**pulmonary** [2] 14:19 15:5,18
**pump** [3] 49:21 50:20 51:24
**purpose** [1] 100:19
**pursuant** [1] 1:17
**put** [13] 28:19 44:21 69:2 72:7 76:19 82:10 89:20 100:8 101:10,10 104:6,20 122:16
**putting** [2] 89:22 119:5

### -Q-

**Queen's** [7] 14:18 90:17 90:21,22 118:24 119:2 120:7
**questions** [14] 5:5,7 6:9 6:13,14,22 7:12 8:8 56:5 59:5 131:9 133:21 134:19 134:20
**quick** [3] 23:4 75:24 130:4
**quit** [4] 93:20 94:13 98:21 117:22
**quits** [1] 29:19
**quote** [2] 66:1 77:20

### -R-

**rammed** [1] 27:13
**rank** [2] 134:10,11
**rate** [1] 128:2
**rating** [3] 31:7,16 52:10
**reaction** [1] 100:23

**read** [14] 39:4 57:1,10 58:12,20,24 59:10 64:6 93:7 111:21,24 112:1,18 135:2
**reading** [2] 57:9,23
**readmitted** [1] 120:25
**ready** [3] 40:3 48:20 56:8
**real** [3] 23:4 30:2 60:10
**realize** [4] 68:3 97:17 106:18 123:4
**realized** [1] 116:18
**really** [8] 28:5 35:18 41:19 45:9 51:1 60:4 84:13 96:10
**realtor** [1] 35:18
**Realty** [1] 35:17
**reason** [13] 7:20 8:11 19:24 24:1,8,19 25:9 35:7 42:9 47:19 101:23 125:20 131:12
**reasons** [2] 19:17 108:18
**receive** [2] 12:8 96:24
**received** [6] 9:22 12:19 56:17 59:14 92:3 115:6
**receiving** [1] 12:9
**recess** [1] 73:7
**recognize** [4] 56:10 75:21 111:2 133:3
**recollection** [1] 40:7
**recon** [1] 11:19
**record** [5] 19:10 73:9 91:14,15 110:21
**records** [2] 15:14 112:10
**red** [2] 119:13 123:23
**redness** [1] 119:16
**reduced** [2] 129:22 136:15
**refer** [4] 32:22,23 33:4,8
**referred** [1] 37:11
**referring** [5] 32:24 33:5 33:10 34:8,14
**refrigeration** [1] 9:4
**regard** [4] 11:13 12:18 12:23 32:3 45:23 48:1,3 78:15 79:13 80:3 95:20 126:8 127:21 130:8
**regular** [4] 10:20 43:15 43:16 54:25
**reinjury** [4] 24:2 26:23
**related** [1] 30:14
**relations** [2] 125:5,8
**release** [9] 39:16 48:15 59:25 82:8,11,19,21 85:12 85:18
**released** [3] 57:11 59:20 84:23
**relieved** [3] 49:6 51:22 67:7
**remain** [1] 82:1
**remained** [2] 105:7 113:24
**remember** [4] 75:22,23 75:25 90:19

**remove** [1] 115:25
**removed** [5] 54:11 65:18 68:17,18 115:15
**rent** [1] 17:25
**repeat** [1] 6:16
**rephrase** [1] 31:10
**report** [2] 26:6 73:18
**reported** [2] 73:14,16
**reporter** [4] 5:8,12 6:8 136:6
**reports** [1] 28:19
**represents** [1] 136:17
**request** [1] 112:9
**requested** [1] 112:5
**required** [1] 26:22
**requirements** [1] 10:1
**reserve** [4] 11:22 13:14 14:21 15:23
**Reserves** [4] 10:20,25 11:14,16
**residence** [3] 17:14 18:6 35:23
**residing** [3] 17:4 62:19 62:22
**resolved** [1] 29:9
**respect** [1] 117:7
**respond** [1] 45:20
**responded** [1] 46:4
**rest** [2] 53:25 105:14
**restricted** [1] 132:4
**restrictions** [3] 132:7 132:15,18
**result** [3] 13:23 27:14 124:18
**return** [4] 65:6 70:21 132:14,18
**returns** [3] 26:3,5,8
**review** [2] 5:17 92:8
**ribs** [4] 27:1,6,11,13
**Richard** [7] 76:2,3,9 94:6 118:22 120:3,6
**right** [51] 5:8 9:3 14:10 14:14 19:7 22:5 27:4,5 34:12,12,14,15,16 36:11 40:22 41:5 42:23 45:11 50:5 57:15,19 67:6 72:2 73:23 74:9 77:1 78:10,20 86:5,16,17 88:20 89:21 91:4 96:18,21 98:10 103:16 106:6,12,13 109:17 121:12 127:15 129:10,17 130:9 131:5,8 131:16 134:15
**Road** [2] 27:25 63:1
**rock** [1] 12:11
**role** [2] 12:18,23
**room** [8] 1:15 2:13 41:3 88:1 105:12 108:15 112:10 117:5
**rooms** [1] 37:23
**Roughly** [1] 42:23
**rounds** [1] 79:7
**Royal** [2] 22:20 24:13

**RPR** [3] 1:25 135:24
136:5
**rules** [2] 4:24 104:16
**run** [1] 128:4
**rushed** [1] 40:2

---

**-S-**

**S-T** [1] 4:11
**Sakiguchi** [2] 66:25
74:18
**salesman** [1] 86:12
**saline** [4] 43:19,20 44:3
44:6,9,11,14,15,24 45:1,3
46:10 96:11 97:2
**Samoa** [1] 21:4
**San** [1] 11:25
**Sand** [4] 82:14,15,16
86:21
**Sands** [1] 15:20
**Saturday** [12] 51:16
53:23 54:2 57:11,13 61:12
76:17 78:4,14 79:6,20,24
**saw** [14] 36:23 39:8 46:11
54:8,8 58:19 65:15 71:14
75:8 77:1 79:6 93:5 99:11
122:18
**says** [2] 113:2 133:6
**scale** [8] 52:6,10 61:22
61:24 70:4 99:18 121:16
134:11
**scan** [4] 38:21 39:1,4
120:16
**scar** [9] 52:21 76:24
123:20 124:7 125:25
126:4,9 127:14 130:8
**scarring** [1] 15:19
**schedule** [1] 77:5
**school** [4] 8:22,24 9:3
25:20
**schooling** [1] 11:24
**scope** [13] 39:19,20,24
41:22 42:8,11,23 47:3,6
47:11,17 48:6,17
**scopes** [1] 47:13
**scout** [1] 11:19
**Sea** [1] 10:2
**second** [32] 33:4 44:23
45:9 46:17 54:7 62:20
63:9,21,25 64:13 65:8,16
71:16 73:11 75:6,7 76:13
79:13,22 80:1,3,12 81:1
88:9 90:1 91:20 93:14
95:6,7,18 120:19 133:23
**seconds** [1] 114:2
**Security** [1] 4:13
**see** [24] 25:13 56:19 57:5
58:13,17 65:14 66:9,12,20
68:10,23 75:12 76:24 79:3
79:10 93:2,3 97:6 116:10
116:20 127:10,14,19,20
130:23
**seeing** [3] 68:6 122:19
122:22
**seek** [4] 114:24 115:2

---

130:12,15
**send** [2] 37:25 133:11
**sent** [6] 39:1 59:18 69:19
69:20 120:22 133:14
**September** [5] 22:14,15
22:16 23:5 25:6
**serve** [1] 10:17
**service** [11] 10:12 11:2,6
11:7,18 13:13,14 15:23
22:4 26:16 31:5
**services** [1] 115:6
**set** [4] 35:13 38:20 97:24
98:4
**settle** [1] 29:23
**seven** [6] 52:12 80:2
87:21 99:17 129:10
134:12
**several** [2] 26:3,15
**sex** [4] 124:10,22 125:3
127:21
**shape** [1] 128:8
**shirt** [3] 127:10,11,20
**shit** [2] 123:7,9
**short** [1] 98:10
**shorthand** [2] 136:6,15
**show** [4] 54:5 95:13 119:9
123:19
**showed** [8] 13:8 71:21
88:23 95:16,23 107:18
123:4 130:9
**side** [8] 34:12,12,15 36:11
53:7 62:3 109:17 119:4
**sides** [1] 28:25
**sign** [11] 59:19,21 82:8
82:11 84:24 85:11,14,18
92:15 111:17 112:15
**signature** [9] 56:23 58:3
91:25 92:6 111:11,13
133:5,9 135:18
**signed** [15] 39:16 48:15
58:12,24 59:10 75:8 82:19
82:20 84:1 92:9,11 93:8
111:22 112:12 135:14
**signing** [3] 57:10,23
59:13
**similar** [1] 113:16
**Sincerely** [1] 133:6
**sit** [4] 30:16 32:4 68:25
134:9
**sitting** [3] 80:20 103:10
133:19
**situation** [1] 70:24
**six** [7] 52:12 61:25 119:20
125:15 126:24,25 129:10
**six-year** [1] 131:16
**sixth** [2] 59:18,24
**Sizzlers** [1] 36:5
**skin** [5] 14:18,23,24 15:6
116:14
**slipped** [2] 13:17 27:12
**slow** [1] 109:9
**slows** [1] 93:22
**smoke** [14] 54:22 55:16

---

60:16 64:14 80:13,22 81:3
81:10,15,18,21 94:19
108:14 110:8
**smoked** [7] 55:11 95:1
95:10 98:18,25 105:18
108:15
**smoker** [1] 54:25
**smoking** [34] 55:4,17,19
80:15 81:7 92:23 93:15
93:20 94:9,14,15 95:8,9
97:9 98:14,16,19,23 104:9
104:15 105:20,24 108:11
108:25 109:8,12,17
110:10 112:21,23,25
117:18,21 126:10
**Social** [1] 4:13
**Soliai** [8] 32:15,17 36:25
37:19 38:1,2 115:4 122:24
**solid** [1] 122:10
**solution** [30] 44:4,7,11
44:15 45:1,3 46:9,10
88:11,13,15,18,20 89:7,9
89:15,20 90:2,6,14 95:16
96:10,11,14,22 97:2,4,11
97:15 100:23
**someone** [1] 118:24
**sometime** [1] 71:9
**sometimes** [2] 129:4,19
**somewhere** [6] 63:19
80:5,23 122:11
**sonogram** [6] 47:15,18
47:23 120:9,10,15
**soon** [1] 36:19
**sorry** [6] 18:11 25:14,23
40:16 89:19 116:7
**sound** [2] 33:2 57:16
**space** [2] 87:10,12
**speak** [2] 8:12 74:17
**speaking** [2] 6:8 31:9
**special** [1] 98:4
**specialist** [2] 93:3
107:16 108:20
**specific** [1] 25:17
**spell** [2] 62:16
**spoke** [5] 61:14 71:12
84:7,9 94:9
**spoken** [1] 4:19
**sports** [1] 113:16
**spouse's** [1] 16:2
**spouses** [1] 16:14
**SS** [1] 136:3
**St** [1] 17:7
**staff** [2] 107:10 133:12
**stakes** [4] 27:21 28:3,3
128:4
**standard** [2] 24:10,11
**start** [7] 4:22 36:10 77:23
104:15 117:7 131:24
132:10
**started** [12] 34:24 35:17
67:21 81:5 83:7 89:11,12
106:15 109:17 113:22
117:10 132:1
**state** [5] 4:8 10:3 136:2,6

---

136:24
**statement** [1] 56:17
**States** [6] 1:1,6,14 2:10
4:3 135:22
**station** [2] 84:6 85:13
**stay** [60] 32:24 33:5,9,13
38:17 46:22 48:9 51:12
51:15 55:3,5,6,9,16 60:1
60:12,22 61:1,13 69:16
73:11 75:6,7 76:13 77:24
79:14,22 80:1,13 81:2,25
88:9 91:20 93:14 94:16
94:19 95:18,19 100:16
101:17 102:15 105:14,19
105:22,24 106:9,16
107:18 108:23 111:6
113:24 114:19 118:2,7
119:13 127:23 130:6,7
131:20 134:14
**stayed** [9] 35:18 38:12
63:7 99:22 103:19 105:11
109:22,23 115:23
**staying** [3] 37:22 55:2
63:3
**stays** [15] 31:20 32:19
62:21 63:9,22,25 64:13
65:8 90:1 106:20,24 117:2
120:19 123:3 128:25
**sticker** [1] 45:4
**still** [25] 16:8 23:21 25:16
32:4 77:21 79:9 80:11
87:22 97:10 98:13 105:16
108:14 114:5 116:13
118:4 119:9,13,19 121:13
121:15 123:15 127:16
128:13 129:21,25
**stitched** [2] 76:18,19
**stitches** [5] 28:6 66:8
68:18 109:25 115:13
**stole** [2] 29:12,13
**stomach** [5] 107:4 128:8
128:9
**stool** [1] 8:4
**stop** [10] 94:9,14 95:8
97:9 98:19 108:25 109:8
112:21,23 117:17
**storm** [2] 15:21 19:8
**straight** [9] 36:17 69:25
72:5,15,16 82:22 103:21
117:15 130:3
**Straub** [1] 122:17
**street** [3] 2:6 17:7 86:5
**streets** [1] 10:10
**strengthening** [1] 107:5
**stress** [1] 6:7
**stretching** [2] 107:5,6
**strike** [7] 37:17 40:16
42:15 48:2,21 49:15 58:16
65:5 67:12 69:14 70:8
76:12 81:23 83:14 96:15
108:4 114:10
**stuck** [5] 34:13 46:12
53:6 100:17 104:7
**stuff** [16] 12:6,12 37:6
49:19 60:7,8 66:10 81:5
82:6,10 83:2 85:11 88:22

---

89:3 92:15 95:21
**subject** [3] 31:20 123:3
**submit** [1] 58:25
**subsequent** [1] 31:23
**such** [1] 46:24
**suck** [2] 39:14 100:21
**sucking** [2] 104:5,7
**suction** [1] 53:4
**sued** [2] 28:11 30:10
**suit** [4] 28:11,18 31:12
124:11
**Suite** [1] 2:6
**summarize** [1] 71:2
**Summary** [10] 3:8,9,10
55:25 56:14,16 91:16 93:8
110:14 111:7
**Sunday** [4] 57:21 64:1,3
65:1
**supervision** [2] 47:7
136:17
**supervisor** [1] 75:16
**supposed** [4] 15:10,12
100:24 101:1
**supposedly** [2] 20:1
49:20
**suppositories** [1] 38:20
**surgeon** [1] 115:9
**surgeons** [1] 75:12
**surgeries** [1] 118:23
**surgery** [69] 14:2,14
18:11 27:14 32:7,10 39:11
40:2,4,6,8 41:15 42:2,18
43:22 45:24 46:21 48:23
49:5 50:3,5 52:8 53:17,18
54:7 55:10 61:21 65:15
69:8,23 70:23 71:4 72:4,5
74:4,9 75:15,17 77:1,16
77:19 78:5 79:6,19,23
80:21 88:20 96:14 97:5
97:25 115:8,17 116:10
118:2,6,14 119:3,8 120:1
120:7,15 124:3 128:11
129:16,20 130:10,13,15
130:24
**surgical** [7] 52:21 54:11
65:18 72:8 75:13 118:18
118:19
**surveyor** [5] 9:24 10:1,4
10:8 128:3
**suspect** [1] 35:25
**suspicions** [2] 38:2,3
**sutures** [9] 68:18 110:2
115:15,17,20,25 116:13
119:23 124:2
**swear** [1] 45:11
**sworn** [2] 4:4 136:10
**symptoms** [4] 34:20,25
36:11 38:6

---

**-T-**

**T** [4] 1:25 135:24 136:5
136:23
**T-shirt** [2] 127:12,14
**takes** [1] 102:21

Tammy [1] 58:8
taped [1] 69:2
tax [3] 26:3,5,8
team [2] 61:8 75:11
technical [1] 9:4
telling [1] 42:9
tells [1] 112:21
temporary [4] 24:22 35:23,24 63:6
ten [28] 52:7,11 61:22,22 61:24 64:19 70:4 99:18 99:19 101:21 102:17 103:21 104:10,11,12,16 105:9,11 106:1 109:13 110:12 113:13 114:2 121:16,19 129:11 130:3 134:11
ten-day [2] 103:22 104:8
ten-plus [1] 52:7
ten-story [1] 63:2
tennis [1] 113:16
tenth [1] 105:22
test [1] 9:25
testified [3] 4:5 41:21 47:9
testify [1] 7:22
testimony [4] 6:1,2 135:5 136:18
Texas [1] 9:14
Thank [2] 40:11 134:22
Thanks [1] 124:7
Theophylline [1] 8:3
Theoretic [1] 26:13
therapy [4] 106:21,23 107:11,12
thereafter [1] 136:15
Theresa [2] 16:17 17:3
thinking [1] 39:10
third [22] 9:5,18 33:9 81:13 91:24 93:5 105:19 105:22,24 106:8,17 107:18 108:23 111:6 113:24 114:18 117:3 119:13 130:6,7 133:5 134:14
Thomas [1] 58:8
thought [9] 34:9 36:2 38:4,19 42:2 67:25 70:13 84:25 116:17
three [24] 14:1 19:6 23:23 24:17 29:16 30:5 31:19 68:25 71:20 80:16 83:5 85:15 91:22 94:7 98:17 98:25 103:5,5,25 116:7 117:25 119:24 125:6 126:19
three-story [1] 86:6
Three-wheeled [1] 103:11
threw [3] 52:2 77:18,18
through [9] 14:12 24:24 39:14 49:17 75:22,24 79:2 92:19 127:20
throw [1] 92:14

thumb [5] 27:1,19,20 28:5 77:14
Thursday [4] 69:12 73:16 85:9 86:9
tied [2] 100:5,9
times [16] 7:2 27:1 55:18 95:10 102:7 114:9 125:6 125:11,11,14,15 126:17 126:19,24,25 129:10
tired [1] 108:20
tissue [1] 101:2
title [1] 22:1
today [12] 4:17,20 5:2,13 6:2 30:17 32:4 129:8 133:19,24 134:9,12
together [3] 102:23 115:15 116:1
Tons [1] 18:24
too [10] 6:15 21:12 48:6 70:16 91:13 108:7 118:10 118:11 123:18 127:9
took [19] 29:20 37:9 39:23 43:23,25 44:20 51:6 54:10 54:11 77:9,12 82:24 83:1 83:5 85:8 101:23 104:25 114:24 115:18
total [1] 126:25
totally [1] 94:13
tough [1] 107:15 128:19
towards [2] 95:7 107:17
towel [4] 89:1,4,8 97:21
trade [1] 9:24
traffic [1] 20:14
training [1] 11:22 15:21 51:5 101:6,13 104:2 114:13
transcript [6] 5:13,15,18 5:21 135:4 136:18
transcription [1] 136:16
transferred [1] 40:21
treatment [10] 31:4 37:20 65:7,12 74:11 96:24 97:12 106:22 126:6,8
tried [13] 29:3,5 34:6 37:4 37:9 48:5 53:22 58:25 92:25 104:25 107:3 112:24 117:22
trip [1] 43:18
Tripler [32] 30:20,21 31:12 33:19,20 37:11 38:9 38:18 40:15 43:11 54:7 62:13 65:6 67:20 73:15 73:23 81:3,21 82:1,22 83:10,16,22 89:15 93:11 95:4 108:24 114:20 119:2 119:6,7 120:20
truck [2] 82:18 85:22
truc [1] 133:16,25
trust [1] 115:9
trusted [1] 115:11
truthfully [1] 7:22
try [5] 60:10 67:19 70:7,9 130:12
trying [6] 6:14 31:3,6,13 31:16 77:13

tube [5] 53:6,12 54:11 101:10 104:6
Tuesday [4] 42:3,4 96:13 97:3
turn [1] 36:3
turned [3] 89:4,8 97:21
TV [4] 83:8 85:1,19 117:11
twice [1] 125:18
two [35] 10:19 16:22 19:2 19:4 21:8 22:12,14 23:23 24:14,18 40:13 47:13 53:17,18 54:6 75:23 77:12 77:12 78:5,5,9 80:21 85:17 86:6 90:18 98:25 101:7 103:7,25 106:2 116:6 117:23,24 125:6,19
two-year [1] 9:20
type [5] 27:15 49:25 62:4 63:20 79:2
typewritten [1] 135:2
Typical [1] 112:16

## -U-

U.S [1] 2:12
Ugly [1] 107:25
ultimate [1] 101:20
under [8] 5:2 47:7 48:9 48:22 56:16 77:15 92:12 136:16
undergoing [1] 106:21
understand [16] 5:1,11 5:20,25 6:13,14,19,25 7:4 7:18 8:15 43:7 45:22 56:17 92:3 102:8
understood [2] 6:18 59:14
Uniform [1] 14:24
union [3] 2:1,2 35:12
Unit [1] 11:23
United [6] 1:1,6,14 2:10 4:3 135:22
universities [2] 9:9,12
university [6] 9:4,13,14 101:7 104:3 114:14
unloaded [1] 82:25
unnecessarily [1] 118:3
unquote [1] 66:2
up [89] 7:16 13:8 19:8 23:9,15 24:21 25:19 26:1 28:24,24 31:8 32:11,22 35:13 36:12 37:8 38:20 39:9,18 42:17 43:21,21 44:21 54:5,16,17,17,18 54:19,19 59:19 62:12 66:1 66:19,21 67:3,5,8,11,14 67:15,16 68:24 69:2 71:21 76:18,20 78:17 79:22 80:7 80:10 83:2 85:10 89:11 90:20 91:4 92:25 97:3,23 97:24 98:2,4 103:18 104:19 105:7,18,23 107:19 110:4,12 111:1 112:5 113:24 114:13 115:13,14 117:11 119:22

119:24 121:3,19 122:13 128:5,18 129:11 130:2 131:13 132:3,20
upset [1] 51:19
used [11] 16:7 33:24 48:18 86:4 108:17 117:5 123:9 124:13,25 128:3,4
usually [2] 86:8 98:25
UTEP [1] 9:13

## -V-

V [1] 2:5
VA [24] 14:5,6 30:20,21 30:22 31:12 33:24,25 34:2 34:5,20 35:2 36:16,17,23 37:3,12,19 38:23 65:6 112:25 126:7 130:16 133:12
vac [16] 98:5,6 100:15,20 100:24 101:9,18,24 102:5 103:19 105:12,15 113:25 114:2,5,19
vacuum [1] 105:8
various [1] 105:8
vehicle [3] 28:25 85:16 87:2
vehicles [1] 64:21
vein [2] 77:9,13
veins [1] 77:10
verbal [1] 7:13
verbally [1] 84:2
versus [1] 7:15
via [1] 136:16
Vicodin [1] 88:5
violation [1] 20:15
Virginia [1] 16:24
visit [7] 81:13 93:5 95:5 95:6,7 106:17 116:22
visiting [1] 20:24
visits [1] 61:11
Vitamins [1] 8:4
vocational [1] 9:22
vs [2] 1:5 135:22

## -W-

W-A-I-A-N-A-E [1] 4:12
wage [1] 25:24
Waianae [4] 4:12 17:6,9
Waikiki [2] 21:8 35:21
Wailea [2] 27:7,25
Waimanalo [2] 22:11 25:8
Waipahu [2] 25:19,19
wait [5] 78:3,4 96:9 118:9 131:24
waited [5] 39:16,17 42:7 47:19 71:20
waiting [5] 35:11 70:17 70:19 80:20 118:5
walk [5] 102:19 103:13 129:1,3,7

walked [2] 104:21 105:15
walking [4] 102:3,9,22 104:18
Walsh [2] 122:18 131:3
ward [11] 12:2 51:10 70:1 71:16 72:8,13,15,16 75:8 98:4 102:7
warn [3] 83:13,15,20
warned [1] 81:6
wash [1] 73:2
washing [1] 91:8
water [5] 8:13 13:16,17 13:19 127:18
Wave [2] 35:20 62:23
wear [3] 124:10 127:11 127:13
Wednesday [3] 42:6 44:1 77:5
Wednesdays [1] 86:9
wee [1] 39:2
week [5] 21:24 22:7 25:13,15 101:19 110:1 112:3 115:12 116:4,9 119:21 125:6 126:16,17 126:19
weekend [1] 87:16
weeks [2] 22:12,14
weigh [2] 128:21,23
weighed [2] 128:17,18
whale [2] 89:12 97:23
whatnot [2] 49:11 59:1
wheelchair [1] 103:16
white [4] 15:20 89:4,8 97:22
whole [8] 14:13 37:22 66:6 79:14 82:2 103:19 113:25 115:24
wide [3] 72:20 103:8 109:23
wife [14] 18:21 26:9 73:4 82:9,24 88:23 92:19 95:13 95:23 96:1,2 121:9 125:24 127:22
William [4] 1:25 135:24 136:5,23
wish [5] 94:11 123:7,8
without [4] 92:11 119:1 127:16 129:1
witness [5] 4:3 91:12 135:18 136:8,19
woke [2] 36:12 67:5
won [3] 29:16,16,17
word [6] 60:14 75:18 117:5
words [5] 45:3 78:6 92:2
worked [9] 23:11,23 24:14 101:11 102:7 104:1 131:15,19,21
Worker's [4] 24:5 27:17 28:8 30:18
works [1] 86:11
worse [4] 32:9 106:10 109:17 130:5

**worth** [1]  131:10
**wound** [33]  53:6,8,13
  54:19 66:6 67:8 72:17
  80:7 95:14,20 97:20 98:5
  98:6,23 99:12 100:15,20
  100:24,25 101:9,15
  103:23 106:3 110:4 113:9
  113:17,20,22 114:24
  115:12 116:8,12 121:3
**wounds** [4]  12:6 88:23
  95:24 97:2
**write** [1]  133:11
**writing** [2]  57:1 89:12
**wrong** [3]  32:23 47:10
  91:13
**wrote** [3]  97:23 108:10
  133:23

———————
**-X-**
**X** [1]  3:1
**x-ray** [3]  37:18 38:21,22
**x-rays** [2]  37:9,16
**Xerox** [1]  12:13

———————
**-Y-**
**year** [23]  18:11,16 27:9
  28:16 51:9 106:5 109:23
  109:24 110:6 113:17,18
  113:21 115:10,14 116:6,8
  116:8 119:18,24 125:11
  125:18 127:4 131:18
**years** [26]  10:19,20,24
  11:10,13 16:19,19,24
  17:18,18 18:6 19:18,20
  21:5,5,8 23:11 26:3 30:5
  91:7 113:9 114:23 116:6
  116:7 125:16,19
**yellowish** [1]  50:24
**yet** [7]  25:16 46:3 63:11
  63:12 76:21 106:4 131:1
**yourself** [12]  26:10 37:14
  53:11 62:9 85:7 101:4,18
  101:24 102:5 104:23
  114:16 121:7

———————
**-Z-**
**zero** [2]  31:6 124:23
**zit** [1]  116:17
**Zyban** [2]  98:20 100:8