IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF EDRIC M. CHING |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>DECLARATION OF EDRIC M. CHING</u>

I, EDRIC M. CHING, declare that:

1. I am an Assistant United States Attorney assigned to the above-referenced case and am licensed to practice before all Courts in the State of Hawaii.

2. Attached hereto as Exhibit "E" is a true and correct copy of the "Claim For Damage, Injury Or Death" dated July 19, 1999 prepared by Plaintiff. This document was attached as Exhibit "2" to Plaintiff Kevin Milnes' Separate and Concise Counter-Statement of Material Facts dated April 24, 2006.

3. Attached hereto as Exhibit "F" is a true and correct copy of a July 7, 1999 correspondence from Plaintiff to the Department of Veteran Affairs. This document was labeled as Exhibit "4" during Plaintiff's deposition of January 13, 2006.

4. Attached hereto as Exhibit "G" is a true and correct copy of a correspondence dated June 9, 2005 from myself to Gary Dubin, Esq.

5. Attached hereto as Exhibit "H" is a true and correct copy of an e-mail from Gary Dubin, Esq. on July 3, 2006.

6. Attached hereto as Exhibit "I" is a true and correct copy of a July 7, 2006 correspondence from myself to the Honorable Barry M. Kurren.

7. Attached hereto as Exhibit "J" is a true and correct copy of an August 16, 2006 correspondence from myself to Gary Dubin, Esq.

8. Attached hereto as Exhibit "K" is a true and correct copy of various e-mail between myself and Gary Dubin, Esq.

I declare under penalty of perjury that the foregoing is true and correct to the best of my recollection and knowledge.

Executed on this 23rd day of April, 2007.

/s/ Edric M. Ching
_____
EDRIC M. CHING