# Exhibit "E"

Case 1:02-cv-00365-BMK   Document 101-3   Filed 04/23/2007   Page 1 of 4

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 4-30-88 |
|---|---|---|

1. Submit To Appropriate Federal Agency: VA
ATTN: Miles

2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)
KEVIN J. MILNES
84-688 ALA MAHIKU ST 172A
Waianae HI
96792

3. TYPE OF EMPLOYMENT: (civilian)
4. DATE OF BIRTH: 2/13/54
5. MARITAL STATUS: Yes
6. DATE AND DAY OF ACCIDENT: JUN 15 99
7. TIME (A.M. OR P.M.): JUN 15 99

8. Basis of Claim: INCORRECT Surgery due to Massive INFECTION OF TIME, DELAY OF DEAD Gall Bladder AND DEHESSIVE OPENING AND POURING a allergic substance into WOUND CAUSING MORE PROBLEMS LISTED IN LETTERS ALREADY FORWARDED

9. PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT:

BRIEFLY DESCRIBE THE PROPERTY: MY BODY

10. PERSONAL INJURY/WRONGFUL DEATH
STATE NATURE AND EXTENT OF EACH INJURY: SEE FAX S AND ATTACHED MEDICAL RECORDS to VA

11. WITNESSES

| NAME | ADDRESS |
|---|---|
| BART CANADA | Kaneohe HI 236-2960 |
| IRINA MILNES | Waianae HI 695-7184 |

12. AMOUNT OF CLAIM (in dollars)
12a. PROPERTY DAMAGE:
12b. PERSONAL INJURY: TORT C&P
12c. WRONGFUL DEATH:
12d. TOTAL:

13a. SIGNATURE OF CLAIMANT: [signature]
13b. Phone number of signatory: 808-695-7184
14. DATE OF CLAIM: Jul 14 99

EXHIBIT "E"

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. **Authority:** The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. **Principal Purpose:** The information requested is to be used in evaluating claims.

C. **Routine Use:** See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. **Effect of Failure to Respond:** Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

**INSTRUCTIONS**

Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15. Do you carry accident insurance?** ☒ Yes. If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

*Just Credit & loans stuff No Medical*

**16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?**

*NA*

**17. If deductible, state amount**

**18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?** (It is necessary that you ascertain these facts)

*- No -*
*VA ONLY*

**19. Do you carry public liability and property damage insurance?** ☐ Yes. If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code) ☐

*Allstate only property not my body*

SF 95 (Rev. 7-85)

**VA Department of Veterans Affairs**   STATEMENT IN SUPPORT OF CLAIM

PRIVACY ACT INFORMATION: The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized by the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Clearance Officer (723), 810 Vermont Ave., NW, Washington, DC 20420; and to the Office of Management and Budget, Paperwork Reduction Project (2900-0075), Washington, DC 20503. PLEASE DO NOT SEND THIS FORM OR APPLICATIONS FOR BENEFITS TO THESE ADDRESSES.

FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN (Type or print): Kevin John Pfeltner

SOCIAL SECURITY NO.: 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

VA FILE NO.: C/CSS-

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

To Whom Concern

In my medical record in service 1974-1976 many problem with stomach coughing up yellow bio for years and many Va's Chula be Houston Tx, Waco Tx, Hou Ho American Somoa and Gainesville Fl. I've been seen by in toxical which none explain in US Army or VA. Well in Jun 14 99 check into VP also Tripler Hospital US Army. They found Gangancies Gall Bladder that almost killed me on Jun 15 99. Then again on Jul 1 99 they started paving Watkins Station in our work causing a very allergic action to my whole body which I stated many times I was allergic to Bleach even had band around wrist. So I've been hurting since Jun 14 99 to present and probably much more I need compensation of $$ to service. See attached statement of facts. 100% Disabled to Hospital, why didn't see this in Gainesville Fla when had cat-scan sam gave in May 98 

(CONTINUE ON REVERSE)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

SIGNATURE: [signature]

DATE SIGNED: July 15 99

ADDRESS: 84-688 Ala Kaheke Pl #172K Waianae HI 96792

TELEPHONE NUMBERS (Include Area Code)
DAYTIME 808 633-6716
EVENING 808 695-7184

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

VA FORM APR 1994 21-4138   EXISTING STOCKS OF VA FORM 21-4138, OCT 1993, WILL BE USED.   *U.S. Government Printing Office: 1997 — 516-491/83771