

## U.S. Department of Justice

United States Attorney
District of Hawaii

---

PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

(808) 541-2850
FAX (808) 541-2958

June 9, 2005

Gary V. Dubin, Esq.
900 Fort Street, Suite 1410
Honolulu, Hawaii  96813

    Re:    <u>Milnes v. TAMC</u>
           Civil No. 02-00365 HG BMK

Dear Mr. Dubin:

    Please find enclosed documents produced pursuant to Rule 26 of the Federal Rules of Civil Procedure related to Dr. Eron's report. These documents have been bate stamped from no. 1 to no. 1453. Please contact me immediately if this set of documents is out of order or the set of documents is not complete. If I do not hear from you, I will assume that this set of documents is complete.

    If you have any questions or require further information, please do not hesitate to contact me.

                          Very truly yours,

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

                  By _____
                          EDRIC M. CHING
                          Assistant U.S. Attorney

Enclosures
EMC:emc