**Ching, Edric (USAHI)**

| | |
|---|---|
| **From:** | Gary Dubin [gdubin@dubinlaw.net] |
| **Sent:** | Monday, July 03, 2006 9:18 AM |
| **To:** | Philip Brown; Ching, Edric (USAHI); Cori Takamiya; Guy Zukeran |
| **Subject:** | Deadlines |
| **Importance:** | High |

Dear Colleagues:

I regret the delay in responding to your discovery and/or pleadings, but I have been ill with a very nasty flu since June 16, starting in the throat, which continues to reoccur (the worst nightmare of course for a sole practitioner). I had planned to complete the materials for you this past weekend, but frankly have not had the energy to get out of bed. I am coming in to my office today and plan to complete all papers before the end of the week in the event I am still alive. Thank you for your patience, understanding, and friendship.

Gary

7/3/2006