

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*              (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*    FAX (808) 541-2958
*Honolulu, Hawaii 96850*

July 7, 2006

VIA HAND DELIVERY

Magistrate Judge Barry M. Kurren
United States District Court
300 Ala Moana Boulevard
Honolulu, HI 96813

    Re:   <u>Milnes v. TAMC, et al.</u>
          Civil No. 02-00365 BMK

Dear Judge Kurren:

      I am writing in response to Mr. Dubin's correspondence dated July 6, 2006.

      Mr. Dubin refers to the Government's violation of the Court's submission order because the Government's Supplemental Memorandum was submitted after June 20, 2006. The June 20, 2006 deadline was in relation to the Government's Motion For Summary Judgment relating to Plaintiff's claims against the Veterans Administration which was taken under advisement by the Court.

      The Supplemental Memorandum was submitted in support of the Government's Motion for Partial Summary Judgment as it pertained to the care received by Plaintiff at the Tripler Army Medical Center. This Motion is set to be heard before this Court on August 17, 2006. The Supplemental Memorandum is not related to the Motion for Partial Summary Judgment pertaining to the Veterans Administration and the court-imposed deadline was not violated.

Magistrate Judge Barry M. Kurren
July 7, 2006
Page 2

With regard to the Government's assertion that the contents of its Request for Admissions was deemed admitted due to Plaintiff's failure to submit a response within thirty days, the Government is strictly following the explicit language of Rule 36, FRCP.

Although Plaintiff's counsel informed me in a July 3, 2006 e-mail (the due date of his response) that he intended to "complete all papers before the end of the week in the event I am still alive", Plaintiff's counsel never requested an extension of the due date to respond to the Government's request for admissions nor did the undersigned agree to any said extension. I have enclosed a copy of this e-mail for the Court's review.

Also, Plaintiff's counsel refers to an enclosed "Guidelines of Professional Courtesy and Civility" which was supposed to be enclosed with my correspondence. I did not receive an enclosure with my copy of Plaintiff's counsel's correspondence.

Thank you for your attention to this matter.

Very truly yours,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _[signature]_
EDRIC M. CHING
Assistant U.S. Attorney

Enclosure
cc: Gary Victor Dubin, Esq. (via United States mail, w/ enclosure)
EMC:emc

**Ching, Edric (USAHI)**

| | |
|---|---|
| From: | Gary Dubin [gdubin@dubinlaw.net] |
| Sent: | Monday, July 03, 2006 9:18 AM |
| To: | Philip Brown; Ching, Edric (USAHI); Cori Takamiya; Guy Zukeran |
| Subject: | Deadlines |
| Importance: | High |

## Dear Colleagues:

I regret the delay in responding to your discovery and/or pleadings, but I have been ill with a very nasty flu since June 16, starting in the throat, which continues to reoccur (the worst nightmare of course for a sole practitioner). I had planned to complete the materials for you this past weekend, but frankly have not had the energy to get out of bed. I am coming in to my office today and plan to complete all papers before the end of the week in the event I am still alive. Thank you for your patience, understanding, and friendship.

Gary

7/3/2006