# Exhibit "K"

**Ching, Edric (USAHI)**

---

**From:** Gary Dubin [gdubin@dubinlaw.net]
**Sent:** Tuesday, August 29, 2006 9:04 AM
**To:** Ching, Edric (USAHI)
**Subject:** RE: Supplement to Answers to Interrogatories

Edric:

1. by 9/15 okay.
2. Sundays okay.
3. mid 9/06, I am in depositions for two weeks straight each day (before disco very cut-off) preparing for a trial in November with Judge Hifo.
4. latter part of 10/06 okay, but please get alternative Sunday dates, and if so push back the MSJ for a month or so (but check with me first on available hearing dates).

Gary

---

**From:** Ching, Edric (USAHI) [mailto:Edric.Ching@usdoj.gov]
**Sent:** Tuesday, August 29, 2006 8:55 AM
**To:** Gary Dubin
**Subject:** RE: Supplement to Answers to Interrogatories

Mr. Dubin -

Just to confirm that I requested supplemental answers to the request for admissions..Based on your e-mail, I would request supplementary admissions responses by 9/15/06. Will get you a date re: Dr. Cirangle's depo within a few days. Due to his schedule, it appears that he is only available on Sundays. Are you also available during the latter part of 10/06 or during mid 9/06? If we do the depo during latter 10/06, we can push back the MSJ a month or so.

Sincerely,

Edric M. Ching
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96813
Phone: (808) 541-2850
Fax: (808) 541-3752

# EXHIBIT "K"

8/29/2006

**From:** Gary Dubin [mailto:gdubin@dubinlaw.net]
**Sent:** Tuesday, August 29, 2006 8:35 AM
**To:** Ching, Edric (USAHI)
**Subject:** Supplement to Answers to Interrogatories

Edric:

   1. I will be pleased to assist you by providing additional answers to certain specified interrogatories in the Milnes case, as you requested. I am presently finishing a trial this week however and will have the supplemental responses therefore sent to you by week's end.

   2. The location of the first Mainland deposition is satisfactory. I will arrange for the court reporter.

   3. I am still waiting for word from you on the San Francisco deposition. Please provide alternative dates as my calendar is rapidly filling up.

                    Gary

8/29/2006