# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/27/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00365BMK |
| CASE NAME: | Kevin J. Milnes v. Tripler Army Medical Center |
| ATTYS FOR PLA: | Gary Dubin |
| ATTYS FOR DEFT: | Edric Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 04/27/2007 | TIME: | 2:06 2:33 |

COURT ACTION:   EP: [74] Defendant's Motion for Partial Summary Judgment - taken on advisement.

Submitted by Richlyn Young, Courtroom Manager