EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | **(First Amended Notice of Taking Depositions Upon Oral Examination - Irina Milnes and Peter A. Halford, M.D.)** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the First Amended Notice of Taking Depositions Upon Oral Examination (Irina Milnes and Peter A. Halford, M.D.), dated May 24, 2007, was served on the following at his last known address:

<u>Served by First Class Mail</u>:

GARY VICTOR DUBIN, ESQ.              May 24, 2007
Dubin Law Offices
55 Merchant Street, Suite 3100
Honolulu, Hawaii  96813

Attorney for Plaintiff
KEVIN MILNES

DATED:  May 24, 2007, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                                  /s/ Edric M. Ching
By_____
   EDRIC M. CHING
   Assistant U.S. Attorney

Attorney for Defendants