EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES, )<br>)<br>        Plaintiff, )<br>)<br>   vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>        Defendant. )<br>_____) | CIVIL NO. 02—00365 BMK<br><br>CERTIFICATE OF SERVICE<br><br>**(Defendant's Second Request for Answers to Interrogatories to Plaintiff)** |

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of Defendant's Second request for Answers to Interrogatories to Plaintiff, dated May 31, 2007, was served on the following at his last known address:

<u>Served by First Class Mail</u>:

GARY VICTOR DUBIN, ESQ.
Dubin Law Offices
55 Merchant Street, Suite 3100
Honolulu, Hawaii  96813

Attorney for Plaintiff

DATED:  May 31, 2007, at Honolulu, Hawaii.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                  /s/ Edric M. Ching
By_____
  EDRIC M. CHING
  Assistant U.S. Attorney

Attorney for Defendant