IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES | ) | CIV NO. 02-00365 BMK |
| | ) | |
| Plaintiff, | ) | ORDER RE SUPPLEMENTAL |
| | ) | BRIEFING |
| vs. | ) | |
| | ) | |
| TRIPLER ARMY MEDICAL CENTER; VETERANS ADMINISTRATION; and UNITED STATES OF AMERICA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER RE SUPPLEMENTAL BRIEFING

On May 15, 2007, the Court issued an "Order re Defendant's Motion for Summary Judgment" granting Defendant United States of America an additional 60 days to depose Dr. Halford and for both parties to submit supplemental briefing regarding this deposition. The court inadvertently calculated the 60 days as affording the parties until August 16, 2007 to submit their supplemental briefs. The first business day 60 days after May 15 is not August 16, however, but **July 16, 2007**. The Court hereby clarifies that if the parties wish to file supplemental briefs regarding the deposition of Dr. Halford, these briefs are due on or before **July 16, 2007.**

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: June 21, 2007

Milnes v. United States of America; Civ. No. 02-365 BMK; ORDER RE SUPPLEMENTAL BRIEFING.