EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | **(Defendant's Amended Notice of** |
| | ) | **Taking Video Tele-Conference** |
| UNITED STATES OF AMERICA, | ) | **Deposition Upon Oral** |
| | ) | **Examination-SFC Juan Sanchez-** |
| Defendant. | ) | **Martinez)** |
| _____ | ) | |

CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that, on the date and by the method of
service noted below, a true and correct copy of **Defendant's**
**Amended Notice of Taking Video Tele-Conference Deposition Upon**
**Oral Examination-SFC Juan Sanchez-Martinez**, dated July 2, 2007,
was served on the following at his last known address:

<u>Served by First Class Mail and Facsimile</u>:

GARY VICTOR DUBIN, ESQ.                July 2, 2007
Dubin Law Offices
55 Merchant Street, Suite 3100
Honolulu, Hawaii  96813

Attorney for Plaintiff
KEVIN MILNES

DATED:  July 2, 2007, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                                  /s/ Edric M. Ching
                              By_____
                                EDRIC M. CHING
                                Assistant U.S. Attorney

                              Attorney for Defendant