# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 02-00365BMK |
| CASE NAME: | Kevin J. Milnes v. TMAC |
| ATTYS FOR PLA: | Gary Dubin |
| ATTYS FOR DEFT: | Edric Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 07/10/2007 | TIME: | 9 - 9:08 |

COURT ACTION:  EP: Status Conference Re Fees Charged by Dr. Halford - parties to submit memorandum on preparation costs of the deposition (maximum 20 pages) to the court.

Discovery deadline extended 2 weeks from 7/27/2007 to 8/10/2007, by agreement of the parties

Submitted by Richlyn Young, Courtroom Manager