**TABLE OF CONTENTS**

**PAGE(S)**

Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . ii

I.    ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

      A.    It Is Undisputed That Zosyn Was Administered Prior To The June 15, 1999 Gallbladder Procedure . . . . . . . . . . . . . . . . . 1

      B.    The New Opinion Set Forth By Dr. Halford Made Three Months After The Court Imposed Deadline And Two Years After Submitting His Initial Report Must Be Stricken . . . . . . . . . . . . 2

            1.    The Late Disclosure Was Neither Justified Nor Harmless . . . . . . . . . . . . . . 3

            2.    The Late Disclosure Is Not Justified . . . . . . 5

            3.    The Late Disclosure Is Not Harmless  . . . . . . 5

      C.    It Is Undisputed That The Gallbladder Procedure Occurred On June 15, 1999 . . . . . . . . . . 7

      D.    It Is Undisputed That Plaintiff Did Not Experience An Infection After The Gallbladder Procedure . . . . . . . . . . . . . . . . . 9

      E.    It Is Undisputed That The Dakin's Solution Did Not Delay Wound Healing . . . . . . . . . . . . . 14

      F.    There Is No Evidence That Plaintiff Experienced A Reaction To The Dakin's Solution  . . 15

      G.    It Is Undisputed That Dr. Sakaguchi Did Not Violate The Standard Of Care By Treating Plaintiff As An Outpatient On June 24, 1999 . . . . 18

II.   CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . 20