**TABLE OF AUTHORITIES**

**FEDERAL CASES**

**PAGE(S)**

<u>James v. United States</u>, Civ. No. 99-00700 BMK
 (D. Haw. April 25, 2001), at 5-6 . . . . . . . . . . . . . . . 5

<u>Klonoski v. Mahlab</u>, 156 F.3d 255, 269 (1st Cir. 1998) . . . . . 4

<u>Quevedo v. Trans-Pac. Shipping, Inc.</u>,
 143 F.3d 1255, 1258 (9th Cir. 1998) . . . . . . . . . . . . . . 5

<u>U.S. v. Lummi Indian Tribe</u>, 841 F.2d 317, 321
 (9th Cir. Wash. 1991) . . . . . . . . . . . . . . . . . . . . . 7

<u>Wilson v. Bradlees of New England, Inc.</u>,
 250 F.3d 10, 21 (1st Cir. 2001) . . . . . . . . . . . . . . . . 5

<u>Yeti by Molly v. Deckers Outdoor Corporation</u>,
 259 F.3d 1101, 1105 (9th Cir. 2001) . . . . . . . . . . . . . . 4

**FEDERAL RULES AND STATUTES**

Rule 26(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Rule 26(a)(1)(A) . . . . . . . . . . . . . . . . . . . . . . . . 5

Rule 26(a)(2)(B) . . . . . . . . . . . . . . . . . . . . . . . . 4

Rule 26(e)(1) . . . . . . . . . . . . . . . . . . . . . . . . . 4

Rule 26(e)(2) . . . . . . . . . . . . . . . . . . . . . . . . . 4

Rule 37 . . . . . . . . . . . . . . . . . . . . . . . . . . . 4,5

Rule 37(c)(1) . . . . . . . . . . . . . . . . . . . . . . . . . 4

Fed.R.Civ.P. 37 Advisory Committee's Note (1993) . . . . . . . . 4