IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02-00365 BMK |
| | ) | |
| Plaintiff, | ) | SUPPLEMENTAL DECLARATION OF |
| | ) | LAWRENCE J. ERON, M.D., FACS, |
| vs. | ) | FIDSA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>SUPPLEMENTAL DECLARATION OF LAWRENCE ERON, M.D., FACS, FIDSA</u>

I, LAWRENCE ERON, M.D., FACS, FIDSA, hereby declare that:

1. This Declaration supplements my Declaration dated April 24, 2006 and is submitted in support of Defendant's Motion for Partial Summary Judgment filed on April 21, 2006 ("Motion") and the Supplemental Memorandum in Support of the Motion attached hereto.

2. In addition to the documents identified in paragraph 2 of my Declaration, I have also reviewed the transcript of the deposition of Peter Halford, M.D. taken on June 21, 2007 and the exhibits attached to this transcript.

3. A patient's white blood cell count is one indication of whether the patient is experiencing an infection.

4. A white blood cell count that exceeds the normal range is an indication of an infection.

5. At the Tripler Army Medical Center (TAMC), the normal white blood cell count is between 3,900 and 10,600 cells/mm$^3$.

6. During the period of Plaintiff's June 14, 1999 to June 19, 1999 stay at the Tripler Army Medical Center, Plaintiff's white blood cell counts were as follows:

| Date of Collection | WBC Count |
| --- | --- |
| 6/14 | 17,600 |
| 6/15 (5:24 a.m. - pre-op) | 13,600 |
| 6/16 | 15,600 |
| 6/17 | 9,800 |
| 6/18 | 6,700 |
| 6/19 | 6,300 |

7. Plaintiff's respective white blood cell counts support the fact that he was not suffering from an infection when he was discharged from TAMC on June 19, 1999.

8. In my experience at Kaiser Hospital in Honolulu, Zosyn's coverage of the three bacteria (*E.coli*, *Enterbacter* and *Pseudomonas*) that Dr. Halford identified as potentially resistant to Zosyn, is excellent. These three bacteria are sensitive to Zosyn, 99%, 93%, and 97% of the time, respectively.

9. Further, there is a poor correlation between the presence of bacteria recovered intraoperatively from bile or wounds, and the subsequent development of postoperative infections.[1]

10. There are many reasons for wound dehiscence.

---

[1] Farnell, MB, Van Heerden JA, Beart RW. Elective Cholecystectomy. The Role Of Bilary Bacteriology And Administration Of Antibiotics, Arch Surg 1981: 116:537-540.

2

11. Obesity and coughing are major causes of wound dehiscence, while wound infection, anemia and hypoproteinemia usually are considered minor causes.[2]

12. Some studies have not found infection to be a significant cause of dehiscence.[3]

13. I have reviewed the study cited by Dr. Halford in support of his opinion that the use of Dakin's Solution delays wound healing.

14. The study relied upon by Dr. Halford involved tests conducted on cells in tissue culture.

15. My experience is that cells in tissue culture may not be representative of the situation in vivo, as they are extraordinarily sensitive to any substance, much more so than tissue in vivo.

16. Studies involving tissue in vivo (including the study that I cite) are more accurate in determining whether Dakin's Solution delayed wound healing.

---

[2] Helmkamp BG, Abdominal Wound Dehiscence. Am J Obstet Gynecol 1977; 128: 803-807.

[3] Makela, JT, Kiviniemi H, Juvonen T, Laitinen S. Factors Influencing Wound Dehiscence After Midline Laparotomy. Am J Surg 1995; 170:387-390.

17. Some studies show no harmful effect when Dakin's Solution is used to treat wounds.[4]

18. My experience is that Dakin's Solution may be useful in certain situations.

19. In my experience, approximately 10% of vacuum wound dressings result in wound deterioration and in these cases, I have used Dakin's Solution with excellent results.

20. Based on the factors set forth in this Supplemental Declaration and my Declaration dated April 21, 2006, there was no evidence of a wound infection.

21. All opinions set forth in this Supplemental Declaration are made to a reasonable degree of medical probability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July, 2007 at Honolulu, Hawaii.

_____
LAWRENCE BRON, M.D., FACP, FIDSA

---

[4] Bennett, LL, Rosenbloom, RS, Perlov, C, et al. *An In Vivo Comparison Of Topical Agents on Wound Repair*. Plastic Reconstructive Surg. 2001; Vol. 108: 675-683.