IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendants. | CIVIL NO. 02-00365 BMK<br><br>SUPPLEMENAL DECLARATION OF WHITNEY M.L. LIMM, M.D., FACS; |

SUPPLEMENTAL DECLARATION OF WHITNEY M.L. LIMM, M.D., FACS

I, WHITNEY M.L. LIMM, M.D., FACS, hereby declare that:

1.  This Declaration supplements my Declaration dated April 24, 2006 and is submitted in support of Defendant's Motion for Partial Summary Judgment filed on April 26, 2006 ("Motion") and the Supplemental Memorandum in Support of the Motion attached hereto.

2.  In addition to the documents identified in paragraph 2 of my Declaration, I have also reviewed the transcript of the deposition of Peter Halford, M.D. taken on June 21, 2007 and the exhibits attached to the transcript.

3.  When a wound separates or dehisces, it is not unusual to have clear fluids drain from the wound. This is a normal physiologic response.

4.  The presence of this drainage is not an indication that the dehiscence was caused by an infection.

5. When performing surgical procedures at the Queen's Medical Center, the performing surgeon orders which medical supplies he/she wants to have available during and after the surgery.

6. Surgeons at the Queen's Medical Center currently have the option of ordering Dakin's solutions in the following concentrations: .125%, .25% and .5%.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of July, 2007, at Honolulu, Hawaii.

_____
WHITNEY M.L. LIMM, M.D., FACS

2