IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02–00365 BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF EDRIC M. CHING |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DECLARATION OF EDRIC M. CHING

I, EDRIC M. CHING, declare that:

1. I am an Assistant United States Attorney for the District of Hawaii, and I am the attorney representing the United States in the above-entitled action. I have personal knowledge of the facts set out herein, and I am authorized to make this declaration.

2. Attached hereto as Exhibit "E" is a true and correct copy of the transcript of the deposition of Peter Halford, M.D. and the exhibits attached to said transcript.

3. Attached hereto as Exhibit "F" is a true and correct copy of Plaintiff Kevin Milnes' Response to Defendant's Second Request for Answers to Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2007, at Honolulu, Hawaii.

/s/ Edric M. Ching
_____
EDRIC M. CHING