# Exhibit "E"
# Part 2 of 2

**PETER HALFORD, M.D.**
GENERAL SURGERY

# FILE COPY

May 25, 2005

Gary Victor Dubin
55 Merchant Street
Suite 3100, Harbor Court
Honolulu, Hawaii 96813

RE: Kevin Milnes

Dear Mr. Dubin

I am a general surgeon licensed to practice in the State of Hawaii. I am currently board certified and have been in practice since 1975. I have enclosed a copy of my CV for your information.

I have reviewed in detail the care rendered to Mr. Kevin Milnes at the TAMC that began on June 14th, 1999. This illness that was treated involved several repeated hospitalizations in June and July 1999, and subsequent complications up until the present.

For my review I had access to the TAMC medical records that were provided for me as well as some out-patient records and imaging studies. I also had the opportunity to interview and examine the patient in January 2003 and May 2005 as a consultant.

Rather than restate the entire case scenario I would like to distill my remarks to the medical standards that appear to be in question. I will address these in order:

#1. This patient was admitted with signs and symptoms of acute cholecystitis. He had severe pain in the upper right quadrant of the abdomen as well as an elevated white blood count and CT scan findings showing inflammation about the gallbladder. He was admitted and appropriate orders were apparently entered, including an order for the antibiotic Zosyn. In my review of the records however, there was no documentation of this antibiotic being administered before the surgical procedure the following day. If this is true it is a breach of the standard, since antibiotics are essential to be administered in the pre-operative setting. The reason for this is to prevent to the best extent possible a post-operative wound infection. As this patient's case evolved he indeed did return with a wound disruption that led to further operative procedures and his current situation with a disfiguring scar. It would be of help to obtain a copy of the medical administration record (MAR) that is pertinent to this issue.



HALFORD
**EXHIBIT**
1

The Queen's Physicians Office Building II
1329 Lusitana Street, Suite 706 · Honolulu, Hawaii 96813 · Telephone: (808) 536-1107

#2. It is the patient's perception that surgery was delayed for a prolonged length of time. He believes that the definitive gallbladder surgery was postponed due to elective surgery procedures taking precedence, and he is of the opinion that the medical records were altered to not reflect this. I was not able to confirm this from my review of the records, but should this be validated on further investigation, then this would represent an egregious breach of medical care standards.

#3. This patient presented with a diagnosis of acute cholecystitis and antibiotics were ordered. As the wound was closed, antibiotic powder was applied as well. He later returned with a wound disruption and other intravenous antibiotics were further prescribed over the course of his ensuing care. Yet throughout his entire illness, I was not able to locate any culture reports. There were no culture reports from the gallbladder at the time of surgery, nor were there reports from his wound despite ongoing repeated issues with the wound dehiscence and poor healing. In my opinion, it certainly is a standard of care to base the selection of the appropriate antibiotic upon the identification of what bacteria one is attempting to eliminate to be certain your selection is correct. Without any culture identification one is led to believe that an inappropriate antibiotic may well have been selected and thus led to his subsequent problems. Again, if there are any microbiology reports available, they would important to evaluate.

#4. After his first operation, Mr. Milnes returned to the Emergency Department on June 24, 1999. According to the medical record, he had felt a "pop" and the incision opened up. The wound was noted to be largely dehisced including the anterior fascia, and the posterior fascia was intact. He was sent out for some reason and then readmitted the next day with eventual operative repair done on June 26th 1999. In my opinion, this patient should have been admitted on the 24th especially with a dehiscence of this degree. The delay allowed for increased bacteria colonization, added discomfort, and put him at increased risk for evisceration.

#5. This patient was allergic to bleach, and this was well documented in the record. Yet an order for Dakin's solution (a bleach containing fluid) was placed and this was applied to his open wound. This resulted in an intense reaction, and further delayed his wound healing let alone the side effects he had to put up with. A definite negligent action.

#6. Lastly there are a number of entries in the medical record that blame the patient for all of his complications. Mention is made of his non compliance, his weight, his smoking habit, and the fact that he lifted a heavy TV set that weighed 60 lbs. The patient states that this was not the case at all and denies lifting anything heavy. If indeed the medical staff fabricated this to shift blame, then there is no doubt that this is a breach of medical ethical and care standards  It is hard for me to believe that someone could lift anything over 25 lbs in the first two weeks after a major abdominal incision.

In summary I have itemized a number of items regarding substandard care of this individual. Due to this sequence of events, he sustained a wound dehiscence which required repeated visits to the operating room, a prolonged recovery, and an unsightly wound with chronic pain.

Please feel free to contact me if I can provide you with any further details or clarification.

Sincerely,

Peter Halford MD

## CURRICULUM VITAE

*Peter Halford, M.D.*
*1329 Lusitana Street, #706*
*Honolulu, Hawaii 96813*
*(808) 536-1107*

### OFFICE ADDRESS

The Queen's Physician Office Building II
1329 Lusitana Street, Suite #706
Honolulu, Hawaii 96813

### DATE & PLACE OF BIRTH

May 15, 1944
Honolulu, Hawaii

### SOCIAL SECURITY NUMBER

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

### EDUCATION

UNDERGRADUATE

**DUKE UNIVERSITY**
Durham, North Carolina
Chemistry Major

MEDICAL SCHOOL

**TULANE MEDICAL SCHOOL**
New Orleans, Louisiana
M.D., 1970 (cum laude)

INTERNSHIP

**SURGICAL INTERNSHIP**
San Francisco General Hospital
San Francisco, California
1970 - 1971

RESIDENCY

**FIRST YEAR RESIDENT IN SURGERY**
University of California
San Francisco, California
1971 - 1972

Peter Halford, M.D.
Curriculum Vitae

RESIDENCY (CONTINUED)

**SECOND YEAR RESIDENT IN SURGERY**
University of Hawaii
Integrated Surgical Residency Program
Honolulu, Hawaii
1972 - 1973

**THIRD YEAR RESIDENT IN SURGERY**
University of Hawaii
Integrated Surgical Residency Program
Honolulu, Hawaii
1973 - 1974

**FOURTH YEAR CHIEF RESIDENT IN SURGERY**
University of Hawaii
Integrated Surgical Residency Program
Honolulu, Hawaii
1974 - 1975

## BOARD CERTIFICATION

American Board of Surgery
1977

## RE-CERTIFICATION

American Board of Surgery
1986

American Board of Surgery
1996

## TEACHING POSITIONS

**ASSOCIATE PROFESSOR OF SURGERY**
John A. Burns School of Medicine
University of Hawaii
Honolulu, Hawaii
1998 - present

**ASSISTANT PROFESSOR OF SURGERY**
John A. Burns School of Medicine
University of Hawaii
Honolulu, Hawaii
1980 - 1998

2

Peter Halford, M.D.
Curriculum Vitae

*DIRECTOR OF TRAUMA SERVICES*
The Queen's Medical Center
Honolulu, Hawaii
1979 - 1996

*ASSISTANT CLINICAL PROFESSOR OF SURGERY*
John A. Burns School of Medicine
University of Hawaii
Honolulu, Hawaii
1977 - 1980

*CHIEF, REGION IX - COMMITTEE ON TRAUMA*
American College of Surgeons
1989- 1991

*CLINICAL INSTRUCTOR OF SURGERY*
John A. Burns School of Medicine
University of Hawaii
Honolulu, Hawaii
1974 - 1975

## OTHER POSITIONS

*CHAIRMAN, HAWAII STATE COMMITTEE ON TRAUMA*
1996

*MEMBER, STATE EMSAC COMMITTEE*
Honolulu, Hawaii 96813
1995 - Present

*PRESIDENT, HAWAII SURGICAL ASSOCIATION*
1992 - 1994

*GOVERNOR AT LARGE, HAWAII CHAPTER AMERICAN COLLEGE OF SURGEONS*
1992 - 1996

*NATIONAL FACULTY, ADVANCED TRAUMA LIFE SUPPORT COURSE*
1985 - 2000

*VICE CHIEF OF STAFF, THE QUEEN'S MEDICAL CENTER*
1996 - 2000

3

Peter Halford, M.D.
Curriculum Vitae

*CHIEF OF STAFF, THE QUEEN'S MEDICAL CENTER*
2000 - ~~present~~ 2004

## HOSPITAL AFFILIATIONS

*THE QUEEN'S MEDICAL CENTER*
1301 Punchbowl Street
Honolulu, Hawaii 96813

*KAHUKU HOSPITAL*
P.O. Box 218
Kahuku, Hawaii 96731

*MOLOKAI GENERAL HOSPITAL*
P. O. Box 408
Kaunakakai, Hawaii 96748

## PROFESSIONAL SOCIETIES

Alpha Omega Alpha

Fellow, American College of Surgeons

Hawaii Surgical Association

Pan Pacific Surgical Association

## PUBLICATIONS

Shim, WKT and Halford, P:
*METHOD FOR  MAINTAINING THE NEONATES INTRAOPERATIVE CORE TEMPERATURE.*
Surgery 75:416-420
March 1974

Cioffi, G.  and Halford, P. et.al.:
*MESENTERIC PANNICULITIS.*
Contemporary Surgery
October 1989.

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF JUAN J. |
| | ) | SANCHEZ-MARTINEZ; EXHIBIT "A" |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DECLARATION OF JUAN J. SANCHEZ-MARTINEZ

I, JUAN J. SANCHEZ-MARTINEZ, hereby declare that:

1.    I am currently enlisted in the United States Army as a Sergeant First Class, E-7 and I have been enlisted with the United States Army since 1987.

2.    In 1994, I graduated from the Fitzsimmons Army Medical Center where I studied nursing.

3.    I have been a licensed practical nurse in the state of Colorado since 1994.

4.    From May 1998 to May 2004, I was stationed at the Tripler Army Medical Center ("TAMC").

5.    In June 1999, I was a Sergeant, E-5, and was assigned to the 6B1 surgical ward ("6B1") at the TAMC.

6.    Kevin Milnes ("Milnes") was transferred to the 6B1 from the TAMC emergency department during the early morning of June 15, 1999.

EXHIBIT

2

7.    At 9:20 a.m. on June 15, 1999, pursuant to physicians' orders, I hung a bag of Zosyn, connected it to the intravenous line leading into Milnes' body and began the flow of Zosyn into Milnes' existing intravenous line.

8.    Attached hereto as Exhibit "A" is a true and correct copy of my entry into the nursing log regarding my administration of Zosyn to Milnes on June 15, 1999.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24 th day of FEBRUARY 2006    , at 0403 hrs    .

_____
JUAN J. SANCHEZ-MARTINEZ

509-113                                                               NSN 7540-00-634-412

| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

**DATE**

6/15/99
0200
NSG Note: Transferred via w/c from ER. A+O x3, VSS & T w=8 to BR vomiting in Commode (large amount). Has RL to RAC C/o of abd pain & to BR noted no guarding, guarding, or facial distress. Feels sleep while waiting. Relies on wife to get information. Instructed NSg Call bell to bedrail & explained use to call the nurse. ————————————————————— Charles Bowen

15 Jun 99
1250
Nsg — Ultra sound done - 105 yr hung @ 0420 - lo rad 1250
————— Jun J. — & Mc — 9/99 LPN

15 Jun 99        G.S. Staff

Attempt at laparoscopic procedure unsuccessful 2° to Gangrenous Cholecystitis & profound inflammation. Converted to open procedure. Difficulty in identifying the cystic duct. Multiple attempts at Cholangiogram unsuccessful prob 2° to occluded Cystic Duct. Gallbladder divided at junction of infundibulum & cystic duct. Drain placed. Will continue on flex. Observe in Icu x 24 - 48 hrs.

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)          REGISTER NO.          WARD NO. 6 2 1

0406535   20   50664-12-95
MILNES,KEVIN J
VETERANS ADMIN BENEF
TAMC HI 9685   ABAA   JUN9
1900   CND   99

00015

**EXHIBIT "A"**

PROGRESS NOTES
Medical Record

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

3



# CURRENT SURGICAL THERAPY

## 8th EDITION

JOHN L. CAMERON,
MD, FACS, FRCS(Eng) (hon), FRCSI (hon)
The Alfred Blalock Distinguished Service Professor
Department of Surgery
The Johns Hopkins Medical Institutions
Baltimore, Maryland



ELSEVIER
MOSBY

HALFORD
EXHIBIT
3

ELSEVIER
MOSBY

170 S Independence Mall W 300 E
Philadelphia, PA 19106


CURRENT SURGICAL THERAPY 8/E                                           ISBN 0–323–02519–6
Copyright © 2004 by Mosby, Inc.

Previous editions copyrighted 1984, 1986, 1989, 1992, 1995, 1998, 2001

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher.

---

**NOTICE**

Surgery is an ever-changing field. Standard safety precautions must be followed, but as new research and clinical experience broaden our knowledge, changes in treatment and drug therapy become necessary or appropriate. Readers are advised to check the product information currently provided by the manufacturer of each drug to be administered to verify the recommended dose, the method and duration of administration, and the contraindications. It is the responsibility of the treating physician, relying on experience and knowledge of the patient, to determine dosages and the best treatment for the patient. Neither the publisher nor the editor assumes any responsibility for any injury and/or damage to persons or property.

The Publisher

---

Eighth Edition

**Library of Congress Control Number: 2003114234**

Permission to photocopy or reproduce solely for internal or personal use is permitted for libraries or other users registered with the Copyright Clearance Center, provided that the base fee of $4.00 per chapter plus $.10 per page is paid directly to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, Massachusetts 01923. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collected works, or for resale.

Printed in the United States of America

vascular graft infection if a concomitant cholecystectomy is performed during abdominal vascular procedures has persuaded some [...] to forgo prophylactic cholecystectomy. A review of 113 [...] undergoing major abdominal vascular procedures with a synchronous [...] found no evidence of graft infection, a minimal increase in [...] time, and no other complications directly related to the [...]ctomy. Indeed, incidental cholecystectomy at the time of [...] vascular procedures is not only safe but will prevent postoperative and future biliary complications. The cholecystectomy, [...] should be performed only *after* the graft is covered by [...], theoretically protecting it from possible infection. In the case [...] of acute or gangrenous cholecystitis, the gallbladder [...] removed with delay of the planned vascular procedure, if [...] to prevent the risk of topical or hematogenous graft infection. [...] advent of advanced laparoscopic procedures for nonbiliary [...] challenges. The location of trocars, depending on the operation [...] could preclude easy removal. The addition of one to [...] trocars, however, would add minimal time and pain to [...]. A review of laparoscopic cholecystectomy performed [...] antireflux surgery showed no increase in surgical morbidity, [...], or hospital stay. Therefore, if feasible, addition of [...] cholecystectomy during upper abdominal laparoscopic [...], such as antireflux surgery or splenectomy, appears to be [...]reasonable.

[...], given the potential for development of symptoms and [...] due to these incidentally discovered gallstones, it seems [...] carry out a "prophylactic" incidental cholecystectomy in [...] asymptomatic gallstones noted at the time of abdominal [...]. Indeed, one argument is that the primary risk of taking [...] gallbladder is "getting there." If you are already "there" at [...] and gallstones are present, why not take out the gallbladder [...] this can be done safely, without an extra incision, with [...] added time to the procedure, and only in the situation where [...].

## CONCLUSION

[...] gallstones will be present in many patients seen by [...]. Because most patients will not progress to symptomatic [...], cholecystectomy should not be recommended [...] of gallstones alone. The exceptions described above illustrate clinical scenarios in which prophylactic cholecystectomy appears to be preventing future gallstone-related morbidity. Incidental cholecystectomy at the time of other major abdominal operations has many benefits with very little added risk and in our opinion is the recommended course of action in most patients.

## ACKNOWLEDGMENT

The authors gratefully acknowledge the expertise of Deborah Frank in the preparation of this manuscript.

### SUGGESTED READING

Gracie WA, Ransohoff DF: The natural history of silent gallstones, *New Engl J Med* 307:798, 1982.

Greenstein SM, et al.: Prevalence of asymptomatic cholelithiasis and risk of acute cholecystitis after kidney transplantation, *Transplantation* 63:1030, 1997.

Gupta D, et al: Management of biliary tract disease in heart and lung transplant patients, *Surgery* 128:641, 2000.

Juhasz ES, et al: Incidental cholecystectomy during colorectal surgery, *Ann Surg* 219:467, 1994.

Klaus A, et al: Incidental cholecystectomy during laparoscopic antireflux surgery, *Am Surg* 219:619, 2000.

McSherry CK, Glenn F: Biliary tract surgery concomitant with other intraabdominal operations, *Ann Surg* 193:169, 1981.

Milas M, et al: Management of biliary tract stones in heart transplant patients: *Ann Surg* 223:747, 1996.

Ransohoff DF, Gracie WA: Prophylactic cholecystectomy or expectant management for silent gallstones, *Ann Int Med* 99:199, 1983.

Roslyn JJ, Pitt HA, Mann L: Parenteral nutrition-induced gallbladder disease: a reason for early cholecystectomy, *Am J Surg* 148:58, 1984.

Shiffman ML, et al: Gallstone formation after rapid weight loss: a prospective study in patients undergoing gastric bypass surgery for treatment of morbid obesity, *Am J Gastroenterol* 86:1000, 1991.

Sonpal IM, Schreiber H, Byramjee AM: The rationale for incidental cholecystectomy during major abdominal vascular surgery, *Am Surg* 57:579, 1991.

Sugerman HJ, et al: A multicenter, placebo-controlled, randomized, double-blind, prospective trial of prophylactic ursodiol for the prevention of gallstone formation following gastric bypass-induced rapid weight loss, *Am J Surg* 169:91, 1995.

Thompson JS, Philben VJ, Hodgson PE: Operative management of incidental cholelithiasis, *Am J Surg* 148:821, 1984.

Watemberg S, et al: Incidental cholecystectomy in the over-70 age group: a 19-year retrospective, comparative study, *Int Surg* 82:102, 1997.

# [...]TE CHOLECYSTITIS

[...] Mather and Theodore N. Pappas

## [...]IOLOGY AND PATHOGENESIS

[...] is caused by the obstruction of the cystic duct by [...] gallstone or by local edema and inflammation. This [...] in gallbladder distension, subserosal edema, [...] venous and lymphatic congestion, and localized [...] of bacteria in the development of acute cholecystitis [...], although positive cultures of bile or gallbladder [...] in most patients. If bacterial organisms infiltrate [...] wall, gangrenous or emphysematous cholecystitis [...]. Other complications include empyema, [...] peritonitis, abscess, sepsis, gallstone ileus, or cholecystenteric fistula. Approximately 65% of patients with acute cholecystitis also have some evidence of chronic cholecystitis, which is characterized by gallbladder wall fibrosis and chronic inflammatory infiltrate.

### Epidemiology

Acute cholecystitis most commonly occurs in women aged 30 to 60 years. The female-to-male ratio of acute cholecystitis is 3:1, until the age of 50 years, after which the ratio decreases to 1.5:1.0. The exact incidence of acute cholecystitis in patients presenting with cholelithiasis is unknown, but approximately 20% of patients admitted for biliary tract disease are subsequently diagnosed with cholecystitis.

### Clinical Presentation

The definition of acute cholecystitis is traditionally based on the patient's clinical presentation with right upper quadrant tenderness, fever, and leukocytosis. The clinical diagnosis is verified by

radiographic findings of a thickened gallbladder wall, defined as greater than 3.0 mm on ultrasound, and confirmed with intraoperative identification of gallbladder inflammation.

An "attack" of acute cholecystitis often occurs many hours after a meal and starts with the onset of dull right upper quadrant pain, resulting from forceful contraction of the gallbladder against an obstruction. The pain of acute cholecystitis is similar to, but more severe and persistent than, the pain associated with biliary colic. When inflammation spreads to the peritoneum, patients develop more diffuse tenderness, guarding, and rigidity. Most patients experience anorexia, nausea, and vomiting. Referred symptoms from diaphragmatic irritation elicit pain in the right scapular region and back. Systemic signs include fever, mild tachycardia, and, occasionally, chills and rigors.

## Diagnosis

Physical examination reveals an abdomen with mild to moderate distension, hypoactive to absent bowel sounds, tenderness to palpation in the right upper quadrant and/or epigastrium, muscle rigidity, rebound tenderness, and, in 40% of patients, a distended tender mass on deep palpation. Murphy's sign can be demonstrated with inspiratory arrest on deep right upper quadrant palpation.

Laboratory data reveal a mildly elevated white blood cell (WBC) count (10,000 to 15,000 cells/mm$^3$), although the WBC count may be normal in elderly, diabetic, or immunosuppressed patients. Higher WBC counts suggest complications of acute cholecystitis, such as gangrene, perforation, or cholangitis. A mildly elevated bilirubin level may accompany uncomplicated cholecystitis; if significantly elevated (greater than 2.0 mg/100 ml), then one must consider concomitant choledocholithiasis (10% to 15% of patients) or cholangitis. Jaundice may also be attributable to Mirizzi's syndrome, defined as extrahepatic biliary obstruction caused by an impacted cystic duct stone (CDS), leading to extrinsic compression or to inflammatory stricture of the common bile duct (CBD). Although a mildly elevated amylase level may be seen in the absence of pancreatitis, acute cholecystitis can be found in up to one third of patients who present with gallstone pancreatitis, and therefore hyperamylasemia should be taken seriously.

Radiographic studies are used to confirm the diagnosis of acute cholecystitis. Ultrasound is most commonly used to assess the patency of the biliary tree, identify calculi or sludge in the gallbladder lumen, determine whether the gallbladder wall is thickened, inflamed, gangrenous, scarred, or calcified, and evaluate surrounding structures. Ultrasound findings most suggestive of acute cholecystitis include (1) pericholecystic fluid, (2) impacted stone, (3) gallbladder wall thickening, (4) biliary sludge, and (5) gallbladder distension. A sonographic Murphy's sign may be demonstrated, when deep right upper quadrant pressure applied by the ultrasound probe results in patient inspiratory arrest. In addition, ultrasound identification of gallbladder wall sonolucency has been associated with subserosal edema in the acutely inflamed gallbladder.

The technetium hepatobiliary iminodiacetic acid (HIDA) scan can contribute to diagnostic accuracy in cases in which ultrasound is indeterminate, to assess the patency of the cystic duct. In a positive HIDA scan, obstruction of the cystic duct is evident when radionuclide does not outline the gallbladder and flow normally into the CBD. HIDA scanning has a high sensitivity and specificity (100% and 95%, respectively), and a diagnostic accuracy of 97.8% in patients with signs and symptoms of acute calculous cholecystitis. HIDA scanning is much less helpful (false-positive rates as high as 40%) when the patient has fasted for more than 5 days. Computed tomography (CT) with oral and intravenous contrast is usually employed to assess late complications of previously undiagnosed or misdiagnosed cases of acute cholecystitis, such as perforation, abscess, or cholecystenteric fistula.

The differential diagnosis for acute cholecystitis includes biliary colic in the setting of uncomplicated cholelithiasis, bowel obstruction, regional enteritis, hepatitis (viral, alcoholic), urinary tract infection, pyelonephritis, myocardial infarct, and right-sided heart failure

with hepatic congestion. Most of these diagnoses may be distinguished with a thorough history and physical examination.

## Management

Once the diagnosis of acute cholecystitis is favored by physical examination and confirmed by radiographic assessment, the patient should be hospitalized for further management. Broad-spectrum intravenous antibiotic therapy should be initiated immediately, as 50% to 70% of patients who have positive bile or tissue cultures, and 60% of these positive cultures implicate polymicrobial involvement. Appropriate regimens include ampicillin-sulbactam combined with gentamicin, a second-generation cephalosporin combined with metronidazole, imipenem-cilastatin or a third-generation cephalosporin. Common pathogens include *Escherichia coli*, *Klebsiella*, *Streptococci*, *Clostridium*, *Proteus*, and *Enterobacter* species. Antibiotic coverage should continue at least 24 hours after surgical intervention, depending on the severity of intraoperative findings, general patient condition, and clinical evidence for peritonitis or sepsis. As soon as final culture results are available, antibiotics should be adjusted appropriately.

Patients with elevated liver function test results or dilated bile ducts (more than 6.0 mm on ultrasound) should be further evaluated for the presence of CBD stones. Preoperative endoscopic retrograde cholangiopancreatography (ERCP), performed by an experienced gastroenterologist, is the preferred management for these patients. Endoscopic sphincterotomy and stone extraction before cholecystectomy are successful in the vast majority of patients. Retained CBD stones are suspected in patients with persistent elevation of liver function test results and may be identified by intraoperative cholangiography (IOC). These may subsequently be retrieved either by surgical duct exploration or by postoperative ERCP.

The definitive treatment for acute cholecystitis is surgical resection. Overall, cholecystectomy has been associated with very low complication rates, with less than 0.2% mortality, less than 5% major morbidity and a bile duct injury (BDI) rate of 0.4%. Until recently, laparoscopic cholecystectomy was considered contraindicated in patients with evidence of acute gallbladder inflammation because of perceived risk of complications, especially in pregnancy, morbid obesity, or acute pancreatitis. Now laparoscopic cholecystectomy has become the preferred operation and standard of care for acute cholecystitis. However, no large multicenter, randomized prospective trial has ever compared laparoscopic to open cholecystectomy in patients with acute cholecystitis.

Retrospective studies have generally demonstrated no significant difference in mortality between patients who undergo laparoscopic versus those who undergo open cholecystectomy for acute cholecystitis. A large review of 43 Veterans Administration hospitals identified 3318 cases of cholecystectomy, with 2057 (62%) performed in a traditional open fashion and 1261 (38%) performed laparoscopically. The indication for cholecystectomy was acute cholecystitis in 1029 (31%) patients, and most of these patients (72%) underwent open cholecystectomy. Patients who received open cholecystectomy were significantly older, with higher comorbidity, and were more likely to have acute cholecystitis, more likely to require emergency surgery, and necessitated more technically complex surgery. Despite these differences, there was no significant difference in mortality between open and laparoscopic cholecystectomy.

Kum et al. identified 54 cases of acute cholecystitis in a prospective data collection of 530 patients undergoing laparoscopic cholecystomy. Compared to patients with uncomplicated cholelithiasis, patients with acute cholecystitis had significantly longer operative times, presence of adhesive disease, more blood loss, and higher incidence of bile spillage, lost stones, and CBD injuries (5.5% versus 0.4%) and higher rate of conversion to open cholecystectomy (13% versus 4%). Authors did not find any significant differences in mortality, postoperative pain, hospital length of stay, or postoperative day 1 quality-of-life scores between the two patient groups.

The largest prospective series of laparoscopic cholecystectomy was presented by the Southern Surgeons Club in 1990. Half of the 1518

# FOURTEENTH EDITION



# TEXTBOOK OF SURGERY

## The Biological Basis of Modern Surgical Practice

Edited by

### DAVID C. SABISTON, Jr., M.D.

James B. Duke Professor and Chairman
Department of Surgery
Duke University Medical Center
Durham, North Carolina

## W.B. SAUNDERS COMPANY

Harcourt Brace Jovanovich, Inc.

Philadelphia    London    Toronto    Montreal    Sydney    Tokyo

HALFORD
EXHIBIT
4

**W. B. SAUNDERS COMPANY**
Harcourt Brace Jovanovich, Inc.

The Curtis Center
Independence Square West
Philadelphia, PA 19106

**Library of Congress Cataloging-in-Publication Data**

Textbook of surgery: the biological basis of modern surgical
practice/[edited by] David C. Sabiston, Jr.—14th ed.
   p.   cm.
Includes bibliographical references.
Includes index.
ISBN 0-7216-3492-3
   1. Surgery.   [1. Surgery.]   I. Sabiston, David C., Jr.
   [DNLM: WO 100 T3552]
RD31.T473   1991
617—dc20
DNLM/DLC                                                90-8907

Listed here are the latest translated editions of this book together with the language of the translation
and the publisher.

Italian (*12th Edition*)—Piccin Nuova Libraria, Padova, Italy
Japanese (*11th Edition*)—Igaku Shoin Ltd., Tokyo, Japan
Portuguese (*11th Edition*)—Editora Guanabara-Koogan, Rio de Janeiro, Brazil
Spanish (*13th Edition*)—McGraw-Hill/Interamericana de España, Madrid, Spain

*Editor:*   W. B. Saunders Staff
*Developmental Editor:*   Kathleen McCullough
*Designer:*   Ellen M. Bodner
*Production Manager:*   Carolyn Naylor
*Manuscript Editors:*   Jessie Raymond, Rose Marie Klimowicz, and Wynette Kommer
*Illustration Coordinator:*   Margaret Shaw
*Indexer:*   Julie Figures

Textbook of Surgery:
The Biological Basis of Modern Surgical Practice           ISBN   0-7216-3492-3

Copyright © 1991, 1986, 1981, 1977, 1972, 1968, 1964, 1960, 1956, 1949, 1945, 1942, 1939, 1936 by
W. B. Saunders Company

All rights reserved.   No part of this publication may be reproduced or transmitted in any form or by
any means, electronic or mechanical, including photocopy, recording, or any information storage and
retrieval system, without permission in writing from the publisher.

Printed in the United States of America.

Last digit is the print number:     9     8     7     6     5     4     3     2

I

# ACUTE CHOLECYSTITIS

*David L. Nahrwold, M.D.*

Acute cholecystitis is a chemical or bacterial inflammation of the gallbladder that may cause severe peritonitis and death unless proper treatment is instituted. In approximately 95 per cent of patients, gallstones are present in the gallbladder (calculous cholecystitis), and in about 5 per cent they are not (acalculous cholecystitis).

## ACUTE CALCULOUS CHOLECYSTITIS

The incidence of acute calculous cholecystitis is higher in females, with a 3:1 ratio of females to males to approximately the age of 50 years and a ratio of approximately 1.5:1 thereafter.

The exact incidence of acute cholecystitis among patients with gallstones is not known, but approximately 20 per cent of patients who enter a hospital for biliary tract disease have acute cholecystitis. The percentage of cholecystectomies done for acute cholecystitis has increased recently, especially in the elderly.[8] Patients who have symptoms from gallstones should be advised to have elective cholecystectomy to avoid the mortality and morbidity of acute cholecystitis and its complications.

Acute calculous cholecystitis appears to be caused by obstruction of the cystic duct or the junction of the gallbladder with the cystic duct by a stone, or by edema formed as the result of local mucosal erosion and inflammation caused by the stone. The obstruction causes gallbladder distention, followed by subserosal edema, venous and lymphatic obstruction, cellular infiltration, and localized areas of ischemia. Perforation at the site of ischemic gangrene may cause bile peritonitis or, if surrounded by omentum, a localized pericholecystic abscess. Rarely, a gangrenous area may perforate into the wall of the duodenum or small intestine, causing a cholecystoenteric fistula. Gallstones then may enter the small intestine, and if one is sufficiently large, the rare syndrome of mechanical obstruction of the distal ileum, gallstone ileus, may ensue. Fortunately, early treatment has reduced the incidence of these complications of acute cholecystitis.

The role of bacteria in the pathogenesis of acute cholecystitis is not clear; positive cultures of bile or gallbladder wall are found in 50 to 75 per cent of patients.[3,17,27,28] Nevertheless, deaths and complications from untreated cholecystitis are usually associated with septic complications of the disease, and the organisms involved are those that most often colonize the stone-containing gallbladder. A very important feature of the pathogenesis may be erosion of the mucosa by a stone, allowing highly concentrated bile salts access to tissue planes. Bile salts are toxic to cells because they have detergent properties that allow them to solubilize the lipids in cell membranes. This causes destruction of cells, necrosis, and, eventually, perforation of the gallbladder.

Although obstruction by a stone is essential for the development of acute calculous cholecystitis, other factors appear to be involved, because acute cholecystitis is not the inevitable consequence of obstruction. Hydrops of the gallbladder, in which the outlet is obstructed by a stone, produces marked distention, but acute inflammation does not follow. In animals, ligation of the cystic duct alone does not produce acute cholecystitis. Thus, it appears that outlet obstruction plus another factor is essential for the development of acute cholecystitis. The other factor

could be erosion of the mucosa by a stone, permitting bile salts or bacteria access to the tissues of the gallbladder wall. In animal experiments, the presence of pancreatic juice, gastric juice, or concentrated bile in the lumen of the obstructed gallbladder causes acute cholecystitis.[36,41]

PATHOLOGY. The inflamed gallbladder is enlarged and the serosal surface is congested and may have areas of gangrene or necrosis; the wall is edematous and thickened. The obstructing stone is usually impacted in the infundibulum or the cystic duct; bloody bile or pus may be found within the lumen. Mucosal sloughing is usually present, although this may be apparent only on microscopic examination. Neutrophils are found within 24 hours and become more prominent as time progresses; the neutrophilic response is more prominent in gangrene, perforation, and empyema. *Empyema* is the term used to denote the acutely inflamed gallbladder that contains pus. Empyema of the gallbladder is the equivalent of an intra-abdominal abscess and may be associated with severe sepsis. Cystic duct obstruction is the *sine qua non* for its development. In neglected cases, spontaneous drainage of the gallbladder through the abdominal wall may occur, a circumstance termed empyema necessitans.

Approximately 65 per cent of gallbladders involved with acute cholecystitis also have the manifestations of chronic cholecystitis: fibrosis of the wall, chronic inflammatory cell infiltrate, Rokitansky-Aschoff sinuses, and mucosal flattening.[19] This is evidence that recurrent attacks of acute cholecystitis are frequent. As the acute process resolves, fibrosis of the wall and a chronic inflammatory infiltrate become prominent features.

SYMPTOMS. A majority of patients have symptoms referable to the gallbladder prior to the development of acute cholecystitis, but 20 to 40 per cent are asymptomatic. Persistent pain in the area of the gallbladder is present in almost every case. In fact, the absence of pain essentially excludes the diagnosis. Frequently, the pain develops after ingestion of a meal and probably follows forceful contraction of the gallbladder against a fixed obstruction, usually a stone impacted in the infundibulum or the cystic duct. As the development of acute cholecystitis progresses through the sequence of distention, edema, venous and lymphatic obstruction, and ischemia, the pain probably is caused by gallbladder distention and, later, by inflammation of the gallbladder and adjacent peritoneal surfaces. Depending on the habitus of the patient and the precise location of the organ, the pain may be in the right upper quadrant, in the epigastrium, or in both areas. Radiation of the pain is around the right side toward the tip of the scapula. Pain in the right shoulder is present when the diaphragm is irritated by the inflammatory process. The persistence and severity of pain serve to distinguish the development of acute cholecystitis from an attack of gallbladder colic. The former may last for several days, but the latter rarely lasts for more than a few hours.

Nausea and vomiting, which occur in 60 to 70 per cent of patients, are the only other significant symptoms. This appears to be a reflex phenomenon, associated with a rapid rise in gallbladder pressure. Frequently, patients attempt to induce vomiting, having the sensation that this will relieve their symptoms.

PHYSICAL FINDINGS. The inflammatory nature of acute cholecystitis causes an elevated temperature in approximately 80 per cent of patients. Fever may be absent in elderly or immunocompromised patients and in those who take steroids or

nonsteroidal anti-inflammatory drugs. Just as pain is present in almost all patients, the most common and reliable finding on physical examination is tenderness in the right upper quadrant, the epigastrium, or both areas. Subjective tenderness is so common that its absence should raise serious question about the diagnosis. Approximately half of all patients have muscle rigidity in the right upper quadrant, and about one fourth have rebound tenderness. The frequency of these findings, which are indicative of peritonitis, increases as the disease progresses. Murphy's sign, consisting of inspiratory arrest during deep palpation of the right upper quadrant, is not a consistent finding but is almost pathognomonic when present. Unless generalized peritonitis has developed, acute cholecystitis usually does not cause paralytic ileus distal to the duodenum; therefore, bowel sounds are absent in only approximately 10 per cent of patients. A mass in the region of the gallbladder is palpable in nearly 40 per cent. Because gallbladder distention is inherent in the pathogenesis of the disease, the organ itself is palpable in some patients, but in many a mass is palpable because the omentum becomes attached to the gallbladder in response to the inflammation. The presence of a mass late in the course of the disease may signify the development of a pericholecystic abscess. A palpable, tender gallbladder is almost pathognomonic of acute cholecystitis.

Jaundice, usually mild, occurs in approximately 10 per cent of patients and has been attributed to an accompanying cholangitis. Although the extrahepatic bile ducts are obviously involved in the inflammatory process, they are not obstructed. The jaundice is more likely due to entry of bile pigments into the circulation through the damaged gallbladder mucosa or to physiologic obstruction of the bile duct system from choledochal sphincter spasm induced by the adjacent inflammatory process.[31] The presence of jaundice should suggest the possibility of concomitant choledocholithiasis, which occurs in 10 to 15 per cent of patients; otherwise, it is an insignificant finding.

LABORATORY FINDINGS. The white blood cell count is elevated in 85 per cent of patients, but it may not be increased in those who take anti-inflammatory drugs or in the elderly. One half have elevation of the serum bilirubin, and the serum amylase is increased in one third. In general, the blood tests are nonspecific and not especially helpful, except for the white blood cell count.

RADIOLOGIC STUDIES. Roentgenograms of the abdomen in the supine and erect positions and an upright chest film are frequently obtained in patients with acute abdominal conditions. When acute cholecystitis presents with a classic history and physical findings, the usefulness of these radiologic studies must be questioned because the only information potentially available is documentation of the presence of gallstones or air in the gallbladder and biliary tract. Only approximately 15 per cent of gallstones are opaque, and both emphysematous cholecystitis and cholecystoenteric fistulas are very rare; therefore, the yield of useful information is minimal. Plain roentgenograms may be helpful in complicated cases, or when the specific diagnosis in the patient with an acute abdominal condition is not clear.

The specific test for acute cholecystitis is cholescintigraphy with a derivative of [99m]technetium-iminodiacetic acid (technetium-IDA scan). Normally, the scan outlines the liver and the extrahepatic biliary tract, including the gallbladder, and demonstrates the nuclide flowing into the upper small intestine as well (Fig. 1). In acute cholecystitis, the gallbladder is not observed on the scan, presumably because the gallbladder outlet or the cystic duct is obstructed (Fig. 2). In acute calculous cholecystitis, cholescintigraphy has a sensitivity of nearly 100 per cent, meaning that the test is positive in almost all patients who have acute cholecystitis, and a specificity of 95 per cent, meaning that the scan is negative in 95 per cent of individuals who do not have the disease.[39] Complete obstruction of the common

bile duct or the common hepatic duct is detectable on the technetium-IDA scan, but the degree of resolution is not sufficient to diagnose stones or other lesions.

Calculi within the gallbladder can be accurately detected by ultrasonography, but this test is not specific for acute calculous cholecystitis. A thickened gallbladder wall and pericholecystic fluid are sometimes present. Ultrasonography can detect right upper quadrant masses and enlargement of the bile ducts and pancreas, so it may be useful in complicated cases or when the diagnosis is obscure.[6] Although some have advocated routine ultrasonography in suspected acute cholecystitis to confirm the presence of gallstones, the technetium-IDA scan is more specific and is the indicated test in patients with the classic clinical manifestations.

DIFFERENTIAL DIAGNOSIS. Acute cholecystitis must be differentiated from other acute abdominal conditions, including acute appendicitis, perforated or penetrating duodenal ulcer, acute or perforated gastric ulcer, and acute pancreatitis. Most cases of acute appendicitis can be differentiated easily, but those in which the tip of a long, retrocecal appendix lies near the gallbladder can be vexing. Cholescintigraphy is helpful in this situation.

In approximately 15 per cent of cases of acute cholecystitis, the serum amylase is elevated, causing concern over the possibility of acute pancreatitis. The cause of hyperamylasemia in uncomplicated acute cholecystitis is unknown; hyperamylasemia does not necessarily indicate that clinically significant pancreatitis is present.

Gallstone-associated pancreatitis is a self-limiting process associated with the passage of a stone through the distal common bile duct and into the duodenum.[1] Elevation of the serum amylase is common in this situation, and acute cholecystitis is estimated to be present in as many as a third of patients with gallstone pancreatitis. The pathophysiologic mechanisms and sequence of events that lead to the simultaneous presence of acute cholecystitis and gallstone pancreatitis are not clear, but both processes appear to resolve when the stone has passed into the duodenum. The importance of the association is that acute cholecystitis should be considered in patients known to have acute pancreatitis, and the possibility of gallstone pancreatitis should be considered in patients who have acute cholecystitis and elevation of serum amylase.

The differential diagnosis must also include conditions that cause pain due to rapid liver enlargement or hepatic inflammation, including viral hepatitis, acute alcoholic hepatitis, right-sided heart failure, and gonococcal perihepatitis. These usually can be distinguished from acute cholecystitis without difficulty. Gallbladder colic rarely lasts longer than 3 hours and does not have the clinical manifestations of an inflammatory process. Other acute abdominal conditions such as small bowel obstruction and acute regional enteritis can be differentiated easily by a carefully elicited history and a thorough physical examination.

COMPLICATIONS. Complications of acute cholecystitis are perforation, pericholecystic abscess, and fistula. All are consequences of gallbladder wall ischemia and gangrene. Free perforation, which represents approximately one third of these complications, occurs when a gangrenous area becomes necrotic and bile leaks into the peritoneal cavity. Diffusion of bile throughout the peritoneal cavity frequently causes generalized peritonitis with systemic sepsis and death unless treated promptly. The mortality from perforation is approximately 20 per cent.[21,28]

Pericholecystic abscess follows perforation of the gallbladder that is walled off by omentum or adjacent organs such as the colon, stomach, or duodenum. The abscess forms between the gallbladder and the surrounding structures. An abscess may also form between the gallbladder and the bare area of the liver behind the gallbladder. Pericholecystic abscess is the most common complication, representing approximately 50 per cent, but



**Figure 1.** Normal cholescintigram showing liver, bile duct, gallbladder, and small intestine. From left to right, scans were done every 10 minutes in the anterior view. The bottom scans are the right anterior oblique view (left) and the right lateral view (right).

is the least virulent with a mortality of approximately 15 per cent.

Fistulization occurs when the gallbladder becomes attached to a portion of the gastrointestinal tract and perforates it. The duodenum is the most common site followed by the colon. Cholecystojejunal and cholecystogastric fistulas are rare. Fistulization represents approximately 15 per cent of the complications of acute cholecystitis, but fistulas into the gallbladder may follow other diseases such as penetrating peptic ulcer, Crohn's disease, trauma, tuberculosis, and intra-abdominal abscess. When a stone is discharged from the gallbladder into the small intestine and is sufficiently large to obstruct the narrow terminal ileum, the resulting "gallstone ileus" creates an additional hazard for the patient with a cholecystoenteric fistula.

The symptoms of these complications are generally indistinguishable from those of acute cholecystitis. In one series, only 59 per cent of patients had signs of peritoneal irritation, and fewer than half had diffuse abdominal tenderness or absent bowel sounds.[21] In addition, none of the three types of complications is consistently manifested by a specific symptom complex. The findings then are similar to those of acute cholecystitis.

Complications may develop as early as 2 days following the onset of the symptoms of acute cholecystitis and as late as several weeks. The average onset is approximately a week, but this information is not helpful in managing the individual case. The overall mortality from complications is approximately 20 per cent.[9,13,21,38] Because the mortality of complications is more than four times that of surgically treated uncomplicated acute cholecystitis, early cholecystectomy should be done as soon as the diagnosis of acute cholecystitis is made and the patient is in optimal condition.

TREATMENT. Patients suspected of having acute cholecystitis should be hospitalized. Initial management should include administration of an antibiotic that is effective against the enteric organisms found in the bile of approximately 80 per cent of patients with gallstones and acute cholecystitis. These organisms include both gram-positive and gram-negative aerobes and anaerobes. Those present most frequently are *Escherichia coli, Klebsiella aerogenes, Streptococcus faecalis, Clostridium welchii, Proteus* species, *Enterobacter* species, and anaerobic streptococci. A single organism is found in approximately 40 per cent of cases, two species in about 30 per cent, three in 20 per cent, and four or more in the remainder.[23] Obviously, no single antibiotic is effective against all these organisms. The broadest coverage would be achieved by the combination of ampicillin, clindamycin, and an aminoglycoside, but the toxicity of the last is of concern. Therefore, the author favors administration of a second-generation cephalosporin for most cases of acute cholecystitis and reserves the triple-drug combination for patients who are seriously ill with sepsis. The incidence of postoperative septic complications is markedly reduced by antibiotic administration.[3,37] The incidence of wound infection, for example, is reduced to the extent that it is difficult to demonstrate that prophylactic administration of one antibiotic protects against wound infection more efficaciously than another. Antibiotic therapy should be initiated as soon as the diagnosis is made and should be continued for 24 hours postoperatively, unless the degree of peritonitis in surrounding tissues is severe, in which case it should continue for 7 days. Changes in the regimen may be indicated by the course of the patient and the result of the cultures of bile and gallbladder wall taken at operation.

The definitive treatment of acute cholecystitis is cholecystectomy. The timing of operation was debated until recently when



**Figure 2.** Abnormal cholescintigram in a patient with acute calculous cholecystitis. The gallbladder is not visualized. From left to right, scans were done every 10 minutes in the anterior view. Last two scans are the right anterior oblique view and the right lateral view, respectively.

data from several studies became available. Some thought that patients should be treated nonoperatively, allowing resolution of the acute inflammation, followed by elective cholecystectomy approximately 6 weeks later. Others maintained that operation should be done as soon as the diagnosis was made. Several prospective trials demonstrate that the mortality for early and delayed surgical therapy is equal, and that there are no significant differences in the frequency or severity of postoperative complications.[22,30] These and other studies have also demonstrated that length of hospital stay is shorter and return to productivity is sooner when early cholecystectomy is performed. In addition, some patients for whom delayed cholecystectomy is planned require emergency operation because they become worse or do not improve, and this group has higher mortality and morbidity.[42] Approximately 25 per cent of patients for whom delayed operation is contemplated have a recurrence of acute cholecystitis prior to the planned operation and may require cholecystectomy sooner than intended.[24] The data clearly favor early cholecystectomy.

PREOPERATIVE MANAGEMENT. In all patients with the tentative diagnosis of acute cholecystitis, the author initiates antibiotic therapy, nasogastric suction, intravenous fluid administration, and monitoring of hemodynamic parameters and urinary output while diagnostic studies are in progress. High priority is placed on obtaining cholescintigraphy. Serum amylase, bilirubin, alkaline phosphatase, electrolytes, blood sugar, and creatinine are measured, and a complete blood count is done. The electrocardiogram is correlated with the clinical history for evidence of a recent myocardial infarction, ischemia, or unstable angina pectoris. Chest and abdominal roentgenograms are obtained to assist in the assessment of cardiopulmonary disease and evidence of emphysematous cholecystitis or pericholecystic abscess. Other clinical investigation, such as ultrasonography or noninvasive carotid blood flow measurement, is done as warranted by the history and physical examination. During the evaluation period, which usually takes less than 12 hours, frequent examinations are done. When the diagnosis is reasonably certain, a decision is made for early or delayed cholecystectomy. Early operation is performed in all patients who do not have significant risk factors and is done as soon as the patient is in optimal condition as determined by hemodynamic monitoring and urinary output, generally within 12 to 24 hours of admission. Delayed operation is elected in the few patients who have significant risk factors, including unstable angina, clinically significant carotid artery disease, congestive heart failure, cirrhosis, and other conditions that significantly increase the risk of operation.

TECHNICAL ASPECTS. Cholecystectomy for acute cholecystitis is more difficult than elective cholecystectomy for chronic symptoms, and the risk of injury to the extrahepatic bile ducts is higher. The first problem is the tense, distended gallbladder, which cannot be displaced to visualize the triangle of Calot adequately. Usually, the gallbladder must be decompressed by aspiration of its contents through a trocar placed in the fundus.

# PRINCIPLES OF 5

# SURGERY

## SEVENTH EDITION

Editor-in-Chief

## Seymour I. Schwartz, M.D.

Distinguished Alumni Professor and Chair
Department of Surgery
University of Rochester Medical Center
Rochester, New York

Associate Editors

## G. Tom Shires, M.D.

Professor of Surgery
Director, Trauma Institute
University of Nevada School of Medicine
Las Vegas, Nevada

## Frank C. Spencer, M.D.

Professor and Chairman
Department of Surgery
New York University Medical Center
New York, New York

## John M. Daly, M.D.

Lewis Atterbury Stimson Professor and Chairman
Department of Surgery
Cornell University-Medical College
New York, New York

## Josef E. Fischer, M.D.

Christian R. Holmes Professor and Chairman
Department of Surgery
University of Cincinnati College of Medicine
Cincinnati, Ohio

## Aubrey C. Galloway, M.D.

Professor of Surgery
Director of Surgical Research
New York University Medical Center
New York, New York

HARFORD
EXHIBIT
S

**Volume 1**

McGRAW-HILL
HEALTH PROFESSIONS DIVISION
New York   St. Louis   San Francisco   Auckland   Bogotá   Caracas
Lisbon   London   Madrid   Mexico City   Milan   Montreal
New Delhi   San Juan   Singapore   Sydney   Tokyo   Toronto

# McGraw-Hill

*A Division of The McGraw-Hill Companies*

**Principles of Surgery, 7/e**

Copyright © 1999, 1994, 1989, 1984, 1979, 1974, 1969 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1234567890 DOWDOW 998

Single volume ISBN 0-07-054256-2
Two-volume ISBN 0-07-912318-X
Volume 1 ISBN 0-07-134312-1
Volume 2 ISBN 0-07-058079-0

This book was set in Times Roman by York Graphic Services, Inc. The editors were Marty Wonsiewicz and Peter McCurdy; the production supervisor was Rich Ruzycka; the cover designer was Ed Schultheis. Barb Littlewood prepared the index. R.R. Donnelley & Sons, Co. was printer and binder.

This book is printed on acid-free paper.

The illustration in the upper left of the book's cover is derived from the painting *Limb Transplantation Miracle by Saints Cosmos and Damian.* Used by permission of the Wuerttembergische Landesmuseum, Stuttgart, Germany. The image on the lower left of the cover is used courtesy of the Yale Historical Library. The figure on the lower right is from *Dis Is das Buch der Cirurgia* by Hieronymous Brunschwig. Courtesy of the National Library of Medicine, Bethesda, Maryland. The illustration on the back cover and on the part opening pages is from *An Explanation of the Fashion and Use of Three and Fifty Instruments of Chirurgery—Gathered out of Ambrosius Pareus.*

**Library of Congress Cataloging-in-Publication Data**
Principles of surgery/editors, Seymour I. Schwartz . . . [et al.]. —
 7th ed.
       p.   cm.
    Includes bibliographical references and index.
    ISBN 0-07-054256-2
    1. Surgery.    I. Schwartz, Seymour I.
    [DNLM: 1. Surgery. 2. Surgical Procedures, Operative.  WO
100P957 1999]
    RD31.P88   1999
    617—dc21
    DNLM/DLC                                    98-28061
    for Library of Congress                       CIP

[...]al manifestations of a wound infection include *rubor*, [...] *tumor*, and *dolor*. The patient may have pain (*dolor*) that [...]mally severe given the magnitude of the procedure or the [...] of time it remains after the procedure. The wound may [...] to the touch (*calor*), it may be swollen and edematous [...], and there may be surrounding redness and cellulitis (*ru-* [...]. If drainage is not prompt, the resulting wound abscess may [...]companied by substantial cellulitis. Fever to 101–102°F (to [...] usually is present with some increase in pulse rate.

[...]und infections usually are evident between the fifth and [...] postoperative days. When patients have received antibi- [...] wound infections may become manifest weeks after an [...]tive procedure. In cases of severe necrotizing fasciitis or [...]ial myositis, manifestations may occur within 24 h.

**Management.** Management of wound infections depends [...] extent of destruction and the type of wound infection. A [...] collection of purulent material in the skin and subcuta- [...] tissue without major surrounding cellulitis is treated by [...]ing the incision. The incision is opened enough to provide [...]ate drainage, and a wick is placed in the wound to prevent [...] skin and superficial subcutaneous tissue from closing before [...]plete drainage.

[...]ening the wound alone is insufficient in severe clostridial [...]litis or necrotizing fasciitis with loss of viability of the fas- [...] muscle. Radical debridement is necessary to save the pa- [...]'s life. Discharge of "dishwater pus" should alert the sur- [...] to the possibility of necrotizing fasciitis. A Gram stain will [...] a mixed flora of gram-negative rods and gram-positive [...]. Clostridial myositis is manifest by crepitus (gas in the [...]es), which also may be present in necrotizing fasciitis, and [...]les on the skin. In both situations, the patient is more sick [...] expected with a simple wound infection. When wound in- [...]ions are associated with surrounding cellulitis and edema, the [...] of antibiotics in addition to opening and debriding the wound [...]cessary. A Gram stain may identify some of the offending [...]anisms. In the absence of specific information, the wound [...]uld be cultured and the patient placed on ampicillin (or clin- [...]mycin), gentamicin, and metronidazole or a combination of [...]biotics that covers the organisms most likely to be present. [...] hemolytic streptococcus is the offending organism, penicillin [...]uld be administered for 1 week.

Diabetic patients are prone to Fournier's gangrene, which is [...] form of necrotizing fasciitis of the perineum or groin. These [...]ients require wide debridement. Fournier's gangrene often is [...]al, with mortality rates of 30 to 75 percent.

**Wound Hematomas**

[...]und hematomas are caused by inadequate hemostasis. Anti- [...]agulation, fibrinolysis, polycythemia vera, myeloproliferative [...]orders, and decreased or inadequate clotting factors all con- [...]bute to hematoma formation. Great care must be taken in clos- [...]g incisions in a patient who is in shock or in induced hypo- [...]sion, or wounds in which epinephrine has been used. [...]matomas provide good culture media for bacteria that might [...]ontaminate the wound and a barrier to the apposition of the [...]und edges. When the hematoma resolves, an untoward cos- [...]tic result may occur.

Wound hematomas are manifest by pain and swelling of the [...]und. Drainage, if present, usually is serosanguinous, indicat- [...] a collection of bloody material within the wound. In certain

locations, such as the neck, a large hematoma can be life threat-ening, and the hematoma must be evacuated immediately.

When the hematoma is discovered early postoperatively, the patient should be returned to the operating room and, under ster-ile conditions, the wound opened, the hematoma evacuated, the responsible vessel found and ligated, and the wound closed pri-marily. If hematomas are discovered late, heat should be applied to the wound and the patient managed expectantly with the hope that the hematoma has not become contaminated. If the surgeon suspects the possibility of a postoperative hematoma because of predisposing factors or difficult hemostasis, a closed-suction drain should be used. The catheter should exit through a separate stab incision remote from the primary wound.

**Wound Seromas**

Seromas are lymph collections usually resulting from, and as-sociated with, operations in which large areas of lymph-bearing tissues are transected. Examples include axillary dissection and groin dissection. Closed-suction drains are placed to prevent ser-omas and are kept in place until drainage stops, but drains are not foolproof. Seromas are fertile ground for bacteria to create wound infections. If seromas are discovered in the postoperative period, repeated aspiration is indicated, or, preferably, closed-suction drains are placed percutaneously until fluid no longer accumulates, and the skin flaps are allowed to adhere. Pressure dressing may be helpful in conjunction with aspiration and con-tinuous closed-suction drainage.

**Wound Dehiscence**

*Dehiscence* is separation within the fascial layer, usually of the abdomen, whereas *evisceration* indicates extrusion of peritoneal contents through the fascial separation. The incidence of wound disruption is between 0.5 and 3.0 percent, averaging 2.6 percent when all abdominal procedures are considered. Dehiscence oc-curs in 1.3 percent of patients under 45 years of age, and 5.4 percent of patients over 45 years of age. Many patient charac-teristics may contribute to a fascial dehiscence, but generally dehiscence is caused by a technical factor. Patient characteristics that contribute to fascial dehiscence should sensitize the surgeon to take precautions using a mass closure or anterior fascial re-tention sutures, which may not prevent dehiscence but may pre-vent evisceration.

Malnutrition, hypoproteinemia, morbid obesity, malignancy with immunologic deficiency, uremia, diabetes (especially with poorly controlled blood glucose levels), coughing with increased abdominal pressure, and remote infection are contributory fac-tors. Dehiscence occurs in over 5 percent of patients with cancer, compared with less than 2 percent in patients with benign con-ditions. Jaundice has been associated with an increased incidence of wound dehiscence, but it is unclear whether this is a direct effect of the bilirubin or is the effect of all of the deficiencies that are associated with end-stage liver disease. Preoperative bil-iary drainage does not result in a decrease in wound complica-tions or dehiscence. Ascites increases the incidence of wound disruption.

Local factors increasing wound disruption include hemor-rhage, infection, excessive suture material, and poor technique. Series are contradictory as to whether dehiscence is increased in vertical as compared with horizontal incisions, but all agree that when a stoma is brought out through an incision the incidence of disruption is increased.

**452**    PRINCIPLES OF SURGERY/BASIC CONSIDERATIONS

A multicenter, randomized, prospective trial compared interrupted versus continuous polyglycolic acid suture closure of midline abdominal incisions. The overall dehiscence rate was 1.6 percent in the continuous suture group and 2.0 percent in the interrupted suture group. The dehiscence rate was significantly higher in the interrupted suture group when wounds were contaminated. Monofilament sutures have a lower incidence of disruption than braided sutures.

Vitamin C is essential for collagen synthesis and fibroblast formation, bacterial destruction, and superoxide production by neutrophils. Many elderly patients are subclinically scorbutic, a condition associated with an eightfold increase in the incidence of wound dehiscence. Zinc is a cofactor for various enzymatic and mitotic processes, particularly of the epithelial cells and the fibroblasts. Patients with diarrhea, hepatic insufficiency, or chronic stress may be subject to zinc deficiency that is associated with poor healing. Steroids, administered topically or systemically, have a deleterious effect on wound healing, interfering with wound healing at every level, including inflammation, wound macrophage function, capillary proliferation, and fibroplasia. Vitamin A may counteract these effects.

Chemotherapeutic agents inhibit wound healing. In patients with neoplastic disease, chemotherapeutic agents should not be used during the first week and probably also during the second and third weeks after operation. In breast disease, the use of 5-fluorouracil in the first postoperative week results in an increased incidence of skin dehiscence and delayed healing. A trial of 5-fluorouracil in patients with colon cancer, administered during and after operation, however, did not have a deleterious effect on wound healing. Radiation is known to affect wound healing adversely because of a variety of factors, including interference with normal protein synthesis, mitosis, migration of inflammatory factors, and maturation of collagen. Radiation therapy also results in obliteration of the small vasculature and fibrosis, which contribute to the vicious cycle of local hypoperfusion and hypoxia.

**Clinical Manifestations.** Dehiscence without evisceration can be detected by the "classical" appearance of salmon-colored fluid draining from the wound, which occurs in about 85 percent of cases about the fourth or fifth postoperative day. With the appearance of such fluid, the patient should be returned to the operating room and the wound opened under sterile conditions. Dehiscences may become manifest when skin sutures are removed and evisceration of abdominal contents occurs. If evisceration occurs, moist sterile towels are applied to the extruded intestines or omentum and the patient returned to the operating room. Dehiscence presents late as an incisional hernia.

**Treatment.** Management depends on the patient's condition. In some circumstances, if there is no evisceration, it is preferable to treat the patient nonoperatively with a sterile occlusive wound dressing and binder, accepting a postoperative hernia. Repair of dehiscences varies but generally involves a mass closure. There is little reason to attempt to redo a closure in which sutures, appropriately placed 1 cm apart, have pulled through. Perioperative (preferably broad-spectrum) antibiotics should be given. The mortality associated with wound disruption has been reduced from over 30 percent to below 1 percent. The incidence of reported postoperative hernia is inaccurate but is probably over 30 percent.

## COMPLICATIONS OF THE GENITOURINARY SYSTEM

### Urinary Retention

Urinary retention frequently complicates operations in males, but rarely in females. While the incidence of urinary retention after major abdominal surgery ranges from 4 to 5 percent, the incidence after anorectal surgery may be greater than 50 percent. Voiding requires a coordinated interaction between release of the alpha-adrenergic receptors in the smooth muscle of the bladder neck and urethra and parasympathetic stimulation so the bladder can contract and the urine can exit. Stress, pain, spinal anesthesia, and various anorectal reflexes conspire to increase alpha-adrenergic stimulation, which prevents release of the musculature around the bladder neck. In one study using phenoxybenzamine, there were no episodes of urinary retention in 58 older male patients after inguinal herniorrhaphy, compared to a 24 percent incidence of retention in 44 control patients. A similar study using bethanechol to stimulate parasympathetic activity, however, showed no benefit. Use of prazosin hydrochloride in a randomized, prospective trial of male patients undergoing surgery for hip and knee prostheses resulted in a significant decrease in the incidence of postoperative urinary retention, 21 percent in the treated group, compared to 59 percent in the control group.

Another influence on urinary retention, especially in older patients, is the volume of infused fluid. A minimal volume of fluid should be infused in situations in which blood loss is likely to be minimal and the patient is not dehydrated.

In urinary retention, patients experience urgency, discomfort, and fullness, and an enlarged bladder can be percussed above the pubic symphysis. Straight catheterization is undertaken initially and then usually a second time. The bladder should not be allowed to distend beyond 6 h, because this will impair the patient's ability to void when the catheter is removed. If catheterization is required more than twice, a Foley catheter is placed and left to drain for at least 2 to 7 days.

### Acute Renal Failure

**Etiology.** *Inadequate Resuscitation.* In the presence of hypotension, catecholamine release and norepinephrine stimulation by the sympathetic nervous system decreases renal blood flow. In addition, the renin-angiotensin system is activated with shunting of blood away from the afferent arterioles, depriving the cortex and the tubules of blood flow. A basic dictum in the care of emergency patients is ensuring significant and adequate urine output before going to the operating room and, if there is time, resuscitating such patients. In the elderly, it should be remembered that it is not *rapid* rehydration or transfusion, but *overhydration* and *overtransfusion* that are responsible for congestive failure. If there is any question in the surgeon's mind about the patient's volume status before going to the operating room, a pulmonary artery catheter should be passed, the patient's fluid and volume status optimized, and the operation delayed so that urine output is adequate before general anesthesia is induced. In the presence of transfusion reaction, sepsis, myocardial dysfunction, or crush injury, diuresis should be established using mannitol and furosemide (the latter given only when volume status is restored). Bicarbonate should also be administered to alkalinize the urine. Other causes of acute renal failure are listed in Table 11-11.



*AMERICAN COLLEGE OF SURGEONS*

# ACS SURGERY

## *Principles & Practice*

### 2006

WILEY W. SOUBA, M.D., Sc.D., F.A.C.S.
John A. and Marian T. Waldhausen Professor of Surgery and Chair,
Department of Surgery, Penn State College of Medicine, and
Surgeon-in-Chief, Milton S. Hershey Medical Center
EDITORIAL CHAIR

MITCHELL P. FINK, M.D., F.A.C.S.
Professor and Chairman, Department of Critical Care Medicine,
University of Pittsburgh School of Medicine
EDITOR

GREGORY J. JURKOVICH, M.D., F.A.C.S.
Professor of Surgery,
University of Washington School of Medicine
EDITOR

LARRY R. KAISER, M.D., F.A.C.S.
John Rhea Barton Professor and Chairman, Department of Surgery,
University of Pennsylvania School of Medicine
EDITOR

WILLIAM H. PEARCE, M.D., F.A.C.S.
Violet R. and Charles A. Baldwin Professor of Vascular Surgery,
Northwestern University Feinberg School of Medicine
EDITOR

JOHN H. PEMBERTON, M.D., F.A.C.S.
Professor of Surgery,
Mayo Graduate School of Medicine
EDITOR

NATHANIEL J. SOPER, M.D., F.A.C.S.
Professor of Surgery and Vice Chair of Clinical Affairs,
Northwestern University Feinberg School of Medicine
EDITOR

EXHIBIT
6

*Web*MD

www.acssurgery.com

# COUNCIL OF FOUNDING EDITORS

DOUGLAS W. WILMORE, M.D., F.A.C.S.
Frank Sawyer Professor of Surgery,
Harvard Medical School
FOUNDING EDITORIAL CHAIRMAN

MURRAY F. BRENNAN, M.D., F.A.C.S.
Chairman, Department of Surgery,
Benno C. Schmidt Chair in Clinical Oncology,
Memorial Sloan-Kettering Cancer Center
EDITOR

LAURENCE Y. CHEUNG, M.D., F.A.C.S.
Professor and Chairman, Department of Surgery,
University of Kansas School of Medicine
EDITOR

ALDEN H. HARKEN, M.D., F.A.C.S.
Professor of Surgery and Chairman, UCSF–East Bay
Surgery Program,
University of California, San Francisco, School of Medicine
EDITOR

JAMES W. HOLCROFT, M.D., F.A.C.S.
Professor of Surgery,
University of California, Davis, School of Medicine
EDITOR

JONATHAN L. MEAKINS, M.D., D.Sc., F.A.C.S.
Nuffield Professor of Surgery,
University of Oxford
EDITOR

**Library of Congress Cataloging-in-Publication Data**

ACS surgery: principles & practice 2006/ Wiley W. Souba ... [et al.], editor.
    p. ; cm.
    Includes bibliographical references and index.
    ISBN 0-9748327-9-0 (2006)(alk. paper)
    1. Therapeutics, Surgical. 2. Surgery.  I. Souba, Wiley W. (Wiley William), date.
II. American College of Surgeons.
    [DNLM: 1. Surgical Procedures, Operative—methods. 2. Perioperative Care—methods.
WO 500 A187 2006
    RD49 .A275 2006
    617'.9—dc21

                                                                2003024452

ISBN: 0-9748327-9-0
ISSN: 1547-1608

| | |
|---|---|
| *Director of Publishing* | Cynthia M. Chevins |
| *Director, Electronic Publishing* | Liz Pope |
| *Managing Editor* | Erin Michael Kelly |
| *Development Editor* | Richard P. Lindsey |
| *Senior Copy Editor* | John J. Anello |
| *Art and Design Editor* | Elizabeth Klarfeld |
| *Copy Editor* | David Terry |
| *Editorial Coordinator* | Hilary C. Clark |
| *Account Manager* | Roohana Kahn |
| *Marketing Specialist* | Stephen D'Agostino |
| *Electronic Projects Manager* | Janet Zinn |
| *Associate Producers* | Diane Joiner, Jennifer Smith, Derek Nash |
| *Indexer* | Julia Brooks Figures |

© 2006 WebMD. All rights reserved.
No part of this book may be reproduced in any form by any means, including photocopying, or translated, transmitted, framed, or stored in a retrieval system for public or private use without the written permission of the publisher, WebMD.

Printed in the United States of America.
Published by WebMD.

WebMD Professional Publishing
WebMD
111 Eighth Ave., Suite 700
New York, NY 10011

*ACS Surgery: Principles & Practice* is sponsored by the American College of Surgeons and written by individuals who are recognized experts. The text represents the authors' approaches to clinical problems and to other important issues in surgical practice. It should be used as a general reference with other sources in the formation of an integrated care plan.

The authors, editors, and publisher have conscientiously and carefully tried to ensure that recommended measures and drug dosages in these pages are accurate and conform to the standards that prevailed at the time of publication. The reader is advised, however, to check the product information sheet accompanying each drug to be familiar with any changes in the dosage schedule or in the contraindications. This advice should be taken with particular seriousness if the agent to be administered is a new one or one that is infrequently used. *ACS Surgery: Principles & Practice* describes basic principles of diagnosis and therapy. Because of the uniqueness of each patient and the need to take into account a number of concurrent considerations, however, this information should be used by physicians only as a general guide to clinical decision making.

the drug, injecting the drug slowly, using the subcutaneous rather than the intradermal route (even though the rate of onset is thereby slowed),[52] providing counterirritation, and buffering the agent with sodium bicarbonate to limit its acidity.[53]

Topical local anesthetics have been gaining in popularity. TAC (a solution of 0.5% tetracaine, 1:2,000 adrenaline [epinephrine], and 11.8% cocaine) has been demonstrated to be as effective as injectable anesthetics when applied topically to an open wound, especially in the face or scalp.[54,55] Concerns have been expressed about the possible toxicity of the cocaine, and efforts have been made to identify alternative topical agents. Topical 5% lidocaine with 1:2,000 epinephrine,[56] topical 4% lidocaine with 0.1% epinephrine and 0.5% tetracaine,[57] 0.48% bupivicaine with 1:26,000 norepinephrine,[58] and 3.56% prilocaine with 0.10% phenylephrine[59] have all been demonstrated to be equivalent to TAC. EMLA (a eutectic mixture of lidocaine and prilocaine) has been used to induce local anesthesia in intact skin, often before venous cannulation,[60] and it has been evaluated in open wounds as well.[61] EMLA is a more effective local anesthetic than TAC for open wounds of the lower extremity. To induce sufficient anesthesia to be useful, however, EMLA must be in contact with the skin for 1 to 2 hours.

Hair may be clipped to facilitate exposure and wound closure, if necessary. Close shaving should be avoided, however, because it potentiates wound infections.[62] Clipping of eyebrows should also be avoided because they may not grow back.

The next step is to irrigate the wound with a high-pressure (≥ 8 psi) spray to decrease the number of bacteria in the wound.[43-65] A pressurized irrigation device is preferred, but if none is available, high-pressure irrigation may be performed by using (1) a 30 to 50 ml syringe and a 19-gauge needle or catheter or (2) a flexible bag of intravenous 0.9% saline attached to tubing and a 19-gauge catheter with a pressure device.[63] Low-pressure irrigation and scrubbing of the wound with a saline-soaked sponge have not been demonstrated to decrease the incidence of wound infections.[65,66] Irrigants that have been demonstrated to be nontoxic to tissues include 0.9% saline[67] and Pluronic F-68,[68,69] though lactated Ringer solution is also acceptable. Pluronic F-68 has surfactant properties that improve wound cleansing without damaging tissues. Antibiotics are sometimes added to irrigation solutions to increase their effectiveness at killing bacteria. Solutions of 1% neomycin sulfate and 2% kanamycin sulfate, which do not kill fibroblasts in culture,[70] have limited toxicity to tissues. There is some evidence[71] that antibiotic supplements are more effective than saline solution in decreasing bacterial counts in contaminated wounds.

There are a number of solutions that should never be placed on a wound. Povidone-iodine scrub and soaps containing hexachlorophene are especially damaging to normal tissues.[67,72,73] Chlorhexidine, which is found in various brands of soaps, has also been demonstrated to impede the healing process.[74,75] Alcohol is toxic to tissues and should not be placed in wounds.[76] A 0.5% solution of sodium hypochlorite (Dakin solution) has been demonstrated to be toxic to fibroblasts, to impair neutrophil function, and to slow epithelialization in open wounds.[70,77] A 0.25% solution of acetic acid has been demonstrated to kill fibroblasts in culture and to slow epithelialization in open wounds.[70] Hydrogen peroxide has been shown to kill fibroblasts in culture and to cause histologic damage to tissues.[67,70] Even standard hand soap can induce some tissue damage that is visible on histologic examination.[67,76] The dictum "Don't put in a wound what you wouldn't put in your eye" is a valid guideline.[78]

After adequate anesthesia has been achieved, hair has been clipped, and the wound has been irrigated, the tissue surrounding the wound is prepared with an antibacterial solution such as povidone-iodine,[79,80] and a sterile field is created by using sterile drapes. Skin preparation limits contamination of the wound by bacteria from adjacent skin. The wound is surgically debrided of any foreign bodies or necrotic material to limit the chances of postoperative infection.[81] If the wound edges are beveled and adequate local tissue is available, the wound edges should be excised by means of incisions perpendicular to the skin.

Although wound closure can usually proceed in a straightforward manner, special caution is necessary in certain situations. When a wound crosses tissues with different characteristics, such as at the vermilion border of the lip, at the eyebrow, or at the hairline of the scalp, great care must be taken to align the damaged structures accurately. Injured nerves or ducts should generally be repaired at the time of wound closure. In acute wounds, it is generally best to avoid more complex tissue rearrangements such as a Z-plasty or W-plasty. Actual reconstructive surgery in the face of trauma is rarely indicated [see *3:7 Surface Reconstruction Procedures*]. Direct approximation of wounds does not always produce a uniform or aesthetically desirable result, particularly in extensive wounds, wounds lying outside normal skin folds or creases, wounds in children older than 2 years, wounds in the sternal and deltoid regions, U-shaped wounds, wounds with beveled edges, or wounds in regions of thick oily skin, such as the tip of the nose, where scars are often less acceptable. Wounds heal optimally when two perpendicular, well-vascularized wound edges are approximated in a tension-free manner.

An ideal method of wound closure would support the wound until it had nearly reached full strength (i.e., about 6 weeks), would not induce inflammation, would not induce ischemia, would not penetrate the epidermis and predispose to additional scars, and would not interfere with the healing process in any way. No existing method of wound closure accomplishes all of these goals: some sort of compromise is virtually always necessary.

### Materials for Wound Closure

Materials available for wound closure are sutures, staples, tapes, and tissue adhesives. Of these, sutures are most commonly used. Absorbable sutures, such as those made of plain or chromic catgut, polyglactin 910 (Vicryl), polyglycolic acid (Dexon), polyglyconate (Maxon), or polydioxanone (PDS), are generally used for dermis, fat, muscle, or superficial fascia. Nonabsorbable sutures, such as those made of nylon, Ethibond, or polypropylene (Prolene), are most commonly used either for the skin (in which case they are removed) or for deeper structures that require prolonged wound support, such as the fascia of the abdominal wall or tendons.

The suture should be as small in diameter as possible while still being able to maintain approximation. The decision to remove skin sutures or staples involves balancing of optimal cosmesis with the need for wound support. Optimal cosmesis demands early removal of sutures, before inflammation can develop and before epithelialization of the suture tracts. An epithelialized tract will develop around a suture or staple that remains in the skin for more than 7 to 10 days; after removal of the stitch, the tract will be replaced by an unwanted scar.[82] On the other hand, it takes a number of weeks for the wound to gain significant tensile strength, and early removal of wound support can lead to dehiscence of wounds subject to substantial tension. Wounds on the face and wounds along skin tension lines (e.g., incisions for thyroidectomy) are subject to limited tension, and sutures can be removed from these areas relatively early. Sutures are generally removed at day 4 or 5 from the face and generally by day 7 from other areas where skin tension is limited.

Sutures should remain longer in wounds subject to a greater amount of stress, such as wounds in the lower extremities and wounds closed under tension. Sutures also remain longer in

52. Arndt KA, Burton C, Noe JM: Minimizing the pain of local anesthesia. Plast Reconstr Surg 72:676, 1983

53. Christoph RA, Buchanan L, Begalla K, et al: Pain reduction in local anesthesia administration through pH buffering. Ann Emerg Med 17:117, 1988

54. Anderson AB, Colecchi C, Baronoski R, et al: Local anesthesia in pediatric patients: topical TAC versus lidocaine. Ann Emerg Med 19:519, 1990

55. Hegenbarth MA, Allen MF, HawkWH, et al: Comparison of topical tetracaine, adrenaline, and cocaine anesthesia with lidocaine infiltration for repair of lacerations in children. Ann Emerg Med 19:63, 1990

56. Blackburn PA, Butler KH, Hughes MJ, et al: Comparison of tetracaine-adrenaline-cocaine (TAC) with topical lidocaine-epinephrine (TLE): efficacy and cost. Am J Emerg Med 13:315, 1995

57. Schilling CG, Bank DE, Borchert BA, et al: Tetracaine, epinephrine (adrenalin) and cocaine (TAC) versus lidocaine, epinephrine and tetracaine (LET) for anesthesia of lacerations in children. Ann Emerg Med 25:203, 1995

58. Smith GA, Strausbaugh SD, Harbeck-Weber C, et al: Comparison of topical anesthetics without cocaine to tetracaine-adrenaline-cocaine and lidocaine infiltration during repair of lacerations: bupivicaine-norepinephrine is an effective topical anesthetic agent. Pediatrics 97:301, 1996

59. Smith GA, Strausbaugh SD, Harbeck-Weber C, et al: Prilocaine-phenylephrine and tetracaine-phenylephrine topical anesthetics compared with tetracaine-adrenaline-cocaine during repair of lacerations. Am J Emerg Med 16:121, 1998

60. Lander J, Hodgins M, Nazarali S, et al: Determinants of success and failure of EMLA. Pain 64:89, 1996

61. Zempsky WT, Karasic RB: EMLA versus TAC for topical anesthesia of extremity wounds in children. Ann Emerg Med 30:163, 1997

62. Alexander JW, Fischer JE, Boyajian M, et al: The influence of hair-removal methods on wound infections. Arch Surg 118:347, 1983

63. Madden H, Edlich RF, Schauerhamer R, et al: Application of principles of fluid dynamics to surgical wound irrigation. Current Topics in Surgical Research 3:85, 1971

64. Gross A, Cutright DE, Bhaskar SN: Effectiveness of pulsating water jet lavage in treatment of contaminated crushed wounds. Am J Surg 124:373, 1972

65. Hamer ML, Robson MC, Krizek TJ, et al: Quantitative bacterial analysis of comparative wound irrigations. Ann Surg 181:819, 1975

66. Schauerhamer RA, Edlich RF, Panek P, et al: Studies in the management of the contaminated wound: VII. Susceptibility of surgical wounds to postoperative surface contamination. Am J Surg 122:74, 1971

67. Branemark PI, Albrektsson B, Lindstrom J, et al: Local tissue effects of wound disinfectants. Acta Chir Scand 357(suppl):166, 1966

68. Rodeheaver GT, Smith SL, Thacker JG, et al: Mechanical cleansing of contaminated wounds with a surfactant. Am J Surg 129:241, 1975

69. Rodeheaver G, Turnbull V, Edgerton MT, et al: Pharmacokinetics of a new skin cleanser. Am J Surg 132:67, 1976

70. Lineaweaver W, Howard R, Soucy D, et al: Topical antimicrobial toxicity. Arch Surg 120:267, 1985

71. Dirschl DR, Wilson FC: Topical antibiotic irrigation in the prophylaxis of operative wound infections in orthopedic surgery. Ortho Clin North Am 22:419, 1991

72. Rodeheaver G, Bellamy W, Kody M, et al: Bactericidal activity and toxicity of iodine-containing solutions in wounds. Arch Surg 117:181, 1982

73. Custer J, Edlich RF, Prusak M, et al: Studies in the management of the contaminated wound: V. An assessment of the effectiveness of pHisoHex and beta-

dine surgical scrub solutions. Am J Surg 121:572, 1971

74. Mobacken H, Wengstrom C: Interference with healing of rat skin incisions treated with chlorhexidine. Acta Derm Venereol (Stockh) 54:29, 1974

75. Saatman RA, Carlton WW, Hubben K, et al: A wound healing study of chlorhexidine digluconate in guinea pigs. Fundam Appl Toxicol 6:1, 1986

76. Branemark PI, Ekholm R: Tissue injury caused by wound disinfectants. J Bone Joint Surg [Am] 49:48, 1967

77. Kozol RA, Gillies C, Elgebaly SA: Effects of sodium hypochlorite (Dakin's solution) on cells of the wound module. Arch Surg 123:420, 1988

78. Rodeheaver G: Controversies in wound management. Wounds 1:19, 1989

79. Lowbury EJL, Lilly HA, Bull JP: Methods for disinfection of hands and operation sites. Br Med J 2:531, 1964

80. Saggers BA, Stewart GT: Polyvinyl-pyrrolidone-iodine: an assessment of antibacterial activity. J Hyg (Camb) 62:509, 1964

81. Haury B, Rodeheaver G, Vensko J, et al: Debridement: an essential component of traumatic wound care. Am J Surg 135:238, 1978

82. Ordman LJ, Gillman T: Studies in the healing of cutaneous wounds: II. The healing of epidermal, appendageal, and dermal injuries inflicted by suture needles and by suture material in the skin of pigs. Arch Surg 93:883, 1966

83. George TK, Simpson DC: Skin wound closure with staples in the accident and emergency department. J R Coll Surg Edinb 30:54, 1985

84. Golden T: Non-irritating, multipurpose surgical adhesive tape. Am J Surg 100:789, 1960

85. Golden T, Levy AH, O'Connor WT: Primary healing of skin wounds and incisions with a threadless suture. Am J Surg 104:603, 1962

86. Conolly WB, Hunt TK, Zederfeldt B, et al: Clinical comparison of surgical wounds closed by suture and adhesive tapes. Am J Surg 117:318, 1969

87. Edlich RF, Prusak M, Panek P, et al: Studies in the management of the contaminated wound: VIII. Assessment of tissue adhesives for repair of contaminated tissue. Am J Surg 122:394, 1971

88. Mizrahi S, Bicke A, Ben-Layisfh E: Use of tissue adhesives in the repair of lacerations in children. J Ped Surg 23:312, 1988

89. Yaron M, Halperin M, Huffler W, et al: Efficacy of tissue glue for laceration repair in an animal model. Acad Emerg Med 2:259, 1995

90. Quinn J, Wells G, Sutcliffe T, et al: A randomized trial comparing octylcyanoacrylate tissue adhesive and sutures in the management of lacerations. JAMA 277:1527, 1997

91. Saltz R, Sierra D, Feldman D, et al: Experimental and clinical applications of fibrin glue. Plast Reconstr Surg 88:1005, 1991

92. Jabs AD Jr, Wider TM, DeBellis J, et al: The effect of fibrin glue on skin grafts in infected sites. Plast Reconstr Surg 89:268, 1992

93. Mandel MA: Minimal suture blepharoplasty: closure of incisions with autologous fibrin glue. Aesthetic Plast Surg 16:269, 1992

94. Ersek RA, Schade K: Subcutaneous pseudobursa secondary to suction and surgery. Plast Reconstr Surg 85:442, 1991

95. Ferguson DJ: Clinical application of experimental relations between technique and wound infection. Surgery 63:377, 1968

96. DeHoll D, Rodeheaver G, Edgerton MT, et al: Potentiation of infection by suture closure of dead space. Am J Surg 127:716, 1974

97. Magee C, Rodeheaver GT, Golden GT, et al: Potentiation of wound infection by surgical drains. Am J Surg 131:547, 1976

98. Taldych L, Donegan WL: Postmastectomy seroma and wound drainage. Surg Gynecol Obstet

165:483, 1987

99. Rudolph R: The effect of skin graft preparation on wound contraction. Surg Gynecol Obstet 1976

100. Edgerton MT, Hansen FC: Matching facial with split thickness skin grafts from adjacent areas. Plast Reconstr Surg 25:455, 1960

101. Krizek TJ, Robson MC, Kho E: Bacterial growth and skin graft survival. Forum on Fundamental Surgical Problems 18:518, 1967

102. Klein L, Rudolph R: 3 H-Collagen turnover in skin grafts. Surg Gynecol Obstet 135:49, 1972

103. Mir y Mir L: The problem of pigmentation in the cutaneous graft. Br J Plast Surg 14:303, 196

104. Ponten B: Grafted skin—observations on innervation and other qualities. Acta Chir Scand 257(suppl):1, 1960

105. Baran NK, Horton CE: Growth of skin grafts, flaps, and scars in young minipigs. Plast Reconstr Surg 50:487, 1972

106. Gimbel NS, Farris W: Skin grafting: the influence of surface temperature on the epithelialization of split thickness skin donor sites. Arch Surg 1966

107. Alvarez OM, Mertz PM, Eaglstein WH: The effect of occlusive dressings on collagen synthesis and epithelialization in superficial wounds. J Surg R 35:142, 1983

108. Shuck JM, Pruitt BA, Moncrief JA: Homograft skin for wound coverage: a study of versatility. Arch S 98:472, 1969

109. Robson MC, Krizek TJ, Koss N, et al: Amniotic membranes as a temporary wound dressing. Surg Gynecol Obstet 136:904, 1973

110. Bromberg BE, Song IC, Mohn MP: The use of pig skin as a temporary biologic dressing. Plast Reconstr Surg 36:80, 1965

111. Woodruff EA: Biobrane, a biosynthetic skin prosthesis. Burn Wound Coverings. Wise DL, ed. CRC Press, New York, 1984

112. Salomon JC, Diegelman RF, Cohen IK: Effect of dressings on donor site epithelialization. Forum on Fundamental Surgical Problems 25:516, 1974

113. Winter GD, Scales JT: Effect of air drying and dressings on the surface of a wound. Nature 197:91, 1963

114. Noe JM, Kalish S: The problem of adherence in dressed wounds. Surg Gynecol Obstet 145:186, 1978

115. Noe JM, Kalish S: Wound Care. Chesebrough Pond's, Greenwich, Connecticut, 1976

116. Varma AO, Bugatch E, German FM: Debridement of dermal ulcers with collagenase. Surg Gynecol Obstet 136:281, 1973

117. Noe JM, Kalish S: The mechanism of capillarity in surgical dressings. Surg Gynecol Obstet 143:259, 1976

118. Grinnell F, Billingham RE, Burgess L: Distribution of fibronectin during wound healing in vivo. J Invest Dermatol 76:181, 1981

119. Clark RAF, Folkvord JM, Wertz RL: Fibronectin as well as other extracellular matrix proteins mediate human keratinocyte adherence. J Invest Dermatol 84:378, 1985

120. Grinnell F: Fibronectin and wound healing. J Cell Biochem 26:107, 1984

121. Wysocki AB, Grinnell F: Fibronectin profiles in normal and chronic wound fluid. Lab Invest 63:825, 1990

122. Ley K: Leukocyte adhesion to vascular endothelium. J Reconstr Microsurg 8:495, 1992

123. Newman SL, Henson JE, Henson PM: Phagocytosis of senescent neutrophils by human monocyte-derived macrophages and rabbit inflammatory macrophages. J Exp Med 156:430, 1982

124. Proveddini DM, Deftos LJ, Manolagas SC: 1,25-Dihydroxyvitamin D3 promotes in vitro morphologic and enzymatic changes in normal human

Papers Read Before the Eighth Annual Surgical Symposium of the
Association of Veterans Administration Surgeons, Los Angeles, May 9-12, 1984

# Topical Antimicrobial Toxicity

William Lineaweaver, MD; Richard Howard, MD; David Soucy; Sally McMorris; John Freeman, MD;
Corey Crain, MD; John Robertson, MD; Thomas Rumley, MD

• Three topical antibiotics and four antiseptics (1% pov-idone-iodine, 0.25% acetic acid, 3% hydrogen peroxide, and 0.5% sodium hypochlorite) were directly applied to cultured human fibroblasts to quantitatively assess their cytotoxicity. The four antiseptics were found to be cytotoxic; all of the cytotoxic agents except hydrogen peroxide were subsequently found to adversely affect wound healing in an animal model. Comparison of bactericidal and cytotoxic effects of serial dilutions of these four topical agents indicated the cellular toxicity of hydrogen peroxide and acetic acid exceeded their bactericidal potency. Bactericidal noncytotoxic dilutions of povidone-iodine and sodium hypochlorite were identified. These experiments provide evidence that 1% pov-idone-iodine, 3% hydrogen peroxide, 0.5% sodium hypochlo-rite, and 0.25% acetic acid are unsuitable for use in wound care. This sequence of experiments could be used to identify bactericidal, noncytotoxic agents prior to their clinical use.
*(Arch Surg 1985;120:267-270)*

*Many more surgeons know how to cause suppuration than to heal a wound.*

HENRI DE MONDEVILLE (1260-1320)[1]

Topical antimicrobials are commonly used in all varieties of wounds as adjuncts to surgery and as chronic treatments. The effects of these substances on living tissue and the healing processes are disputed; claims of toxicity and lack of toxicity rest on sometimes contradictory clinical and laboratory reports.

We have used a series of in vitro and in vivo experiments to quantitate cytotoxicity, bacterial toxicity, and the effects on wound tensile strength and epithelialization of commonly used topical agents.

## METHODS
### Topical Agents

Three antibiotics (bacitracin, 50 units/mL; 1% neomycin sulfate; and 2% kanamycin sulfate) and four antiseptic agents (1% pov-idone-iodine, 0.25% acetic acid, 0.5% sodium hypochlorite, and 3% hydrogen peroxide) were studied.

### Sequence of Experiments

Cultured human fibroblasts have been used to quantitate antibiotic toxicities.[2] We used cultured fibroblasts as a quantitative assay of cytotoxicity of topical agents. This assay is comparable with in vitro bactericidal assessments of topical agents,[3] an aspect of topical antimicrobials previously well studied.[4,5] Agents found to be toxic to fibroblasts were then applied to an in vivo wound model to see if the observed in vitro toxicities were reflected in animal studies. Finally, fibroblast and bacterial toxicities were directly compared in parallel fibroblast and bacterial assays.

### Fibroblast Toxicity Assay

Human fibroblasts were obtained from newborn human fore-skins. Confluent cultures raised in RPMI-1640 (Gibco, Grand Island, NY) were trypsinized using 0.5% trypsin (Gibco, Grand Island, NY), washed in balanced salt solution, and divided into two equal aliquots, each containing approximately $2.5 \times 10^4$ cells. Each portion was centrifuged at 100 g for ten minutes. The resulting cell button was suspended in either saline as a control or in a topical agent. After 15 minutes, the cells were again centrifuged, washed, suspended in RPMI-1640, and incubated in 25-sq cm culture flasks (Corning, Corning, NY) for 24 hours. Cell viability was assessed at the initiation of incubation by staining a small sample of cells with a vital dye (trypan blue) and expressed as a percentage of viable cells seen among total cells counted. After 24 hours of incubation, living cells in cultures exposed to topical agents were counted and expressed as a percentage of living cells found in the cultures of cells exposed to saline. If toxicity was evident after exposure to an agent, the agent was serially diluted until no toxicity was observed.

### Wound Studies

Adult, female Sprague-Dawley rats (Dominion Laboratory, Dublin, Va) were divided into six groups of 20 animals. The animals were anesthetized with 30 mg/kg of sodium pentobarbital. Standard 4-cm wounds were made transversely across the midline of the back 1 cm caudal to the base of the neck. The wounds transected all tissue down to the fascia of the back muscles. The wounds were left open and the wound areas recorded by tracing them on transparencies.

Five of the groups were irrigated three times a day with either saline, 1% povidone-iodine, 0.25% acetic acid, 0.5% sodium hypo-chlorite, or 3% hydrogen peroxide. Each irrigation consisted of

Accepted for publication Aug 29, 1984.
From the Departments of Surgery, Veterans Administration Medical Center and the University of Florida College of Medicine, Gainesville.
Read before the Eighth Annual Surgical Symposium of the Association of Veterans Administration Surgeons, Los Angeles, May 10, 1984.
Reprint requests to Department of Surgery, Veterans Administration Medical Center, Gainesville, FL 32602 (Dr Howard).



UNPORD
EXHIBIT
7

| Table 1.—Survival of Cultured Human Fibroblasts 24 Hours After Exposure to Topical Agents | | |
|---|---|---|
| Agent | N* | % Fibroblast Survival at 24 hr (Mean ± SEM) |
| Bacitracin, 50 units/mL | 3 | 113 ± 8 |
| 1% neomycin sulfate | 3 | 104 ± 20 |
| 2% kanamycin sulfate | 3 | 93 ± 10 |
| 1% povidone-iodine | 3 | 0 |
| 0.25% acetic acid | 3 | 0 |
| 0.5% sodium hypochlorite | 3 | 0 |
| 3% hydrogen peroxide | 3 | 0 |

*N indicates number of cultures tested.



Acute (open circles) and 24-hour survival (closed circles) (mean ± SEM) of human fibroblasts after exposure to topical agents.

washing the wound with 15 mL of the test solution so that the wound was visibly soaked. One group received no irrigations.

At intervals of 4, 8, 12, and 16 days after wounding, all the animals were anesthetized and the unepithelialized portions of their wounds were traced on transparencies. The actual area was calculated by point analysis of the transparency tracings. The percentage of unepithelialized wound was calculated at each time interval by comparing the area of the healing wound with the original area of the wound.

At each time interval, five rats from each group were randomly killed and the central 2 cm of wound carefully excised. Wound thickness was measured at the center of the wound with a micrometer. Breaking strength was determined on a simple apparatus originally described by Crawford et al,[6] and tensile strength was calculated by dividing the breaking strength by the cross-sectional area of the wound.

## Bacterial Toxicity Assay

Paired aliquots (each containing approximately $2.5 \times 10^5$ organisms) of *Staphylococcus aureus* cultured in Todd-Hewitt broth (Difco, Detroit, Mich) were suspended in either saline or a topical agent for 15 minutes, centrifuged at 600 g for ten minutes, washed, and suspended in 5 mL of saline. These suspensions were serially diluted, plated on agar culture medium, and incubated for 24 hours. Results were expressed as a percentage of colonies found at 24 hours in the cultures of bacteria exposed to a topical agent compared with the colonies in the cultures of bacteria exposed to saline. Different concentrations of each test solution were used to determine maximal and minimal bactericidal concentrations.

## Data Analysis

The significance of differences noted between the agents and concentrations tested in the above experiments was estimated by Student's *t* test.

## RESULTS
## Fibroblast Toxicity

At full strength, none of the antibiotics were toxic to fibroblasts; all of the antiseptics were 100% cytotoxic (Table 1).

Serial dilutions of the four antiseptics were assayed for cytotoxicity (Figure). Significant decreases ($P<.01$) of fibroblast survival in culture persisted with concentrations of 0.025% sodium hypochlorite (0% fibroblast survival), 0.05% povidone-iodine (50% ± 25% fibroblast survival), 0.25% acetic acid (74% ± 7% fibroblast survival), and 0.03% hydrogen peroxide (41% ± 7% fibroblast survival). No decreases of

fibroblast survival in culture were found with 0.005% sodium hypochlorite, 0.001% povidone-iodine, 0.0025% acetic acid, and 0.003% hydrogen peroxide. Vital staining at the initiation of incubation did not correctly predict cell survival in culture after serial dilution of cytotoxic agents.

## Wound Studies

At four days, wounds irrigated with 1% povidone-iodine were significantly ($P<.01$) weaker than wounds irrigated with saline, other topical agents, or unirrigated wounds (Table 2). Tensile strength of wounds irrigated with povidone-iodine was only 21% that of control wounds. There

| Table 2.—Tensile Strength of Open Wounds After Irrigation With Topical Agents* | | |
|---|---|---|
| | Days | |
| Agent | 4 | 8 |
| No irrigation | 0.63 ± 0.10 | 0.91 ± 0.12 |
| Saline | 0.42 ± 0.06 | 0.83 ± 0.05 |
| 1% povidone-iodine | 0.13 ± 0.02 | 0.60 ± 0.09 |
| 0.25% acetic acid | 0.40 ± 0.05 | 1.06 ± 0.27 |
| 0.5% sodium hypochlorite | 0.39 ± 0.07 | 0.70 ± 0.12 |
| 3% hydrogen peroxide | 0.65 ± 0.07 | 1.00 ± 0.11 |

*Mean ± SEM, grams per square millimeter.

| Table 3.—Percentage of Unepithelialized Wounds After Irrigation With Topical Agents* | | | | |
|---|---|---|---|---|
| | Day | | | |
| Agent | 4 | 8 | 12 | 16 |
| No Irrigation | 66.0 ± 6.8 | 16.5 ± 1.8 | 5.0 ± 1.3 | 1.4 ± 0.9 |
| Saline | 55.0 ± 4.2 | 16.6 ± 2.2 | 4.7 ± 1.5 | 0.6 ± 0.5 |
| 1% povidone-iodine | 86.7 ± 3.9† | 59.4 ± 4.6† | 10.1 ± 1.4 | 2.4 ± 1.5 |
| 0.25% acetic acid | 75.0 ± 3.7† | 30.7 ± 3.0† | 4.5 ± 1.2 | 0.4 ± 0.3 |
| 0.5% sodium hypochlorite | 69.0 ± 7.4 | 37.0 ± 5.0† | 11.0 ± 2.3 | 8.0 ± 0.9† |
| 3% hydrogen peroxide | 65.0 ± 6.8 | 15.0 ± 1.6 | 5.2 ± 1.1 | 0 |

*Mean ± SEM.
†Indicates a significant (P = <.05) difference from saline and control values.

| Table 4.—Comparative Bacterial and Fibroblast Toxicities of Topical Agents* | | | |
|---|---|---|---|
| Agent and Concentration | % Fibroblast-Survival at 24 hr† | % Bacterial Survival at 24 hr† | P Value |
| Povidone-iodine, % | | | ... |
| 0.01 | 0 (9) | | |
| 0.001 | 105 ± 6.6 (3) | 0 (8) | <.001 |
| 0.0001 | 106 ± 13 (3) | 103 ± 5 | ... |
| Sodium hypochlorite, % | | ... | ... |
| 0.05 | 0 (4) | | |
| 0.005 | 97 ± 6 (5) | 0 (4) | <.001 |
| 0.0005 | 107 ± 12 (3) | 71 ± 5 (8) | <.01 |
| 0.00005 | ... | 118 ± 5 | ... |
| Hydrogen peroxide, % | | 0 (4) | ... |
| 3.0 | 0 (3) | | |
| 0.3 | 0 (3) | 103 ± 5 (8) | <.001 |
| 0.03 | 41 ± 7 (3) | 105 ± 8 (8) | <.01 |
| 0.003 | 96 ± 9 (3) | 96 ± 4 (8) | ... |
| Acetic acid, % | | 78 ± 3 (4) | <.001 |
| 0.25 | 0 (3) | | |
| 0.025 | 74 ± 7 (5) | 97 ± 2 (4) | <.05 |
| 0.0025 | 105 ± 5 (5) | ... | ... |

*Numbers in parentheses represent the numbers of experiments performed.
†Mean ± SEM.

were no significant differences at 8, 12, or 16 days.

Wound epithelialization was significantly retarded at four days by povidone-iodine and acetic acid; at eight days by povidone-iodine, acetic acid, and sodium hypochlorite; and at 16 days by sodium hypochlorite (Table 3).

**Bacterial Toxicity**

One hundred percent bactericidal dilutions and nonbactericidal dilutions were identified for the four cytotoxic topical agents. When bactericidal activities of serial dilutions of topical agents were compared with fibroblast cytotoxicities at the same strengths, 1% povidone-iodine and 0.5% sodium hypochlorite proved to have bactericidal, noncytotoxic concentrations (0.001% and 0.005%, respectively); while with hydrogen peroxide and acetic acid, fibroblast toxicity exceeded bacterial toxicity (Table 4).

**COMMENT**

Previous investigations of cytotoxicity of topical agents have used qualitative or indirect models. Branemark described microcirculatory damage following applications of antiseptic compounds to living animal tissue[7]; Edlich et al[8] used susceptibility of wounds to bacterial infection as an indicator of local injury after topical agent exposure.[8] Quantitative studies of the effects of topical agents on wound healing have included epithelialization rates (in days) following cotton-tipped applicator administration of topical agents[9]; breaking strengths of either closed[10] or open[11] wounds after single applications of povidone-iodine; and quantitated epithelialization of open wounds packed with povidone-iodine-soaked dressings.[12] None of these quantitative studies have documented compromise or enhancement of wound healing following the application of topical agents. Clinical reports have presented conflicting data. In the case of povidone-iodine, for example, there are recent reports of increased,[13] decreased,[14] and unchanged[15] rates of wound complications following its use.

Our fibroblast toxicity model provided quantitative data indicating marked cytotoxicity of four commonly used topical antimicrobials as follows: povidone-iodine, acetic acid, hydrogen peroxide, and sodium hypochlorite. Toxicity of antibiotic agents was not demonstrated. Of the four

NOTICE: This material may be protected by copyright law (Title 17 U.S. Code). Provided by the Health Sciences Library, John A. Burns School of Medicine, University of Hawaii at Manoa

cytotoxic agents, three of them could be shown to have deleterious effects on the healing of open skin wounds in rats. The one cytotoxic agent that did not retard healing in the animal model, hydrogen peroxide, also had minimal bactericidal potency (Table 4). These findings argue against the use of these agents as useful adjuncts in wound care. Our finding of bactericidal, noncytotoxic dilutions of two of these agents, povidone-iodine and sodium hypochlorite (Table 4), indicate an approach to defining safe strengths of topical agents that might be further investigated in animal studies or clinically.

In 1963, King and Price[16] observed that ". . . the overall history of skin antiseptics may be viewed as a repetitious story of antibacterial agents enthusiastically introduced, uncritically and widely adopted, subjected in time to more critical evaluation, and eventually discarded by a disillusioned or dissatisfied profusion." Critical evaluation in the form of cytotoxicity and bactericidal studies, as well as in vivo wound studies, have provided in our experiments quantitative evidence of the unsuitability of four commonly used topical agents for wound care. The same sequence of experiments could be applied to the identification of safe dilutions of topical agents or new noncytotoxic topical agents prior to their application in clinical practice.

## References

1. Garrison FH: History of Medicine. Philadelphia, WB Saunders Co, 1929, p 156.
2. Thelstam M, Molby R: Cultured human fibroblasts as a model for evaluation of potential in vivo toxicity of membrane damaging antibiotics. Chem Biol Interact 1980;29:315-325.
3. Scherr PD, Dodd TD: Brief exposure of bacteria to topical antibiotics. Surg Gynecol Obstet 1973;137:587-90.
4. Sabath LD, Simmons RL, Howard RJ, et al: Antimicrobial agents, in Simmons RL, Howard RJ (eds): Surgical Infectious Diseases. New York, Appleton-Century-Crofts, 1982, pp 409-412.
5. Prince HN, Nonemaker WS, Norgard RC, et al: Drug resistance studies with topical antiseptics. J Pharm Sci 1978;67:1629-1631.
6. Crawford DT, Baine JW, Ketcham AS: A standard model for tensiometric studies. J Surg Res 1965;5:265-272.
7. Branemark PI: Local tissue effects of wound disinfectants. Acta Chir Scand 1966;suppl 357:166-176.
8. Edlich RF, Custer J, Madden J: Studies in the management of the contaminated wound. Am J Surg 1969;118:21-30.
9. Gruber RP, Vistner L, Pardoe R: The effect of commonly used antiseptics on wound healing. Plast Reconstr Surg 1975;55:472-476.
10. Mulliken JB, Healy NA, Glowacki J: Povidone-iodine and tensile strength of wounds in rats. J Trauma 1980;20:323-324.
11. Gilmore OJA, Reid C, Stroken A: A study of the effect of povidone-iodine on wound healing. Postgrad Med J 1973;55:122-125.
12. Dennis D, Luterman A, Ramenofsky ML, et al: Does PVP-iodine interfere with wound healing? Infect Surg 1983;May:371-374.
13. Pollock AV, Froome K, Evans M: The bacteriology of primary wound sepsis in potentially contaminated abdominal operations. Br J Surg 1978;65:76-80.
14. Sindelove WF, Mason GR: Irrigation of subcutaneous tissue with povidone-iodine solution for prevention of surgical wound infection. Surg Gynecol Obstet 1979;148:227-231.
15. Rogers DM, Blouin GS, O'Leary JP: Povidone-iodine wound irrigation and wound sepsis. Surg Gynecol Obstet 1983;157:426-430.
16. King TC, Price BP: An evaluation of iodophors as skin antiseptics. Surg Gynecol Obstet 1963;117:361-365.

## Discussion

J. PATRICK O'LEARY, MD, Nashville, Tenn: First, I would like to compliment Dr Lineaweaver for a very nice project and also the use of apparatus which defies technology. The second point I would like to make is that we are probably very fortunate that Dr Lineaweaver and his particular studies were not available to Joseph Lister when he did his original studies with carbolic acid.

I have a couple of comments to make and then a couple of questions. We recently published our experience in the Nashville VAMC. Dr Lineaweaver, in his discussion of that article, pointed out that there is a toxic effect of povidone-iodine when it is irrigated through wounds. This study has proved his contention.

Any antimicrobial has its effect by its action either on the metabolic pathway in the living cell or on the surface membrane of the bacteria. Therefore, all antibiotics have an anticellular effect. It would be anticipated that, if appropriate conditions are applied, any such agent could be toxic to a healing wound. I believe this study clearly points out that there is an aperture where the desired effect can be obtained without producing cellular damage. In the healing wound, we are trying to produce that situation where the tensile strength will be adequate in holding the wound together and, at the same time, produce a hostile milieu for bacterial growth. I would not interpret your study as showing that topical antibiotics are bad, but I would interpret your study as showing that certain concentrations of antimicrobials are appropriate.

My questions are as follows: Do you look at anything other than fibroblast survival in wound healing? Do you have data to support the concept that there is a direct relationship between fibroblast activity and wound healing? Did you measure the hydroxyprolene content of these wounds? Did you calculate tensile strength as a measure of cross-sectional area? I think it is a very lovely study, and I compliment you for it.

Dr LINEAWEAVER: Raising the name of Lister is, I think, an important point. Use of topical substances going back to Lister's carbolic acid has to be looked at within the context that, initially, part of what Lister and the various proponents of his thinking have been proposing by using topical agents is simple skin disinfection. Skin is pretty tough and can tolerate a lot of things without much obvious damage. However, using these substances in open wounds is actually another issue, one we are actually trying to address here. Lister's work proceeding to Carrell's work with Dakin's solution in World War I and experience in the early 1930s, during the Spanish Civil War, were done within the context of not being able to do anatomic débridement, because of lack of intravenous fluid technology, anesthesia support, and other various limitations of the battlefield; surgeons were forced simply to leave large amounts of necrotic tissue and they would begin pouring things on the tissue and see variable effects. I think a whole branch of the Listerian descendant thinking has been based on this extremely chaotic although somewhat heroic attempt to deal with disastrous wounds under disastrous situations. It simply does not hold up when compared with a true anatomic débridement of a widely affected area. So, if I had been able to discuss this with Lister at the time, I would have tried to make a distinction between skin disinfection and treatment of wounds.

To specifically answer the questions as I recorded them: Yes, the point of concentration is the one we are trying to make by comparing the antibacterial and the cytotoxic activity. We were able to find that there were two potentially safe dilutions, one of povidone-iodine and one of good old Dakin's solution, that appear to kill bacteria while not injuring cells. In part of our summary, we specified this approach for identifying safe concentrations. So, yes, there do appear to be concentrations of these agents that are more damaging than others.

We did not do biochemical assays. We simply looked at in vitro fibroblast damage and then looked at our wound studies.

Tensile strength is the breaking strength of the wound divided by the cross-sectional area of the wound, and our data derive from that calculation.