# EXHIBIT "F"

GARY VICTOR DUBIN 3181
Dubin Law Offices
55 Merchant Street, Suite 3100
Honolulu, Hawaii 96813
Telephone: (808) 537-2300
Facsimile: (808) 523-7733
E-Mail: gdubin@dubinlaw.net

Attorney for Plaintiff
Kevin Milnes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 02-00365 BMK<br><br>PLAINTIFF KEVIN MILNES' RESPONSE TO DEFENDANT'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES |

## PLAINTIFF KEVIN MILNES' RESPONSE
## TO DEFENDANT'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff hereby responds to said request on the sheets provided by said Defendant on the pages attached hereto, including on additional sheets also attached since Defendant did not leave enough room for Plaintiff's comments and explanations thereon.

DATED: Honolulu, Hawaii; July 2, 2007.

                                                GARY VICTOR DUBIN
                                                Attorney for Plaintiff

## INTERROGATORIES

1. During the period from July 1, 1999 to July 6, 1999, did you apply Dakin's Solution to your wound caused by the June 15, 1999 cholecystectomy procedure?

   ANS: YES, BUT IT IS PARTIALLY CORRECT (PLEASE, SEE THE ATTACHED)

2. If the answer to interrogatory #1 is "yes", please list the date of each application of Dakin's Solution to the above-referenced wound.

   ANS:

   07/02/99, AT AROUND 5.p.m.
   07/03/99 – 07/05/99, AT AROUND 11.a.m. and 6p.m., PER DISCHARGE INSTRUCTIONS

3. Did you experience a reaction to the application of the Dakin's Solution to the above-referenced wound?

   ANS: YES

4. If the answer to interrogatory #3 was "yes", please list the date(s) when you experienced reaction(s) to the Dakin's Solution and the duration of each reaction.

   ANS: PLEASE SEE THE ATTACHED

5. If the answer to interrogatory #3 was "yes", when did you first report these reaction(s) to your health care provider and whom did you make this report to?

ANS:

PLEASE SEE THE ATTACHED

2

Kevin Milnes
INTERROGATORIES (Attachment)

**No. 1 Yes, but partially correct**

I didn't apply Dakin's Solution on July 1, 1999, because I was still hospitalized and had a surgery on that day.

The surgery to close the fascia was scheduled for Thursday, July 1, 1999. I was brought to the Tripler OR. At about 11 a.m. to 2 p.m. two ladies-anesthesiologists were searching for a vein to administer anesthesia because all my veins had collapsed. Finally, they found one in my thumb on my right hand, after two hours of poking needles in me. At 2 p.m. Dr. Cirangle showed up in the OR and the anesthesiologist started the drugs to knock me out. At 2:15 p.m. Dr. Cyrangle threw a fit tossing his clothing around and yelling, that patient is infected, I cannot operate on him (in reality, he was using "f-infected" words referring to me). Although I was barely conscious, I could overhear it and I asked him why he didn't check me before all those pre-ops; he didn't reply. At 3:30 p.m. I was back to my ward with no surgery done and no explanation received. I asked for an infection specialist or antibiotics; none were provided. At 5:30 p.m. I was told I was being discharged. I called my wife and my friend Gene Pitts to pick me up on Friday, July 2, 1999, at 11 a.m.

On Friday, July 2, 1999, my wife showed up and a nurse gave her a gallon of Dakin's Solution and the instructions how to poor it into the wound and re-bandage it. We left by 1 p.m. and headed to the new apartment in Makaha. We started applying Dakin's Solution on July 2, 1999.

**No. 2**
July 2, 1999, at around 5 p.m.; July 3, 1999 – July 5, 1999, at around 11 a.m. and at around 6 p.m., per discharge instructions

**No. 4**
July 3, 1999, at around 11 a.m., when my wife was changing the bandage for the 2nd time, according to the instructions, I noticed the wound looked red outside and slightly swollen. It was itching too. It looked grayish inside but this is what it looked like upon discharge anyway. We hoped with the wound care it would eventually look better. My wife poured Dakin's solution and changed the bandage. I asked her not to use the tape but a special soft elastic gauze-type bandage instead (also provided upon discharge as an addition to the tape that we were supposed to use to keep the bandage in place) to relieve the itching. We used it from then on. That week I mostly stayed in bed anyway and the elastic gauze bandage helped keep the inside bandage in place.

July 4, 1999, at around 11 a.m., the wound didn't look better. The outside redness and swelling increased, as well as greenish-grayish color inside the wound. It was itching badly. However, because we were doing everything per instructions, we strongly believed in the medicine and the doctor's professionalism, knowledge, and good will when prescribing the Solution and the wound care, and applied it again without any second thought. My wife poured Dakin's solution and changed the bandage.

July 4, 1999, at around 6 p.m. we changed the bandage again. The wound looked irritated, red on the outside, grayish-greenish inside. It was still itching badly but we prayed God that the wound care therapy prescribed was supposed to finally heal the

wound. My wife poured Dakin's Solution and changed the bandage again, as instructed. However, I started wondering about the effectiveness of the treatment. My wife was puzzled too when she showed to me the towels she used to catch the overflow of the solution – the maroon towels turned white spots. We never paid attention to the towels before because after each usage my wife would throw them to the laundry basket. On that day, when sorting the towels and bedding by colors to do laundry, she noticed that the maroon towels she used when changing my bandages turned white spots. It was very strange.

July 5, at around 11 a.m., we changed the bandage again. Not much improvement was observed. On the contrary, I was bloating like a whale with lots of redness and swelling outside and still grayish-greenish color inside. It didn't look good. It was itching horrible too. I had an impression that the Dakin's Solution must have really impeded and even reversed the healing process. I was tempted to go back to the Tripler ER but my last experience with them on June 24, 1999, when they sent me home with my wound dehisced, was still standing out in my memory as a nightmare and I decided to wait until the scheduled appointment with Dr. Cirangle in the morning of July 6, 1999.

July 5, at around 6 p.m., we changed the bandage for the last time. I was still bloating like a whale with lots of redness and swelling outside and still grayish-greenish color inside. I was really distraught because we were doing everything per the doctor's instructions; I stayed in bed most of the time; my wife was taking good care of me to the best of her abilities; but the wound didn't look or feel better. The maroon towels were turning white spots. The Solution smelled strange too. I was looking forward to my morning appointment with Dr. Cirangle. We were praying God a lot those days too.

**No. 5**
July 6, 1999, at around 9 a.m., I had an appointment with Dr. Cirangle. He looked at the wound and asked us what we were using. We said, "Whatever you prescribed". He asked us, "What did I prescribe?" We were shocked! We said, "A gallon of some solution that turns our maroon towels white and caused my bloating and didn't help much with the healing process". He asked us, "Does it spell chlorine?" This is when we finally realized what had happened! The strange smell was chlorine/bleach! We said yes and asked him how he could prescribe the only allergen of mine to treat an open wound if since day one I was notifying everybody at the ER, Surgery, OR, Ward 61B, that I was allergic to bleach/chlorine! He didn't respond and said, "I'll change it to Normal Saline". They changed the bandage and gave us new solution, normal saline to treat the wound from then on.

At that point, I was really upset. I immediately realized what had happened, why the towels were turning white, and why I was bloating and itching, and what damage it caused to my body and prevented the healing process. I am allergic to only one thing, bleach/chlorine; it started in the US Army and has been my only allergy since. If, in the past, I was exposed to chlorine/bleach, usually when doing cleaning or laundry, I would end up in the ER where they would have to apply a cortisone shot to relieve the severe allergic reaction.

At that moment, I lost every trust in that doctor. Based on my prior experience, I asked him for a cortisone injection. He refused blaming ... the tape. I told him we were not using the tape since July 3, 1999. I asked him for some antibiotics and an infection specialist (the request I had been making at least 20 times before); he declined my

request again. He sent me back home with Normal Saline solution to continue changing the dressing.

I was shocked! I was feared of that doctor and his method of treatment. I was really afraid he wanted to kill me. In the evening of July 6, 1999, I wrote a letter to General Adams, the Head of Tripler, and Tripler and VA Patient Advocate. My wife typed it and the next day, July 7, 1999, we went to Tripler, met with the Patient Advocate, who immediately brought in Dr. Cordts, the head of Surgery, and Col. Duranc, the head nurse. They examined the wound, listened to my story, and said they would hospitalize me as of July 8, 1999, for a VAC treatment that was supposed to make wonders.

My third hospitalization of July 8 – July 20, 1999, didn't improve my would condition drastically, as far as infections goes. I didn't get any antibiotics; I didn't have an appointment with an infection specialist either. The outburst of the allergic reaction, however, finally calmed down.