# EXHIBIT "B"



# LAPAROSCOPIC ASSOCIATES OF SAN FRANCISCO

2100 WEBSTER STREET, SUITE 518
SAN FRANCISCO, CALIFORNIA 94115
TEL (415) 561-1310   FAX (415) 561-1713
www.LapSF.com

GREGG H. JOSSART, MD, FACS
PAUL T. CIRANGLE, MD, FACS
JOHN J. FENG, MD, FACS

ADVANCED LAPAROSCOPIC & ENDOCRINE SURGERY
SURGERY FOR MORBID OBESITY
GASTROINTESTINAL SURGERY

## Fee Schedule for Medical Record Review and Expert Medical Testimony
## Paul T. Cirangle, M.D., F.A.C.S.

Review of Medical Records - $800 per hour

Expert Testimony for Deposition - $5,000 per half-day (half-day minimum)

Court Appearance or Expert Court Testimony - $12,000 per full day (one day minimum)

Rates for Deposition or Court Appearance are Exclusive of Travel Expenses