IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES, | ) CIVIL NO. 02-00365 BMK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the date first written below I duly served the foregoing document upon the following person by U.S. Mail, addressed as follows:

Edric M. Ching, Esq.
Assistant U.S. Attorney
Room 6-100, Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

*Attorney for Defendants*

DATED: Honolulu, Hawaii; July 16, 2007.

GARY VICTOR DUBIN
Attorney for Plaintiff