# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV02-00365BMK |
| CASE NAME: | Kevin J. Milnes v. Tripler Army Medical Center, Veteran's Administration |
| ATTYS FOR PLA: | Gary Dubin |
| ATTYS FOR DEFT: | Edric Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 7/31/2007 | TIME: | 11:15-12:00pm |

COURT ACTION:  EP: Settlement Conference.  Settlement Conference held.  No settlement.  Case returned for trial.

Submitted by: Shari Afuso, Courtroom Manager