## KEVIN MILNES' TOTALS FOR MEDICAL EXPENSES
## FROM 1999 THROUGH 12/31/2006

| Total expenses-1999 | $35,798.36 |
|---|---|
| Total expenses-2000 | $63,598.43 |
| Total expenses-2001 | $88,872.08 |
| Total expenses-2002 | $28,303.45 |
| Total expenses-2003 | $34,422.09 |
| Total expenses-2004 | $66,150.26 |
| Total expenses-2005 | $35,024.40 |
| Total expenses-2006 | $42,518.21 |
| TOTAL expenses for 1999-2006 (not including 2007) | $394,687.28 |

### KEVIN MILNES' LIST OF MEDICAL EXPENSES FOR 1999

| No | Item Description | Price (I=Irina, KI=Kevin+Irina, no letter=Kevin) |
|---|---|---|
| A. | **MEDICATIONS** | |
| 1). | **Over the counter medications** | |
| 1 | Spasm relievers, muscle relaxers (Bengay, etc.) | $86.45 |
| 2 | Centrum and other vitamins | $71.66 |
| 3 | Metamucil | $30.63 |
| 4 | Aspirin | $19.87 I |
| 5 | Tylenol | $19.42 I |
| 6 | Excedrin | $22.26 I |
| 7 | Rubbing alcohol | $28.99 |
| 8 | Peroxide | $49.29 |
| 9 | Band aids, cotton balls, cotton swabs | $ 53.43 |
| 10 | Cold medications: pills (Comtrex, Equate, Sudafed, etc) | $46.71 |
| 11 | Laxatives | $4.35 |
| 12 | Halls | $5.96 I |
| 13 | Sensitive skin soap | $14.96 K |
| 14 | Prescribed medication (co-pay) | $34.08 |
| 2). | **Personal hygiene (shampoos, conditioner, toothpaste, toothbrushes, mouthwash, chap sticks, etc.)** | $229.99 |
| 3). | **Lungs disability** | |
| 15 | Air filters | $115.50 |
| 16 | Inhaler (2x) | $59.16 |
| 17 | Vicks liquid for the inhaler | $35.94 |
| 18 | Hoover carpet washer, allergy filter type | $350.00 |
| 19 | Carpet washer liquid to fight molding, spores, fleas | $38.97 |
| 20 | Chemicals (Comet, Clorox, Zap) to clean the apartment, allergy prevention | $247.73 |
| 21 | AC | $79.00 |
| 22 | Vacuum cleaner | $89.00 |
| 23 | Air cleaner | $30.00 |
| 24 | Vacuum bags | $10.59 |
| 25 | Hoover repair | $44.59 |
| 26 | Steam vac, allergy prevention | $105.97 |
| 4). | **Back disability** | |
| 27 | Feet massage walking shoes | $51.02 |
| 28 | Body pillows | $65.85 |
| 29 | Bed foam | $29.98 |
| 30 | Back supports, girdles | $85.00 |
| 31 | Batteries for recliner | $20.21 |
| 32 | Futon and chair w/back support | $363.98 |
| 5). | **Gastrointestinal condition** | |
| 33 | Hospital bed; prescribed | $2,289.57 |
| 34 | Hygiene items (towels, toilet seats, cleansers, etc.) | $242.86 |
| 6). | **Skin disorder** | |
| 35 | Rubber gloves for skin protection from home cleansers/chemicals | $43.84 |
| 7). | **Hearing condition** | |
| 36 | Amplifying hearing phone | $79.99 |
| B. | **DOCTORS' APPOINTMENTS** | |
| 37 | Private doctors appointments (Gynecologist (2x), Family Doctor (5x), Dietologist + copies of the files and records), FL, Queens; | $59.00 I |

|     | parking | $36.00 I |
| --- | --- | --- |
| 31 | Mileage to the above appointments, (0.2x800 miles) + parking | $160.00 I<br>$36.00 I |
| 32 | Dentist's appointments (cleaning, deep cleaning, X-rays, deductible, over-the-counter dental medication, shipping records from Florida, interviews at HI dental clinics, mileage: 200x$0.2) | $400.00 I |
| 33 | Mileage to visit Kevin in Tripler: gallbladder surgery + 4 re-admissions ($0.2x4,500 miles) | $900.00 I |
| 34 | Mileage to lab tests, Queens ($0.2x800) | $160.00 I |
| 35 | Pharmacy pick ups, mileage (0.2x600 miles) | $120.00 I |
| 39 | Flu shot | $12.00 I |
| C. | **ACTUAL CAR EXPENSES TO MEDICAL APPOINTMENTS (90% of actual car expenses)** | |
| 40 | Car/truck expenses | $1288.81 |
| 41 | Truck payments ($249.12x4mos; $301x8mos) | $3064.00 |
| 42 | Car insurance ($118.21x12mos) | $1276.67 |
| 43 | Gas | $676.60 |
| D. | **INSURANCE PAYMENTS** | |
| 44 | Medical insurance premiums ($30x12) | $360.00 I |
| 45 | Dental insurance premiums ($10x12) | $120.00 KI |
| 46 | Renters insurance ($48.18x7) | $335.26 |
| E. | **ELECTRIC BILLS (50% for medical usage)** | $595.11 |
| F. | **LOSSES: THEFT** | |
| 47 | Theft during the move uncounted by the insurance company: stolen boxes with inhalers, pharmacy stuff, bedding; deductible + depreciation | $1,800.00 KI |
| G. | **OTHER EXPENSES** | |
| 1). | **Medical emergency measures** | |
| 48 | Handicapped sticker, FL | $15.00 |
| 49 | AAA Emergency roadside service | $80.00 |
| 50 | Pagers (2x) in case of a medical emergency ($24x12), "AMWay" | $288.00 KI |
| 51 | Medical apartment alarm system at a new FL apartment, "ADT" Co | $110.00 KI |
| 2). | **Moving costs, medically necessitated** | |
| 52 | Cost of moving from Florida to Hawaii: movers/rental/ heavy loading/unloading, etc., in Florida, Los Angeles, Honolulu, Makaha. The expenses are caused by my physical incapabilities being in Tripler hospital plus my chronically bad back. I hired 4 times to load a truck in Florida, unload and reload in Los Angeles, unload and reload in Hawaii in a dock, and unload again to our apartment in Makaha | $6,722.00 KI |
| 3). | **Other** | |
| 53 | VA copies, correspondence, postage | $203.93 |
| 54 | VA related expenses (filing cabinet-50% VA usage, ink, computer and peripherals- 40% VA usage, Internet access & search – 20% VA usage, etc.) | $1655.49 |
| 55 | Trip to the BVA hearing, Washington, D.C. | $1208.00 |
| 56 | Phone (50%- VA related calls) | $713.62 |
| 57 | Clothes | $154.00 |
| 58 | DAV membership | $30.00 |
| 59 | IRS debt | $948.07 |
| 60 | Education expenses: tuition, paper | $250.00 I |
| **Total for** | **1999** | **$35,798.36** |

## KEVIN MILNES' LIST OF MEDICAL EXPENSES FOR 2000

| No | Item Description | Price (I=Irina, KI=Kevin+Irina, no letter=Kevin) |
|---|---|---|
| A. | **MEDICATIONS** | |
| 1). | **Over the counter medications** | |
| 1 | Spasm relievers (Bengay, other muscle relaxers) | $133.26 |
| 2 | Centrum and other vitamins and minerals | $134.63 KI |
| 3 | Laxatives | $32.45 |
| 4 | Metamucil | $30.50 |
| 5 | Aspirin | $10.98 KI |
| 6 | Tylenol | $6.52 I |
| 7 | Excedrin | $11.77 I |
| 8 | Rubbing alcohol | $15.21 |
| 9 | Peroxide | $20.00 |
| 10 | Band aids, bandages, gauze, cotton balls, cotton swabs | $125.00 |
| 11 | Cold medications | $58.78 |
| 12 | Sensitive skin soap, moisturizers | $149.99 |
| 13 | Prescribed medication (co-pay) | $174.30 I |
| 2). | **Personal hygiene (shampoos, conditioner, toothpaste, toothbrushes, mouthwash, chap sticks, etc.)** | $326.19 |
| 3). | **Lungs disability** | |
| 14 | Air ionizer | $349.00 |
| 15 | Air cleaner (2x) | $350.00 |
| 16 | Air conditioners (3x) (equipment, mold screen, labor, electricity) | $1,100.00 |
| 17 | Ceiling fans ($40.00x8) | $320.00 |
| 18 | Blowers (2x), labor | $220.00 |
| 19 | Inhaler | $15.31 |
| 20 | Vicks liquid for the inhaler | $40.93 |
| 21 | Kenmore vacuum cleaner, allergy filter type (2x) | $189.00 |
| 22 | Air filters (3x) | $60.00 |
| 23 | Chemicals (Comet, Clorox, Zap) to clean the apartment, allergy prevention | $120.00 |
| 4). | **Back disability** | |
| 24 | Jacuzzi bath tub (equipment, material, labor, electricity) | $3,400.00 |
| 25 | Cane | $56.00 |
| 26 | Feet massage walking shoes (2x) | $51.98 |
| 27 | Body pillow (4x) | $61.21 |
| 28 | Bed foam | $14.86 |
| 29 | Back support, girdle | $57.59 |
| 30 | Neck support | $39.00 I |
| 31 | Elbow pads | $18.00 I |
| 5). | **Skin disorder** | |
| 32 | Rubber gloves for skin protection from home cleansers/chemicals | $19.20 |
| 6). | **Hearing disability** | |
| 33 | Hearing impairment phone | $52.07 |
| B. | **DOCTORS' APPOINTMENTS** | |
| 34 | Private doctors appointments (Hearing, Pulmonary (2 doctors), gall bladder surgeons (3 doctors), Sports medicine, Orthopedic (3 doctors): letters, copies of the files, records, and evaluation reports, legal services (copies of paperwork – 5 volumes total) + mileage to the above appointments (0.2x5,800 miles) + parking | $3,000.00<br>$1,160.00<br>$180.00 |

2000

| | | |
|---|---|---|
| 35 | Private doctors appointments (Gynecologist, Neurologist (3x), Family Doctor (4x), Emergency Physician + copies of the files and records) | $72.00 I |
| 44 | Mileage to the above appointments, as well as Workers Comp treatments and tests not covered by the insurance company (0.2x6,700 miles)<br>– parking | $1,340.00 I<br>$210.00 I |
| 45 | Dentist's appointments (cleaning, X-rays, filling, crown, deductible, over-the-counter dental medication, mileage: 100x$0.2) | $720.00 |
| 46 | Dentist's appointments (cleaning, X-rays, filling, deductible, over-the-counter dental medication, mileage: 100x$0.2) | $220.00 I |
| 47 | Smoking cessation sessions mileage ($0.2x1,800 miles) | $360.00 |
| 48 | Dr. Soliai's appointments, walks in included, mileage ($0.2x2,600 miles) | $520.00 |
| 49 | Dr. Dahl's appointments, mileage (0.2x2,600 miles) | $520.00 |
| 50 | Dr. Cordts' appointments, mileage (0.2x2,600 miles) | $520.00 |
| 51 | Pharmacy pick ups, mileage (0.2x4,200 miles) | $840.00 KI |
| 52 | Mileage to the Center of Aging, physical therapy (0.2x800m) | $160.00 |
| 53 | Medical exams, IMEs, hearing & eye-sight tests, mileage (0.2x1,100 miles) | $220.00 |
| 54 | Flu shot | $7.00 I |
| C. | **ACTUAL CAR EXPENSES TO MEDICAL APPOINTMENTS (90% of actual car expenses)** | |
| 38 | Car/truck expenses | $3,320.65 |
| 39 | Truck payments ($301x12mos) | $3,250.80 |
| 40 | Car insurance ($118.08x12mos) | $1,275.30 |
| 41 | Gas | $1,255.16 |
| 42 | Handivan, pass & rides | $48.00 |
| 43 | Disabled bus pass | $10.00 I |
| D. | **INSURANCE PAYMENTS** | |
| 44 | Medical insurance premiums ($60x12) | $720.00 |
| 45 | Medical insurance premiums ($12x12) | $144.00 I |
| 46 | Dental insurance premiums ($11x12) | $132.00 KI |
| E. | **ELECTRIC BILLS (50% medical usage)** | $1,031.76 |
| F. | **LOSSES: BUSINESS LOSSES** | |
| 47 | Interpreting unreimbursed expenses: business use of home, phone equipment, phone bills, stationary, office equipment | $3,184.00 I |
| G. | **OTHER EXPENSES** | |
| 1). | **Medical emergency measures** | |
| 48 | Emergency radar (to hear the emergency vehicles) | $112.00 |
| 49 | Handicapped sticker | $5.00 |
| 50 | AAA Emergency roadside service | $80.00 |
| 2). | **New residence costs, medically necessitated** | |
| 51 | Cost of moving to a new residence: movers/rental/heavy loading/unloading, etc. | $2,000.00 KI |
| 52 | Termite tenting | $1,000.00 KI |
| 53 | Bleach and disinfection of the house due to the fact that people died in the house, one after another, and it was all moldy and unhealthy; material & labor | $800.00 KI |
| 54 | Cost of repair & labor to remodel the interior and exterior for a handicapped usage | $5,000.00 |
| 55 | New carpet & padding, new tiling, labor to get rid of mold, fleas & bacteria causing allergies | $3,000.00 |
| 56 | Paint (material only) | $1,500.00 KI |

| 57 | Insulating attic and walls, labor + allergy causing material | $3,000.00 |
| --- | --- | --- |
| 58 | Removal of lead & asbestos ruinous for my affected lungs – unforeseen costs not disclosed by the VA upon approval, outside, exterior, dry wall, etc. (material, tools, labor) | $5,000.00 |
| 59 | Toilet modification (material, labor) | $800.00 |
| 60 | Garage door opener (2x) (material, labor) | $800.00 |
| 61 | Fire escape renovation: safety measure | $3,000.00 |
| 62 | Theft during the move & repair uncounted by the insurance company: stolen tens unit, eye glasses, griddles, a cane, hearing aids need to be replaced; tools needed to reconstruct the house due to medical necessity | $1,000.00 |
| 3). | **Other** | |
| 63 | VA copies, correspondence, postage | $989.96 |
| 64 | VA donations | $125.00 |
| 65 | Phone bills (70% - VA-related calls) | $906.25 |
| 66 | Cell phone bills (80% - VA usage) | $751.62 |
| 67 | Internet (50% - VA search) ($21.95x12mos) | $131.70 |
| 68 | Clothes | $292.50 |
| 69 | IRS debt paid | $900.00 |
| 70 | Irina's parents' financial help (Russia) | $220.00 I |
| **Total expenses-2000** | | **$63,598.43** |

### KEVIN MILNES' LIST OF MEDICAL EXPENSES FOR 2001

| No | Item Description | Price (I=Irina, K,I=Kevin+Irina, no letter=Kevin) |
|---|---|---|
| A. | **MEDICATIONS** | |
| 1). | **Over the counter medications** | |
| 1 | Spasm relievers (Bengay) | $34.00 |
| 2 | Wound care, antiseptics | $37.52 |
| 3 | Vitamins | $64.95 |
| 4 | Laxatives/ GI problem | $224.34 |
| 5 | Metamucil | $85.82 |
| 6 | Aspirin | $24.86 |
| 7 | Rubbing alcohol | $35.30 |
| 8 | Peroxide | $70.81 |
| 9 | Band aids, bandages, gauze, cotton balls, cotton swabs | $57.81 |
| 10 | Cold medications | $16.71 |
| 11 | Personal hygiene | $308.94 |
| 12 | Sensitive skin soap, moisturizer, Vaseline | $82.50 |
| 13 | Prescribed medication (full price) | $807.81 |
| 14 | Prescribed medication (co-pay) | $171.71 (I) |
| 2). | **Lungs disability** | |
| 15 | Air humidiser/cleaner (2x) | $463.12 |
| 16 | Air humidizer filters | $123.21 |
| 17 | Kenmore vacuum cleaner filters | $19.99 |
| 18 | Chemicals (Comet, Clorox, Zap) to clean the house; allergy prevention | $394.70 |
| 3). | **Back disability** | |
| 19 | Jacuzzi hot tub, prescribed | $4,202.87 |
| 20 | Labor, electricity, material for the base and roof, electrician | $4,000.00 |
| 21 | Cane | $18.74 |
| 22 | Feet massage walking shoes (3x) | $67.59 |
| 23 | Body pillow | $10.88 |
| 24 | Bed foam | $8.94 |
| 25 | Back supports | $43.17 |
| 26 | Recliner with a massager | $1,031.25 |
| 27 | Soft couch with back support cushions | $468.00 |
| 28 | Pool for bad back pool therapy/exercises; prescribed | $826.99 |
| 29 | Labor, material for the pool deck | $2,800.00 |
| 30 | Accessories and chemicals for the pool | $506.18 |
| 31 | Batteries for massagers | $36.55 |
| 32 | Adjustable table to preserve the posture | $104.14 |
| 4). | **Skin disorder** | |
| 33 | Rubber gloves for skin protection from home cleansers/chemicals; prescribed | $50.46 |
| 34 | Skin hygiene items (bedding, toilet seat, toilet rugs, ets.) | $184.53 |
| 35 | Pest control: allergy prevention; documented | $802.65 |
| 36 | Skin hygiene items (washer $ drier; warranty) | $1,185.38 |
| 5). | **Eye sight problem** | |
| 37 | Eye glasses | $177.56 |
| 38 | Magnifying lamps, 3-way bulbs, etc. | $105.42 |
| 6). | **Hearing disability** | |
| 39 | Hearing impairment phone | $95.99 |
| B. | **DOCTORS' APPOINTMENTS** | |
| 40 | Private doctors appointments (Pulmonary, gall bladder surgeons (3 doctors), Orthopedic (3 doctors), testing; letters, copies of the | $2,500.00 |

|     |                                                                                                                                                                                          |                                                              |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------ |
|     | files, records, and evaluation reports, legal services (copies of paperwork – 7 volumes total) + mileage to the above appointments ($0.35x3,600 miles)+ parking                          |                                                              |
| 41  | Private doctors appointments (Gynecologist, Neurologist, Orthopedic, Family Doctor, Pain doctor, Urgent Care, Emergency, testing + copies of the files and records + mileage ($0.35x1,000) + parking) | $700.00 (I)                                         |
| 42  | Dentist's appointments (+ mileage: $0.35x100 miles)                                                                                                                                      | $400.00                                                      |
| 43  | Dentist's appointments (+ mileage: $0.35x90 miles)                                                                                                                                       | $362.00 (I)                                                  |
| 44  | Smoking cessation sessions mileage ($0.35x300 miles)                                                                                                                                     | $36.75                                                       |
| 45  | Dr. Soliai's appointments, walks in included, mileage ($0.35x2,000 miles)                                                                                                                | $700.00                                                      |
| 46  | Dr. Dahl's appointments, mileage ($0.35x1,000 miles)                                                                                                                                     | $350.00                                                      |
| 47  | Dr. Cordts' appointments, mileage ($0.35x400 miles)                                                                                                                                      | $140.00                                                      |
| 48  | Psychologist's, GI doctors appointments ($0.35x700 miles)                                                                                                                                | $245.00                                                      |
| 49  | Pharmacy pick ups, mileage ($0.35x3,000 miles)                                                                                                                                           | $1,050.00 (K,I)                                              |
| 50  | C&P exams, GI tests, mileage ($0.35x300 miles)                                                                                                                                           | $36.75                                                       |
| 51  | Flu shot                                                                                                                                                                                 | $15.00 (I)                                                   |
| C.  | **ACTUAL CAR EXPENSES TO MEDICAL APPOINTMENTS (90% of actual car expenses)**                                                                                                             |                                                              |
| 52  | Car/truck expenses                                                                                                                                                                       | $1,615.31                                                    |
| 53  | Truck payments ($150x12mos)                                                                                                                                                              | $1,620.00                                                    |
| 54  | Car payments ($338.83x6)                                                                                                                                                                 | $1,829.68                                                    |
| 55  | Car insurance                                                                                                                                                                            | $1,680.53                                                    |
| 56  | Gas                                                                                                                                                                                      | $989.76                                                      |
| 57  | AAA membership (emergency measure)                                                                                                                                                       | $73.80                                                       |
| 59  | Rental car expenses while the truck was serviced                                                                                                                                         | $219.32                                                      |
| D.  | **INSURANCE PAYMENTS**                                                                                                                                                                   |                                                              |
| 59  | Medical insurance premiums                                                                                                                                                               | $480.00 (I)                                                  |
| 60  | Dental insurance premiums                                                                                                                                                                | $240.00 (K,I)                                                |
| 61  | Life insurance premiums                                                                                                                                                                  | $381.96 (K,I)                                                |
| E.  | **WATER BILLS (40% medical usage)**                                                                                                                                                      | $303.03                                                      |
| F.  | **ELECTRIC BILLS (50% medical usage)**                                                                                                                                                   | $1,473.77                                                    |
| G.  | **OTHER EXPENSES**                                                                                                                                                                       |                                                              |
| 1). | **Home/house improvement costs, medically necessitated**                                                                                                                                 |                                                              |
| 62  | Termite protection plan from Terminix                                                                                                                                                    | $1,080.00                                                    |
| 63  | Cost of tools, materials, and labor to remodel and improve the interior and exterior for a disabled usage                                                                                | $12,691.37 (material, tools) + $8,000.00 (labor)             |
| 64  | Home equity loan for home improvements, medically necessitated                                                                                                                           | $21,000.00                                                   |
| 2). | **Other**                                                                                                                                                                                |                                                              |
| 65  | VA copies, correspondence (paper, cartridges, ink, computer + monitor – I had to buy new ones because old ones wore out, printer, copier (90% VA usage), postage, medical legal expenses | $5,734.47                                                    |
| 66  | VA convention in Kauai, June 2001                                                                                                                                                        | $350.00                                                      |
| 67  | VA donations                                                                                                                                                                             | $155.00                                                      |
| 70  | Phone bills (70% - VA-related calls)                                                                                                                                                     | $817.76                                                      |
| 71  | Cell phone bills (80% - VA usage)                                                                                                                                                        | $826.84                                                      |
| 72  | Internet (50% - VA search) ($21.95x12mos)                                                                                                                                                | $131.70                                                      |
| 73  | Clothes                                                                                                                                                                                  | $385.24                                                      |
| 74  | IRS postage expenses                                                                                                                                                                     | $18.30                                                       |
| 75  | Financial help for Irina's parents in Russia                                                                                                                                             | $226.20 (I)                                                  |
| 76  | INS postage expenses                                                                                                                                                                     | $6.90 (I)                                                    |
| **Total for** | **2001**                                                                                                                                                                       | **$88,872.08**                                               |

### KEVIN MILNES' LIST OF MEDICAL EXPENSES FOR 2002

| No | Item Description | Price (I=Irina, K,I=Kevin+Irina, no letter=Kevin) |
|---|---|---|
| A. | **MEDICAL EXPENSES** | |
| 1). | **Over the counter medications** | |
| 1 | Spasm relievers, Bengay + store brands, (bad back) Wound care, antiseptics Band aids, bandages, gauze, cotton balls, cotton swabs Vitamins Laxatives, Metamucil + store brands (GI problem) Aspirin Rubbing alcohol, peroxide (skin problem) Cold medications | $589.58 |
| 2 | Personal hygiene Sensitive skin soap, moisturizer, Vaseline, etc. | $178.05 |
| 3 | Prescribed medication (co-pay) | $291.62(I) |
| 2). | **Lungs disability** | |
| 4 | Air humidiser Air conditioner (2x) Steamer Fans (2x), tower fan | $674.45 |
| 5 | Chemicals (Comet, Clorox, Zap) to disinfect the house; allergy prevention | $47.56 |
| 3). | **Back disability** | |
| 6 | Cane + cane tips Body pillow (4x) Back supports Bed foam Cushion pillows Batteries for back massagers | $320.65 |
| 7 | Capital expenses for Jacuzzi maintenance, materials + labor | $501.65 + $300 |
| 8 | Capital expenses for pool maintenance, materials + labor | $683.75 + $400 |
| 9 | Water bills (40% medical usage) | $360.18 |
| 10 | Electric bills (50% medical usage) | $1,533.87 |
| 4). | **Skin disorder** | |
| 11 | Rubber gloves for skin protection from home cleansers/chemicals | $31.98 |
| 5). | **Eye sight problem** | |
| 12 | Eye glasses Eye drops | $83.56 |
| B. | **DOCTORS' APPOINTMENTS** | |
| 13 | Private doctors appointments (letters, typing, editing; VA and Army legal paperwork; VA Rules and Regulations research; copies of the files and records utilizing personal copier, computer, printer – time & equipment depreciation) | $2,600.00 |
| 14 | Private doctors appointments (Gynecologist, Orthopedic, Family Doctor, Pain doctor, Emergency, testing, labs) | $647.07 (I) |
| 15 | Medical trip to Omaha, NE (post-surgery/GI problem) | $987.94 |
| 16 | Dentist's appointments | $196.03 |
| 17 | Dentist's appointments | $283.33 (I) |
| 18 | Flu shot | $15.00 (I) |
| 19 | Actual car expenses (car payments, car insurance, gas, oil change, maintenance and repair, car care accessories; parking: 90% - VA and medical appointments, tests, pharmacy pick-ups) | $9,286.25 |
| 20 | Actual car expenses (car payments, car insurance, gas, oil | |

|     | change, maintenance and repair, car care accessories; parking: 1% - medical appointments, tests, pharmacy pick-ups) | $103.18 (I) |
| --- | --- | --- |
| C.  | **INSURANCE PAYMENTS** | |
| 21  | Medical insurance premiums | $447.20 (I) |
| 22  | Dental insurance premiums | $119.54 |
| 23  | Dental insurance premiums | $312.00 (I) |
| 24  | Life insurance premiums | $381.96 (K,I) |
| 25  | Accidental death insurance premiums | $49.48 (K, I) |
| D.  | **OTHER EXPENSES** | |
| 1). | **Home/house improvement costs, medically necessitated** | |
| 26  | Termite protection plan from Terminix | $841.66 |
| 27  | Home equity loan payments for home improvements, medically necessitated | $1,488.00 |
| 2). | **Other** | |
| 28  | VA copies, correspondence (paper, cartridges, ink, computer upgrade - I had to upgrade the old one because it wore out, toner for the copier, pens, stationary, etc. (90% VA usage), Internet (50% VA search), phone (70% VA calls+faxes), cell phone (90% VA calls), postage, envelopes | $3,731.61 |
| 29  | VA-related donations and contributions:<br>The American Legion<br>Paralyzed Veterans of America<br>Disabled American Veterans<br>Vietnam Veterans Memorial Fund | $402.00 |
| 30  | Clothes | $188.10 |
| 31  | Financial help for Irina's parents in Russia | $226.20 (I) |
| Total for 2002 | | $28,303.45 |

### KEVIN MILNES' LIST OF MEDICAL EXPENSES FOR 2003

| No | Item Description | Price (I=Irina, KI=Kevin+Irina, no letter=Kevin) |
|---|---|---|
| A. | **MEDICATIONS** | |
| 1). | **Over the counter medications** | |
| 1 | Spasm relievers, Bengay + store brands, (bad back) <br> Wound care, antiseptics <br> Band aids, bandages, gauze, cotton balls, cotton swabs <br> Vitamins <br> Laxatives, Metamucil + store brands (GI problem) <br> Aspirin <br> Rubbing alcohol, peroxide (skin problem) <br> Cold medications | $648.55 |
| 2). | **Personal hygiene (shampoos, conditioner, toothpaste, toothbrushes, mouthwash, chap sticks, etc.)** | $532.23 |
| 3). | **Lungs disability** | |
| 1 | Fans (3x) | $71.83 |
| 2 | Vacuum cleaner; vacuum cleaner bags | $97.76 |
| 3 | Air filter | $7.80 |
|   | Air purifier | $3.12 |
| 4). | **Back disability** | |
| 1 | Back supports | $41.60 |
| 2 | Mattress pad | $16.67 |
| 3 | Accessories and chemicals for the pool; prescribed | $296.03 |
| 4 | Batteries for massagers | $3.11 |
| 5 | Massaging shoes (for bad back) | $30.16 |
| 5). | **Skin disorder; allergies** | |
| 1 | Rubber gloves; prescribed | $44.65 |
| 2 | Chemicals, pest control: allergy prevention | $112.14 |
| 3 | Sensitive skin soap, powder, moisturizers, etc. | $27.14 |
| 6). | **Hearing disability** | |
| 1 | Hearing impairment phone | $59.34 |
| 2 | **Poor eye-sight** | |
| 3 | Accelerator vision | $62.46 |
| B. | **DOCTORS' APPOINTMENTS** | |
| 1 | Doctors appointments (primary care, pulmonary, gastro, dermatology, podiatry, GI tests, pain clinic, ER): mileage (0.2x2,600 miles) | $530.00 |
| 2 | Pharmacy pickups: mileage (0.2x3,500 miles) | $700.00 |
| 3 | Private doctors appointments (GI specialist, pain specialist, IME, ER); +mileage (330 milesx0.2) | $700.00 I |
| 4 | Private doctors appointments (pain clinic, GI condition, mammogram, ultrasound, ECG, X0ray); +mileage (290miles x$0.2); pharmacy pickup: mileage (0.2x10) | $969.33 I |
| 5 | Dentist's appointments | $202.61 |
| 6 | Medical trip to Stanford University (GI condition), 09/23/03-09/27/03 | $300.00 |
| C. | **ACTUAL CAR EXPENSES TO MEDICAL APPOINTMENTS (90% of actual car expenses)** | |
| 1 | Car/truck expenses | $619.11 |
| 2 | Truck payments ($147x12mos) | $1,587.60 |
| 3 | Car payments ($322x12mos) | $3,477.60 |
| 4 | Car insurance | $1,508.40 |
| 5 | Gas, parking | $947.44 |
| D. | **INSURANCE PAYMENTS** | |

| 1 | Medical insurance premiums ($37x12) | $444.00 I |
|---|---|---|
| 2 | Dental insurance premiums ($26x12) | $312.00 I |
| 3 | Lafayette life insurance premiums ($31.83x12mos) | $381.96 KI |
| 4 | Bank of Hawaii life insurance premiums ($12.37x4quarters) | $49.48 KI |
| E. | **ELECTRIC BILLS (50% - medical usage)** | $1,916.58 |
| F | **WATER BILLS (40% - medical usage)** | $318.90 |
| G. | **LOSSES: BUSINESS LOSSES** | |
| 1 | Interpreting unreimbursed expenses: business use of home, phone equipment, phone bills, stationary, office equipment | $3,154.00 I |
| H. | **OTHER EXPENSES** | |
| 1). | **Home/house improvement costs, medically necessitated** | |
| 1 | Termite protection plan from Terminix (pest control & baiting service) | $593.69 |
| 2 | Cost of tools, materials, and labor to maintain and improve the pool, Jacuzzi prescribed for bad back as well as interior and exterior for disabled usage | $260.52 (material, tools) - $4,000.00 (labor) |
| 2). | **Other** | |
| 1 | VA/legal expenses: copies, correspondence (paper, cartridges, ink, stationery, 90% usage of the total costs) +VA/legal postage | $2,076.29 $550.50 |
| 2 | Trip to the BVA hearing (03/06/03-03/11/03) | $1,087.16 |
| 3 | VA/American Legion donations | $168.00 |
| 4 | Phone bills (70% - VA/legal calls and faxes) | $915.33 |
| 5 | Cell phone bills (80% - VA/legal calls) | $593.49 |
| 6 | Internet (70% - VA search) | $238.15 |
| 7 | Clothes | $269.56 |
| 8 | Financial assistance: Irina's parents round trip Russia-Hawaii | $3,495.80 KI |
| **Total expenses-2003** | | $34,422.09 |

### KEVIN MILNES' LIST OF MEDICAL EXPENSES FOR 2004

| No | Item Description | Price (I=Irina, KI=Kevin+Irina, no letter=Kevin) |
|---|---|---|
| A. | **MEDICATIONS** | |
| 1). | **Over the counter medications** | |
| 1 | Spasm relievers (Bengay, other muscle relaxers) | $12.63 |
| 2 | Centrum and other vitamins and minerals | $141.16 KI |
| 3 | Laxatives and other GI medications | $470.30 |
| 4 | Aspirin | $15.58 |
| 5 | Peroxide, alcohol | $43.60 |
| 6 | Sensitive skin soap, moisturizers | $47.69 |
| 7 | Allergy medications | $20.81 |
| 8 | Prescribed medication (co-pay) | $45.00 KI |
| 2). | **Personal hygiene (band aids, shampoos, conditioner, toothpaste, toothbrushes, mouthwash, chap sticks, etc.)** | $361.30 |
| 3). | **Lungs disability** | |
| 9 | Air conditioners (3x) (including warranty, installation labor) | $857.00 |
| 10 | Fans (4x) | $113.80 |
| 11 | Regina vacuum cleaner | $41.63 |
| 12 | Air filter | $15.62 |
| 4). | **Back disability** | |
| 13 | Bed mattress | $567.69 |
| 14 | Neck massager | $26.03 |
| 15 | Cane | $27.05 |
| 16 | Accessories and chemicals for the pool; prescribed | $87.14 |
| 17 | Batteries for massagers | $22.88 |
| 5). | **Skin disorder; allergies** | |
| 18 | Rubber gloves; prescribed | $48.41 |
| 19 | Chemicals, pest control: allergy prevention | $801.46 |
| 6). | **Mental condition** | |
| 20 | Safety measures to reduce mental anxiety and bipolar, PTSD; plus labor to install | $137.43 |
| 7). | **Hearing disability** | |
| 21 | Hearing aids | $1,420.00 |
| 22 | Hearing impairment phones, headsets, warranties | $319.64 |
| B. | **DOCTORS' APPOINTMENTS** | |
| 23 | Doctors appointments (primary care, gastro, dermatology, podiatry allergy, smoking cessation): mileage (0.2x3,600 miles) | $720.00 |
| 24 | Private doctors appointments (GI specialist, IME, infection specialist, audiology specialist); +mileage ($0.2x660) | $5,197.78 |
| 25 | Private doctors appointments (ER); +mileage (30x$0.2); pharmacy pickup: mileage ($0.2x40 miles) | $117.21 I |
| 26 | Dental appointments | $1,407.79 |
| 27 | Pharmacy pick ups, mileage ($0.2x3,400 miles) | $680.00 |
| 28 | Medical trip to Stanford University (GI condition), 05/02/04-05/07/04 | $300.00 |
| C. | **ACTUAL CAR EXPENSES TO MEDICAL APPOINTMENTS (90% of actual car expenses)** | |
| 29 | Car/truck expenses | $1,428.57 |
| 30 | Truck payments ($136x5mos+pay off) | $3,217.14 |
| 31 | Car payments ($305x6mos) | $3,294.00 |
| 32 | Car insurance (12 mos) | $1,336.05 |
| 33 | Gas, parking | $591.22 |
| D. | **INSURANCE PAYMENTS** | |

| 34 | Medical insurance premiums ($37x12) | $444.00 I |
|---|---|---|
| 35 | Dental insurance premiums ($26x12) | $312.00 I |
| 36 | Lafayette life insurance premiums ($31.83x12mos) | $381.96 KI |
| 37 | Bank of Hawaii life insurance premiums ($12.37x4quarters) | $48.54 KI |
| E. | **ELECTRIC BILLS (60% - medical usage)** | $2,501.66 |
| F | **WATER BILLS (40% - medical usage)** | $248.13 |
| G. | **LOSSES: BUSINESS LOSSES** | |
| 38 | Interpreting unreimbursed expenses: business use of home, phone equipment, phone bills, stationary, office equipment | $1,592.00 I |
| H. | **OTHER EXPENSES** | |
| 1). | **Home/house improvement costs, medically necessitated** | |
| 39 | Termite protection plan from Terminix (pest control & baiting service) | $376.03 |
| 40 | Cost of tools, materials, and labor to remodel and improve the interior and exterior for a disabled usage | $1,626.84 (material, tools) – $4,000.00 (labor) |
| 41 | Home equity line for home improvements, medically necessitated | $17,500.00 |
| 2). | **Other** | |
| 42 | VA copies, correspondence (paper, cartridges, ink, stationery, computer – I had to buy a new one because the old one wore out: 90% usage of the total costs) +VA/legal postage | $3,616.60  $428.88 |
| 43 | VA medical legal expenses | $6,268.51 |
| 44 | VA/American Legion donations | $276.50 |
| 45 | Phone bills (70% - VA-related calls) | $890.26 |
| 46 | Cell phone bills (80% - VA usage) | $602.92 |
| 47 | Internet (70% - VA search) | $349.99 |
| 48 | Clothes | $470.38 |
| 49 | Financial help Irina's parents in Russia | $281.45 |
| **Total expenses-2004** | | $66,150.26 |

### KEVIN MILNES' LIST OF MEDICAL EXPENSES FOR 2005

| No | Item Description | Price (I=Irina, KI=Kevin+Irina, no letter=Kevin) |
|---|---|---|
| A. | **MEDICATIONS** | |
| 1). | **Over the counter medications** | |
| 1 | Spasm relievers (Bengay, other muscle relaxers) | $15.71 |
| 2 | Centrum and other vitamins and minerals | $95.81 KI |
| 3 | Laxatives and other GI medications | $316.01 |
| 4 | Aspirin | $14.42 |
| 5 | Peroxide, alcohol | $32.79 |
| 6 | Sensitive skin soap, moisturizers | $68.58 |
| 7 | Allergy medications | $61.70 |
| 8 | Sedatives for the mental condition and insomnia | $46.39 |
| 9 | Cold medications | $64.10 KI |
| 10 | Obesity medications | $15.62 |
| 11 | Antibiotics and wound care | $56.02 |
| 12 | Prescribed medication (co-pay) | $368.51 KI |
| 2). | **Personal hygiene (band aids, shampoos, conditioner, toothpaste, toothbrushes, mouthwash, chap sticks, etc.)** | $217.47 |
| 3). | **Lungs disability** | |
| 13 | Air conditioners (4x) (including installation labor) | $1,413.95 |
| 14 | Fans (4x) | $123.80 |
| 15 | HVR steamvac (including shampoo and warranty) | $381.22 |
| 16 | Ionizer | $182.25 |
| 17 | Air purifier | $74.72 |
| 18 | Air filters (6x) | $150.03 |
| 4). | **Back disability** | |
| 19 | Back supports; pillows | $23.76 |
| 20 | Foot care (insoles, massage shoes) | $82.39 |
| 21 | Accessories and chemicals for the pool &Jacuzzi; prescribed | $753.08 |
| 22 | Batteries for massagers | $201.77 |
| 23 | Vocational rehabilitation equipment | $1,338.86 |
| 5). | **Skin disorder; allergies** | |
| 24 | Rubber gloves; prescribed | $38.46 |
| 25 | Chemicals, pest control: allergy prevention | $736.67 |
| 6). | **GI condition** | |
| 26 | Water filters | $171.58 |
| 7). | **Hearing impairment** | |
| 27 | In-hear phone | $28.10 |
| 8). | **Vision impairment** | |
| 28 | Bulbs | $46.83 |
| B. | **DOCTORS' APPOINTMENTS** | |
| 29 | Doctors appointments (primary care, gastro, dermatology, podiatry, pain, heart): mileage (0.2x1,950 miles) | $390.00 |
| 30 | Private doctors appointments (GI specialist, heart specialist, tests, internist); +mileage ($0.2x540 miles) | $766.88 |
| 31 | Private doctors appointments (walk in); +mileage ($0.2x70miles); pharmacy pickup: mileage ($0.2x100 miles) | $87.08 I |

| # | Description | Amount |
|---|---|---|
| 32 | Dental appointments | $2,750.73 KI |
| 33 | Pharmacy pick ups, mileage ($0.2x2,100 miles) | $420.00 |
| C. | **ACTUAL CAR EXPENSES TO MEDICAL APPOINTMENTS (90% of actual car expenses)** | |
| 34 | Car/truck expenses | $731.21 |
| 35 | Car payments ($305x12mos) | $3,294.00 |
| 36 | Car insurance (12 mos) | $1,489.50 |
| 37 | Gas, parking | $1,195.69 |
| D. | **INSURANCE PAYMENTS** | |
| 38 | Medical insurance premiums ($46.80x12) | $561.60 KI |
| 39 | Dental insurance premiums ($10.60x12) | $127.20 KI |
| 40 | Lafayette life insurance premiums ($31.83x12mos) | $381.96 KI |
| 41 | Bank of Hawaii life insurance premiums ($12.37x4quarters) | $48.54 KI |
| E. | **ELECTRIC BILLS (60% – medical usage)** | $2,849.86 |
| F | **WATER BILLS (40% – medical usage)** | $273.36 |
| G. | **OTHER EXPENSES** | |
| 1). | **Home/house improvement costs, medically necessitated** | |
| 42 | Termite protection plan from Terminix (pest control & baiting service) | $321.00 |
| 43 | Cost of tools, materials, and labor to remodel and improve the interior and exterior for a disabled usage | $1,385.82 (material, tools) + $3,500.00 (labor) |
| 2). | **Other** | |
| 44 | VA copies, correspondence (paper, cartridges, ink, stationery, computer – I had to buy a new one because the old one wore out: 90% usage of the total costs) +VA/legal postage | $2,939.03 $447.66 |
| 45 | VA/American Legion donations | $101.90 |
| 46 | Phone bills (70% – VA-related calls) | $940.86 |
| 47 | Cell phone bills (80% – VA usage) | $609.77 |
| 48 | Internet (70% – VA search) | $328.32 |
| 49 | Clothes allowance | $331.05 |
| 50 | Financial (medical) help Irina's parents in Russia | $1,630.78 |
| **Total expenses-2005** | | **$35,024.40** |

### KEVIN MILNES' LIST OF MEDICAL EXPENSES FOR 2006

| No | Item Description | Price (I=Irina, KI=Kevin+Irina, no letter=Kevin) |
|---|---|---|
| A. | **MEDICATIONS** | |
| 1). | **Over the counter medications** | |
| 1 | Centrum and other vitamins and minerals | $204.07 KI |
| 2 | Laxatives and other GI medications | $201.15 |
| 3 | Aspirin; back pain medications | $23.88 |
| 4 | Headache medications | $20.30 KI |
| 5 | Peroxide, alcohol | $55.85 |
| 6 | Allergy medications | $41.04 |
| 7 | Sedatives for the mental condition and insomnia | $72.07 |
| 8 | High cholesterol and heart medications | $57.73 |
| 9 | Cold medications | $39.09 KI |
| 10 | Obesity medications | $82.00 |
| 11 | Prescribed medication (co-pay) | $147.95 KI |
| 2). | **Personal hygiene (band aids, shampoos, conditioner, toothpaste, toothbrushes, mouthwash, chap sticks, etc.)** | $498.53 |
| 3). | **Lungs disability** | |
| 1 | Fans (5x) | $151.45 |
| 2 | Hipoallergic vacuum cleaner | $31.88 |
| 3 | Air purifier (2x) | $81.23 |
| 4 | Air cleaner | $26.04 |
| 5 | Air filters (9x) | $66.04 |
| 4). | **Back disability** | |
| 1 | Back supports; bed pad; cushions | $110.75 |
| 2 | Skeletal-muscular medications | $132.00 |
| 3 | Accessories and chemicals for the pool &Jacuzzi; prescribed | $466.12 |
| 4 | Batteries for massagers | $57.64 |
| 5 | Vocational rehabilitation (safety) equipment | $635.87 |
| 5). | **Skin disorder; allergies** | |
| 1 | Rubber gloves, gloves; prescribed | $146.55 |
| 2 | Cleansers; hygiene | $768.27 |
| 3 | Chemicals: allergy prevention | $377.38 |
| 6). | **GI condition** | |
| 1 | Water filters | $127.56 |
| 7). | **Hearing impairment** | |
| 1 | In-hear phone, headsets | $156.95 |
| 2 | Bose and other enhanced hearing | $2,685.12 |
| 8). | **Vision impairment** | |
| 1 | Intensive bulbs | $36.01 |
| 9). | **Mental condition** | |
| 1 | Security and safety systems for mental stability | $103.12 |
| B. | **DOCTORS' APPOINTMENTS** | |
| 1 | Doctors appointments (primary care, gastro, pulmonary, pain, audiology, dermatology): mileage (0.2x2,560 miles) | $526.00 |
| 2 | VA co-payments | $924.69 |
| 3 | Private doctors appointments (GI specialist, tests, internist); | $913.21 |

| | +mileage ($0.2x330 miles) | |
|---|---|---|
| 4 | Private doctors appointments (walk in); +mileage ($0.2x70miles) | $153.20 I |
| 5 | Dental appointments | $4,815.14 KI |
| 6 | Pharmacy pick ups, mileage ($0.2x3,500 miles) | $700.00 |
| C. | **ACTUAL CAR EXPENSES TO MEDICAL APPOINTMENTS (90% of actual car expenses)** | |
| 1 | Car/truck expenses | $4,170.38 |
| 2 | Car payments ($305x12mos) | $3,294.00 |
| 3 | Car insurance (12 mos) | $1,599.30 |
| 4 | Gas, parking | $1,372.76 |
| D. | **INSURANCE PAYMENTS** | |
| 1 | Medical insurance premiums ($46.80x12) | $561.60 KI |
| 2 | AARP prescribed medications insurance renewal | $19.95 |
| 3 | Dental insurance premiums ($10.60x12) | $127.20 KI |
| 4 | Lafayette life insurance premiums ($31.83x12mos) | $381.96 KI |
| 5 | Bank of Hawaii life insurance premiums ($12.37x4quarters) | $48.54 KI |
| E. | **ELECTRIC BILLS (60% - medical usage)** | $3,466.43 |
| F | **WATER BILLS (40% - medical usage)** | $363.05 |
| G. | **OTHER EXPENSES** | |
| 1). | **Home/house improvement costs, medically necessitated** | |
| 1 | Termite protection plan from Terminix (pest control & baiting service) | $351.03 |
| 2 | Cost of tools, materials, and labor to remodel and improve the interior and exterior for a disabled usage | $2,159.81 (material, tools) + $3,500.00 (labor) |
| 2). | **Other** | |
| 1 | VA copies, correspondence (paper, cartridges, ink, stationery, monitor, fax machine, batteries, tapes, etc.: 90% usage of the total costs) | $2,879.68 |
| | +VA/legal postage | $414.57 |
| 2 | VA/American Legion donations | $75.00 |
| 3 | Phone bills (70% - VA-related calls) | $435.94 |
| 4 | Cell phone bills + accessories (80% - VA usage) | $723.94 |
| 5 | Internet (70% - VA search) | $331.37 |
| 6 | Clothes allowance | $412.61 |
| 7 | Financial (medical) help to Irina's elderly mother in Russia | $193.21 |
| **Total expenses-2006** | | **$42,518.21** |