

**DEPARTMENT OF VETERANS AFFAIRS**
Spark M. Matsunaga
Medical & Regional Office Center
459 Patterson Road
Honolulu HI 96819-1522

NOV 22

In Reply Refer To: 459/212
CSS 506 64 1299

KEVIN J MILNES
86-300 ALA MIHI ST
WAIANAE HI 96792

Dear Mr. Milnes:

We made a decision on your appeal.

**What We Decided**

We agree that your low back disability is service-connected, but it is less than 10% disabling. The law says VA can't pay for disabilities that are less than 10% disabling.

This decision will not affect your current payments of pension benefits.

**How We Made Our Decision**

We carefully considered all the evidence we received. We have attached a copy of the Supplemental Statement Of The Case. It shows the evidence we used and the reasons for our decision.

**If You Need Medical Care**

You can receive free medical care for any service-connected disability. You can apply for treatment at the nearest VA medical center. Take a copy of this letter with you.

2

CSS 506 64 1299

**If You Have Questions**

If you have any questions, call us toll-free by dialing 1-800-827-1000.  Our TDD number for the hearing impaired is 1-800-829-4833.  *If you call, please have this letter with you.*

Sincerely yours,

*R. S. Foulds*

R. S. Foulds
Service Center Manager

Enclosure(s):   Supplemental Statement Of The Case

cc:   DAV