IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02-00365 BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the date first written below I duly served the foregoing document upon the following person by U.S. Mail, addressed as follows:

>Edric M. Ching, Esq.
>Assistant U.S. Attorney
>Room 6-100, Federal Bldg.
>300 Ala Moana Blvd.
>Honolulu, Hawaii 96850
>
>*Attorney for Defendant*

DATED: Honolulu, Hawaii; August 8, 2007.

GARY VICTOR DUBIN
Attorney for Plaintiff