# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 02-00365BMK |
| CASE NAME: | Kevin J. Milnes v. Tripler Army Medical Center |
| ATTYS FOR PLA: | Gary Dubin |
| ATTYS FOR DEFT: | Edric Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 08/14/2007 | TIME: | 9:05 - 9:25 |

COURT ACTION:  EP: Final Pretrial Conference held.  5 day NJT.  No opening statements. Findings of Fact and Conclusions of Law will be filed post trial.  No motions in limine will be filed.  Trial briefs optional.  Videoconferencing will be used.  Hours of trial will be 9 a.m. - 4 p.m. daily.

Submitted by Richlyn Young, Courtroom Manager