EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KEVIN MILNES, | ) | CIVIL NO. 02—00365 BMK |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXTEND |
| | ) | DISCOVERY CUTOFF; ORDER |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

STIPULATION TO EXTEND DISCOVERY CUTOFF

    Plaintiff KEVIN MILNES and Defendant UNITED STATES OF AMERICA, by and through its attorneys, hereby stipulate to extend the discovery cutoff from July 27, 2007 to August 31, 2007.  This extension is to allow the deposition of SFC Juan Sanchez-Martinez.

DATED: _____, at Honolulu, Hawaii.

/s/ Gary Victor Dubin
_____
GARY VICTOR DUBIN
Attorney for Plaintiff


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


    /s/ Edric M. Ching
By_____
  EDRIC M. CHING
  Assistant U. S. Attorney

Attorneys for Defendant

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: August 14, 2007




<u>Kevin Milnes v. United States of America</u>; Civil No. 02—00365 BMK
STIPULATION TO EXTEND DISCOVERY CUTOFF; ORDER