# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV02-00365BMK |
| CASE NAME: | Kevin J. Milnes v. Tripler Army Medical Center, Veteran's Administration |
| ATTYS FOR PLA: | Gary Dubin |
| ATTYS FOR DEFT: | Edric Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 8/20/2007 | TIME: | 9:15-9:18:28am |

COURT ACTION:  EP: Settlement on the Record.  Case settled.  Terms stated.

First settlement documents due to the court by 9/4/07.

The deadline for filing of the Dismissal is 9/28/07.

Non Jury Trial date of 9/25/07 before Judge Kurren is hereby vacated.

Submitted by: Shari Afuso, Courtroom Manager