EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN MILNES, | CIVIL NO. 02—00365 BMK |
| Plaintiff, | STIPULATION FOR DISMISSAL AS TO ALL CLAIMS AND PARTIES; |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

STIPULATION FOR DISMISSAL AS TO ALL CLAIMS AND PARTIES

Pursuant to the Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. 2677 and Federal Rule of Civil Procedure 41(a)(1), it is stipulated and agreed, by and between the parties hereto, by and through their respective counsel, that all claims brought by Plaintiff KEVIN MILNES against Defendant UNITED STATES OF AMERICA as it pertains to the Tripler Army Medical Center are hereby dismissed with prejudice, and all remaining claims brought by

Plaintiff in this matter against Defendant UNITED STATES OF AMERICA are dismissed without prejudice, each party to bear its own fees and costs.

There are no remaining issues or parties.

This stipulation has been signed by counsel for all parties who have made an appearance in this action.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii

/s/ Gary Victor Dubin                 /s/ Edric M. Ching
_____      By_____
GARY VICTOR DUBIN                EDRIC M. CHING
Attorney for Plaintiff          Assistant U.S. Attorney
                                        Attorneys for Defendant

APPROVED AND SO ORDERED:



                                        /s/ Barry M. Kurren
                                        United States Magistrate Judge
                                        Dated: October 16, 2007

<u>Kevin Milnes v. United States of America</u>; Civil No. 02-00365 BMK
STIPULATION FOR DISMISSAL AS TO ALL CLAIMS AND PARTIES; ORDER